DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | 2:12-cv-00536-GMN -VCF<br><br>**QTFGT'QP'MOTION VQ'PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS** |

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Nikhil Singhvi, Julie Bush, and Jason Schall to practice before this honorable Court in all matters relating to the above-captioned case.

Nikhil Singhvi, Julie G. Bush, and Jason D. Schall are all attorneys with the Federal Trade Commission, an agency of the federal government.  Mr. Singhvi is a member in good standing of the Bar of the State of New York (Bar No. 3041159) and the

1

Bar of the District of Columbia (Bar No. 496357). Ms. Bush is a member in good standing of the Bar of the State of Florida (Bar No. 0428817) and of the Bar of the State of New York (Bar No. 4125704). Mr. Schall is a member in good standing of the Bar of the State of New York (Bar No. 4288437) and the Bar of the District of Columbia (Bar No. 495070).

The following contact information is provided to the Court:

> Nikhil Singhvi
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-3480
> Facsimile: (202) 326-3629
> Email: nsinghvi@ftc.gov
>
> Julie G. Bush
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-3608
> Facsimile: (202) 326-3629
> Email: jbush@ftc.gov
>
> Jason D. Schall
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-2251
> Facsimile: (202) 326-3629
> Email: jschall@ftc.gov

1  Accordingly, the United States respectfully requests than an order be issued
2  allowing Messrs. Singhvi and Schall and Ms. Bush to practice before this honorable
3  Court.

5  Dated:  April 2, 2012

6  Respectfully submitted,

7  DANIEL G. BOGDEN
   United States Attorney

9  */s/ Blaine T. Welsh*
   BLAINE T. WELSH
10  Assistant United States Attorney

14  IT IS SO ORDERED:

16  _____
   UNITED STATES DISTRICT JUDGE

18  DATED:  April 4, 2012

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that plaintiff will cause the following persons to be served with the foregoing motion via hand delivery at the following addresses:

Dated: April 2, 2012

/s/ Nikhil Singhvi
NIKHIL SINGHVI

AMG Capital Management, LLC
c/o Agent Services, Ltd.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

AMG Services, Inc.
10895 Lowell Avenue
Overland Park, Kansas 66210

Black Creek Capital Corporation
c/o Nevada LLC Services, LLC
289 Manzanita Ranch Lane
Henderson, Nevada 89012

Blaine A. Tucker
14568 Sherwood Rd
Overland Park, KS 66224-9803

Broadmoor Capital Partners, LLC
c/o Agent Services, Ltd.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

Kim C. Tucker
2405 West 114th St.
Leawood, KS 66211-3021

Kim C. Tucker
269 Park Ave.
Aspen, CO 81611

LeadFlash Consulting, LLC
c/o Agent Services, Ltd.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

Level 5 MotorSports, LLC
c/o Agent Services, Ltd.
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

The Muir Law Firm, LLC
10895 Lowell Avenue
Overland Park, Kansas 66210

Park 269 LLC
5600 West 97th Street
Overland Park, Kansas 66207

Partner Weekly, LLC
c/o John D. Hancock Law Group, PLLC
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052

Scott A. Tucker
2405 West 114th St.
Leawood, KS 66211-3021

Scott A. Tucker
269 Park Ave.
Aspen, CO 81611

Timothy Muir
5600 West 97th Street
Overland Park, KS 66207

Don E. Brady
57200 East Highway #125
Afton, OK 74331

Tribal Financial Services
3531 P Street, NW
Miami, OK 74355

1

| | | |
|---|---|---|
| 1 | Troy L. Little Axe | Robert D. Campbell |
| 2 | 406 Lindenwood Drive | 202 West Leaf Shooters Drive |
|   | Bartlesville, OK 74003 | Niobrara, NE 68760 |
| 3 | | |
|   | Red Cedar Services, Inc. | SFS, Inc. |
| 4 | c/o Troy Little Axe, Jr. | 52946 Highway 12, Suite 3 |
|   | 418 G Street Southeast | Niobrara, NE 68760 |
| 5 | Miami, OK 74354 | |

Troy L. Little Axe
406 Lindenwood Drive
Bartlesville, OK 74003

Red Cedar Services, Inc.
c/o Troy Little Axe, Jr.
418 G Street Southeast
Miami, OK 74354

Robert D. Campbell
202 West Leaf Shooters Drive
Niobrara, NE 68760

SFS, Inc.
52946 Highway 12, Suite 3
Niobrara, NE 68760