DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | 2:12-cv-00536-GMN -VCF<br><br>**QTFGT'QP'MOTION VQ'PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS** |

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Nikhil Singhvi, Julie Bush, and Jason Schall to practice before this honorable Court in all matters relating to the above-captioned case.

Nikhil Singhvi, Julie G. Bush, and Jason D. Schall are all attorneys with the Federal Trade Commission, an agency of the federal government. Mr. Singhvi is a member in good standing of the Bar of the State of New York (Bar No. 3041159) and the

Bar of the District of Columbia (Bar No. 496357).  Ms. Bush is a member in good standing of the Bar of the State of Florida (Bar No. 0428817) and of the Bar of the State of New York (Bar No. 4125704).  Mr. Schall is a member in good standing of the Bar of the State of New York (Bar No. 4288437) and the Bar of the District of Columbia (Bar No. 495070).

The following contact information is provided to the Court:

> Nikhil Singhvi
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-3480
> Facsimile: (202) 326-3629
> Email: nsinghvi@ftc.gov
>
> Julie G. Bush
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-3608
> Facsimile: (202) 326-3629
> Email: jbush@ftc.gov
>
> Jason D. Schall
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-2251
> Facsimile: (202) 326-3629
> Email: jschall@ftc.gov

1 | Accordingly, the United States respectfully requests than an order be issued allowing Messrs. Singhvi and Schall and Ms. Bush to practice before this honorable Court.

Dated:  April 2, 2012

                                                    Respectfully submitted,

                                                   DANIEL G. BOGDEN
                                                   United States Attorney

                                                 */s/ Blaine T. Welsh*
                                                 BLAINE T. WELSH
                                                 Assistant United States Attorney

                                                 IT IS SO ORDERED:

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

                                                 DATED: __April 4, 2012__

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that plaintiff will cause the following persons to be served with the foregoing motion via hand delivery at the following addresses:

Dated:  April 2, 2012

                                                       */s/ Nikhil Singhvi*
                                                      NIKHIL SINGHVI

| | |
|---|---|
| AMG Capital Management, LLC<br>c/o Agent Services, Ltd.<br>871 Coronado Center Drive, Suite 200<br>Henderson, Nevada 89052 | Level 5 MotorSports, LLC<br>c/o Agent Services, Ltd.<br>871 Coronado Center Drive, Suite 200<br>Henderson, Nevada 89052 |
| AMG Services, Inc.<br>10895 Lowell Avenue<br>Overland Park, Kansas 66210 | The Muir Law Firm, LLC<br>10895 Lowell Avenue<br>Overland Park, Kansas 66210 |
| Black Creek Capital Corporation<br>c/o Nevada LLC Services, LLC<br>289 Manzanita Ranch Lane<br>Henderson, Nevada 89012 | Park 269 LLC<br>5600 West 97th Street<br>Overland Park, Kansas 66207 |
| Blaine A. Tucker<br>14568 Sherwood Rd<br>Overland Park, KS 66224-9803 | Partner Weekly, LLC<br>c/o John D. Hancock Law Group, PLLC<br>871 Coronado Center Drive, Suite 200<br>Henderson, Nevada 89052 |
| Broadmoor Capital Partners, LLC<br>c/o Agent Services, Ltd.<br>871 Coronado Center Drive, Suite 200<br>Henderson, Nevada 89052 | Scott A. Tucker<br>2405 West 114th St.<br>Leawood, KS 66211-3021 |
| Kim C. Tucker<br>2405 West 114th St.<br>Leawood, KS 66211-3021 | Scott A. Tucker<br>269 Park Ave.<br>Aspen, CO  81611 |
| Kim C. Tucker<br>269 Park Ave.<br>Aspen, CO  81611 | Timothy Muir<br>5600 West 97th Street<br>Overland Park, KS 66207 |
| LeadFlash Consulting, LLC<br>c/o Agent Services, Ltd.<br>871 Coronado Center Drive, Suite 200<br>Henderson, Nevada 89052 | Don E. Brady<br>57200 East Highway #125<br>Afton, OK 74331<br><br>Tribal Financial Services<br>3531 P Street, NW<br>Miami, OK 74355 |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Troy L. Little Axe
406 Lindenwood Drive
Bartlesville, OK 74003

Red Cedar Services, Inc.
c/o Troy Little Axe, Jr.
418 G Street Southeast
Miami, OK 74354

Robert D. Campbell
202 West Leaf Shooters Drive
Niobrara, NE 68760

SFS, Inc.
52946 Highway 12, Suite 3
Niobrara, NE 68760