# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission | Case No.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| AMG SERVICES, INC., *et al* | |

Before the Court is Defendant Don E. Brady's Motion to Join Agreed Motion for Extension of Time for Defendants to Respond to the Motion for Preliminary Injunction and Other Equitable Relief (Doc. No. 12).

On April 11, 2012, several defendants filed an unopposed motion to extend time to respond to the plaintiff's motion for preliminary injunction. (Doc. No. 12). Defendant Robert D. Campbell filed a joinder to the motion on April 12, 2012. (Doc. No. 14). Defendant Partner Weekly, LLC filed a motion for extension on April 13, 2012. (Doc. No. 16). Defendants The Muir Law Firm, LLC and Timothy J. Muir filed a joinder to defendants' motion (Doc. No. 12) on April 13, 2012. (Doc. No. 17). Defendants Kim C. Tucker and Park 269, LLC filed a joinder to defendants' motion (Doc. No. 12) on April 16, 2012. (Doc. No. 19).

On April 13, 2012, the Court issued an order granting defendants' motions to extend time to respond to plaintiff's motion for preliminary injunction (#12 and #16), and extending the response deadline to May 4, 2012. (#18). The Court held that good cause existed to grant the extension, because (1) plaintiff agreed to the extension, (2) counsel for defendants needed time to review the complex and lengthy filings in this action, (3) the parties are interested in meeting in advance to explore alternatives to litigation, and (4) the extension would provide certain defense

counsel the ability to evaluate the appropriate way to resolve the issue of whether defendant is a properly named defendant. *Id.*

On April 17, 2012, defendant Don E. Brady filed the present motion to join defendants' motion (#12) to extend time to respond to plaintiff's motion for preliminary injunction. Defendant Don E. Brady asks this Court to grant them an extension of time, up to and including, May 4, 2012, in which to file their response to the motion for preliminary injunction. *Id.* Based on the Court's findings in its April 13, 2012 Order, good cause exists to grant defendant Don E. Brady's request for extension.

Accordingly, and for good cause shown,

**IT IS ORDERED** that defendant Don E. Brady's Response to Plaintiff's Motion For Preliminary Injunction and Other Relief (#4) is due on or before May 4, 2012.

**DATED** this 17th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge