UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | CASE NO.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| v. | |
| AMG Services, Inc., et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO <u>ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Before the Court is Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises; AMG Capital Management, LLC; Level 5 Motorsports; LeadFlash Consulting LLC; Blackcreek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Blaine A. Tucker, Robert D. Campbell, The Muir Law Firm, LLC, Timothy J. Muir, Kim C. Tucker, Park 269, Don E. Brady, and Partner Weekly LLC's Agreed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. The Court is of the opinion that this motion has merit and should be and hereby is GRANTED.

The Deadline for these defendants to answer or otherwise respond to Plaintiff's Complaint is hereby extended to Friday, May 25, 2012.

**IT IS SO ORDERED** this 25th day of April, 2012.

_____
Gloria M. Navarro
United States District Judge