L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
lcr@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile
*Attorney for Defendants The Muir Law Firm LLC
and Timothy J. Muir*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>Defendants, and<br><br>PARK 269, LLC, et al.,<br><br>Relief Defendants. | Case No.   2:12-cv-00536-GMN-VCF<br><br>**ORDER GRANTING DEFENDANTS THE MUIR LAW FIRM, LLC AND TIMOTHY J. MUIR'S AGREED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS (FIRST REQUEST)** |

///
///
///
///
///
///
///

K:\CLIENT FILES\LCR\Muir Law Firm 11532\FTC 26000\Pleadings\Drafts\12-05-30 Proposed Order Granting Motion to Extend Time.docx

Before the Court is Defendants The Muir Law Firm, LLC and Timothy J. Muir's Agreed Motion for Extension of Time to File Reply Briefs. The Court is of the opinion that this motion has merit and should be and hereby is GRANTED.

The deadline for these defendants to file replies in support of their motions to strike the Declaration of Victoria M.L. Budich (Doc. No. 68) and to seal declaration and exhibits (Doc. No. 71) is hereby extended to Thursday, June 7, 2012.

**IT IS SO ORDERED** this 31st day of May, 2012.

_____
Gloria M. Navarro
United States District Judge