DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JULIE G. BUSH
JASON D. SCHALL
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov; jbush@ftc.gov; jschall@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM AND EXHIBITS UNDER SEAL** |

Plaintiff Federal Trade Commission ("Commission") hereby moves this Court for an Order granting the Commission leave to file under seal its reply memorandum in support of preliminary injunction motion, and certain attached exhibits. In support of this motion, the Commission states as follows:

1. On April 2, 2012, the Commission filed a motion for preliminary injunction and other equitable relief. On May 4, 2012, Defendants filed oppositions to the preliminary injunction motion.

2. On May 4, 2012, certain defendants filed motions to seal their oppositions (and/or opposition exhibits) to the preliminary injunction motion (the "Seal Motions," Docket Nos. 64, 71), and certain defendants filed motions to strike certain of the Commission's filings (the "Strike Motions," Docket Nos 60, 68).

3. On May 7, 2012, the Court granted one of the Seal Motions. (Docket No. 64.)

4. On May 11, 2012, the last business day before Plaintiff's reply memorandum in support of the preliminary injunction motion was due, Defendants wrote to Plaintiff and requested that Plaintiff prevent public disclosure of dozens of documents, facts, and figures contained in the various Defendants' May 4, 2012 memoranda and exhibits.

5. The Commission's reply memorandum in support of the preliminary injunction motion refers in part to information contained in documents that certain defendants filed under seal, and the reply memorandum and certain exhibits to the reply memorandum contain information similar to that which is the subject of the Seal Motions and Strike Motions. By their Seal Motions, Strike Motions, and May 11, 2012 letter, Defendants contend that these materials should not be disclosed publicly.

6. The Commission contends that the Seal Motions are overbroad, and that the Strike Motions are without merit, and that its reply memorandum and certain exhibits need not be filed under seal.

7. Nevertheless, the Commission out of an abundance of caution seeks leave of the Court to file its reply memorandum and certain exhibits under seal, merely so that

Defendants' arguments in respect of the Seal Motions and Strike Motions and their May 11, 2012 letter will not be mooted by public disclosure of those materials.

WHEREFORE, the Commission respectfully requests leave of the Court to file its reply memorandum and attached exhibits under seal, with a reservation of the right to move the Court at a later date to lift the seal orders in whole or in part.

May 14, 2012

                              Respectfully submitted,

                              */s/ Nikhil Singhvi*
                              Nikhil Singhvi
                              Julie G. Bush
                              Jason D. Schall

                              *Attorneys for Plaintiff*
                              *Federal Trade Commission*

**IT IS SO ORDERED** this 4th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

3