DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:12-cv-00536-GMN-VCF |
| v. | |
| AMG SERVICES, INC., *et al.*, | |
| Defendants, and | |
| PARK 269 LLC, *et al.,* | |
| Relief Defendants. | |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Helen Wong to practice before this honorable Court in all matters relating to the above-captioned case.

Helen Wong is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Wong is a member in good standing of the Bar of the District of Columbia (Bar No. 997800).

The following contact information is provided to the Court:

>Helen Wong
>Federal Trade Commission
>600 Pennsylvania Ave., NW
>Mailstop NJ-3158
>Washington, DC 20580
>Phone: (202) 326-3779
>Facsimile: (202) 326-3768
>Email: hwong@ftc.gov

Accordingly, the United States respectfully requests than an order be issued allowing Ms. Wong to practice before this honorable Court.

Dated this 22nd day of May 2012.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Blaine T. Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED** this 4th day of June, 2012.

>_____
>Gloria M. Navarro
>United States District Judge