Greg Brower (Nevada Bar #5232)
Brian R. Reeve (Nevada Bar #10197)
SNELL & WILMER, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: gbrower@swlaw.com; breeve@swlaw.com

Nathan F. Garrett (Admitted Pro Hac Vice)
W. Paige Strack (Admitted Pro Hac Vice)
GRAVES BARTLE MARCUS & GARRETT LLC
1100 Main Street
Suite 2700
Kansas City, Missouri 64105
Telephone: 816.256.3181
Facsimile: 816.817.0021
Email: ngarrett@gbmglaw.com; pstrack@gbmglaw.com

*Attorneys for Defendant Don E. Brady*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>    Plaintiff,<br><br>    v.<br><br>AMG SERVICES, INC., *et al.*,<br><br>    Defendants, and<br><br>Park 269, LLC, *et al.*,<br><br>    Relief Defendants. | Case No.: 2:12-cv-00536-GMN-VCF<br><br>**DEFENDANT DON E. BRADY'S JOINDER TO THE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |

Defendant Don E. Brady, by and through his counsel, join in the Joint Reply Memorandum of Points and Authorities In Support of Motion to Dismiss Complaint filed by

- 1 -

Defendants AMG Services, Inc., Red Cedar Services, Inc. d/b/a 500FastCash, SFS, Inc. d/b/a OneClickCash, Tribal Financial Services, d/b/a Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises ("Tribal Defendants"). Doc. No. 123. Mr. Brady formally joins and incorporates, as if stated herein, the arguments and authorities within the Tribal Defendants' reply, filed contemporaneously herewith, which demonstrates the Court should dismiss all of the claims alleged in the Complaint, and award Mr. Brady all further relief to which he may be entitled.

Dated: June 21, 2012

                              Respectfully submitted,

                              /s/ Nathan F. Garrett
                              Nathan F. Garrett
                              Whitney Paige Strack
                              GRAVES BARTLE MARCUS & GARRETT, LLC
                              1100 Main Street, Suite 2700
                              Kansas City, MO 64105
                              Telephone: (816) 256-3181
                              Facsimile: (816) 256-5958
                              Email: ngarrett@gbmglaw.com
                                        pstrack@gbmglaw.com

                              Greg Brower  Nevada Bar #5232
                              Brian R. Reeve  Nevada Bar #10197
                              SNELL & WILMER
                              3883 Howard Hughes Parkway, Suite 1100
                              Las Vegas, NV 89169
                              Telephone:  (702) 784-5219
                              Facsimile: (702) 784-5252
                              Email: breeve@swlaw.com

                              *Attorneys for Defendant Don E. Brady*

# CERTIFICATE OF SERVICE

Pursuant to Fed.R. Civ.P.5(b), I hereby certify that on the 21st day of June, 2012, service of the foregoing **JOINDER TO THE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** was submitted electronically for filing and/or service with the United States District Court of Nevada.  Electronic service of the foregoing documents shall be made in accordance with the E-Service List as follows:

| | |
|---|---|
| Blaine T. Welsh | blaine.welsh@usdoj.gov |
| Julie G. Bush | jbush@ftc.gov |
| Jason Schall | jschall@ftc.gov |
| Nikhil Singhvi | nsinghvi@ftc.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Von S. Heinz | vheinz@lrlaw.com |
| Darren J. Lemieux | dlemieux@lrlaw.com |
| E. Leif Reid | lreid@lrlaw.com |

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

| | |
|---|---|
| Andrew P. Gordon | agordon@mcdonaldcarano.com |

*Attorney for Defendant Partner Weekly, LLC*

| | |
|---|---|
| L. Christopher Rose | lcr@juww.com |

*Attorney for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

| | |
|---|---|
| Jay Young | jay@maclaw.com |

*Attorney for Defendant Robert D. Campbell*

| | |
|---|---|
| Paul C. Ray | PaulCRayLaw@gmail.com |

*Attorney for Defendant Troy L. Littleaxe*

| | |
|---|---|
| Patrick J. Reilly | preilly@hollandhart.com |

1  *Attorney for Defendants Kim C. Tucker and Park 269 LLC*

2  Adam Hoffinger             AHoffinger@mofo.com
3  David J. Merrill             david@djmerillpc.com
   Conly Schulte              cshulte@ndnlaw.com
4  John Nyhan                jnyhan@ndnlaw.com

5  *Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500 FastCash; SFS, Inc dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises*

8                              /s/ Nathan F. Garrett
                              Attorney for Defendant Don E. Brady