David J. Merrill, Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

Attorneys for Defendants AMG Services, Inc.;
Red Cedar Services, Inc. dba 500FastCash;
SFS, Inc. dba OneClickCash; Tribal Financial
Services dba Ameriloan, UnitedCashLoans,
USFastCash, Miami Nation Enterprises

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-00536-GMN-VCF |
| Plaintiff, | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| v. | |
| AMG SERVICES, INC., an Oklahoma Tribal Entity, et al., | |
| Defendants. | |

SHILEE T. MULLIN, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney-at-law with the law firm of Fredericks Peebles & Morgan LLP with offices at 3610 North 163rd Plaza, Omaha, Nebraska 68116, (402) 333-4053, smullin@ndnlaw.com.

2. That Petitioner has been retained personally or as a member of the law firm by AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; and Tribal Financial Services dba Ameriloan, UnitedCashLoans, USFastCash and Miami Nation Enterprises to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since November 13, 2001, Petitioner has been and presently is a member in good standing of the bar of the highest court of the State of Nebraska where Petitioner regularly practices

law. Petitioner shall attach a certificate from the state bar or from the clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| Supreme Court for the State of Nebraska | September 2000 |
| Supreme Court for the State Missouri | September 2002 |
| U.S. Supreme Court | October 3, 2011 |
| U.S. Court of Appeals for the Sixth Circuit | April 7, 2003 |
| U.S. Court of Appeals for the District of Columbia | April 18, 2007 |
| U.S. Court of Appeals for the Tenth Circuit | April 29, 2004 |
| USDC, District of Columbia | April 4, 2005 |
| USDC, District of Nebraska | September 9, 2002 |
| USDC, Western District of Missouri | September 27, 2000 |
| USDC, Western District of Michigan | September 20, 2002 |
| American Arbitration Association, State of California | August 26, 2003 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: NONE.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member in good standing in the following Bar Associations: State Bar of Nebraska, State Bar of Missouri.

8. Petitioner has filed application(s) to appear under Local Rule IA 10-2 during the past three (3) years in the following matters: NONE.

9. Petitioner consents to the jurisdiction of the Courts and disciplinary boards of the State of Nevada with respect to the law of this State governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
SHILEE T. MULLIN

STATE OF NEBRASKA   )
                    ) SS:
COUNTY OF DOUGLAS   )

SHILEE T. MULLIN, Petitioner, being first duly sworn, deposes and states that the foregoing statements are true.

_____
SHILEE T. MULLIN

Subscribed and sworn to before me this 22 day of May, 2012.

_Carol Cyriacks_
Notary Public

CAROL CYRIACKS
General Notary
State of Nebraska
My Commission Expires Jan 21, 2013

3
VERIFIED PERMISSION TO PRACTICE AND DESIGNATION OF LOCAL COUNSEL

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate David J. Merrill, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

> David J. Merrill, P.C.
> Nevada Bar No. 6060
> 10161 Park Run Drive, Suite 150
> Las Vegas, Nevada 89145
> Telephone: (702) 566-1935
> Facsimile: (702) 924-0787
> Email: david@djmerrillpc.com

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint David J. Merrill, Attorney at Law, as their Designated Resident Nevada Counsel in this case.

**AMG Services, Inc.**

By: _[signature]_

**Red Cedar Services, Inc. dba 500FastCash**

By: _____

**SFS, Inc. dba OneClickCash**

By: _____

**Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises**

By: _[signature]_

FREDERICKS & PEEBLES, LLP
1001 Second St.
Sacramento, CA

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate David J. Merrill, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

> David J. Merrill, P.C.
> Nevada Bar No. 6060
> 10161 Park Run Drive, Suite 150
> Las Vegas, Nevada 89145
> Telephone: (702) 566-1935
> Facsimile: (702) 924-0787
> Email: david@djmerrillpc.com

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint David J. Merrill, Attorney at Law, as their Designated Resident Nevada Counsel in this case.

**AMG Services, Inc.**

By: _____

**Red Cedar Services, Inc. dba 500FastCash**

By: *[signature]*

**SFS, Inc. dba OneClickCash**

By: _____

**Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises**

By: _____

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate David J. Merrill, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

> David J. Merrill, P.C.
> Nevada Bar No. 6060
> 10161 Park Run Drive, Suite 150
> Las Vegas, Nevada 89145
> Telephone: (702) 566-1935
> Facsimile: (702) 924-0787
> Email: david@djmerrillpc.com

By this designation the Petitioner and undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint David J. Merrill, Attorney at Law, as their Designated Resident Nevada Counsel in this case.

**AMG Services, Inc.**

By: _____

**Red Cedar Services, Inc. dba 500FastCash**

By: _____

**SFS, Inc. dba OneClickCash**

By: _/s/_ _____

**Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises**

By: _____

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
David J. Merrill, P.C.
Nevada Bar No: 6060
Email address: david@djmerrillpc.com

**APPROVED** this 6th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge

---

5

**VERIFIED PERMISSION TO PRACTICE AND DESIGNATION OF LOCAL COUNSEL**

# SUPREME COURT

# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on November 13, 2001, Shilee Therkelsen Mullin was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on May 15, 2012.

_____Lanet S. Asmussen_____
                                         Clerk

_____
By                              Deputy Clerk

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/27/2000,

## *Shilee Therkelsen Mullin*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 17th day of May, 2012.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri