DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jschall@ftc.gov;
jbush@ftc.gov; hwong@ftc.gov

(additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO DISMISS PARTNERWEEKLY, LLC WITHOUT PREJUDICE** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

1

Pursuant to L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendant PartnerWeekly, LLC ("PartnerWeekly") hereby submit this stipulation and proposed order.

1. The FTC moves to dismiss PartnerWeekly from this case, without prejudice.

2. PartnerWeekly shall continue to preserve documents related to this action at least until such time as (i) the FTC and PartnerWeekly agree in good faith that PartnerWeekly has completed its response to any FTC subpoena to PartnerWeekly related to this action, or (ii) the action is concluded, whichever is sooner.

3. PartnerWeekly waives any claim it may have held under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action to the date of this Stipulation. Each party shall bear its own costs and attorneys' fees.

4. This stipulation applies only to defendant PartnerWeekly.

WHEREFORE, the FTC and PartnerWeekly jointly request an order dismissing PartnerWeekly from this case, without prejudice.

DATED this 11th day of July, 2012.

McDONALD CARANO WILSON LLP

*/s/ Andrew P. Gordon*
Andrew P. Gordon (NSBN 3421)
2300 West Sahara Avenue, Suite 1000
Las Vegas, NV 89102
Telephone Number: (702) 873-4100
Facsimile Number:  (702) 873-9966
agordon@mcdonaldcarano.com

*Attorney for PartnerWeekly, LLC*

DATED this 11th day of July, 2012.

WILLARD K. TOM
General Counsel

*/s/ Nikhil Singhvi*
Nikhil Singhvi
Julie G. Bush
Jason D. Schall
Helen P. Wong

*Attorneys for Plaintiff*
*Federal Trade Commission*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2012

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that the following individuals were served with the **STIPULATION AND PROPOSED ORDER TO DISMISS PARTNERWEEKLY, LLC WITHOUT PREJUDICE** by the method indicated below:

**Electronic Case Filing:**
David J. Merrill (david@djmerrillpc.com),
Adam S. Hoffinger (ahoffinger@mofo.com)
Andrew MacGregor Smith (asmith@mofo.com)
Nicholas Miranda (nmiranda@mofo.com)
Bradley S. Lui (blui@mofo.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

Andrew P. Gordon (agordon@mcdonaldcarano.com)
*Attorney for Defendant PartnerWeekly, LLC*

L. Christopher Rose (lcr@juww.com)
*Attorney for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
*Attorney for Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gbmglaw.com)
Whitney P. Strack (pstrack@gbmglaw.com)
*Attorneys for Defendant Don E. Brady*

Dated this 11th day of July 2012.

*/s/ Nikhil Singhvi*
Nikhil Singhvi