UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.,*<br><br>Defendants. | 2:12-cv -00536-GMN-VCF<br><br>**ORDER SETTING HEARING AND BRIEFING REGARDING DISCOVERY ISSUES AND TEMPORARILY STAYING DISCOVERY**<br><br>[Stipulated Discovery Plan and Scheduling Order (#133), Motion for Protective Order (#134) and Joinder (#136)] |

Before the court is the matter of *Federal Trade Commission v. AMG Services, Inc. et al* (Case No. 2:12-cv-00536-GMN –VCF).

**Background**

On August 1, 2012, the parties filed a Stipulated Discovery Plan and Scheduling Order (Special Scheduling Review Requested) ("DSPO") (#133), in which the parties reported that they could not agree on appropriateness of a blanket stay of discovery while the Court considers six motions to dismiss and one joinder (#'s 100 & 102, 103, 104, 105, 107, 109 and 108). Also on August 1, 2012, all defendants except The Muir Law Firm, LLC and Timothy J. Muir, filed Defendants' Joint Motion for a Protective Order Regarding All Discovery Currently Pending, Including Written Discovery Requests and Subpoenas Duces Tecum (#134). On August 2, 2012, Defendants The Muir Law Firm LLC, and Timothy J. Muir filed their Joinder to Defendants' Joint Motion for a Protective Order Regarding All Discovery Currently Pending, Including Written Discovery Requests and Subpoenas Duces Tecum (#136).

**Discussion**

The issues raised in the DSPO (#133) are inextricably intertwined with the issues raised the Motion for Protective Order (#134) and the Joinder (#136). Accordingly, a hearing addressing the DSPO (#133), the Motion for Protective Order (#134), and the Joinder (#136) is set for 10:00 AM on August 23, 2012, in Courtroom 3A. The court will hear arguments regarding the discovery stay proposed by defendants and their request for a protective order.

Plaintiff will have until August 13, 2012, to file a single Memorandum of Points and Authorities in opposition to defendants' requests for a discovery stay and protective order. Defendants will have until August 20, 2012, to file replies in support of these requests, one on behalf of Mr. Muir and his law firm and the other on behalf of the remaining defendants. Defendants are requested to avoid duplicating arguments in these two replies.

All discovery is temporarily stayed in this case until the conclusion of the hearing at 10:00 AM on August 23, 2012, with one exception. In the DSPO (#133) the parties agreed that they would each make the initial disclosures required by Federal Rules of Civil Procedure 26(a)(1) by August 1, 2012. The obligation on each party to make initial disclosures remains in force, despite the temporary stay, as does the duty to supplement. *See* Fed. R. Civ. P. 26(e)(1).

Accordingly,

IT IS ORDERED that discovery in this matter is temporarily STAYED until further order from the court.

IT IS FURTHER ORDERED that a hearing is scheduled for August 23, 2012, at 10:00 AM in Courtroom 3A; Briefs to be filed and served as set forth above.

DATED this 3rd day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE