UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>AMG Services, Inc. et al.,<br><br>　　　　Defendants, and<br><br>Park 269 LLC, et al.,<br><br>　　　　Relief Defendants. | Case No. 2:12-cv-536 |

## ORDER GRANTING MOTION TO STRIKE TROY LITTLEAXE'S JOINDER

Having considered Plaintiff's motion to strike Defendant Troy LittleAxe's Joinder to Reply in Support of Muir's Motion to Strike the Declaration of Victoria M.L. Budich, and being otherwise fully advised of the premises, the Court GRANTS the motion and STRIKES the joinder (Docket No. 119).

**IT IS SO ORDERED** this 15th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge