DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JULIE G. BUSH
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU*
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jbush@ftc.gov;
jschall@ftc.gov; hwong@ftc.gov; irusu@ftc.gov

(*motion to permit appearance pending)

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>AMG Services, Inc. et al.,<br><br>　　　　　　Defendants, and<br>Park 269 LLC, et al.,<br>　　　　　　Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR ORAL ARGUMENT** |

|   |   |
|---|---|
| 1 | Defendants' joint motion for oral argument (Docket No. 159) on their motions to dismiss is an attempt to move this case backward.  The Court should decline the request for the following reasons:  (1) the Court already allotted *more than two hours* (*see* Docket No. 161) of argument on the motions to dismiss in connection with Defendants' failed motion to stay all discovery, (2) the Court ordered the parties to engage in expedited discovery regarding an issue raised in certain Defendants' motion to dismiss (Docket Nos. 155, 156), and further argument on the motions to dismiss would be repetitive and wasteful until that expedited discovery is complete, and (3) the Court, having preliminarily determined that Defendants' motions to dismiss are without merit, should now turn its attention to the Federal Trade Commission's ("FTC") pending motion for preliminary injunction (Docket No. 4) in order to prevent ongoing violations of federal law that harm consumers nationwide. |

Defendants' joint motion for oral argument (Docket No. 159) on their motions to dismiss is an attempt to move this case backward.  The Court should decline the request for the following reasons:  (1) the Court already allotted *more than two hours* (*see* Docket No. 161) of argument on the motions to dismiss in connection with Defendants' failed motion to stay all discovery, (2) the Court ordered the parties to engage in expedited discovery regarding an issue raised in certain Defendants' motion to dismiss (Docket Nos. 155, 156), and further argument on the motions to dismiss would be repetitive and wasteful until that expedited discovery is complete, and (3) the Court, having preliminarily determined that Defendants' motions to dismiss are without merit, should now turn its attention to the Federal Trade Commission's ("FTC") pending motion for preliminary injunction (Docket No. 4) in order to prevent ongoing violations of federal law that harm consumers nationwide.

Prompt resolution of the motion for preliminary injunction is especially appropriate given the volume of evidence submitted by the FTC regarding, among other things, the inaccurate nature of Defendants' loan documents and their unlawful requirement that consumers agree to preauthorized electronic fund transfers from their bank accounts as a condition of receiving credit.  (*See generally*, Docket No. 5.)  Even putting aside that large quantum of evidence, these issues, are, according to Defendants, capable of resolution by mere examination of Defendants' own documents (Docket No. 149 at 19-20; Defs.' Opp. to Mot. for Prelim. Inj. (under seal) at 24-30, 35-38).

Dated: September 6, 2012                    Respectfully submitted,

                                                    */s/ Nikhil Singhvi*
Nikhil Singhvi
Jason D. Schall
Julie G. Bush
Helen P. Wong
Ioana Rusu

*Attorneys for Plaintiff*
*Federal Trade Commission*

3

# CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that the following individuals were served with the **PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION FOR ORAL ARGUMENT** by the method indicated below:

**Electronic Case Filing:**
David J. Merrill (david@djmerrillpc.com),
Adam S. Hoffinger (ahoffinger@mofo.com)
Andrew MacGregor Smith (asmith@mofo.com)
Nicholas Miranda (nmiranda@mofo.com)
Bradley S. Lui (blui@mofo.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
*Attorney for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
*Attorney for Defendants Kim C. Tucker and Park 269 LLC*

1  Brian R. Reeve (breeve@swlaw.com)
2  Nathan F. Garrett (ngarrett@gbmglaw.com)
   Whitney P. Strack (pstrack@gbmglaw.com)
3  *Attorneys for Defendant Don E. Brady*

4
5  Dated this 6th day of September 2012.                 */s/ Nikhil Singhvi*
                                                          Nikhil Singhvi