DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-00536-GMN-VCF |
| AMG SERVICES, INC., *et al.*, | ) |
| Defendants, and | ) |
| PARK 269 LLC, *et al.*, | ) |
| Relief Defendants. | ) |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Ioana Rusu to practice before this honorable Court in all matters relating to the above-captioned case.

Ioana Rusu is an attorney with the Federal Trade Commission, an agency of the federal government. Ms. Rusu is a member in good standing of the Bar of the District of Columbia (Bar No. 1001603).

The following contact information is provided to the Court:

> Ioana Rusu
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop NJ-3158
> Washington, DC 20580
> Phone: (202) 326-2077
> Facsimile: (202) 326-3768
> Email: irusu@ftc.gov

Accordingly, the United States respectfully requests than an order be issued allowing Ioana Rusu to practice before this honorable Court.

Respectfully submitted this 5th day of September 2012.

> DANIEL G. BOGDEN
> United States Attorney
>
> /s/ Blaine Welsh
> BLAINE T. WELSH
> Assistant United States Attorney

**IT IS SO ORDERED:**

_____
Gloria M. Navarro
United States District Judge

**DATED: 09/11/2012**