DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
IOANA RUSU
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jschall@ftc.gov;
jbush@ftc.gov; hwong@ftc.gov; irusu@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **MOTION TO FILE DOCUMENTS UNDER SEAL** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

1	Plaintiff Federal Trade Commission ("FTC") moves, pursuant to the Confidentiality and
2	Protective Order (Docket No. 173), to file the deposition transcript of SFS, Inc. and attached
3	exhibits under seal. These materials will be filed as Exhibit A to the October 10, 2012
4	declaration of Nikhil Singhvi. The FTC also moves to file under seal its opposition to
5	Defendants' emergency motion for protective order and cross motion to compel. A redacted,
6	public version will also be filed. The reasons for this motion are as follows.

7	On October 1, 2012, the Court ordered SFS, Inc. to appear for its deposition on October
8	4, 2012. (Docket No. 190 at 3.) The Court also ordered the FTC to file an expedited version of
9	the deposition transcript by October 10, 2012 at 4:00 p.m. (*Id.*)

10	During the October 4, 2012 deposition, SFS, Inc. requested that the entire deposition
11	transcript be deemed "Confidential" under the Confidentiality and Protective Order until SFS,
12	Inc. could review the final transcript and make specific "Confidential" designations. The FTC
13	agreed. Shortly before filing of the present motion, SFS, Inc. supplied approximately 25 specific
14	"Confidential" designations. Redaction of the transcript according to SFS, Inc.'s specific
15	designations was not feasible to meet the Court's 4:00 p.m. filing deadline.

16	Solely to comply with the Court's October 1, 2012 order and to preserve SFS, Inc.'s
17	designations, the FTC moves for leave to file the above-described materials under seal, with
18	redactions to its opposition and cross motion to the extent that specific portions of the transcript
19	designated as "Confidential" are discussed. As the party requesting "Confidential" treatment,
20	SFS, Inc. bears the burden of showing cause therefor. Until SFS, Inc. attempts to make that
21	showing, the FTC takes no position on whether any portions of these materials should remain
22	sealed and redacted.

1 | Dated: October 10, 2012

2 |                                               Respectfully submitted,

*/s/ Nikhil Singhvi*
Nikhil Singhvi
Jason D. Schall
Julie G. Bush
Helen P. Wong
Ioana Rusu

*Attorneys for Plaintiff*
*Federal Trade Commission*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 10-11-2012

2

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that the following individuals were served with the **MOTION TO FILE DOCUMENTS UNDER SEAL** by the method indicated below:

**Electronic Case Filing:**
David J. Merrill (david@djmerrillpc.com),
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
*Attorney for Defendants Kim C. Tucker and Park 269 LLC*

| | |
|---|---|
| 1 | Brian R. Reeve (breeve@swlaw.com) |
| 2 | Nathan F. Garrett (ngarrett@gbmglaw.com) |
|   | Whitney P. Strack (pstrack@gbmglaw.com) |
| 3 | *Attorneys for Defendant Don E. Brady* |

*/s/ Nikhil Singhvi*

Dated this 10th day of October, 2012.          Nikhil Singhvi