# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.,*<br><br>　　　　　　Defendants. | 2:12-cv -00536-GMN-VCF<br><br>**ORDER**<br>(Plaintiff's Unopposed Motion to Amend Motion to *[sic]* Scheduling Order #234) |

　　　Before the Court is Plaintiff's Unopposed Motion to Amend Motion to *[sic]* Scheduling Order (#234) filed on November 13, 2012.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion to Amend Motion to *[sic]* Scheduling Order (#234) is GRANTED.

　　　IT IS FURTHER ORDERED that FTC's opening brief in support of its preliminary injunction motion is due on or before Monday, December 3, 2012.

　　　IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion for Preliminary Injunction and Other Equitable Relief (#4) currently scheduled for January 28, 2013 is VACATED and rescheduled for February 6, 2013 at 9:30 a.m. in Courtroom 3D.

　　　Dated this 14th day of November, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE