# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | 2:12-cv -00536-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | (Plaintiff's Motion to File Under Seal #239) |
| AMG SERVICES, INC., *et al.,* | |
| Defendants. | |

Before the Court is Plaintiff's Motion to File Under Seal (#239) filed on November 14, 2012.

Plaintiff requests attachments 32 and 33 filed in docket number 239, to Plaintiff's Motion to Compel Discovery Responses from Tucker Defendants (#236), to be file under seal as they contain confidential information.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion to File Under Seal (#239) is GRANTED.

IT IS FURTHER ORDERED that the Court Clerk is directed to seal attachments 32 and 33, filed in docket number 239, to Plaintiff's Motion to Compel Discovery Responses from Tucker Defendants (#236).

Dated this 14th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE