# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | 2:12-cv -00536-GMN-VCF |
| Plaintiff, | **ORDER** |
| vs. | (Plaintiff's Motion to File Under Seal #243) |
| AMG SERVICES, INC., *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion to File Under Seal (#243) filed on November 14, 2012.

Plaintiff requests attachment 23 filed in docket number 243, to Plaintiff's Motion to Compel Discovery from Defendants (#242), to be file under seal as a third party marked the document as confidential pursuant to the protective order of September 13, 2012 (#173).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion to File Under Seal (#243) is GRANTED.

IT IS FURTHER ORDERED that the Court Clerk is directed to seal attachment 23 filed in docket number 243, to Plaintiff's Motion to Compel Discovery from Defendants (#242).

Dated this 14th day of November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE