# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.,*<br><br>　　　　　Defendants. | 2:12-cv -00536-GMN-VCF<br><br>**ORDER**<br><br>**(Pending Discovery Motions #236, 240, 241, 242, and 253, Set Briefing Deadlines, and Schedule Hearing)** |

　　　　Before the Court is the matter of *Federal Trade Commission v. AMG Services, Inc. et al* (Case No. 2:12-cv-00536-GMN-VCF ).

　　　　On November 14, 2012, the FTC filed a Motion to Compel Discovery Responses from Tucker Defendants (#236), a Motion to Compel Discovery Responses from Relief Defendants Kim Tucker and Park 269, LLC (#240), a Motion to Compel Discovery Responses from Timothy J. Muir and Muir Law Firm, LLC (#241), and a Motion to Compel Discovery Responses from the Lending Defendants (#242). On November 21, 2012, the FTC filed an *Emergency* Motion For Protective Order.  (#253).  Also on November 21, 2012, the Lending Defendants filed an Opposition (#254) to the FTC's Motion to Compel (#242).

　　　　The FTC's *emergency* motion for protective order (#253) asserts that defendants Timothy J. Muir and The Muir Law Firm, LLC issued a Notice of Rule 30(b)(6) Deposition (#253-2) of the FTC for December 4, 2012, at 9:00 a.m.  (#253).  The FTC asks this court to either enter a protective order

striking the Notice of Deposition (#253-2) or enter an expedited briefing schedule for the motion and postpone the deposition. *Id.*

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Rule 30(b)(6) Deposition currently noticed for December 4, 2012, at 9:00 a.m. is STAYED until further order from the court.

IT IS FURTHER ORDERED that Tucker Defendants' Opposition to the Motion to Compel (#236), Relief Defendants Kim Tucker and Park 269, LLC's Opposition to the Motion to Compel (#240), and defendants Timothy J. Muir and The Muir Law Firm, LLC's Oppositions to the Motion to Compel (#241) and Motion for Protective Order (#253) are due on or before November 30, 2012. The FTC's Replies in support of its Motions to Compel (#236, #240, #241, and #242) and Motion for Protective Order (#253) are due on or before December 10, 2012.

IT IS FURTHER ORDERED that a hearing is scheduled for December 20, 2012, at 10:00 a.m. in Courtroom 3C.

DATED this 26th day in November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE