# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.,*<br><br>Defendants. | 2:12-cv -00536-GMN-VCF<br><br>**ORDER**<br><br>(*Emergency* **Motion for Protective Order #259, Set Briefing Deadlines, and Schedule Hearing**) |

Before the Court is the matter of *Federal Trade Commission v. AMG Services, Inc. et al* (Case No. 2:12-cv-00536-GMN-VCF ).

On November 14, 2012, the FTC filed a Motion to Compel Discovery Responses from Tucker Defendants (#236), a Motion to Compel Discovery Responses from Relief Defendants Kim Tucker and Park 269, LLC (#240), a Motion to Compel Discovery Responses from Timothy J. Muir and Muir Law Firm, LLC (#241), and a Motion to Compel Discovery Responses from the Lending Defendants (#242). On November 21, 2012, the FTC filed an *Emergency* Motion For Protective Order to Prevent Rule 30(b)(6) Deposition of the FTC scheduled for December 4, 2012. (#253). Also on November 21, 2012, the Lending Defendants filed an Opposition (#254) to the FTC's Motion to Compel (#242).

On November 26, 2012, the court issued an order staying the December 4, 2012, Rule 30(b)(6) deposition of the FTC, setting a briefing schedule on the pending motions (#236, #240, #241, #242 and #253), and scheduling a hearing on the pending motions for December 20, 2012, at 10:00 a.m. (#258). On November 28, 2012, the FTC filed another *emergency* motion for protective order to prevent a Rule

30(b)(6) deposition of the FTC scheduled for December 13, 2012. (#259). The FTC asserts that the deposition notice (#259-1) served by defendant Troy L. LittleAxe is "just as deficient and improper as the Muir deposition notice," and asks this court to strike the deposition notice (#259-1) or apply the briefing and argument schedule from the court's November 26, 2012, order (#258) to the instant motion (#259). *Id.*

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Rule 30(b)(6) Deposition currently noticed by defendant Troy L. LittleAxe for December 13, 2012, at 9:00 a.m. is STAYED until further order from the court.

IT IS FURTHER ORDERED that Tucker Defendants' Opposition to the Motion to Compel (#236), Relief Defendants Kim Tucker and Park 269, LLC's Opposition to the Motion to Compel (#240), and defendants Timothy J. Muir and The Muir Law Firm, LLC's Oppositions to the Motion to Compel (#241) and *Emergency* Motion for Protective Order (#253) are due on or before November 30, 2012. The FTC's Replies in support of its Motions to Compel (#236, #240, #241, and #242) and *Emergency* Motion for Protective Order (#253) are due on or before December 10, 2012. Defendant LittleAxe's Opposition to the FTC's *Emergency* Motion For Protective Order (#259) is due on or before December 5, 2012. The FTC's Reply in support of its *Emergency* Motion For Protective Order (#259) is due on or before December 12, 2012.

IT IS FURTHER ORDERED that a hearing on all motions listed above is scheduled for December 20, 2012, at 10:00 a.m. in Courtroom 3C.

DATED this 28th day in November, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE