1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

FEDERAL TRADE COMMISSION,

                 Plaintiff,

vs.

AMG SERVICES, INC., *et al.,*

                 Defendants.

2:12-cv -00536-GMN-VCF

**ORDER**
[Defendants Kim C. Tucker and Park 269 LLC's Objection to Improper Disclosure of Private Bank Information and Motion to Strike Same (#262) and Plaintiff's Motion to File Under Seal (#263)]

Before the Court are Defendants Kim C. Tucker and Park 269 LLC's Objection to Improper Disclosure of Private Bank Information and Motion to Strike Same (#262) and Plaintiff's Emergency Motion to Seal Document (#263) filed on November 29, 2012.

Pursuant to Defendants Kim C. Tucker and Park 269 LLC's Objection to Improper Disclosure of Private Bank Information and Motion to Strike Same (#262), Plaintiff's exhibit in docket number 240-2 contains confidential information. Defendants request the Court to strike the exhibit and have the Court Clerk correct the docket. *Id.*

In Plaintiff's Emergency Motion, Plaintiff requests the Court to seal the exhibits in docket number 240-2. (#263). Plaintiff filed a redacted version of the exhibits in docket number 240-2 as an attachment in Plaintiff's Emergency Motion to Seal Document. *Id.*

Accordingly, and for good cause shown,

1

2

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to Seal Document (#263) is GRANTED.

3

4

5

IT IS FURTHER ORDERED that Defendants Kim C. Tucker and Park 269 LLC's Objection to Improper Disclosure of Private Bank Information and Motion to Strike Same (#262) is GRANTED in part and DENIED in part as stated below:

6

7

1. The Court Clerk is directed to SEAL docket number 240-2 to Plaintiff's Motion to Compel Discovery Responses from Relief Defendants Kim Tucker and Park 269 LLC (#240).

8

9

Dated this 30th day of November, 2012.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25