# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

AMG Services, Inc., et al.,

        Defendants, and

Park 269 LLC, et al.,

        Relief Defendants.

Case No.: 2:12-cv-536-GMN-VCF

**[PROPOSED] ORDER FOR EXTENDED BRIEFING SCHEDULE**

      Before the Court is the Agreed Joint Motion to Extend Briefing Schedule (First Request) filed by Plaintiff Federal Trade Commission ("FTC") and Defendants AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D. Campbell, and Troy L. LittleAxe (collectively, "Defendants") indicating that the parties agree as follows:

      1.    In this Court's November 7, 2012 Minute Order (Doc. No. 232) and this Court's November 14, 2012 Order (Doc. No. 235), the Court set the following briefing schedule for the parties' supplemental briefing on the FTC's motion for preliminary injunction (Doc. No. 4):

          a.    The FTC's opening brief in support of its preliminary injunction motion is due on December 3, 2012;

          b.    Defendants' responding supplemental briefs are due on December 21, 2012;

          c.    the FTC's reply supplemental brief is due on January 7, 2013; and

          d.    Defendants' sur-reply briefs addressing the arm of the tribe defense are due on January 22, 2013.

      2.    In this Court's November 28, 2012 Order (Doc. No. 260), the Court set the following schedule for briefing on the FTC's motion to compel discovery from the Tucker

1. Defendants (Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, LLC) (Doc. No. 236):

   a. The Tucker Defendants' opposition brief is due on November 30, 2012, and

   b. the FTC's reply in support of its motion to compel is due on December 10, 2012.

3. The parties' efforts to reach an agreement regarding issues raised in the FTC's preliminary injunction briefing and its motion to compel are ongoing, and the parties believe they are close to resolving these motions.

4. In light of their ongoing negotiations, the FTC and Defendants have agreed to extend the supplemental preliminary injunction briefing by one week, as outlined below:

   a. The FTC's opening brief in support of its preliminary injunction motion will be due on December 10, 2012;

   b. Defendants' responding supplemental brief will be due on December 28, 2012;

   c. the FTC's reply supplemental brief will be due on January 14, 2013; and

   d. Defendants' sur-reply brief addressing the arm of the tribe defense will be due on January 29, 2013.

5. In light of their ongoing negotiations, the FTC and the Tucker Defendants have agreed to extend the motion to compel briefing by one week, as outlined below:

   a. the Tucker Defendants' opposition brief will be due December 7, 2012, and

   b. the FTC's reply in support of its motion to compel will be due on December 14, 2012.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-30-2012