L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
lcr@juww.com
MICHAEL R. ERNST, ESQ.
Nevada Bar No. 11957
mre@juww.com
JOLLEY URGA WIRTHWOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile
*Attorneys for Defendants The Muir Law Firm, LLC
and Timothy J. Muir*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>　　Defendants, and<br><br>PARK 269, LLC, et al.,<br><br>　　Relief Defendants. | Case No.   2:12-cv-00536-GMN-VCF<br><br>**AGREED JOINT MOTION TO EXTEND BRIEFING SCHEDULE OF THE FTC AND THE MUIR DEFENDANTS**<br>**(FIRST REQUEST)** |

　　Plaintiff Federal Trade Commission ("FTC") and Defendants The Muir Law Firm, LLC and Timothy J. Muir, Esq. (the "Muir Defendants") hereby jointly request an extension of the briefing schedules set forth below. This request is based on the reasons set forth in the Agreed Joint Motion to Extend Briefing Schedule filed by the FTC and all remaining Defendants [Doc. No. 264] (excluding the Relief Defendants) regarding negotiations between the parties, which negotiations will affect the briefing schedule as to the FTC and the Muir Defendants.

　　Based on the foregoing, the FTC and the Muir Defendants have agreed to extend the supplemental preliminary injunction briefing by one week, as follows:

1

1. the FTC's opening brief in support of its preliminary injunction motion will be due on December 10, 2012;
2. the Muir Defendants' responding supplemental brief will be due on December 28, 2012;
3. the FTC's reply supplemental brief will be due on January 14, 2013; and
4. the Muir Defendants' sur-reply brief will be due on January 29, 2013.

Furthermore, the FTC and the Muir Defendants have agreed to extend the briefing as to the FTC's Motion to Compel Discovery Responses [Doc. No. 241] from the Muir Defendants, as follows:

1. the Muir Defendants' opposition brief will be due December 7, 2012; and
2. the FTC's reply in support of its motion to compel will be due on December 14, 2012.

Finally, the FTC and the Muir Defendants have agreed to extend the briefing as to the FTC's Emergency Motion for Protective Order to Prevent Rule 30(b)(6) Deposition [Doc. No. 253], as follows:

1. the Muir Defendants' opposition brief will be due December 7, 2012; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2. the FTC's reply in support of its motion for protective order will be due on December 14, 2012.

For the reasons set forth herein and in the joint motion filed by the FTC and the remaining Defendants, the FTC and the Muir Defendants respectfully request that their motion to extend briefing schedule as set forth above be granted.

DATED this 30th day of November, 2012.

| FEDERAL TRADE COMMISSION | JOLLEY URGA WIRTH WOODBURY & STANDISH |
|---|---|
| /s/ Nikhil Singhvi | /s/ L. Christopher Rose |
| Nikhil Singhvi<br>Jason D. Schall<br>Julie G. Bush<br>Helen P. Wong<br>Ioana Rusu<br>600 Pennsylvania Ave., NW<br>Mailstop NJ-3158<br>Washington, DC 20580<br>Telephone: (202) 326-3480<br>Facsimile: (202) 326-3629<br>Email: nsinghvi@ftc.gov<br>    jbush@ftc.gov<br>    jschall@ftc.gov<br>    hwong@ftc.gov<br>    irusu@ftc.gov<br>*Attorneys for Plaintiff*<br>*Federal Trade Commission* | L. Christopher Rose, Esq., #7500<br>Michael R. Ernst, Esq., #11957<br>3800 Howard Hughes Parkway, 16th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ____ 11-30-2012

## **CERTIFICATE OF SERVICE**

This will certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169. This is to certify that on November 30th, 2012, I electronically filed the **AGREED JOINT MOTION TO EXTEND BRIEFING SCHEDULE OF THE FTC AND THE MUIR DEFENDANTS (FIRST REQUEST)** with the Clerk of Court using the CM/ECF system, which will cause the document to be served upon all current counsel of record.

/s/ Kelly McGee
_____
An Employee of JOLLEY URGA WIRTH
WOODBURY & STANDISH

4