DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
IOANA RUSU
Federal Trade Commission
600 Pennsylvania Ave, NW
Mailstop NJ-3158
Washington, D.C. 20580
Telephone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsignhvi@ftc.gov; jbush@ftc.gov; jschall@ftc.gov;
hwong@ftc.gov; irusu@ftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-cv-536-GMN-VCF |
| v. | |
| AMG Services, Inc., et al., | **AGREED JOINT MOTION TO STAY PRELIMINARY INJUNCTION BRIEFING AND ARGUMENT AND PROPOSED ORDER** |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Defendants AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D. Campbell, and Troy L. Littleaxe (collectively, "Defendants") respectfully request that the Court stay further briefing and argument regarding the FTC's motion for preliminary injunction (Docket No. 4.):

1. The parties have reached agreement on a stipulated preliminary injunction and an agreement to bifurcate this case into two phases: (1) merits/liability; and if necessary (2) common enterprise liability, individual liability, and relief.

2. Both the stipulated preliminary injunction and bifurcation promote the orderly resolution of controversy and judicial economy.

3. The parties' proposed order for a stipulated preliminary injunction and bifurcation of discovery has been submitted to United States District Judge Gloria M. Navarro for approval.

4. The parties agree that, pending Judge Navarro's review of the parties' proposed order, further briefing and argument regarding the FTC's motion for preliminary injunction would waste the Court's and the parties' resources.

5. The parties agree that if their proposed order for a stipulated preliminary injunction and bifurcation is not approved, they will, within seven days, meet and confer and submit a proposal to the Court to reschedule the motion for preliminary injunction briefing and argument.

The parties therefore respectfully request that the Court stay all further briefing and argument regarding the FTC's motion for preliminary injunction (Docket No. 4).

Dated: December 7, 2012

| /s/ Nikhil Singhvi<br>NIKHIL SINGHVI<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop NJ-3158<br>Washington, DC 20580<br>Telephone: (202) 326-3480<br>Facsimile: (202) 326-3629<br>Email: nsinghvi@ftc.gov<br><br>*Attorney for Plaintiff Federal Trade Commission* | /s/ Bradley Weidenhammer<br>BRADLEY WEIDENHAMMER<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: bradley.weidenhammer@kirkland.com<br><br>*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)* |
|---|---|
| /s/ Nathan F. Garrett<br>NATHAN F. GARRETT<br>WHITNEY PAIGE STRACK GRAVES BARTLE MARCUS & GARRETT, LLC<br>1100 Main Street<br>Suite 2700<br>Kansas City, MO 64105<br>Telephone: (816) 256-3181<br>Facsimile:<br>Email: ngarrett@gmbglaw.com<br><br>*Attorney for Defendant Don E. Brady* | /s/ Nick J. Kurt<br>NICK J. KURT<br>BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP<br>2600 Grand Boulevard<br>Suite 1200<br>Kansas City, MO 64108<br>Telephone: (816) 561-7007<br>Facsimile: (816) 561-1888<br>Email: nkurt@berkowitzoliver.com<br><br>*Attorney for Defendants Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, LLC* |

/s/ Paul C. Ray
PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Littleaxe*

/s/ Shilee Mullin
SHILEE MULLIN
FREDERICKS PEEBLES & MORGAN LLP
3610 North 163rd Plz.
Omaha, NE 68116
Telephone: (402) 333-4053
Facsimile: (402) 333-4761
Email: smullin@ndnlaw.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc., dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

/s/ Jay Young
JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D. Campbell*

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc., dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 12-7-2012

# CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with **AGREED JOINT MOTION TO STAY PRELIMINARY INJUNCTION BRIEFING AND ARGUMENT AND PROPOSED ORDER** filed with the Court.

**Electronic Case Filing:**

David J. Merrill (david@djmerrillpc.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc.; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gbmglaw.com)
Whitney P. Strack (pstrack@gbmglaw.com)
*Attorneys for Defendant Don E. Brady*

Dated this 7th day of December 2012.

*/s/ Nikhil Singhvi*
Nikhil Singhvi