DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
IOANA RUSU
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov; jbush@ftc.gov;
jschall@ftc.gov; hwong@ftc.gov; irusu@ftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br>          v.<br><br>AMG Services, Inc., et al.,<br><br>              Defendants, and<br><br>Park 269 LLC, et al.,<br><br>              Relief Defendants. | Case No. 2:12-cv-536<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL** |

1   On November 14, 2012, Plaintiff Federal Trade Commission ("FTC") filed a Motion to Compel Defendants AMG Services, Inc., Tribal Financial Services d/b/a UnitedCashLoans, USFastCash, Ameriloan, and Miami Nation Enterprises, SFS, Inc. d/b/a One Click Cash, and Red Cedar Services, Inc. d/b/a 500 Fast Cash to answer Interrogatories, produce documents responsive to document requests, and provide information on their litigation hold procedures.  (Docket No. 242.)

The parties have now resolved their disagreements regarding the portion of discovery subject to Phase 1 of the bifurcated discovery (Interrogatories 5 and 12, and Requests for Production 6, 9, 11, 27, 34, 38, 39, and 40).  The FTC therefore withdraws, without prejudice, its Motion to Compel (Docket No. 242).  The FTC specifically reserves the right to reassert this motion in the second phase of discovery if the Court accepts the parties' bifurcation proposal.  The FTC also specifically reserves the right to reassert this motion with respect to Phase 2 discovery if the Court does not accept the parties' bifurcation proposal.

Dated:  December 13, 2012

Respectfully submitted,

*/s/ Jason Schall*
Nikhil Singhvi
Jason D. Schall
Julie G. Bush
Helen P. Wong
Ioana Rusu

*Attorneys for Plaintiff*
*Federal Trade Commission*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  _____ 12-13-2012   _____

1

**CERTIFICATE OF SERVICE**

I, Jason Schall, certify that, as indicated below, all parties were served with **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL** filed with the Court.

**Electronic Case Filing:**

David J. Merrill (david@djmerrillpc.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc.; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)*Attorneys for Relief  Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)

1

| | |
|---|---|
| 1 | Nathan F. Garrett (ngarrett@gbmglaw.com) |
| 2 | Whitney P. Strack (pstrack@gbmglaw.com) |
| | *Attorneys for Defendant Don E. Brady* |

Dated this 13th day of December 2012.

*/s/ Jason Schall*
Jason Schall