DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
IOANA RUSU
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jbush@ftc.gov;
jschall@ftc.gov; hwong@ftc.gov; irusu@ftc.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br>          v.<br><br>AMG Services, Inc., et al.,<br><br>                    Defendants, and<br><br>Park 269 LLC, et al.,<br><br>                    Relief Defendants. | Case No. 2:12-cv-536<br><br>**JOINT MOTION TO UNSEAL AND FILE REDACTED MEMORANDA AND EXHIBITS IN CONNECTION WITH PRELIMINARY INJUNCITON MOTION** |

1

Plaintiff Federal Trade Commission ("FTC") and Defendants AMG Services, Inc., Red Cedar Services, SFS, Inc., and Tribal Financial Services ("Defendants") hereby submit this joint motion to modify previous orders of the Court sealing certain previously-filed memoranda and exhibits filed in connection with the FTC's motion for preliminary injunction (Docket No. 4).  The purpose of this motion is to allow Defendants and the FTC to file redacted memoranda and exhibits in place of the under seal memoranda and exhibits, as follows:

1.  Defendants previously filed their entire opposition memorandum and all opposition exhibits (Docket No. 70) under seal.  The Court entered an order granting Defendants' motion to seal.  (Docket No. 78.)

   a.  Defendants and the FTC agree that Defendants may file their opposition memorandum publicly with the following redactions:

   i.  Page 2, line 2:  the approximation of Defendants' number of customers.

   ii.  Page 3, footnote 3:  the clause following "In 2011," and the following sentence.

   iii.  Page 11, lines 6-7:  the first sentence under heading "a"

   iv.  Pages 18, line 8 through Page 20, line 4, and footnotes 90-96

   v.  Page 30, line 10:  the full sentence beginning with the word "And"

   vi.  Page 30, lines 25-25:  the approximation of the percentage of Defendants' customers who paid their loan in full or paid down their principal before the first date on which a principal payment was due

   vii.  Page 31, line 6:  the full sentence beginning with the word "After"

  viii. Page 39, lines 16-17:  Defendants' approximation of their number of customers and their calculation of their percentage of complaints

  ix. Page 44, lines 4-5:  the remainder of the sentence after the word "originated"

b. Defendants and the FTC agree that Defendants may file the Declaration of Natalie Dempsey, TLDX 4, with redactions as follows:

  i. Paragraph 11:  the second sentence

  ii. Paragraph 12:  the percentage figure

  iii. Paragraph 15:  the balance of the paragraph after the third sentence

  iv. Paragraph 16:  the final sentence

  v. Paragraph 18

  vi. Paragraph 52:  the second sentence

  vii. Paragraph 55:  the third sentence

  viii. Paragraphs 61-65

  ix. Page 17, footnote 1

  x. Paragraphs 68-70

c. Defendants and the FTC agree that Defendants may file attachments to the Dempsey Declaration, with redactions as follows:

  i. Dempsey Declaration Attachment C:  redactions to borrower's application identification number and dates of loans

  ii. Dempsey Declaration Attachment N:  redactions to borrower's first and last name and application number

    iii.  Dempsey Declaration Attachment O: redactions to borrower's first and last name, application number, username, and password

    iv.  Dempsey Declaration Attachment AA:  redactions necessary to comply with Special Order No. 108, and redactions to application identification number and personal email address

    v.  Dempsey Declaration Attachment BB:  redactions necessary to comply with Special Order No. 108, and redactions to application identification number

    vi.  Dempsey Declaration Attachment CC:  redactions necessary to comply with Special Order No. 108, and redactions to application identification number and salary information

    vii.  Dempsey Declaration Attachment DD:  redactions necessary to comply with Special Order No. 108, and redactions to application identification number and salary information

  d.  Defendants and the FTC agree that Attachments B, Y, and Z to the Dempsey Declaration should remain under seal.

  e.  Any of Defendants' opposition exhibits and attachments not listed above shall be filed publicly.

2.  The FTC previously filed its entire reply memorandum and all reply exhibits (Docket No. 84) under seal.  The Court entered an order granting the FTC's motion to seal (Docket No. 115), preserving the FTC's right to revisit the two seal orders. (*Id.*)

  a.  The FTC and Defendants agree that the FTC may file its reply memorandum publicly, with the following redactions:

    i.  Page 4, footnote 7:  The two percentages of Defendants' consumers who originate at third party websites and at Defendants' own websites, as well as the two numbers of loans Defendants made in 2011

4

  ii. Page 11, footnote 30:  Defendants' calculation of the percentage of Defendants' consumers who filed complaints, and Defendants' total number of loans

  iii. Page 11, footnote 32:  Defendants' calculation of the percentage of customers who paid off their loans and the percentage of Defendants' consumers who did not default

  iv. Page 13, line 13:  Defendants' calculation of the number of Defendants' who repeat as customers

  v. Page 14, line 7:  Defendants' calculation of the percentage of consumers who originate from third parties

  vi. Page 19, lines 8-9:  The block quotation from Defendants' compliance document

  vii. Page 28, line 18:  The dollar amount of deposits into AMG's identified bank account

 b. The FTC and Defendants agree that the FTC may file all its reply exhibits publicly.

3. The FTC and Defendants shall file the materials listed above within two weeks of an Order granting this motion.

4. The relief requested herein is without prejudice to any party's right to challenge confidential treatment of the redacted material in connection with future proceedings.

WHEREFORE, the FTC and Defendants jointly request that the Court modify its seal orders (Docket Nos. 78, 115), to permit Defendants to file a redacted opposition memorandum and redacted exhibits, and to permit the FTC to file a redacted reply memorandum and unredacted exhibits, as set forth above.


Dated:  November 26, 2012


_____/s/Nikhil Singhvi_____         _____/s/ Shilee Mullin_____
NIKHIL SINGHVI                          SHILEE MULLIN
JASON D. SCHALL                         FREDERICKS PEEBLES & MORGAN
JULIE G. BUSH                           LLP
HELEN P. WONG                           3610 North 163rd Plz.
IOANA RUSU                              Omaha, NE 68116
Federal Trade Commission                Telephone: (402) 333-4053
600 Pennsylvania Ave., NW               Facsimile: (402) 333-4761
Mailstop NJ-3158                        Email: smullin@ndnlaw.com
Washington, DC 20580                    *Attorneys for Defendants AMG Services,*
Telephone: (202) 326-3480               *Inc.; Red Cedar Services, Inc. dba*
Facsimile: (202) 326-3629               *500FastCash; SFS, Inc. dba*
Email: nsinghvi@ftc.gov                 *OneClickCash; Tribal Financial Services,*
jbush@ftc.gov                           *dba Ameriloan, UnitedCashLoans,*
jschall@ftc.gov                         *USFastCash, and Miami Nation*
hwong@ftc.gov                           *Enterprises*
irusu@ftc.gov
*Attorneys for Plaintiff*
*Federal Trade Commission*


                                        IT IS SO ORDERED:

                                        _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE


                                        DATED: _____December 14, 2012_____

6

# CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with the **JOINT MOTION TO UNSEAL** filed with the Court.

*/s/ Nikhil Singhvi*

Dated this 26th day of November 2012.                    Nikhil Singhvi

**Electronic case filing:**

David J. Merrill (david@djmerrillpc.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Defendant Troy L. LittleAxe*

1

1

2

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee   (lmcfee@mcdowellrice.com)
*Attorneys for Defendants Kim C. Tucker and Park 269 LLC*

3

4

5

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gbmglaw.com)
Whitney P. Strack (pstrack@gbmglaw.com)
*Attorneys for Defendant Don E. Brady*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2