BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email: bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc.*
*(dba Tribal Financial Services, Ameriloan, UnitedCashLoans,*
*USFastCash)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-cv-536-GMN-VCF |
| v. | |
| AMG Services, Inc., et al., | |
| Defendants, and | **JOINT MOTION TO EXTEND DEADLINE FOR SUBMISSION OF THE PARTIES' JOINT STATUS REPORT** |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Defendants AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D. Campbell, and Troy L. Littleaxe (collectively, "Defendants") hereby give notice of their intent to file, after the holidays, a joint submission seeking to amend the current Discovery Plan and Scheduling Order.  In support thereof, the parties state the following:

1.   In light of the Court hearing on December 20, 2012, the parties have submitted a joint amended bifurcation proposal for the Court's consideration.

2.   The parties agree that the current Discovery Plan and Scheduling Order should be amended and the applicable dates extended, but the parties are not in a position to meet and confer on the particulars of an agreed amendment until after the entry of an order regarding the preliminary injunction and bifurcation agreement.

3.   Therefore, in lieu of filing a status report on December 31, 2012, the parties propose that, within fourteen (14) days of the Court's entry of the preliminary injunction and bifurcation agreement, the parties shall file a joint submission that offers a proposed Amended Discovery Plan and Scheduling Order for Phase I of the litigation, as defined by the bifurcation agreement.

4.   The parties agree that an Amended Discovery Plan and Scheduling Order would promote the orderly resolution of controversy and judicial economy.

Wherefore, the parties respectfully request an extension to file their joint status report until fourteen days after the Court's entry of the preliminary injunction and bifurcation agreement.

1

Dated:  December 27, 2012

/s/ Nikhil Singhvi
NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone:  (202) 326-3480
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

/s/ Bradley Weidenhammer
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone:  (312) 862-2000
Facsimile: (312) 862-2200
Email: bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

/s/ Nathan F. Garrett
NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT, LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

/s/ Nick J. Kurt
NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
Email:  nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, LLC*

/s/ Paul C. Ray
PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone:  (702) 823-2292
Facsimile: (702) 823-2384
Email:  paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Littleaxe*

/s/ Jay Young
JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone:  (702) 382-0711
Facsimile:  (702) 856-8900
Email:  j@marquisaurbach.com

*Attorney for Defendant Robert D. Campbell*

2

/s/ Shilee Mullin
SHILEE MULLIN
FREDERICKS PEEBLES & MORGAN LLP
3610 North 163rd Plz.
Omaha, NE  68116
Telephone:  (402) 333-4053
Facsimile:  (402) 333-4761
Email:  smullin@ndnlaw.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc., dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:_____
    12-27-2012

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 27th day of December 2012, service of the foregoing *Joint Motion to Extend Deadline for Submission of The Parties' Joint Status Report* was submitted electronically for filing and/or service with the United States District Court of Nevada.  Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ Brad Weidenhammer