

UNITED CASH LOANS



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
769

THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.



**CONGRATULATIONS!**

UnitedCashLoans[7] has Pre-Approved you for up to: **$300**
Your first due date will be 04/30/2012

Confirmation Number: 1938397166

If you would like less cash, please choose a new amount from the drop-box below.

Desired loan amount: $300

The terms of this loan are described in the LOAN NOTE AND DISCLOSURE.
Please review and confirm that you agree to the terms of the following related documents.

**YES** (click on each to confirm)

☑ I have read and accept the terms of the Application, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.

☑ I have read and accept the terms of the Privacy Policy & Electronic Disclosure and Consent Agreement.

☑ I have read and accept the terms of the Authorization Agreement.

☑ I have read and accept the terms of the Loan Note and Disclosure, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.

UnitedCashLoans[7] has developed a comprehensive Loan Alert System, including text messaging. By selecting Text and Email Alerts you agree to receive text messages from our Loan Alert System. Standard message and data rate may apply. See Application for full details.

◉ Text and Email Alerts
○ Email Alerts Only

By typing your full name below to provide your Electronic Signature and clicking the "I Agree" button, you agree to accept this loan pursuant to the terms and provisions of all the loan documents above.

[ Pleitzistelat Comodiastissteat ]

Type your full name (Pleitzistelat Comodiastissteat) in the box above.

**By Clicking on "I AGREE" below, I understand and agree that I will receive this loan from AMG Services, Inc., doing business as UnitedCashLoans, a tribal lending entity, direct to my bank account, and agree to be bound by the terms and provisions of all the loan documents above.**

[ I AGREE ]          [ DECLINE LOAN ]
Sign Me Up / Cash          I Do Not Want The Loan

THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY LOAN PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

4



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUTE BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
772

ONE CLICK CASH



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
773



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
774



TLDX 4
775



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

9

TLDX 4
776

US FAST CASH



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
777



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUTE BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

11

TLDX 4
778



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
779



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUTE BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
780

500FAST CASH



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUTE BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
782



**CONGRATULATIONS!**

500FastCash? has Pre-Approved you for up to: **$400**

Your first due date will be 04/30/2012

Confirmation Number: 1938397168

---

If you would like less cash, please choose a new amount from the drop-box below.

Desired loan amount: $400

The terms of this loan are described in the **LOAN NOTE AND DISCLOSURE**.
Please review and confirm that you agree to the terms of the following related documents.

**YES** (click on each to confirm)

- ☐ I have read and accept the terms of the Application, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.
- ☐ I have read and accept the terms of the Privacy Policy & Electronic Disclosure and Consent Agreement.
- ☐ I have read and accept the terms of the Authorization Agreement.
- ☐ I have read and accept the terms of the Loan Note and Disclosure, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.

500FastCash? has developed a comprehensive Loan Alert System, including text messaging. By selecting Text and Email Alerts you agree to receive text messages from our Loan Alert System. Standard message and data rate may apply. See Application for full details.

- ○ Text and Email Alerts
- ○ Email Alerts Only

By typing your full name below to provide your Electronic Signature and clicking the "I Agree" button, you agree to accept this loan pursuant to the terms and provisions of all the loan documents above.

Type your full name (Panktaskant Dandzotestari) in the box above.

By Clicking on "I AGREE" below, I understand and agree that I will receive this loan from Red Cedar Services, Inc. doing business as 500FastCash, a tribal lending entity, direct to my bank account, and agree to be bound by the terms and provisions of all the loan documents above.

[ I AGREE ]      [ DECLINE LOAN ]

---

THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
783



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
784

AMERILOAN



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
785



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

19



**CONGRATULATIONS!**

AmeriLoan[1] has Pre-Approved you for up to: **$300**

Your first due date will be 04/30/2012

**Confirmation Number: 1938397169**

If you would like less cash, please choose a new amount from the drop-box below.

Desired loan amount: $300 ▾

The terms of this loan are described in the LOAN NOTE AND DISCLOSURE.
Please review and confirm that you agree to the terms of the following related documents.

☑ I have read and accept the terms of the Application, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.     **YES (click on each to confirm)**

☑ I have read and accept the terms of the Privacy Policy & Electronic Disclosure and Consent Agreement.

☑ I have read and accept the terms of the Authorization Agreement.

