SHILEE MULLIN
FREDERICKS PEEBLES & MORGAN LLP
3610 North 163rd Plz.
Omaha, NE 68116
Telephone: (402) 333-4053
Facsimile: (402) 333-4761
Email: smullin@ndnlaw.com

*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br> v.<br><br>AMG Services, Inc., et al.,<br><br>   Defendants, and<br><br>Park 269 LLC, et al.,<br><br>   Relief Defendants. | Case No.: 2:12-cv-536<br><br>**DEFENDANTS' UNOPPOSED MOTION TO FILE REDACTED OPPOSITION TO PRELIMINARY INJUNCTION OUT OF TIME AND TO REDACT** |

COME NOW Defendants, AMG Services, Inc.; Red Cedar Services, Inc.; SFS, Inc.; and MNE Services, Inc. (hereinafter "Tribal Defendants") and respectfully request leave to file their materials (redacted Opposition to Plaintiff's Motion for Preliminary Injunction) as set forth in the Court's Order dated December 14, 2012 (Doc. 283) out of time.  Pursuant to the Court's Order of December 14, 2012 (Doc. 283), the materials, which were previously filed under seal on May 4, 2012, were to be filed within two weeks of that Order (which was December 28, 2012).  Due to the holiday schedule, it came to Defendants' counsel's attention on January 3, 2013 that their redacted Opposition was out of time.

Thus, on January 3, 2013, Defendants filed their redacted Opposition to Plaintiff's Motion for Preliminary Injunction.  In so doing, it also came to counsel's attention that an additional portion of the materials should have been included within the redactions set forth in the Joint Motion (Doc. 283).  Paragraph 1(b)(i) of the Joint Motion (Doc. 283), which states ""Paragraph 11: the second sentence," should also have included the number set forth in the third sentence of that Paragraph.  As such, that number was redacted in Doc. 300-17.

On January 4, 2013, counsel for Defendants, Shilee Mullin, contacted counsel for Plaintiff, Nikhil Singhvi, and advised Mr. Singhvi of the above and Mr. Singhvi advised that Plaintiff does not oppose this Motion.  Therefore, the Tribal Defendants respectfully request that the Court grant their Unopposed Motion for Leave to File Redacted Opposition (set forth at Doc. 300) and to allow them to redact as set forth in Doc. 300-17 at Paragraph 11 therein.

1

Dated: January 4, 2013.

/s/   Shilee T. Mullin
Shilee T. Mullin, *Pro Hac Vice*
Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE  68116
Tel:  (402) 333-4053
Fax:  (402) 333-4761
E-mail:  smullin@ndnlaw.com

*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, Miami Nation Enterprises*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED:   1-4-2013

2

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 4th day of January 2013, service of the foregoing Defendants' Unopposed Motion to File Redacted Opposition to Plaintiff's Motion for Preliminary Injunction Out of Time and to Redact was submitted electronically for filing and/or service with the United States District Court of Nevada. Electronic service of the foregoing document shall be made in accordance with the E-Service List as follows:

| | |
|---|---|
| Blaine T. Welsh | blaine.welsh@usdoj.gov |
| Julie G. Bush | jbush@ftc.gov |
| Jason Schall | jschall@ftc.gov |
| Nikhil Singhvi | nsinghvi@ftc.gov |
| Helen Wong | hwong@ftc.gov |
| Ioana Rusu | irusu@ftc.gov |

*Attorneys for Plaintiff*

| | |
|---|---|
| Von S. Heinz | vheinz@lrlaw.com |
| Darren J. Lemieux | dlemieux@lrlaw.com |
| E. Leif Reid | lreid@lrlaw.com |
| Nick Kurt | NKurt@BerkowitzOliver.com |
| Ryan Hudson | rhudson@berkowitzoliver.com |

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

| | |
|---|---|
| L. Christopher Rose | lcr@juww.com |

*Attorney for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

| | |
|---|---|
| Whitney P. Strack | pstrack@gbmglaw.com |
| Brian R. Reeve | breeve@swlaw.com |
| Nathan F. Garrett | ngarrett@gbmglaw.com |

*Attorneys for Defendant Don E. Brady*

3

| | |
|---|---|
| Jay Young | jay@maclaw.com |

*Attorney for Defendant Robert D. Campbell*

| | |
|---|---|
| Paul C. Ray | PaulCRayLaw@gmail.com |

*Attorney for Defendant Troy L. Little Axe*

| | |
|---|---|
| Patrick J. Reilly | preilly@hollandhart.com |
| R. Pete Smith | petesmith@mcdowellrice.com |
| Linda C. McFee | lmcfee@mcdowellrice.com |

*Attorney for Defendants Kim C. Tucker and Park 269 LLC*

                    /s/ Carol Cyriacks
                    Paralegal
                    FREDERICKS PEEBLES & MORGAN LLP
                    3610 North 163rd Plz.
                    Omaha, NE  68116

4