Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Leslie M. Nino, Esq.
Nevada Bar No. 11672
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

Linda C. McFee, Esq.
(admitted pro hac vice)
R. Pete Smith, Esq.
(admitted pro hac vice)
McDowell, Rice, Smith & Buchanan
605 West 47th Street, Suite 350
Kansas City, MO 64112
Tel:  (816) 753-5400
Email:  petesmith@mcdowellrice.com
         lmcfee@mcdowellrice.com

*Attorneys for Relief Defendants*
*Kim C. Tucker and Park 269 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. :  2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION BY RELIEF DEFENDANTS REGARDING FILING OF ANSWER  AND ORDER THEREON** |
| AMG SERVICES, INC., an Oklahoma Tribal Entity; RED CEDAR SERVICES, INC., an Oklahoma Tribal Entity, also dba 500 FastCash; SFS, INC., a Nebraska Tribal Entity, also dba OneClickCash; TRIBAL FINANCIAL SERVICES, an Oklahoma Tribal Entity, also dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises; AMG CAPITAL MANAGEMENT, LLC, a Nevada Limited Liability Company; LEVEL 5 MOTORSPORTS, LLC, a Nevada Limited Liability Company; LEADFLASH CONSULTING, LLC, a Nevada Limited Liability company; PARTNER WEEKLY, LLC, a Nevada Limited Liability Company; BLACK CREEK CAPITAL CORPORATION, a Nevada Corporation; BROADMOOR CAPITAL PARTNERS, | |

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

5968999_2

LLC, a Nevada Limited Liability Company;
THE MUIR LAW FIRM, LLC, a Kansas
Limited Liability Company; SCOTT A.
TUCKER, in his individual and corporate
capacity; BLAINE A. TUCKER, in his
individual and corporate capacity; TIMOTHY
J. MUIR, in his individual and corporate
capacity; DON E. BRADY, in his individual
and corporate capacity; and TROY L.
LITTLEAXE, in his individual and corporate
capacity,

Defendants, and

PARK 269 LLC, a Kansas Limited Liability
Company; and KIM C. TUCKER, in her
individual and corporate capacity,

Relief Defendants.

Relief Defendants Kim C. Tucker and Park 269, LLC ("Relief Defendants") hereby move this Court for an order extending their deadline to file an answer in this case until fourteen (14) days after a finding of liability against any defendant, if any, in Phase I of this lawsuit.  The instant motion is unopposed by Plaintiff Federal Trade Commission ("FTC").  This Motion is based on the attached Memorandum of Points and Authorities, the papers and pleadings on file in this action, and any oral argument this Court may allow.

DATED this 23rd day of January, 2013.


_____/s/ Patrick J. Reilly_____
Patrick J. Reilly, Esq.
Leslie M. Nino, Esq.
Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

Linda C. McFee, Esq.
R. Pete Smith, Esq.
McDowell, Rice, Smith & Buchanan
605 West 47th Street, Suite 350
Kansas City, MO 64112

*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

5968999_2

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
UNOPPOSED MOTION BY RELIEF DEFENDANTS
REGARDING FILING OF ANSWER**

The FTC commenced this action on April 2, 2012, asserting various violations of federal law against numerous defendants.  Mrs. Tucker and Park 269, LLC are Relief Defendants—by their very nature, they have done nothing wrong—they are nominal defendants in a case where it is alleged that others have engaged in wrongdoing.  ***Commodity Futures Trading Comm'n v. Kimberlyn Creek Ranch, Inc.***, 276 F.3d 187 (4th Cir. 2002).

After filing of the Complaint, various motions to dismiss were filed by various defendants, including the Relief Defendants.  Said motions have been fully briefed, heard, and adjudicated, and the Relief Defendants' Answer is presently due.

On December 27, 2011, this Court issued an Order Entering Stipulated Preliminary Injunction and Bifurcation (the "Bifurcation Order") (Doc. #296).  The Bifurcation Order separated this action into two phases.  Phase I is a liability phase involving the FTC and the Defendants.  Phase II involves *inter alia* relief to be sought against Relief Defendants, if any, depending on the outcome of Phase I.

Because Phase I does not involve any claims against Relief Defendants, Relief Defendants hereby request that they be relieved of the obligation to file an answer until fourteen (14) days after a finding of liability against any defendant, if any, in Phase I of this lawsuit.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

5968999_2

1    The FTC does not oppose this Motion.  This is the first request for extension of time
2  requested by Relief Defendants as to the filing of their Answer.
3    DATED this 23rd day of January, 2013.
4
5                              _____/s/ Patrick J. Reilly_____
                              Patrick J. Reilly, Esq.
6                              Leslie M. Nino, Esq.
                              Holland & Hart LLP
7                              9555 Hillwood Drive, Second Floor
                              Las Vegas, Nevada 89134
8
9                              Linda C. McFee, Esq.
                              R. Pete Smith, Esq.
10                             McDowell, Rice, Smith & Buchanan
                              605 West 47th Street, Suite 350
11                             Kansas City, MO 64112

12                             *Attorneys for Relief Defendants Kim C. Tucker and
                              Park 269 LLC*

13

14                                    **ORDER**

15          **IT IS SO ORDERED** this 24th day of January, 2013.

16

17

18                              _____
                              Gloria M. Navarro
19                              United States District Judge

20

21

22

23

24

25

26

27

28

5968999_2

*Holland & Hart LLP*
*9555 Hillwood Drive, Second Floor*
*Las Vegas, Nevada 89134*