DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

WILLARD K. TOM
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
JULIE G. BUSH
HELEN P. WONG
IOANA RUSU
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jbush@ftc.gov;
jschall@ftc.gov; hwong@ftc.gov; irusu@ftc.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 2:12-cv-536 |
| v. | **PLAINTIFF'S MOTION TO FILE UNDER SEAL** |
| AMG Services, Inc., et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Pursuant to the Court's amended protective order (Docket No. 308), Plaintiff Federal Trade Commission ("FTC") moves to file under seal the following exhibits attached to the February 13, 2013 declaration of Nikhil Singhvi (Docket No. 326-2):

1. Exhibit 7, a deposition transcript partially designated as confidential by SFS, Inc. A redacted version of the transcript will be filed publicly.
2. Exhibits 14, 17, 20, 23, 44, 45, 48-61, and 63-65, bank account forms and images of checks produced by U.S. Bank and Bay Cities bank. Full account numbers have been redacted from these materials.
3. Exhibit 28, a copy of an email from Red Cedar Services, Inc. Upon information and belief, the email was designated in a separate proceeding as confidential by Red Cedar Services, Inc. or another defendant in this matter.
4. Exhibit 32, copies of settlement and purchase agreements, designated by subpoena recipient Charles Hallinan as confidential under the protective order.
5. Exhibit 66, financial statements produced by AMG Services, Inc. ("AMG") and designated by AMG as confidential under the protective order.

The FTC also moves to file under seal an unredacted copy of its memorandum in support of motion for partial summary judgment, which contains some information derived from the above materials. A redacted version of the memorandum was filed publicly at Docket No. 327.

The FTC states that no compelling reasons exist to seal the above-listed materials. The FTC moves to file these materials under seal solely to preserve other parties' and third parties' ability to make the required showing.

Dated: February 13, 2013

          Respectfully submitted,

          */s/ Nikhil Singhvi*
          Nikhil Singhvi
          Jason D. Schall
          Julie G. Bush
          Helen P. Wong
          Ioana Rusu

          ***Attorneys for Plaintiff***
          ***Federal Trade Commission***

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-19-2013

3

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served via email with **PLAINTIFF'S MOTION TO FILE UNDER SEAL** (and accompanying exhibits and unredacted memorandum in support of motion for partial summary judgment) filed with the Court.

Dated this 13th day of February 2013.

*/s/ Nikhil Singhvi*__
Nikhil Singhvi

Joshua M. Dickey (jdickey@baileykennedy.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Shilee T. Mullin (smullin@ndnlaw.com)

*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Matthew S. Meltzer (matthew.meltzer@kirkland.com)

*Attorneys for Defendants AMG Services, Inc.; Tribal Financial Services, dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

1  Jay Young (jay@maclaw.com)
2  *Attorney Defendant for Robert D. Campbell*

3  Paul C. Ray (paulcraylaw@aol.com)
   *Attorney for Defendant Troy L. LittleAxe*
4

5  Patrick J. Reilly (preilly@hollandhart.com)
   Linda C. McFee  (lmcfee@mcdowellrice.com)
6  Robert Peter Smith (petesmith@mcdowellrice.com)
   *Attorneys for Relief  Defendants Kim C. Tucker and Park 269 LLC*
7

8  Brian R. Reeve (breeve@swlaw.com)
   Nathan F. Garrett (ngarrett@gbmglaw.com)
9  Whitney P. Strack (pstrack@gbmglaw.com)
   *Attorneys for Defendant Don E. Brady*