ANDREW KASSOF, P.C.
BRADLEY WEIDENHAMMER
MATTHEW S. MELTZER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: andrew.kassof@kirkland.com
       bradley.weidenhammer@kirkland.com
       matthew.meltzer@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

APR 10 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., *ET AL.*,<br><br>Defendants, and<br><br>PARK 269 LLC, *ET AL.*,<br><br>Relief Defendants. | Case No.: 2:12-CV-536-GMN-(VCF)<br><br>**AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE** |

Pursuant to Local Rule 6-2, Plaintiff Federal Trade Commission and Defendant AMG Services, Inc. hereby jointly request an expedited briefing schedule for *AMG Services, Inc.'s Motion To Compel Discovery Responses and Unredacted Documents from the FTC*, as set forth below:

1. On March 14, 2013, the FTC filed a motion for a protective order regarding subpoenas served by AMG to consumer declarants. (ECF No. 343.)

2. On March 15, 2013, the Court granted the parties' motion for an expedited briefing schedule for the FTC's motion for a protective order. (ECF No. 346.)

3. Pursuant to this briefing schedule, on March 21, 2013 AMG filed a brief opposing the FTC's motion for a protective order. (ECF No. 347.) The FTC filed its reply on March 28, 2013. (ECF No. 364.)

4. On March 27, 2013, AMG filed a motion to compel the FTC's response to one of AMG's requests for production and the production of unredacted documents. (ECF No 361.) Like the FTC's motion for a protective order, this motion concerns a dispute about the relevance of certain documents that will directly impact the consumer affiant depositions. The parties have therefore agreed to the following briefing schedule:

   A. The FTC's response to AMG's motion to compel will be due on **April 8, 2013**.

   B. AMG's reply brief supporting its motion to compel will be due on **April 16, 2013**.

The parties respectfully request that the Court enter this agreed briefing schedule and that the Court expedite consideration of this motion.

1

Dated: March 28, 2013

/s/ *Nikhil Singhvi*
NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

/s/ *Matthew S. Meltzer*
MATTHEW S. MELTZER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: matthew.meltzer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE CAM FERENBACH
DATED: 4-10-13

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 28th day of March, 2013, I submitted the foregoing *Agreed Motion for Expedited Briefing Schedule* electronically for filing and service with the United States District Court of Nevada. Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ *Bradley H. Weidenhammer*