1  ANDREW KASSOF, P.C.
   BRADLEY WEIDENHAMMER
2  KIRKLAND & ELLIS LLP
   300 North LaSalle
3  Chicago IL 60654
   Telephone: (312) 862-2000
4  Facsimile:  (312) 862-2200
   Email: andrew.kassof@kirkland.com
5         bradley.weidenhammer@kirkland.com

6  *Attorneys for Defendants AMG Services, Inc.
   and MNE Services, Inc. (dba Tribal Financial
7  Services, Ameriloan, UnitedCashLoans,
   USFastCash)*
8

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                           COUNSEL/PARTIES OF RECORD

                    APR 1 0 2013

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., *ET AL.*,<br><br>    Defendants, and<br><br>PARK 269 LLC, *ET AL.*,<br><br>    Relief Defendants. | Case No.: 2:12-CV-536-GMN-(VCF)<br><br>**AGREED JOINT MOTION TO SET BRIEFING SCHEDULE FOR PLAINTIFF'S AMENDED SUMMARY JUDGMENT MOTION<br>(FIRST REQUEST)** |

Pursuant to Local Rule 6-2, Plaintiff Federal Trade Commission ("FTC") and Defendants AMG Services, Inc.; SFS, Inc.; Red Cedar Services, Inc.; MNE Services, Inc.; Scott A. Tucker; Blaine A. Tucker; AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Don E. Brady; Robert D. Campbell; and Troy L. Littleaxe (collectively, "Defendants") hereby jointly request an extension of the briefing schedule for the FTC's Amended Motion for Partial Summary Judgment, as set forth below:

1. On February 13, 2013, the FTC filed a motion for partial summary judgment and a memo in support of that motion. (ECF Nos. 326, 327.)

2. On March 7, 2013, the FTC withdrew the February 13 motion (ECF No. 341) and filed an amended motion for partial summary judgment and a memo in support of that motion. (ECF Nos. 338, 339.)

3. The parties have agreed to the following schedule for briefing on the FTC's amended motion for partial summary judgment:

   A. Defendants' response briefs opposing partial summary judgment will be due on **March 25, 2013**.

   B. The FTC's reply brief supporting partial summary judgment will be due **April 19, 2013**.

The parties respectfully request that the Court enter this agreed briefing schedule.

1

Dated: March 7, 2013

/s/ Nikhil Singhvi
NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

/s/ Bradley Weidenhammer
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

/s/ Nathan F. Garrett
NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT, LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

/s/ Nick J. Kurt
NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, LLC*

/s/ Paul C. Ray
PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Littleaxe*

/s/ Jay Young
JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D. Campbell*

/s/ Shilee Mullin
SHILEE MULLIN
FREDERICKS PEEBLES & MORGAN LLP
3610 North 163rd Plz.
Omaha, NE 68116
Telephone: (402) 333-4053
Facsimile: (402) 333-4761
Email: smullin@ndnlaw.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc. (dba 500FastCash); SFS, Inc. (dba OneClickCash); MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
UNITED STATES ~~DISTRICT JUDGE~~
MAGISTRATE JUDGE
DATED:  4-10-13

3

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 7th day of March, 2013, I submitted the foregoing *Agreed Joint Motion To Set Briefing Schedule for Plaintiff's Amended Summary Judgment Motion (First Request)* electronically for filing and service with the United States District Court of Nevada. Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ Brad Weidenhammer

4