UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>Defendants. | 2:12-cv -00536-GMN-VCF<br><br>**ORDER**<br><br>**(Motion For Leave to Amend Complaint #349)** |

Before the Court is the Federal Trade Commission's (hereinafter "FTC") Motion For Leave to Amend Complaint. (#349). No Opposition was filed.

**Motion To Unseal (#340)**

The FTC asks this court for leave to amend its complaint to name "MNE Services, Inc., also d/b/a Ameriloan, UnitedCashLoans, USFastCash, and Tribal Financial Services" as a defendant. (#349). The FTC's initial complaint named "Tribal Financial Services" as a defendant. (#1). The FTC asserts that "MNE Services, Inc. has since advised the FTC and the Court that 'Tribal Financial Services' is not a legal entity, but rather a trade name under which MNE Services, Inc. does business." *Id.* The FTC states that MNE Services has "consistently responded to discovery requests propounded to Tribal Financial Services." *Id.* The FTC also asks this court for leave to amend the complaint to delete Partner Weekly, LLC,[1] from the caption and the complaint. *Id.* No Oppositions were filed to the motion to amend the complaint (#349).

---

[1] On July 11, 2013, the court signed the parties' stipulation (#131) to dismiss Partner Weekly, LLC *without prejudice*. (#132).

  Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Local Rule 15-1(a) provides that "the moving party shall attach the proposed amended pleading to any motion to amend, so that it will be complete in itself without reference to the superseding pleading." The FTC attached its proposed amended complaint to the motion (#349) as Exhibit A (#349-1). The court finds it in the interest of justice to grant the FTC leave to file the amended complaint (#349-1). *See* Fed. R. Civ. P. 15(a)(2); Local Rule 7-2 ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."). In accordance with LR 15-1(b), upon the court granting the motion (#349), the FTC must file and serve the amended complaint (#349-1).

  Accordingly and for good cause shown,

  IT IS HEREBY ORDERED that Federal Trade Commission's Motion For Leave to Amend Complaint (#349) is GRANTED.

  IT IS THEREFORE ORDERED that, on or before, April 15, 2013, the FTC must file and serve the amended complaint (#349-1).

  DATED this 10th day in April, 2013.



          CAM FERENBACH
          UNITED STATES MAGISTRATE JUDGE