UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>Defendants. | 2:12-cv-00536-GMN-VCF<br><br>**ORDER**<br><br>**(Motion To Unseal #340)** |

Before the Court is the Federal Trade Commission's (hereinafter "FTC") Motion to Unseal. (#340). No Opposition was filed.

**Motion To Unseal (#340)**

The FTC asks this court to unseal Exhibits 14, 17, 20, and 23 (filed under SEAL in #328-3, #328-4, #328-5, and #328-6) to the February 13, 2103, declaration of Nikhil Singhvi (#326-2), which are bank account forms produced by Bay Cities Bank, with full numbers redacted. (#340). The FTC asserts that it previously moved to seal the exhibits (#328) "only as a precaution so that other parties could make the required showing to keep them under seal." *Id.* The FTC intends to reuse Exhibits 14, 17, 20, and 23 in its motion for summary judgment, and asserts that counsel for AMG Services, Inc., Red Cedar Services, Inc., SFS, Inc., and TFS "consents to the public filing of those exhibits (as redacted)." *Id* (Exhibit A).

Accordingly and for good cause shown,

IT IS HEREBY ORDERED that Federal Trade Commission's Motion to Unseal (#340) is GRANTED.

IT IS THEREFORE ORDERED that the clerk UNSEAL Exhibits 14, 17, 20, and 23 (#328-3, #328-4, #328-5, and #328-6) to the declaration of Nikhil Singhvi (#326-2).

DATED this 10th day in April, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE