## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,   )<br>                                                       )<br>          Plaintiff,                      )<br>     vs.                                            )<br>                                                       )<br>AMG SERVICES, INC., *et al.*,      )<br>                                                       )<br>          Defendants.                  )<br>                                                       ) | Case No.: 2:12-cv-00536-GMN-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH**<br>**(ECF Doc. #388)** |

Pending before the Court is Plaintiff's Motion to Strike Defendants' Affirmative Defenses Pursuant to Rule 12(f)(1).  (ECF No. 334).  Also pending before the Court is the Report and Recommendation (ECF No. 388) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 15, 2013.  Pursuant to Local Rule IB 3-2(a), objections were due by May 2, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Strike Defendants' Affirmative Defenses Pursuant to Rule 12(f)(1) (ECF No. 334), is **DENIED without prejudice**, for the reasons set forth in the Report and Recommendation (ECF No. 388) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered April 15, 2013.

**DATED** this 6th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge