DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LASHAWN M. JOHNSON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMG Services, Inc. et al., <br><br> Defendants, and <br><br> Park 269 LLC, et al., <br><br> Relief Defendants. | Case No. 2:12-cv-536 <br><br> **AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOCKET NO. 421)** |

1    Plaintiff Federal Trade Commission ("FTC") and Defendant AMG Services, Inc. ("AMG"), pursuant to the Court's minute order dated May 20, 2013 (Docket No. 422), hereby agree to the following expedited briefing schedule for the FTC's motion for protective order (the "Motion," Docket No. 421).

1. AMG shall respond to the Motion on or before May 31, 2013.
2. The FTC shall reply in support of the Motion on or before June 7, 2013.
3. The parties respectfully request that the Court enter this agreed briefing schedule and that the Court expedite consideration of this motion.

Dated: May 21, 2013

/s/ *Nikhil Singhvi*
NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

/s/ *Matthew Meltzer*
MATTHEW S. MELTZER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: matthew.meltzer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
                5-22-2013
DATED: _____

1

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with **AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOCKET NO. 421)** filed with the Court.

Dated this 21st day of May, 2013

                                                  */s/ Nikhil Singhvi*__
                                                  Nikhil Singhvi

**Electronic Case Filing:**

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

| | |
|---|---|
| 1 | Jay Young (jay@maclaw.com)<br>*Attorney for Defendant for Robert D. Campbell* |
| 2 | |
| 3 | Paul C. Ray (paulcraylaw@aol.com)<br>Alyssa D. Campbell (acampbell@laic-law.com) |
| 4 | *Attorneys for Defendant Troy L. LittleAxe* |
| 5 | Patrick J. Reilly (preilly@hollandhart.com)<br>Linda C. McFee  (lmcfee@mcdowellrice.com) |
| 6 | *Attorneys for Relief  Defendants Kim C. Tucker and Park 269 LLC* |
| 7 | Brian R. Reeve (breeve@swlaw.com) |
| 8 | Nathan F. Garrett (ngarrett@gbmglaw.com)<br>Whitney P. Strack (pstrack@gbmglaw.com) |
| 9 | *Attorneys for Defendant Don E. Brady* |