1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Blvd. South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
6  Facsimile: (702) 388-6787
7  Email: Blaine.Welsh@usdoj.gov

8  DAVID SHONKA
   Acting General Counsel
9  NIKHIL SINGHVI
10 JASON D. SCHALL
   HELEN P. WONG
11 IOANA RUSU
   LASHAWN M. JOHNSON
12 Federal Trade Commission
13 600 Pennsylvania Avenue, NW
   Mailstop NJ-3158
14 Washington, D.C. 20580
   Phone: (202) 326-3480 (Singhvi)
15 Facsimile: (202) 326-3629
16 Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
   *Attorneys for Plaintiff Federal Trade Commission*

17 **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
18

19 | FEDERAL TRADE COMMISSION, | |
   |---|---|
20 | Plaintiff, | Case No. 2:12-cv-536 |
21 | v. | |
22 | AMG Services, Inc. et al., | **AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOCKET NO. 421)** |
23 | Defendants, and | |
24 | | |
25 | Park 269 LLC, et al., | |
26 | Relief Defendants. | |

27

1  Plaintiff Federal Trade Commission ("FTC") and Defendant AMG Services, Inc. ("AMG"), pursuant to the Court's minute order dated May 20, 2013 (Docket No. 422), hereby agree to the following expedited briefing schedule for the FTC's motion for protective order (the "Motion," Docket No. 421).

1. AMG shall respond to the Motion on or before May 31, 2013.
2. The FTC shall reply in support of the Motion on or before June 7, 2013.
3. The parties respectfully request that the Court enter this agreed briefing schedule and that the Court expedite consideration of this motion.

Dated: May 21, 2013

/s/ *Nikhil Singhvi*
NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

/s/ *Matthew Meltzer*
MATTHEW S. MELTZER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: matthew.meltzer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
5-22-2013
DATED: _____

1

# CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with **AGREED MOTION FOR EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER (DOCKET NO. 421)** filed with the Court.

Dated this 21st day of May, 2013

*/s/ Nikhil Singhvi*_____
Nikhil Singhvi

**Electronic Case Filing:**

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrlaw.com)
Darren J. Lemieux (dlemieux@lrlaw.com)
E. Leif Reid (lreid@lrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)
*Attorneys for Relief  Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gbmglaw.com)
Whitney P. Strack (pstrack@gbmglaw.com)
*Attorneys for Defendant Don E. Brady*