# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | |
| AMG Services, Inc., et al., | STIPULATED ORDER FOR PERMANENT INJUNCTION AND JUDGMENT |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Plaintiff Federal Trade Commission ("FTC" or "Commission"), filed its Complaint for Injunction and other Equitable Relief, subsequently amended as the Amended Complaint for Injunction and other Equitable Relief, ("Complaint"), seeking a permanent injunction and other equitable relief in this matter, pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b); the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601-1666j; and the Electronic Fund Transfer Act ("EFTA"), 15 U.S.C. §§ 1693-1693r.  The Commission and AMG Services, Inc., Red Cedar Services, Inc., SFS, Inc., MNE Services, Inc., AMG Capital Management, LLC, Level 5 MotorSports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Scott A. Tucker, Blaine A. Tucker, Don E. Brady, Robert D. Campbell, and Troy L. Little Axe, Jr. stipulate to the entry of this Stipulated Order for Permanent Injunction and Judgment to resolve Counts II and IV in the Complaint.

THEREFORE, IT IS ORDERED as follows:

## FINDINGS

1.    This Court has jurisdiction over this matter.

2.      Count II of the Complaint alleges that Defendants participated in deceptive acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), in the collection of loans.  Count IV of the Complaint alleges that Defendants violated Section 913(1) of EFTA, 15 U.S.C. § 1693k(1) and Section 1005.10(e)(1) of Regulation E, 12 C.F.R. § 1005.10(e)(1), in the extension of credit.

3.      Only for purposes of this Order, Settling Defendants admit the facts necessary to establish jurisdiction of the Court as to Counts II and IV of the Complaint.

4.      The FTC and Settling Defendants, as defined herein, stipulate and agree to entry of this Order, without trial or final adjudication of any issue of fact or law, to settle and resolve all matters in dispute arising from the conduct alleged in Counts II and IV of the Complaint as against the Settling Defendants.  This settlement does not settle and resolve any conduct not alleged in Counts II and IV of the Complaint or as to any other party. This Order is for settlement purposes only, and does not constitute and shall not be interpreted to constitute an admission or denial by Settling Defendants or a finding that the law has been violated or not violated as alleged in the Complaint, or that the facts alleged in the Complaint are true or not true.

5.      The FTC and Settling Defendants have consented to entry of this Order without Settling Defendants admitting or denying liability for any of the violations in Counts II and IV of the Complaint.

6.      Settling Defendants waive any claim that they may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agree to bear their own costs and attorney fees.

7.      Settling Defendants waive all rights to appeal or otherwise challenge or contest the validity of this Order.

8.      The FTC and Settling Defendants may not use this Order to support any argument that the FTC Act grants or does not grant the Commission jurisdiction over any

Defendant. Notwithstanding the foregoing, and for purposes of this Order only, the Commission shall have jurisdiction over the Settling Defendants to seek enforcement of this Order.

9.      Records submitted to the Commission pursuant to this Order shall be governed by the Confidentiality and Protective Order entered in this case (ECF No. 308).

**DEFINITIONS**

For the purposes of this Order only, the following definitions apply:

1.      "Collection of Debts" means any activity the principal purpose of which is to collect or attempt to collect, directly or indirectly, Debts owed or due or asserted to be owed or due.

2.      "Covered Activities" means the extension or servicing of online credit primarily for personal, family, or household purposes or the Collection of Debts from consumers.

3.      "Debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, or services that are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

4.      "Defendants" means AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D. Campbell, and Troy L. Little Axe, Jr., Timothy J. Muir, and The Muir Law Firm, LLC.

5.      "Settling Defendants" means AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek

Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D.

Campbell, and Troy L. Little Axe, Jr.

6.      "Entity Settling Defendants" means AMG Services, Inc., SFS, Inc., Red

Cedar Services, Inc., MNE Services, Inc., AMG Capital Management, LLC, Level 5

Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and

Broadmoor Capital Partners, LLC.

7.      "Individual Settling Defendants" means Scott A. Tucker, Blaine A.

Tucker, Don E. Brady, Robert D. Campbell, and Troy L. Little Axe, Jr.

