ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: andrew.kassof@kirkland.com
         bradley.weidenhammer@kirkland.com
         rhowell@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-cv-536-GMN-VCF |
| v. | |
| AMG Services, Inc., et al., | **AGREED MOTION FOR AMENDED EXPERT DEPOSITION AND BRIEFING SCHEDULE** |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Pursuant to Local Rule 6-2 and as contemplated by this Court's Order entered on October 1, 2013 (#472), Plaintiff Federal Trade Commission and Defendants AMG Services, Inc., SFS, Inc., Red Cedar Services, Inc., MNE Services, Inc., Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, LLC, Don E. Brady, Robert D. Campbell, Troy L. Littleaxe, The Muir Law Firm, LLC and Timothy J. Muir (collectively, "Defendants") hereby agree to an amended expert deposition and briefing schedule, as set forth below:

1. Defendants' opposition to *Plaintiff's Motion to Reopen Deposition and Compel Answers* (Docket No. 459) will be due on **October 29, 2013**.

2. The FTC's reply in support of its motion to compel will be due on **November 6, 2013**.

3. Expert discovery, including the deposition of Defendants' expert witness, must be completed on or before **November 20, 2013**.

4. All parties' oppositions to dispositive motions, including oppositions to *Plaintiff Federal Trade Commission's Motion for Summary Judgment* and *Defendants' Motion for Summary Judgment on Count III*, will be due on **December 3, 2013**.

5. All parties' replies in support of dispositive motions will be due on **December 20, 2013**.

Wherefore, the parties respectfully request that the Court enter this agreed expert deposition and briefing schedule.

/ / /

/ / /

/ / /

1

Dated: October 21, 2013

| | |
|---|---|
| /s/ Nikhil Singhvi<br>NIKHIL SINGHVI<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop NJ-3158<br>Washington, DC 20580<br>Telephone:  (202) 326-3480<br>Facsimile:  (202) 326-3629<br>Email:  nsinghvi@ftc.gov<br><br>*Attorney for Plaintiff Federal Trade Commission* | /s/ Bradley Weidenhammer<br>BRADLEY WEIDENHAMMER<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago IL 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email: bradley.weidenhammer@kirkland.com<br><br>*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)* |
| /s/ Nathan F. Garrett<br>NATHAN F. GARRETT<br>GRAVES BARTLE MARCUS & GARRETT, LLC<br>1100 Main Street<br>Suite 2700<br>Kansas City, MO 64105<br>Telephone: (816) 256-3181<br>Facsimile: (816) 817-0021<br>Email: ngarrett@gravesgarrett.com<br><br>*Attorney for Defendant Don E. Brady* | /s/ Nick J. Kurt<br>NICK J. KURT<br>BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP<br>2600 Grand Boulevard<br>Suite 1200<br>Kansas City, MO 64108<br>Telephone:  (816) 561-7007<br>Facsimile:  (816) 561-1888<br>Email:  nkurt@berkowitzoliver.com<br><br>*Attorney for Defendants Scott A. Tucker, Blaine A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, LLC* |
| /s/ Paul C. Ray<br>PAUL C. RAY<br>PAUL C. RAY, CHTD.<br>8670 West Cheyenne Avenue<br>Suite 120<br>Las Vegas, NV 89129<br>Telephone: (702) 823-2292<br>Facsimile: (702) 823-2384<br>Email:  paulcraylaw@gmail.com<br><br>*Attorney for Defendant Troy L. Littleaxe* | /s/ Jay Young<br>JAY YOUNG<br>MARQUIS AURBACH COFFING<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone:  (702) 382-0711<br>Facsimile:  (702) 856-8900<br>Email:  j@marquisaurbach.com<br><br>*Attorney for Defendant Robert D. Campbell* |

|   |   |
|---|---|
| /s/ Conly J. Schulte<br>CONLY J. SCHULTE<br>FREDERICKS PEEBLES & MORGAN LLP<br>1900 Plaza Drive<br>Louisville, CO  80027<br>Telephone:  (303) 673-9600<br>Facsimile:  (303) 673-9155<br>Email:  cschulte@ndnlaw.com | /s/ David J. Merrill<br>DAVID J. MERRILL<br>DAVID J. MERRILL, P.C.<br>Nevada Bar No. 6060<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Telephone: (702) 566-1935<br>Facsimile: (702) 924-0787<br>Email: david@djmerrillpc.com |
| *Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc., dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash* | *Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)* |

/s/ L. Christopher Rose
L. CHRISTOPHER ROSE
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV  89169
Telephone:  (702) 699-7500
Facsimile:  (702) 699-7555
Email:  LCR@juww.com

*Attorney for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-22-2013

3

**CERTIFICATE OF SERVICE**

  Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 21st day of October 2013, service of the foregoing *Agreed Motion For Amended Expert Deposition and Briefing Schedule* was submitted electronically for filing and/or service with the United States District Court of Nevada. Service of the foregoing document shall be made to all counsel of record via electronic case filing.

                /s/ Bradley H. Weidenhammer