ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: andrew.kassof@kirkland.com
            bradley.weidenhammer@kirkland.com
            rhowell@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-CV-536-GMN-(VCF) |
| v. | |
| AMG SERVICES, INC., *ET AL.*, | **MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Defendants, and | |
| PARK 269 LLC, *ET AL.*, | |
| Relief Defendants. | |

Pursuant to Local Rule 10-5(b) and the Amended Confidentiality and Protective Order in this case (ECF No. 308), AMG Services, Inc. moves to file under seal the following documents:

- An unredacted copy of *Defendants' Opposition to Plaintiff's Motion To Reopen Deposition and Compel Answers*, attached hereto as Exhibit 1;
- Excerpts of the transcript of the July 19, 2013 deposition of Eric Barboza, (Ex. A to the Declaration of Richard U.S. Howell ("Howell Declaration")), attached hereto as Exhibit 2;
- Excerpts of the transcript of the July 1, 2013 deposition of Walter Archer (Ex. B to the Howell Declaration), attached hereto as Exhibit 3;
- Excerpts of the transcript of the July 9, 2013 deposition of Angela Vanderhoof (Ex. C to the Howell Declaration), attached hereto as Exhibit 4.

The reasons for this motion are as follows:

  1. Pursuant to the Amended Confidentiality and Protective Order in this case "[a] party filing Confidential Information with the Court, and any pleadings, motions or other papers filed with the Court disclosing Confidential Information must comply with Local Rule 10-5(b) and seek to file the Confidential Information under seal as follows: for Confidential Information attached to or included in dispositive motions, the moving party(ies) must articulate compelling reasons supported by specific facts demonstrating that sealing the document outweighs the public's interest in disclosure . . . ." (ECF No. 308, at 5.)

  2. *Defendants' Opposition to Plaintiff's Motion To Reopen Deposition and Compel Answers* contains citations to deposition transcripts that have been designated as confidential by one of the parties. Those portions of the brief have been redacted from the filed copy of the brief.

  3. The transcript of the July 19, 2013 deposition of Eric Barboza contains material that the FTC has designated confidential.

1

4. The transcript of the July 1, 2013 deposition of Walter Archer contains material that the FTC has designated confidential.

5. The transcript of the July 9, 2013 deposition of Angela Vanderhoof contains material that the FTC has designated confidential.

6. The personal privacy concerns related to disclosure of the above-described documents constitute compelling reasons for maintaining the confidentiality of these documents.

Accordingly, AMG respectfully asks the Court to grant their motion to file Exhibits 1 through 4 under seal.

Dated: October 29, 2013

/s/ *Richard U.S. Howell*
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rhowell@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  11-5-2013

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 29th day of October 2013, I submitted the foregoing *Motion to File Documents Under Seal* electronically for filing and service with the United States District Court of Nevada.  Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ *Richard U.S. Howell*

3