DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID SHONKA
Principal Deputy General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov; jschall@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT OPPOSITION MEMORANDUM AND EXHIBITS UNDER SEAL** |

Plaintiff Federal Trade Commission ("FTC") hereby moves this Court for an Order granting the FTC leave to file its opposition to Defendants' motion for summary judgment, declaration, and exhibits in opposition (Docket No. 491, 491-1, 491-2, 491-3, 491-4, 491-5, 491-6, 491-7, and 491-8), under seal.  The Court approved the FTC's similar request to provisionally file materials under seal with respect to the FTC's own motion for summary judgment.  (*See* Docket No. 476.)  In support of this motion, the FTC states as follows:

1.  On January 11, 2013, this Court entered an amended protective order (Docket No. 308) permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal.

2.  On September 30, 2013, Defendants filed a motion for summary judgment on Count III of the FTC's Complaint. (Docket No. 461.)

3.  On December 3, 2013, the FTC filed an opposition to Defendants' motion for summary judgment (the "Opposition"), as well as a declaration with accompanying exhibits (Docket No. 491 *et seq.*).  Some of those papers contain confidential consumer data designated by the FTC or Defendants as confidential.  In addition, the Defendants have designated nearly all of their documents, and testimony regarding those documents, as confidential.

4.  Due to the breadth of the Defendants' confidential designations and the FTC's repeated references in its Opposition to documents and testimony designated by Defendants as confidential, the FTC, out of an abundance of caution, seeks leave of the Court to file its entire Opposition and all exhibits under seal.

5.  After summary judgment briefing is concluded, the FTC intends to confer with the Defendants regarding redacting portions of its Opposition and unsealing and redacting certain exhibits.  The parties successfully reached an analogous, post-briefing agreement in unsealing large portions of the parties' previous briefing on the FTC's motion for preliminary injunction.  (*See* Docket No. 283.)

1  WHEREFORE, the FTC respectfully requests leave of the Court to file its Opposition to Defendants'
2  summary judgment motion, declaration, and all corresponding exhibits (Docket No. 491, 491-1, 491-2,
3  491-3, 491-4, 491-5, 491-6, 491-7, and 491-8) under seal, with a reservation of the right to move the
4  Court at a later date to lift the seal order in part.

December 3, 2013

                                            Respectfully submitted,

                                            */s/ Nikhil Singhvi*
                                            Nikhil Singhvi
                                            Jason D. Schall
                                            Helen P. Wong
                                            Ioana Rusu
                                            LaShawn M. Johnson
                                            Courtney A. Estep

                                            *Attorneys for Plaintiff*
                                            *Federal Trade Commission*


                                            IT IS SO ORDERED:

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                            DATED: _12-5-2013_____

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by electronic case filing with **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT OPPOSITION MEMORANDUM AND EXHIBITS UNDER SEAL** filed with the Court and all parties were served by email with Plaintiff's memorandum of law, declaration, and exhibits.

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrraw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

1  L. Christopher Rose (lcr@juww.com)
   Michael R. Ernst (mre@juww.com)
2  *Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

3  Jay Young (jay@maclaw.com)
   *Attorney for Defendant for Robert D. Campbell*
4

5  Paul C. Ray (paulcraylaw@aol.com)
   Alyssa D. Campbell (acampbell@laic-law.com)
6  *Attorneys for Defendant Troy L. Littleaxe*

7  Patrick J. Reilly (preilly@hollandhart.com)
   Linda C. McFee  (lmcfee@mcdowellrice.com)
8  Robert Peter Smith (petesmith@mcdowellrice.com)
   *Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*
9

10 Brian R. Reeve (breeve@swlaw.com)
   Nathan F. Garrett (ngarrett@gravesgarrett.com)
11 Whitney P. Strack (pstrack@gravesgarrett.com)
   *Attorneys for Defendant Don E. Brady*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2