# EXHIBIT H

## FILED UNDER SEAL

UNITED CASH LOANS



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

2



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

3



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

5

ONE CLICK CASH



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

6



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

7



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND PROPRIETARY PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

8



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

US FAST CASH



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED. PUBLISHED, OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

10

**AMG 00000081**



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED PUBLISHED OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

**Confidential**

**AMG 00000082**



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED. PUBLISHED. OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE. LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

**Confidential**

AMG 00000083



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED. PUBLISHED. OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC  THIS DOCUMENT MUT BE KEPT IN A SECURE  LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

13

500FAST CASH



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED. PUBLISHED. OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC. THIS DOCUMENT MUT BE KEPT IN A SECURE. LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

14

**Confidential**                                                                 **AMG 00000085**



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC AND MAY NOT BE COPIED PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC   THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

15





THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

16



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

17

AMERILOAN



THIS DOCUMENT CONTAINS INFORMATION THAT IS THE CONFIDENTIAL AND PROPRIETARY PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC.  THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

19

**AMG 00000090**



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED. PUBLISHED. OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES. INC  THIS DOCUMENT MUT BE KEPT IN A SECURE. LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

**Confidential**

**AMG 00000091**



THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES. INC. AND MAY NOT BE COPIED PUBLISHED. OR DISCLOSED TO OTHERS. OR USED FOR ANY PURPOSE OTHER THAN REVIEW. WITHOUT THE EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUT BE KEPT IN A SECURE. LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE

**Confidential**