# EXHIBIT R

# FILED UNDER SEAL

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10            TRANSCRIPTION OF AUDIO-RECORDED
11   CONFIDENTIAL PHONE CALL BETWEEN UNIDENTIFIED MALE
12                    AND SARA GLASS
13                    AMG_00665773
14
15   TRANSCRIBED BY:  VALERIE MACINO, CSR NO. 84-4162
16
17
18
19
20
21
22
23
24
```

```
            1         UNIDENTIFIED MALE:  Hello.
            2         MS. SARA GLASS:  Hey.
00:00:02    3         UNIDENTIFIED MALE:  I have him.
00:00:02    4         MS. SARA GLASS:  I'm going crazy.
00:00:06    5         UNIDENTIFIED MALE:  Okay.  I have him back at
00:00:08    6   the house.  Maintain --
00:00:10    7         MS. SARA GLASS:  Thank you.
00:00:10    8         UNIDENTIFIED MALE:  Maintain your position.
00:00:14    9         MS. SARA GLASS:  I am leaving at noon.
00:00:16   10         UNIDENTIFIED MALE:  Okay.
00:00:16   11         MS. SARA GLASS:  I feel like a fucking caged
00:00:24   12   dog right now.  I had a breakdown and started
00:00:28   13   crying, dear.  I am not good right now.
00:00:30   14         UNIDENTIFIED MALE:  Damn.
00:00:32   15         MS. SARA GLASS:  I am frustrated beyond all
00:00:34   16   hope.  I am so pissed at the moment.
00:00:38   17         UNIDENTIFIED MALE:  Well, breathe through your
00:00:40   18   mouth or breathe through your nose.  Everything
00:00:44   19   will be fine.  Everything will be fine.  Okay.
00:00:52   20   Fortunately, I was in a position to cover.  So
00:00:54   21   don't worry about it.  Maintain your position.
00:00:58   22         MS. SARA GLASS:  I am until noon.  Noon I'm
00:01:02   23   leaving.
00:01:02   24         UNIDENTIFIED MALE:  Okay.
```

```
00:01:02   1        MS. SARA GLASS:  I can't stay here beyond
00:01:04   2   that.  I don't want to be here right now.  It
00:01:08   3   took -- the reason I broke down and started crying
00:01:10   4   is because I reserved myself from breaking things.
00:01:12   5        UNIDENTIFIED MALE:  Yeah.
00:01:14   6        MS. SARA GLASS:  So it was one or the other.
00:01:16   7   And I decided I wouldn't get, you know, kicked out
00:01:18   8   of here for crying.
00:01:20   9        UNIDENTIFIED MALE:  Good idea.
00:01:24  10        MS. SARA GLASS:  Because I just -- you know,
00:01:26  11   you can't tell me that I can't take care of my
00:01:30  12   fucking kids.
00:01:30  13        UNIDENTIFIED MALE:  Yeah.
00:01:32  14        MS. SARA GLASS:  You know?
00:01:32  15        UNIDENTIFIED MALE:  Okay.
00:01:34  16        MS. SARA GLASS:  And that's basically what
00:01:36  17   they did is they pretty much said, Fuck you.  You
00:01:38  18   are not going to be able to take care of your own
00:01:40  19   damn kids.  We don't give a fuck about you or your
00:01:44  20   family.  We are not going to give you that option.
00:01:46  21   I don't handle that real well.
00:01:56  22        UNIDENTIFIED MALE:  Yeah.
00:01:56  23        MS. SARA GLASS:  So I don't know what to do at
00:01:58  24   this point besides sit on my hands and pretend to
```

| | | |
|---|---|---|
| 00:02:04 | 1 | work occasionally.  Because I don't even want to |
| 00:02:06 | 2 | talk to these mother fuckers. |
| 00:02:08 | 3 | UNIDENTIFIED MALE:  Yeah. |
| 00:02:10 | 4 | MS. SARA GLASS:  You know, I had one bitch |
| 00:02:12 | 5 | already piss me off.  Because I thought I would at |
| 00:02:14 | 6 | least try and pretend to work and maybe that would |
| 00:02:16 | 7 | help.  And, of course, the stupid cunt in human |
| 00:02:20 | 8 | resources was giving me a hard time for no goddamn |
| 00:02:24 | 9 | reason. |
| 00:02:26 | 10 | So, you know, I'm just -- I'm shot.  I |
| 00:02:32 | 11 | don't -- I don't know.  You are supposed to make me |
| 00:02:40 | 12 | feel better. |
| 00:02:40 | 13 | UNIDENTIFIED MALE:  Well, there isn't anything |
| 00:02:42 | 14 | I can do, you know, except tell you that, you know, |
| 00:02:46 | 15 | sit tight for another hour and then barrel out of |
| 00:02:48 | 16 | there.  Okay.  You can do 60 minutes.  Okay.  Think |
| 00:02:56 | 17 | of it as if this is the last 60 minutes you spend |
| 00:02:58 | 18 | in there that they are going to wish like hell you |
| 00:03:02 | 19 | were back. |
| 00:03:02 | 20 | MS. SARA GLASS:  Well, they are not going to |
| 00:03:04 | 21 | fire me if I leave in 60 minutes.  That's why I |
| 00:03:06 | 22 | have to wait the goddamn 60 minutes, so they won't |
| 00:03:10 | 23 | fire me. |
| 00:03:10 | 24 | UNIDENTIFIED MALE:  Okay.  Well, you know, I |

```
00:03:14   1   am telling you that your stress is overexaggerated
00:03:20   2   at this point.  I'm telling you that it's not wrong
00:03:22   3   to feel the way you are feeling, but that this time
00:03:24   4   we were able to cover.  Okay.  Let's keep our mind
00:03:28   5   on the mission.
00:03:30   6       MS. SARA GLASS:  And the next time when we are
00:03:32   7   not able to cover, what am I supposed to do then?
00:03:34   8       UNIDENTIFIED MALE:  Don't worry about it until
00:03:36   9   it happens.  Don't borrow trouble.
00:03:42  10       MS. SARA GLASS:  I'm trying.
00:03:42  11       UNIDENTIFIED MALE:  Don't borrow trouble.
00:03:44  12       MS. SARA GLASS:  I'm trying.
00:03:46  13       UNIDENTIFIED MALE:  Okay.
00:03:48  14       MS. SARA GLASS:  See you in an hour.
00:03:50  15       UNIDENTIFIED MALE:  Okay.
00:03:50  16       MS. SARA GLASS:  Bye.
00:03:52  17       UNIDENTIFIED MALE:  Bye.
00:03:52  18               (WHEREUPON, this concluded the
00:03:52  19                audio-recorded phone solicitation.)
           20
           21
           22
           23
           24
```