# EXHIBIT S

# FILED UNDER SEAL

# DOCUMENT INFO

Comments:    PRODUCED NATIVELY

# DOCUMENT INFO

CONFIDENTIAL         AMG_00665773