# EXHIBIT EE

# FILED UNDER SEAL

## DOCUMENT INFO

Comments:     PRODUCED NATIVELY

## DOCUMENT INFO

CONFIDENTIAL  AMG_00300646

**Sent From:** customerservice@usfastcash.com
**Date/Time Sent:** 11/16/2010 02:10:19 am
**Subject:** Your USFastCash Account Summary



**E-mail Reminder**

**View Your USFastCash Account Summary Online Now**

Dear KELLYE SLIGER,

Your latest USFastCash account summary is available to view online at usfastcash.com.

**Minimum Payment Due:** $90.00
**Payment Due Date:** 2010-12-03

Thank you,
USFastCash



Log **in** to view your account information