# EXHIBIT FF

# FILED UNDER SEAL

Sara Glass

## Quarterly Questionnaire – 3rd Quarter 2009

1. Has anyone in your department or in the company made you feel uncomfortable or intimidated you in any way? If yes, please list name/s of the individual/s.

    No

2. Do you think the company has been fair in dealing with you and your fellow coworkers? If no, please provide an example.

    Yes

3. How would you handle an employee that did not follow the procedures given to them on several different occasions?

    It would depend on the procedure. I feel it is important to handle things fairly so I would want policy in place for what to expect after multipul infractions.

4. If we had to lay off a percentage of our employees due to economic factors, why should we keep you as an employee?

    I am an honnest, loyal, hard working employee. I am able to think on my own and always willing to learn new things. I will go above and beyond to get the job done right.

5. What is your general mood when coming here to work every day? Circle what applies the most.

    (Enthusiastic)   Pleased   Impartial   Depressed

6. Do you set personal goals for yourself regarding your performance with the company?

    Yes, I feel it is important to always do my personal best.

7. Do you think the Supervisor/Manager that you report to is fair and objective?

    Yes.


EXHIBIT Glass 9
Lm 8/29/13

CONFIDENTIAL

AMG_00144889

8. Do you think our customers have enough information to make an informed decision about obtaining a loan with us?

Yes, I do my best to ensure the customers understand the terms of the loan.

Is there anything else you would like to bring up in regard to your employment or the company?

I feel very fortunate to have the opportunity to work for this company. I look forward to being given the option to take on more responsibility within the company and have the chance to use my skills and abilities fully.

_Sara Glass_
Name

_AML_
Company

_Sara Glass_
Signature

_9/10/09_
Date

CONFIDENTIAL

AMG_00144890