☑ I have read and accept the terms of the Loan Note and Disclosure, including the terms and provisions of the LIMITED WAIVER OF SOVEREIGN IMMUNITY and the ARBITRATION PROVISION contained therein.

AmeriLoan[1] has developed a comprehensive Loan Alert System, including text messaging. By selecting Text and Email Alerts you agree to receive text messages from our Loan Alert System. Standard message and data rate may apply. See Application for full details.

◉ Text and Email Alerts
○ Email Alerts Only

By typing your full name below to provide your Electronic Signature and clicking the "I Agree" button, you agree to accept the terms and provisions of all the loan documents above.

Hagensisstest Rockiguotsstest

Type your full name (Hagansistest Rodriguezirstert) in the box above.

By Clicking on "I AGREE" below, I understand and agree that I will receive this loan from MNE Services, Inc., doing business as AmeriLoan, a tribal lending entity, direct to my bank account, and agree to be bound by the terms and provisions of all the loan documents above.

[ I AGREE Send Me My Cash ]          [ DECLINE LOAN I Do Not Want The Loan ]

THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
787



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

TLDX 4
788

# B

TLDX 4
789

Sent From: customerservice@unitedcashloans.com
Date/Time Sent: 03/26/2012 09:02:09 pm
Subject: Your UnitedCashLoans Approval Terms



**Phone Number: 1-800-279-8511**
**Fax Number: 1-800-803-8794**
**Website: unitedcashloans.com**

Attention: Martina Cattles

Application ID#: 1985050964

Congratulations, your loan in the amount of $600.00 has been approved. The cash will be sent to your bank on 03/26/2012*. It will be up to your bank to post the funds to your account, though the posting usually takes place the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

In the future, you can view the status of your loan at unitedcashloans.com.

If you have further questions about your account, please contact us at customerservice@UnitedCashLoans.com or call us at 1-800-279-8511. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

UnitedCashLoans

*Dates are estimates only.

**PLEASE REVIEW THE FOLLOWING REMINDERS REGARDING YOUR LOAN:**

**Loan Receipt:**
By receiving a loan through UnitedCashLoans you agree that your loan will be renewed on every due date unless you request to pay in full or to pay down your principal amount borrowed, at least 3 full business days prior to your next due date. If you do not notify UnitedCashLoans, 3 full business days prior to your due date, you will only pay the renewal fee plus any scheduled pay downs on your due date. If your loan is renewed, you will acquire a new renewel fee. If your pay date falls on a weekend or holiday and you have direct deposit, your account will be debited the business day prior to your normal pay date.

**Renewal:**
Your loan is always due on your paydays. By receiving a loan through UnitedCashLoans you agree that your loan will be renewed unless you request to pay down an additional amount against your principal, or pay out the balance in full. Renewing your loan means that you will pay the renewal fee (only) on this due date. Every time your loan is renewed, you will accrue a new renewal fee. You can renew your loan four times. On the FIFTH and subsequent due dates, you must pay the renewal fee

1 of 3

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=66929656

plus pay down your balance by $50.00. This is called an automatic pay down. When in automatic pay down, your principal loan amount and renewal fee will decrease. (EXAMPLE: For a $300.00 dollar loan the fee is $90.00. On the 5th due date, you pay $140.00 which equals the $90.00 renewal fee plus the $50.00 pay down. Consequently, your principal balance will be $250.00 with a new renewal fee of $75.00.) Once the automatic pay down has begun, your loan must be paid down every due date until it is paid in full.

Pay Down:
You can pay down your principal amount by increments of $50.00. Paying down will decrease the renewal fee. To accept this option you must notify us of your request in writing via fax at 1-800-803-8794, at least 3 full business days prior to your due date.

If for any reason you do not wish to renew your loan, meaning you wish to pay the full amount due on this due date please contact our customer service department at customerservice@UnitedCashLoans.com or 1-800-279-8511.

**There is a three-day rule on a full pay out or pay down on your loan. We need to receive the documentation in our office by 4:30 p.m. THREE FULL BUSINESS DAYS prior to your due date. That means if you are due on Friday, we need to have the document by 4:30 p.m. on Monday.**

If we do not receive the documentation, in time, your loan will be renewed.