## ORDER

### I.      PROHIBITED COLLECTION PRACTICES

**IT IS ORDERED** that Settling Defendants and their successors, assigns, officers, agents,

servants, employees and attorneys, and those persons or entities in active concert or

participation with any of them who receive actual notice of this Order by personal

service, facsimile transmission, email, or otherwise, whether acting directly or through

any corporation, subsidiary, division, or other device, in connection with the collection of

debts, are hereby permanently restrained and enjoined from misrepresenting, or assisting

others in misrepresenting, expressly or by implication:

> A.      That consumers can be arrested or imprisoned for failing to pay Settling
> Defendants;

> B.      That Settling Defendants will or can take formal legal action against
> consumers, including but not limited to, filing suit; and

> C.      Any other material fact.

### II.      PROHIBITED ELECTRONIC FUND TRANSFER PRACTICES

**IT IS FURTHER ORDERED** that Settling Defendants and their successors, assigns,

officers, agents, servants, employees, and attorneys, and those persons or entities in

active concert or participation with any of them who receive actual notice of this Order

by personal service, facsimile transmission, email, or otherwise, whether acting directly

or through any corporation, subsidiary, division, or other device, are hereby permanently restrained and enjoined from conditioning the extension of credit on preauthorized electronic fund transfers.

### III.    ORDER ACKNOWLEDGMENTS

**IT IS FURTHER ORDERED** that Settling Defendants obtain acknowledgments of receipt of this Order:

A.    Each Settling Defendant, within 7 days of entry of this Order, must submit to the Commission an acknowledgment of receipt of this Order sworn under penalty of perjury.

B.    For 3 years after entry of this Order, each Individual Settling Defendant for any business engaged in Covered Activities that such Individual Settling Defendant, individually or collectively with any other Defendants, is the majority owner or controls directly or indirectly, and each Entity Settling Defendant must deliver a copy of this Order to:  (1) all principals, officers, directors, and LLC managers and members; (2) all employees, agents, and representatives who participate in Covered Activities; and (3) any business entity resulting from any change in structure as set forth in the following Section titled Compliance Reporting.  Delivery must occur within 7 days of entry of this Order for current personnel.  For all others, delivery must occur before they assume their responsibilities.

C.    From each individual or entity to which a Settling Defendant delivered a copy of this Order, that Settling Defendant must obtain, within 30 days, a signed and dated acknowledgment of receipt of this Order.

### IV.    COMPLIANCE REPORTING

**IT IS FURTHER ORDERED** that Settling Defendants make timely submissions to the Commission:

A.    One year after this Court enters judgment on the last remaining count in the Complaint, each Settling Defendant must submit a compliance report, sworn under penalty of perjury:

1.    Each Settling Defendant must:  (a) identify the Settling Defendant's primary physical, postal, and email address and telephone number, as designated points of contact, which representatives of the Commission may use to communicate with such Settling Defendant; (b) identify by all of their names, telephone numbers, and physical,

5

postal, email, and Internet addresses any and all businesses engaged in Covered Activities

for which the Settling Defendant, individually or collectively with any other Defendants,

is the majority owner or controls directly or indirectly; (c) describe the activities of each

business identified in subparagraph (b) above and the involvement of any other

Defendant (which Individual Settling Defendants must describe if they know or should

know due to their own involvement); (d) describe in detail whether and how that Settling

Defendant is in compliance with each Section of this Order; and (e) provide a copy of

each Order Acknowledgment obtained pursuant to this Order, unless previously

submitted to the Commission.

    2.     Additionally, each Individual Settling Defendant must:  (a) identify all

telephone numbers and all physical, postal, email and Internet addresses, including all

residences; (b) identify all businesses engaged in Covered Activities for which such

Defendant performs services whether as an employee or otherwise; and (c) describe in

detail such Defendant's involvement in each business covered in subparagraph (b) above,

including title, role, responsibilities, participation, authority, control, and any ownership.

B.     For 10 years after this Court enters judgment on the last remaining count in the

Complaint, each Settling Defendant must submit a compliance notice, sworn under

penalty of perjury, within 14 days of any change in the following:

    1.     Each Entity Settling Defendant must report any change in:  (a) any

designated point of contact; or (b) the structure of any Entity Settling Defendant or any

entity that the Entity Settling Defendant has any ownership interest in or controls directly

or indirectly that may affect compliance obligations arising under this Order, including:

creation, merger, sale, or dissolution of the entity or any subsidiary, parent, or affiliate

that engages in any acts or practices subject to this Order.