By receiving a loan with UnitedCashLoans you have agreed to the terms listed below: AGREEMENT TO ARBITRATE DISPUTES: By signing the application and to induce us, UnitedCashLoans, to process and consider your application for a loan, you and we agree that any and all claims, disputes or controversies that we or our servicers or agents have against you or that you have against us, our servicers, agents, directors, officers and employees, that arise out of your application for a loan, the Loan Agreement that you must sign to obtain the loan, this agreement to arbitrate disputes, collection of the loan, or alleging fraud or misrepresentation, whether under the common law or pursuant to federal or state statute or regulation, or otherwise, shall be resolved by binding individual (and not class) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF" ) in effect at the time the claim is filed. This agreement to arbitrate disputes shall apply no matter by whom or against whom the claim is filed. Rules and forms of the NAF may be obtained and all claims shall be filed at any NAF office, on the World Wide Web at www.arb-forum.com, or at National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota 55405. If you are unable to pay the costs of arbitration, your arbitration fees will be waived by the NAF. Any arbitration hearing, if one is held, will take place at a location near your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Judgment upon the award may be entered by any party in any court having jurisdiction. This Agreement To Arbitrate Disputes is an independent agreement and shall survive the closing and repayment of the loan for which you are applying. NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION. AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS: To the extent permitted by law, by signing below you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us or our agents, servicers, directors, officers and employees. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. This agreement is not a waiver of any of your rights and

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=66929656

remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.

**Governing Law:** Both parties agree that this Note and your account shall be governed by all applicable federal laws and all laws of the jurisdiction in which the Lender is located, regardless of which state you may reside, and by signing below or by your electronic signature, you hereby contractually consent to the exclusive exercise of regulatory and adjudicatory authority by the jurisdiction in which the Lenders is located over all matters related to this Note and your account, forsaking any other jurisdiction which either party may claim by virtue of residency.

Confidentiality Statement & Notice: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and intended only for the use of the individual or entity to whom it is addressed. Any review, retransmission, dissemination to unauthorized persons or other use of the original message and any attachments is strictly prohibited. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete this message. Thank you for your cooperation.

TLDX 4
792

C

TLDX 4
793

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=50325652

Sent From: customerservice@usfastcash.com
Date/Time Sent: ▓▓▓▓▓▓▓ 07:08:48 pm
Subject: Your USFastCash Approval Terms

Phone Number: 1-800-640-1295
Fax Number: 1-800-803-8796
Website: USFastCash.com

Attention: Josephine Bongiovi

Application ID#: ▓▓▓▓▓

Congratulations, your loan in the amount of $300.00 has been approved. The cash will be sent to your bank on ▓▓▓▓▓▓▓*. It will be up to your bank to post the funds to your account, though the posting usually takes place the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

In the future, you can view the status of your loan at USFastCash.com.

If you have further questions about your account, please contact us at customerservice@USFastCash.com or call us at 1-800-640-1295. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

USFastCash

*Dates are estimates only.

PLEASE REVIEW THE FOLLOWING REMINDERS REGARDING YOUR LOAN:

Loan Receipt:
By receiving a loan through USFastCash you agree that your loan will be renewed on every due date unless you request to pay in full or to pay down your principal amount borrowed, at least 3 full business days prior to your next due date. If you do not notify USFastCash, 3 full business days prior to your due date, you will only pay the renewal fee plus any scheduled pay downs on your due date. If your loan is renewed, you will acquire a new renewel fee. If your pay date falls on a weekend or holiday and you have direct deposit, your account will be debited the business day prior to your normal pay date.

Renewal:
Your loan is always due on your paydays. By receiving a loan through USFastCash you agree that your loan will be renewed unless you request to pay down an additional amount against your principal, or pay out the balance in full. Renewing your loan means that you will pay the renewal fee (only) on this due date. Every time your loan is renewed, you will accrue a new renewal fee. You can renew your loan four times. On the FIFTH and subsequent due dates, you must pay the renewal fee plus pay down your balance by $50.00. This is called an automatic pay down. When in automatic pay down, your principal loan amount and renewal fee will decrease. (EXAMPLE: For a $300.00 dollar loan the fee is $90.00. On

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=50325652

the 5th due date, you pay $140.00 which equals the $90.00 renewal fee plus the $50.00 pay down. Consequently, your principal balance will be $250.00 with a new renewal fee of $75.00.) Once the automatic pay down has begun, your loan must be paid down every due date until it is paid in full.