    2.     Additionally, each Individual Settling Defendant must report any change

in:  (a) name, including aliases or fictitious name, or residence address; (b) title or role in

any business engaged in Covered Activities, including any such business for which such

1    Individual Settling Defendant performs services whether as an employee or otherwise; or

2    (c) the ownership structure for any entity engaged in Covered Activities that the

3    Individual Settling Defendant, individually or collectively with any other Defendants,

4    controls directly or indirectly, including any changes to the name, physical address, and

5    any Internet address of such business or entity.

6    C.     Each Settling Defendant must submit to the Commission notice of the filing of

7    any bankruptcy petition, insolvency proceeding, or similar proceeding by or against such

8    Settling Defendant within 14 days of its filing.

9    D.     Any submission to the Commission required by this Order to be sworn under

10    penalty of perjury must be true and accurate and comply with 28 U.S.C. § 1746, such as

11    by concluding: "I declare under penalty of perjury under the laws of the United States of

12    America that the foregoing is true and correct. Executed on: _____" and supplying the

13    date, signatory's full name, title (if applicable), and signature.

14    E.     Unless otherwise directed by a Commission representative in writing, all

15    submissions to the Commission pursuant to this Order must be emailed to

16    DEbrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to:  Associate

17    Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission,

18    600 Pennsylvania Avenue NW, Washington, DC  20580.  The subject line must begin:

19    FTC v. AMG Services, Inc., No. X120026.

20                **V.    RECORDKEEPING**

21    **IT IS FURTHER ORDERED** that Settling Defendants must create certain records for

22    10 years after this Court enters judgment on the last remaining count in the Complaint,

23    and retain each such record for 5 years, as follows.  Specifically, each Entity Settling

24    Defendant engaged in Covered Activities, and each Individual Settling Defendant, for

25    any business engaged in Covered Activities that such Individual Settling Defendant

26

27

individually or collectively with any other Defendants, is a majority owner or controls

directly or indirectly, must create and retain the following records:

A.   accounting records showing the revenues from all goods or services sold;

B.   personnel records showing, for each person providing services, whether as an

employee or otherwise, that person's:  name; addresses; telephone numbers; job title or

position; dates of service; and (if applicable) the reason for termination;

C.   records of all consumer complaints and refund requests, whether received directly

or indirectly, such as through a third party, and any response;

D.   all records necessary to demonstrate full compliance with each provision of this

Order, including all submissions to the Commission; and

E.   examples of each form agreement used with consumers to authorize electronic

fund transfers.

## VI.   COMPLIANCE MONITORING

IT IS FURTHER ORDERED that, for the purpose of monitoring the Settling

Defendants' compliance with this Order, after this Court enters judgment on the last

remaining count in the Complaint:

A.   Within 14 days of receipt of a written request from a representative of the

Commission, each Settling Defendant must:  submit additional compliance reports or

other requested information, which must be sworn under penalty of perjury; appear for

depositions; and produce documents for inspection and copying.  The Commission is also

authorized to obtain discovery, without further leave of court, using any of the procedures

prescribed by Federal Rules of Civil Procedure 29, 30 (including telephonic depositions),

31, 33, 34, 36, 45, and 69, provided that Settling Defendants, after attempting to resolve a

dispute without court action and for good cause shown, may file a motion with this Court

seeking an order for one or more of the protections set forth in Rule 26(c).

B.   For matters concerning this Order, the Commission is authorized to communicate

directly with each Settling Defendant. Each Settling Defendant must permit representatives of the Commission to interview any employee or other person affiliated with any Settling Defendant who has agreed to such an interview. The person interviewed may have counsel present.

C.     The Commission may use all other lawful means, including posing, through its representatives as consumers, suppliers, or other individuals or entities, to Settling Defendants or any individual or entity affiliated with Settling Defendants, without the necessity of identification or prior notice. Nothing in this Order limits the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1.