**Pay Down:**
You can pay down your principal amount by increments of $50.00. Paying down will decrease the renewal fee. To accept this option you must notify us of your request in writing via fax at 1-800-803-8796, at least 3 full business days prior to your due date.

If for any reason you do not wish to renew your loan, meaning you wish to pay the full amount due on this due date please contact our customer service department at customerservice@USFastCash.com or 1-800-640-1295.

There is a three-day rule on a full pay out or pay down on your loan. We need to receive the documentation in our office by 4:30 p.m. THREE FULL BUSINESS DAYS prior to your due date. That means if you are due on Friday, we need to have the document by 4:30 p.m. on Monday.

If we do not receive the documentation, in time, your loan will be renewed.

By receiving a loan with USFastCash you have agreed to the terms listed below:
AGREEMENT TO ARBITRATE DISPUTES: By signing the application and to induce us, USFastCash, to process and consider your application for a loan, you and we agree that any and all claims, disputes or controversies that we or our servicers or agents have against you or that you have against us, our servicers, agents, directors, officers and employees, that arise out of your application for a loan, the Loan Agreement that you must sign to obtain the loan, this agreement to arbitrate disputes, collection of the loan, or alleging fraud or misrepresentation, whether under the common law or pursuant to federal or state statute or regulation, or otherwise, shall be resolved by binding individual (and not class) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF") in effect at the time the claim is filed. This agreement to arbitrate disputes shall apply no matter by whom or against whom the claim is filed. Rules and forms of the NAF may be obtained and all claims shall be filed at any NAF office, on the World Wide Web at www.arb-forum.com, or at National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota 55405. If you are unable to pay the costs of arbitration, your arbitration fees will be waived by the NAF. Any arbitration hearing, if one is held, will take place at a location near your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Judgment upon the award may be entered by any party in any court having jurisdiction. This Agreement To Arbitrate Disputes is an independent agreement and shall survive the closing and repayment of the loan for which you are applying.
NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.
AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS: To the extent permitted by law, by signing below you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us or our agents, servicers, directors, officers and employees. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. This agreement is not a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.
**Governing Law:** Both parties agree that this Note and your account shall be governed by all applicable federal laws and all laws of the jurisdiction in which the Lender is located, regardless of which state you may reside, and by signing below or by your electronic signature, you hereby contractually consent to

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=50325652

the exclusive exercise of regulatory and adjudicatory authority by the jurisdiction in which the Lenders is located over all matters related to this Note and your account, forsaking any other jurisdiction which either party may claim by virtue of residency.

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=52703293

Sent From: customerservice@usfastcash.com
Date/Time Sent: ███████ 07:04:50 pm
Subject: Your USFastCash Approval Terms

Phone Number: 1-800-640-1295
Fax Number: 1-800-803-8796
Website: USFastCash.com

Attention: Josephine Bongiovi

Application ID#: ███████

Congratulations, your loan in the amount of $300.00 has been approved. The cash will be sent to your bank on ████████*. It will be up to your bank to post the funds to your account, though the posting usually takes place the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

In the future, you can view the status of your loan at USFastCash.com.

If you have further questions about your account, please contact us at customerservice@USFastCash.com or call us at 1-800-640-1295. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

USFastCash

*Dates are estimates only.

PLEASE REVIEW THE FOLLOWING REMINDERS REGARDING YOUR LOAN:

Loan Receipt:
By receiving a loan through USFastCash you agree that your loan will be renewed on every due date unless you request to pay in full or to pay down your principal amount borrowed, at least 3 full business days prior to your next due date. If you do not notify USFastCash, 3 full business days prior to your due date, you will only pay the renewal fee plus any scheduled pay downs on your due date. If your loan is renewed, you will acquire a new renewel fee. If your pay date falls on a weekend or holiday and you have direct deposit, your account will be debited the business day prior to your normal pay date.

Renewal:
Your loan is always due on your paydays. By receiving a loan through USFastCash you agree that your loan will be renewed unless you request to pay down an additional amount against your principal, or pay out the balance in full. Renewing your loan means that you will pay the renewal fee (only) on this due date. Every time your loan is renewed, you will accrue a new renewal fee. You can renew your loan four times. On the FIFTH and subsequent due dates, you must pay the renewal fee plus pay down your balance by $50.00. This is called an automatic pay down. When in automatic pay down, your principal loan amount and renewal fee will decrease. (EXAMPLE: For a $300.00 dollar loan the fee is $90.00. On

the 5th due date, you pay $140.00 which equals the $90.00 renewal fee plus the $50.00 pay down. Consequently, your principal balance will be $250.00 with a new renewal fee of $75.00.) Once the automatic pay down has begun, your loan must be paid down every due date until it is paid in full.