## VII.     RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.

**IT IS SO ORDERED** this 8th day of October, 2013.

Gloria M. Navarro
United States District Judge

**SO STIPULATED AND AGREED**

NIKHIL SINGHVI
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop NJ-3158
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov
*Attorney for Plaintiff Federal Trade Commission*

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services,*
*Inc. and MNE Services, Inc. (dba Tribal*
*Financial Services, Ameriloan,*
*UnitedCashLoans, USFastCash)*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,*
*Inc. and MNE Services, Inc. (dba Tribal*
*Financial Services, Ameriloan,*
*UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,*
*Blaine A. Tucker, AMG Capital*
*Management, LLC, Level 5 Motorsports,*
*LLC, LeadFlash Consulting, LLC, Black*
*Creek Capital Corporation, and*
*Broadmoor Capital Partners, LLC*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little*
*Axe, Jr.*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D.*
*Campbell*

10

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,
Blaine A. Tucker, AMG Capital
Management, LLC, Level 5 Motorsports,
LLC, LeadFlash Consulting, LLC, Black
Creek Capital Corporation, and
Broadmoor Capital Partners, LLC*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little
Axe, Jr.*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D.
Campbell*

10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little
Axe, Jr.*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,
Blaine A. Tucker, AMG Capital
Management, LLC, Level 5 Motorsports,
LLC, LeadFlash Consulting, LLC, Black
Creek Capital Corporation, and
Broadmoor Capital Partners, LLC*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D.
Campbell*

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com
*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,
Blaine A. Tucker, AMG Capital
Management, LLC, Level 5 Motorsports,
LLC, LeadFlash Consulting, LLC, Black
Creek Capital Corporation, and
Broadmoor Capital Partners, LLC*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little
Axe, Jr.*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D.
Campbell*

10

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services,*
*Inc. and MNE Services, Inc. (dba Tribal*
*Financial Services, Ameriloan,*
*UnitedCashLoans, USFastCash)*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,*
*Inc. and MNE Services, Inc. (dba Tribal*
*Financial Services, Ameriloan,*
*UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,*
*Blaine A. Tucker, AMG Capital*
*Management, LLC, Level 5 Motorsports,*
*LLC, LeadFlash Consulting, LLC, Black*
*Creek Capital Corporation, and*
*Broadmoor Capital Partners, LLC*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone: (702) 823-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little*
*Axe, Jr.*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 856-8900
Email: j@marquisaurbach.com

*Attorney for Defendant Robert D.*
*Campbell*

BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:
bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services,
Inc. and MNE Services, Inc. (dba Tribal
Financial Services, Ameriloan,
UnitedCashLoans, USFastCash)*

NATHAN F. GARRETT
GRAVES BARTLE MARCUS & GARRETT,
LLC
1100 Main Street
Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile:
Email: ngarrett@gmbglaw.com

*Attorney for Defendant Don E. Brady*

NICK J. KURT
BERKOWITZ OLIVER WILLIAMS SHAW &
EISENBRANDT LLP
2600 Grand Boulevard
Suite 1200
Kansas City, MO 64108
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
Email:  nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker,
Blaine A. Tucker, AMG Capital
Management, LLC, Level 5 Motorsports,
LLC, LeadFlash Consulting, LLC, Black
Creek Capital Corporation, and
Broadmoor Capital Partners, LLC*

PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone:  (702) 823-2292
Facsimile:  (702) 823-2384
Email:  paulcraylaw@gmail.com

*Attorney for Defendant Troy L. Little
Axe, Jr.*

JAY YOUNG
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Telephone:  (702) 382-0711
Facsimile:  (702) 856-8900
Email:  j@marquisaurbach.com

*Attorney for Defendant Robert D.
Campbell*

1

2

_[signature]_

3  CONLY SCHULTE
   FREDERICKS PEEBLES & MORGAN LLP
4  1900 Plaza Drive
   Louisville, CO 80027
5  Omaha, NE 68116
   Telephone: (303) 673-9600
6  Facsimile: (303) 673-9155
   Email: cschulte@ndnlaw.com
7

8  *Attorney for Defendants AMG*
   *Services, Inc.; Red Cedar Services, Inc.*
9  *dba 500FastCash; SFS, Inc. dba*
   *OneClickCash; MNE Services, Inc.,*
10 *dba Tribal Financial Services,*
   *Ameriloan, UnitedCashLoans,*
11 *USFastCash*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

AMG Services, Inc.

Name: *Joe Frazier*

Title: *Interium President*

SFS, Inc.

Name:

Title:

Red Cedar Services, Inc.

Name:

Title:

MNE Services, Inc.