**Pay Down:**
You can pay down your principal amount by increments of $50.00. Paying down will decrease the renewal fee. To accept this option you must notify us of your request in writing via fax at 1-800-803-8796, at least 3 full business days prior to your due date.

If for any reason you do not wish to renew your loan, meaning you wish to pay the full amount due on this due date please contact our customer service department at customerservice@USFastCash.com or 1-800-640-1295.

There is a three-day rule on a full pay out or pay down on your loan. We need to receive the documentation in our office by 4:30 p.m. THREE FULL BUSINESS DAYS prior to your due date. That means if you are due on Friday, we need to have the document by 4:30 p.m. on Monday.

If we do not receive the documentation, in time, your loan will be renewed.

By receiving a loan with USFastCash you have agreed to the terms listed below:
AGREEMENT TO ARBITRATE DISPUTES: By signing the application and to induce us, USFastCash, to process and consider your application for a loan, you and we agree that any and all claims, disputes or controversies that we or our servicers or agents have against you or that you have against us, our servicers, agents, directors, officers and employees, that arise out of your application for a loan, the Loan Agreement that you must sign to obtain the loan, this agreement to arbitrate disputes, collection of the loan, or alleging fraud or misrepresentation, whether under the common law or pursuant to federal or state statute or regulation, or otherwise, shall be resolved by binding individual (and not class) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF" ) in effect at the time the claim is filed. This agreement to arbitrate disputes shall apply no matter by whom or against whom the claim is filed. Rules and forms of the NAF may be obtained and all claims shall be filed at any NAF office, on the World Wide Web at www.arb-forum.com, or at National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota 55405. If you are unable to pay the costs of arbitration, your arbitration fees will be waived by the NAF. Any arbitration hearing, if one is held, will take place at a location near your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Judgment upon the award may be entered by any party in any court having jurisdiction. This Agreement To Arbitrate Disputes is an independent agreement and shall survive the closing and repayment of the loan for which you are applying.
NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.
AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS: To the extent permitted by law, by signing below you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us or our agents, servicers, directors, officers and employees. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. This agreement is not a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.
**Governing Law:** Both parties agree that this Note and your account shall be governed by all applicable federal laws and all laws of the jurisdiction in which the Lender is located, regardless of which state you may reside, and by signing below or by your electronic signature, you hereby contractually consent to

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=52703293

the exclusive exercise of regulatory and adjudicatory authority by the jurisdiction in which the Lenders is located over all matters related to this Note and your account, forsaking any other jurisdiction which either party may claim by virtue of residency.

TLDX 4
799

https://live.ecash.eplatflat.com/show_pdf.php?archive_id=55205051

Sent From: customerservice@oneclickcash.com
Date/Time Sent: ████████ 08:17:11 pm
Subject: Your OneClickCash Approval Terms

Phone Number: 1-800-230-3266
Fax Number: 1-888-553-6477
Website: OneClickCash.com

Attention: JOSEPHINE BONGIOVI

Application ID#: ████████

Congratulations, your loan in the amount of $300.00 has been approved. The cash will be sent to your bank on ████████*. It will be up to your bank to post the funds to your account, though the posting usually takes place the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

In the future, you can view the status of your loan at OneClickCash.com.

If you have further questions about your account, please contact us at customerservice@OneClickCash.com or call us at 1-800-230-3266. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

OneClickCash

*Dates are estimates only.

PLEASE REVIEW THE FOLLOWING REMINDERS REGARDING YOUR LOAN:

Loan Receipt:
By receiving a loan through OneClickCash you agree that your loan will be renewed on every due date unless you request to pay in full or to pay down your principal amount borrowed, at least 3 full business days prior to your next due date. If you do not notify OneClickCash, 3 full business days prior to your due date, you will only pay the renewal fee plus any scheduled pay downs on your due date. If your loan is renewed, you will acquire a new renewel fee. If your pay date falls on a weekend or holiday and you have direct deposit, your account will be debited the business day prior to your normal pay date.

Renewal:
Your loan is always due on your paydays. By receiving a loan through OneClickCash you agree that your loan will be renewed unless you request to pay down an additional amount against your principal, or pay out the balance in full. Renewing your loan means that you will pay the renewal fee (only) on this due date. Every time your loan is renewed, you will accrue a new renewal fee. You can renew your loan four times. On the FIFTH and subsequent due dates, you must pay the renewal fee plus pay down your balance by $50.00. This is called an automatic pay down. When in automatic pay down, your principal loan amount and renewal fee will decrease. (EXAMPLE: For a $300.00 dollar loan the fee is $90.00. On

1 of 3

TLDX 4
800

https://live.ecash.eplatflat.com/snow_pdf.php?archive_id=33203037

the 5th due date, you pay $140.00 which equals the $90.00 renewal fee plus the $50.00 pay down. Consequently, your principal balance will be $250.00 with a new renewal fee of $75.00.) Once the automatic pay down has begun, your loan must be paid down every due date until it is paid in full.

**Pay Down:**
You can pay down your principal amount by increments of $50.00. Paying down will decrease the renewal fee. To accept this option you must notify us of your request in writing via fax at 1-888-553-6477, at least 3 full business days prior to your due date.

If for any reason you do not wish to renew your loan, meaning you wish to pay the full amount due on this due date please contact our customer service department at customerservice@OneClickCash.com or 1-800-230-3266.

There is a three-day rule on a full pay out or pay down on your loan. We need to receive the documentation in our office by 4:30 p.m. THREE FULL BUSINESS DAYS prior to your due date. That means if you are due on Friday, we need to have the document by 4:30 p.m. on Monday.

If we do not receive the documentation, in time, your loan will be renewed.

By receiving a loan with OneClickCash you have agreed to the terms listed below:
AGREEMENT TO ARBITRATE DISPUTES: By signing the application and to induce us, OneClickCash, to process and consider your application for a loan, you and we agree that any and all claims, disputes or controversies that we or our servicers or agents have against you or that you have against us, our servicers, agents, directors, officers and employees, that arise out of your application for a loan, the Loan Agreement that you must sign to obtain the loan, this agreement to arbitrate disputes, collection of the loan, or alleging fraud or misrepresentation, whether under the common law or pursuant to federal or state statute or regulation, or otherwise, shall be resolved by binding individual (and not class) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF" ) in effect at the time the claim is filed. This agreement to arbitrate disputes shall apply no matter by whom or against whom the claim is filed. Rules and forms of the NAF may be obtained and all claims shall be filed at any NAF office, on the World Wide Web at www.arb-forum.com, or at National Arbitration Forum, P.O. Box 50191, Minneapolis, Minnesota 55405. If you are unable to pay the costs of arbitration, your arbitration fees will be waived by the NAF. Any arbitration hearing, if one is held, will take place at a location near your residence. This arbitration agreement is made pursuant to a transaction involving interstate commerce. It shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16. Judgment upon the award may be entered by any party in any court having jurisdiction. This Agreement To Arbitrate Disputes is an independent agreement and shall survive the closing and repayment of the loan for which you are applying.
NOTICE: YOU AND WE WOULD HAVE HAD A RIGHT OR OPPORTUNITY TO LITIGATE DISPUTES THROUGH A COURT AND HAVE A JUDGE OR JURY DECIDE THE DISPUTES BUT HAVE AGREED INSTEAD TO RESOLVE DISPUTES THROUGH BINDING ARBITRATION.
AGREEMENT NOT TO BRING, JOIN OR PARTICIPATE IN CLASS ACTIONS: To the extent permitted by law, by signing below you agree that you will not bring, join or participate in any class action as to any claim, dispute or controversy you may have against us or our agents, servicers, directors, officers and employees. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. This agreement is not a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above.
**Governing Law:** Both parties agree that this Note and your account shall be governed by all applicable federal laws and all laws of the jurisdiction in which the Lender is located, regardless of which state you may reside, and by signing below or by your electronic signature, you hereby contractually consent to

https://live.ecash.eplatllat.com/show_pdf.php?archive_id=5520505?

the exclusive exercise of regulatory and adjudicatory authority by the jurisdiction in which the Lenders is located over all matters related to this Note and your account, forsaking any other jurisdiction which either party may claim by virtue of residency.

TLDX 4
802