Name: *Joe Frazier*

Title: *President*

AMG Capital Management, LLC

Name:

Title:

Black Creek Capital Corporation

Name:

Title:

Broadmoor Capital Partners, LLC

Name:

Title:

Scott A. Tucker

Blaine A. Tucker

Don E. Brady

1
2
3    AMG Services, Inc.                          Black Creek Capital Corporation
4    _____                _____
5    Name:                                       Name:
6    Title:                                      Title:
7
8    SFS, Inc.                                   Broadmoor Capital Partners, LLC
9    _____                _____
10   Name: Lee Ickes                             Name:
11   Title: CEO                                  Title:
12
13   Red Cedar Services, Inc.
14   _____                _____
15   Name:                                       Scott A. Tucker
16   Title:
17
18   MNE Services, Inc.
19   _____                _____
20   Name:                                       Blaine A. Tucker
21   Title:
22
23   AMG Capital Management, LLC
24   _____                _____
25   Name:                                       Don E. Brady
26   Title:
27

AMG Services, Inc.                          Black Creek Capital Corporation

_____                     _____

Name:                                       Name:

Title:                                      Title:


SFS, Inc.                                   Broadmoor Capital Partners, LLC

_____                     _____

Name:                                       Name:

Title:                                      Title:


Red Cedar Services, Inc.

_____                     _____

Name: Troy LittleAxe                        Scott A. Tucker

Title: President


MNE Services, Inc.

_____                     _____

Name:                                       Blaine A. Tucker

Title:


AMG Capital Management, LLC

_____                     _____

Name:                                       Don E. Brady

Title:

AMG Services, Inc.

Name: _____

Title: _____

Black Creek Capital Corporation

Name: _Scott Tucker_

Title: _President_

SFS, Inc.

Name: _____

Title: _____

Broadmoor Capital Partners, LLC

Name: _Scott Tucker_

Title: _MANAGER_

Red Cedar Services, Inc.

Name: _____

Title: _____

Scott A. Tucker

MNE Services, Inc.

Name: _____

Title: _____

Blaine A. Tucker

AMG Capital Management, LLC

Name: _Scott Tucker_

Title: _Sole Owner_

Don E. Brady

1

2

3       AMG Services, Inc.                        Black Creek Capital Corporation

4       _____                      _____

5       Name:                                    Name:

6       Title:                                   Title:

7

8       SFS, Inc.                                Broadmoor Capital Partners, LLC

9       _____                      _____

10      Name:                                    Name:

11      Title:                                   Title:

12

13      Red Cedar Services, Inc.

14      _____                      _____

15      Name:                                    Scott A. Tucker

16      Title:

17

18      MNE Services, Inc.

19      _____                      _Blaine A. Tucker signature_____

20      Name:                                    Blaine A. Tucker

21      Title:

22

23      AMG Capital Management, LLC

24      _____                      _____

25      Name:                                    Don E. Brady

26      Title:

27

AMG Services, Inc.                          Black Creek Capital Corporation

_____                     _____

Name:                                       Name:

Title:                                      Title:


SFS, Inc.                                   Broadmoor Capital Partners, LLC

_____                     _____

Name:                                       Name:

Title:                                      Title:


Red Cedar Services, Inc.

_____                     _____

Name:                                       Scott A. Tucker

Title:


MNE Services, Inc.

_____                     _____

Name:                                       Blaine A. Tucker

Title:


AMG Capital Management, LLC

_____                     _____

Name:                                       Don E. Brady

Title:

12

Level 5 Motorsports, LLC

_____          _____
Name: SCOTT TUCKER                         Robert D. Campbell
Title: Sole Owner

LeadFlash Consulting, LLC

_____          _____
Name:                                      Troy L. Little Axe, Jr.
Title:

13

1   Level 5 Motorsports, LLC

2   _____        *Robert D. Campbell* (signature)

3   Name:                            Robert D. Campbell

4   Title:

5

6   LeadFlash Consulting, LLC

7   _____        _____

8   Name:                            Troy L. Little Axe, Jr.

9   Title:

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Level 5 Motorsports, LLC

_____          _____

Name:                            Robert D. Campbell

Title:


LeadFlash Consulting, LLC

_____          _____

Name: Blaine Trotter            Troy L. Little Axe, Jr.

Title: Sole Owner

13

Level 5 Motorsports, LLC

_____                    _____
Name:                                        Robert D. Campbell

Title:

LeadFlash Consulting, LLC

_____                    _____
Name:                                        Troy L. Little Axe, Jr.

Title: