# EXHIBIT QQ

# FILED UNDER SEAL

# (PART 1 OF 3)

# TELELOAN - N
# Processing Manual

Version- KAMG23RR

THIS DOCUMENT CONTAINS **INFORMATION** THAT IS THE **CONFIDENTIAL** AND **PROPRIETARY** PROPERTY OF AMG SERVICES, INC. AND MAY NOT BE COPIED, PUBLISHED, OR DISCLOSED TO OTHERS, OR USED FOR ANY PURPOSE OTHER THAN REVIEW, WITHOUT EXPRESS WRITTEN AUTHORIZATION OF AN AUTHORIZED OFFICER OF AMG SERVICES, INC. THIS DOCUMENT MUST BE KEPT IN A SECURE, LOCKED CONFIDENTIAL FILE EXCEPT WHEN IN USE.

## Confidentiality and Non-Disclosure Agreement

In connection with your training, we will supply you with valuable information that is of the utmost sensitive nature. Further, you are being advised that we covet the utmost protection, non-disclosure, and confidentiality of any and all information concerning the business, operations, finances, properties and affairs. Your maintenance of the protection, non-disclosure, and confidentiality of any and all information concerning the business, operations, finances, properties and affairs is paramount to you receiving this training and your continued employment.

Therefore, in consideration of the mutual covenants contained herein, and you receiving your training, you acknowledge, understand and agree that:

- The sole use of this information is for the purpose of training.
- This information cannot be shared with anyone other than those directly involved.
- You will not reproduce/copy or share on the materials or information.
- You may be held liable for any misuse of information supplied or any violation of this Agreement.

You further agree that you shall keep secret and retain in the strictest confidence and shall not, during or after the term of your employment, directly or indirectly, use, disseminate, or disclose to any person, governmental agency, except as may be required by law, regulation, regulatory process or proceeding, or any business entity for any purpose, the visual, written and/or tangible information not available to the public, but made available to you during the course of your training. This tangible information includes, but is not limited to, customer information such as social security numbers, bank account numbers and employment records. This also includes all operating systems and business models that are used in the course of conducting business.

By signing this confidentiality agreement you acknowledge and understand that you are agreeing to all statements.

Also, by signing below you acknowledge that you have both read and understand the Customer Service Manual and the performance expectations.

Disclosure of company information to a non-customer or another loan company is strictly prohibited and if done disciplinary action will be exercised. You also understand that by not following procedures outlined in the manual you could be put on a written warning, suspended or terminated.


Print name: _____

Signature: _____

Date:_____

{ PAGE   \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Affiliation and Disclosure

We are not affiliated with any other lenders or loan companies. This means you cannot refer a customer to any other lenders or loan companies under any circumstance.

Do not discuss any information regarding the lender's business with anyone who is not a customer or an authorized contact of one of our customers. This would be a breach in our non-disclosure agreement. If you receive a call or are in contact with someone who is not an authorized contact of one of our customers, please contact your manager or supervisor right away.

Never give a customer our physical address. If a customer asks about other lenders being affiliated because of the lender's address, inform the customer it is a processing center and other companies may use the same service.

If a customer needs the lender's mailing address, inquire as to why the customer needs this information. If the customer wants to send a payment, advise the customer that we make payments by other methods, such as Visa or MasterCard. If the customer simply wants to correspond with the lender, advise them that sending correspondence by fax or email is a much better way. If a 3rd party or someone not directly linked with an account calls in and wants our address information still inquire as to why they want this information and get their name and company, if applicable. Once you receive this information from the 3rd party, give them the address and provide your manager with a note as to the conversation and 3rd party information that you received. If an attorney or any party from a "legal" office calls in and is asking for anything other than our fax or mailing address, escalate the call to a member of management.

If a customer, authorized contact or 3rd party request information of our lender or company officers, please inform them that you don't have access to that information, but you can give them the first name of your department manager. This is the only information you have permission to give regarding officers of the company. Also, if the name of a fellow employee needs to be given, please only give the customer the first name. Last names of employees should never be given. If a customer asks for your employee ID, you may give them your station number as your employee ID.

If a customer asks about information that you are not privileged to disclose to them, inform them that you don't have access to that information or that you cannot disclose that information. At no time, should you falsify information.

{ PAGE \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL

AMG_00450543

## <u>Introduction to Customer Service</u>

This manual will explain the key points that you will need to know about customer service with AMG.  It will outline the lender's customer service processes and procedures.  In order to be a successful customer service agent for AMG you will need to follow the processes and procedures detailed in this manual.

You will be able to utilize your manual to quickly look up answers to questions that you have in order to minimize your time off of the phone.  If you are unable to locate an answer within this manual, use the proper Chain of Command to address questions.

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450544

## Table of Contents

**Section 1:  Logging In**

Logging into Windows…7

Logging into Microsoft Outlook…9

Logging into eCash…10

**Section 2:  Applying for a Loan**

Lender Requirements…13

Applying for a Loan…14

Service Charges…20

Renewal…21

Paydown…22

**Section 3: Navigating eCash**

Searching Accounts…….24

Navigational Overview….27

Personal …31

Employment …33

Origin …34

ID and Credit …35

Application …36

Documents …41

Transaction Overview …46

Loan Action …48

**Section 4: eSig Process**

eSig New email…51

eSig Web Process…52

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

**Section 5: Processing and Updating**

Disposition and Comments ...55

Editing Account Information...58

Updating Pay Dates...59

Changing Bank Account Information...62

**Section 6: Payment Options**

Payment Options...64

Renewal...66

Paydown...67

Payment in Full...68

Cut Off...68

**Section 7: Customer Service**

eCash statuses...70

Phone scripts...72

3rd party disclosure...77

Authorization Contact...78

FAQ's...79

**Section 8: Reactivating Customers**

Reactivations...83

React Loan Amounts...86

Change Loan Amounts...87

**Section 9: Customer Service Protocol**

CS Protocol...89

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Section 1:  Logging In

Logging into Windows…7

Logging into Microsoft Outlook…9

Logging into eCash…10

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Logging into Windows

When you start up your computer you will receive the AMG Services Disclosure window and you must click "Ok".

Then you will press **Control-Alt-Delete** (all at the same time) to bring up your Windows login.  Enter your assigned user name and password and press enter.



INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL

## Windows

Management will give you a user name and temporary password when you are in your assigned department.

Your user name will be your first name (dot) last name.
For example:  john.doe

Enter the temporary password given to you; click "Ok".  You will then be prompted to change your password.

Your password must be at least 8 characters long and contain one special character which can also be a capital letter, one lowercase letter and one number.

You must change your password every 90 days and you may not use the same password more than once within 24 months.

If you receive any errors after hitting "Ok", please contact a member of management.



Whenever you walk away from your desk you must always lock your computer.  To do this, press Control-Alt-Delete and then click "Lock Computer".  When you return to your desk you will need to re-enter your password to log back in.

At the end of your shift, you are required to restart your computer.  To do this, press Control-Alt-Delete, click "Shut Down" and then click "Restart".

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL                                                                      AMG_00450549

## Logging into Microsoft Outlook

To access your email system, open your Microsoft Outlook by clicking on your desktop icon.



You may also open your Internet browser.  From your "Favorites", select "AMG Services – Outlook Web Mail".



Once opened, select "Continue to this website".  You will be prompted to login.  To do so, you will use your Windows username and password and click "Log on".

It is vital that you keep your Outlook open throughout the day and check your email hourly.

{ PAGE \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Logging into eCash

The customer database that we work from is called eCash. The icon for eCash is **a stack of money.** Click on the icon either on your desktop or at the bottom of your screen in the Start menu.



If you have standard user security, the eCash Server Selection will come up giving you options of which server to connect to. The daily application you will work in is eCash 3.5 Live.

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL                                                                  AMG_00450551

At the login screen, enter your eCash username and password. Your username will be the first initial of your first name and your full last name.
For example:  jdoe

You must also enter your phone extension in order to have the "**click to dial**" feature, and then click "Login".





A disclaimer will pop up.  Please take a moment to read this.  You will click "OK" to proceed into eCash.

*If your system sits idle for more than 10 minutes, eCash will automatically log you out.

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450552

## Section 2:  Applying for a Loan

Lender Requirements…13

Applying for a Loan…14

Service Charges…20

Renewal…21

Paydown…22

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL                                                                      AMG_00450553

## Lender Requirements

## Eligible Applicants

To be eligible for a loan you must meet the following criteria:

- Be a US resident

- At least 18 years old

- Have open checking account with direct deposit

- Reoccurring monthly income must exceed $800.00

## Ineligible Applicants

There are some applicants that the lender will not fund loans to. The lender still values these applicants, we kindly have to apologize and inform them that we are unable to extend the lender's services to them.

Applicants with the following criteria will not be eligible for loans:

- No active checking account

- Load bearing card accounts (Rush card, Account Now, etc.)

- Self employed

- Active Military

- Unemployed with or without benefits

- Residence of West Virginia, Kansas, Georgia, Ohio, Virginia, Arizona, or Oklahoma.

**\*\*\*DO NOT SEND LOAN CONTRACTS TO INELIGIBLE APPLICANTS\*\*\***

Please inform these applicants that we are not able to help them at this time. If an applicant inquires as to why they are denied, advise the applicant that they will be receiving an email with information about their denial.  **At no time should you tell the applicant the reason for their denial.**

{ PAGE  \\* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450554

### Applying for a loan

When an applicant requests a loan using the lender's (or "Enterprise") website, they will click on "APPLY NOW" on the lender's Home page.
The lender's applicants are guided through a 5 step application process, which is very simple and can take as little as two to three minutes to complete.



The applicant will be required to provide details about their personal, employment and banking information.  They will also be prompted to provide two personal references.  The applicant will click "Continue" at the bottom of each screen to go to the next.



{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450555



{ PAGE \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450556



During the 5th step, the applicant must read and agree to all the Notices and Disclosures by clicking on the check box.

To submit the application for processing, the applicant must enter the Verification Code and click "Continue".



{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

At this point the website will let the applicant know whether their application has been "Denied" or "Pre-Approved".

## Denied Applicant

If an applicant receives a message that their loan application was denied at the end of their application process, they will automatically receive a denial email stating that we are unable to loan to them at this time.  The email will provide an address where they may mail in a request for the denial reasons.

If the applicant calls in and inquires as to the reason for their denial you must advise them that you do not have access to that information and they will need to mail a letter requesting details as stated in the denial email.  You may provide the applicant with the lender's mailing address.

*New customers applying for their 1st loan:  If the customer calls in or we contact them, and we are asked not to contact them again, we should mark their application as Do Not Loan (DNL) since this is a violation of their contract.

## Pre-Approved

If "Pre-Approved" the applicant will be shown their maximum loan amount.  If the customer would like a lesser amount they have the option to click on a drop down box and select a smaller amount.

As seen on the next page, the applicant is provided with their loan documents.  To view and read each document they may click on the name of the document which is a hyper link.

The applicant must click on each check box indicating they have read and accept the terms of each document.  The applicant must electronically sign or "e-sign" their loan documents and click, "I Agree". (The eSig process is explained in detail in section 4.)

*The applicant's name must be typed **exactly** as it appears on this page. The applicant may copy and paste their name from the text below the signature box.

**\*Take a moment to review the documents found on this web page.**

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL

AMG_00450558



# CONGRATULATIONS!

We have **Pre-Approved you for up to: $300**

Your first due date will be 12/15/2009

**Confirmation Number:** 900225355

If you would like less cash, please choose a new amount from the drop-box below.

Desired loan amount: $300

The terms of this loan are described in the LOAN NOTE AND DISCLOSURE found below.
Please review and accept the following related documents.

YES (click on each to confirm)

- [ ] I have read and accept the terms of the Application.
- [ ] I have read and accept the terms of the Privacy Policy & Electronic Disclosure and Consent Agreement.
- [ ] I have read and accept the terms of the Authorization Agreement.
- [ ] I have read and accept the terms of the Loan Note and Disclosure.

To accept the terms of the LOAN NOTE AND DISCLOSURE, provide your **Electronic Signature** by typing your full name below and clicking the **"I Agree"** button.

Type your full name (To bilateral Name ... ) in the box above.

**By Clicking on "I AGREE" below, I understand I will recieve this loan direct to my bank account, and will be bound by the Terms and Conditions listed below.**

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL

The "Thank you page" is then displayed, informing the applicant they will be receiving an email containing their user ID and password for the lender's website.   This will allow the applicant to check the status of their loan.

Also on this page, the applicant is provided the option to "Click Here" to print a copy of their loan documents for their personal records.
The printable documents are the Application, Loan Note and Disclosure, Authorization Agreement, and a Privacy Policy/Cancellation form.



**Application Sent to Queue for Processing**

When the applicant has completed the application process, it is automatically moved to one of the lender's new loan queues. If the loan is approved, the funds will be sent to the customer's bank account at 12:01am the following morning.  It is up to the bank when the funds are posted to the customer's checking account. The lender has no control over the length of time it takes the bank to post the funds to their account.

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Service Charges

All loan amounts are given in $50.00 increments.  The minimum loan amount the lender provides is $150.00 and the maximum for a new customer is $500.00.  Once the initial loan is paid off each subsequent loan may qualify for an increase of $100.00 up to a maximum loan amount of $800.00.

The annual percentage rate (APR) for a loan we offer is 782.14% for an average two-week loan.  Each loan has an APR depending on the initial loan date and due date. The APR can be found on the customer's Loan Note and Account Summary.

The customer will be assessed a $15.00 service charge for every $50.00 on their loan. These service charges (based on current principal loan amount) are applied to the loan on every customer pay date/due date until the loan is paid in full.

The customer's account will be debited according to their pay schedule.

Example of Loan Amounts and Service Charges:

| Advance | Service Charges | Total Amount Due |
|---------|-----------------|------------------|
| $50.00 | $15.00 | $65.00 |
| $100.00 | $30.00 | $130.00 |
| $150.00 | $45.00 | $195.00 |
| $200.00 | $60.00 | $260.00 |
| $250.00 | $75.00 | $325.00 |
| $300.00 | $90.00 | $390.00 |
| $350.00 | $105.00 | $455.00 |
| $400.00 | $120.00 | $520.00 |
| $450.00 | $135.00 | $585.00 |
| $500.00 | $150.00 | $650.00 |
| $550.00 | $165.00 | $715.00 |
| $600.00 | $180.00 | $780.00 |
| $650.00 | $195.00 | $845.00 |
| $700.00 | $210.00 | $910.00 |
| $750.00 | $225.00 | $975.00 |
| $800.00 | $240.00 | $1040.00 |

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

CONFIDENTIAL

## Renewal

When a customer is funded the account is moved to "Active" status. On the customer's due date there are three ways they may pay back their loan; renewal, pay down or payment in full.

If a customer is unable to pay the loan and the service charge back on the first assigned due date the account will automatically renew. When the service charge is debited without any of the principal loan this is referred to as the Renewal Process.

To renew an account, means the customer will only pay the service charge and the principal balance will remain untouched for the first 4 pay dates.

After the renewal process, (on the 5th pay date) we will start adding an additional paydown to each pay date that will be deducted directly from the principal balance.

If the customer opts to follow the process for renewal and paying down for their repayment selection, and has no changes or payment returns the account will follow the following process.

This is the renewal and pay down process is for a $300.00 loan.

| Due Date | Service Charges | Principal Payment | Total Amount |
|---|---|---|---|
| 1)RENEWAL | $90.00 | $0.00 | $90.00 |
| 2)RENEWAL | $90.00 | $0.00 | $90.00 |
| 3)RENEWAL | $90.00 | $0.00 | $90.00 |
| 4)RENEWAL | $90.00 | $0.00 | $90.00 |
| 5)PAYDOWN | $90.00 | $50.00 | $140.00 |
| 6) PAYDOWN | $75.00 | $50.00 | $125.00 |
| 7) PAYDOWN | $60.00 | $50.00 | $110.00 |
| 8) PAYDOWN | $45.00 | $50.00 | $95.00 |
| 9) PAYDOWN | $30.00 | $50.00 | $80.00 |
| 10)PAYDOWN | $15.00 | $50.00 | $65.00 |

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Paydown

The customer may choose to paydown their loan by specifying an additional payment amount in increments of $50.00 on any upcoming due date in addition to the service charge.

After the renewal process, (on the 5th pay date) we will start adding an additional **paydown** to each pay date that will be deducted directly from the principal balance.

On the customer's 5th due date the customer begins the automatic paydown process.  This means we will deduct an additional $50.00 that is applied to the principal amount in addition to the service charge.  By paying down the principal the service charge will decrease each time the loan comes due.  This additional $50.00 will be deducted every pay period until the loan is paid in full.

For Example:  For a $300.00 loan the fee is $90.00.  On the 5th renewal the customer would pay $140.00 which includes the $90.00 renewal fee plus the $50.00 paydown.  On the next due date the principal balance would be $250.00 with a new service charge of $75.00.

This is the renewal and pay down process is for a $300.00 loan.

| Due Date | Service Charge | Principal Payment | Total Amount Debited | Principal Balance | Total Balance |
|---|---|---|---|---|---|
| 1) Renewal | $90.00 | $0.00 | $90.00 | $300.00 | $390.00 |
| 2) Renewal | $90.00 | $0.00 | $90.00 | $300.00 | $390.00 |
| 3) Renewal | $90.00 | $0.00 | $90.00 | $300.00 | $390.00 |
| 4) Renewal | $90.00 | $0.00 | $90.00 | $300.00 | $390.00 |
| 5) Paydown | $90.00 | $50.00 | $140.00 | $250.00 | $325.00 |
| 6) Paydown | $75.00 | $50.00 | $125.00 | $200.00 | $260.00 |
| 7) Paydown | $60.00 | $50.00 | $110.00 | $150.00 | $195.00 |
| 8) Paydown | $45.00 | $50.00 | $95.00 | $100.00 | $130.00 |
| 9) Paydown | $30.00 | $50.00 | $80.00 | $50.00 | $65.00 |
| 10)Paydown | $15.00 | $50.00 | $65.00 | $0.00 | $0.00 |

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450563

## **Section 3: Navigating eCash**

Searching Accounts…24

Navigational Overview…27

      Personal …30

      Employment…33

      Origin …34

      ID and Credit …35

      Application …36

      Documents …41

      Transaction Overview …46

      Loan Action …48

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450564

### Searching Accounts

You will be taken to the following page after logging into eCash.  Here you will click on the "Servicing" module button.



The "Servicing" module will take you to the "Search Screen".



You may "search" for customer accounts in a variety of ways. You will use the "Criteria Type" drop down box to select the specific information you want to search for. The most commonly used criteria types are:

- Phone #
- Last Name/First Name
- Last 4 SSN
- App ID

To narrow your search you may use up to **3 different "Criteria Type"** at the same time. The more criteria used the narrower and more specific your results will be.  To initiate the search, click on the "Search" button.

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

**<u>Multiple User Alert</u>**

If someone else is on the account you are trying to pull up, there is an alert set up in the system that will notify you. If you pull up the account because of an inbound call you have received, you may need to ask the other agent viewing the account what they are doing with it if you do not see their comments or loan actions.  This would happen in the instance that a customer calls back after speaking to an agent and they are still adding a disposition to the account.

You will select the "Yes" button to continue on to view the application.  If you have any questions, ask a member of management.



{ PAGE   \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE
USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART
WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450566



You can search using "Last Name" "is" and type the customer's last name. If it is a common last name and has more than 100 results you will have to narrow down the search. This is when you might use a second criteria type to find a customer. The example above shows the criteria search as, "Last Name" "is" **Smith** and "First Name" "is" **Lisa**. The system then tells you that there are 82 accounts that match the selected criteria.

If you are unable to find an account using "Criteria Type" "is", you may try searching, using "Criteria Type" "starts with". This will broaden your search and provide more results.

After results are returned, you may click on any of the column headers (the blue font) such as "Street" or "City" and eCash will sort the results by that column.

## Quick Search Box

There is a white rectangular box at the top right corner of the eCash page. This "quick search" box will always be visible regardless of where you are in eCash. If you have the customer's Application ID or Phone #, you may enter it here and press "enter" (if using the Application ID, uncheck the small box in front of "phone"). This will search the data base and display the results.

Underneath the "quick search" box, eCash will record the last 4 accounts that you have viewed. The "Last Accounts Viewed" box will only appear if you are on the "Search Screen". You may click on any App Id and this will pull the customer's account.

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Navigational Overview

The screen shot below shows the panel eCash displays when an account is pulled up.





## Quick Reference Bar:

This line should be used as a quick reference for the customer's name, last 4 digits of their social security number, the amount due, the due date, the balance if the amount due is not paid, and the balance if the amount due is paid. The information on this line will help you to answer some of our customer's most commonly asked questions without having to open the transaction screen. The Quick Reference Bar will always be visible regardless of which tab you are currently viewing within the application.



## Tab Information:

Anytime a tab is selected that tab's information will be displayed in the top left corner of the screen. This section will change based on the tab selected. Also the "Title" of this section will change to reflect which tab you are in. In the above screen shot the Loan Action tab has been selected for viewing.

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.



**Comments:**

When a customer's account has a comment added, the comment is stored in this box. It is located in the lower left corner of the screen.  To view an existing comment in its entirety, click on the text within the comment section; it will display the comment, the agent who entered the comment and the time date stamp.



**General Information:**

The information in the top right corner of the screen is all of the customer's contact information, such as phone numbers, email address, Application ID and the status of the account.

If you see that the application has been locked, meaning the customer has entered their information incorrectly too many times, you will need to verify their work number and date of birth. You will see a blue box with a picture of a key and a red X over it. Once the customer has verified that information, you will click on the locked icon in the General Info section; uncheck the box and click "Save". This will allow the customer the ability to log back on to their account via the website



{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

AMG_00450569

| | |
|---|---|
| Loan Info | [Paydate Wizard] |
| Net Income: | $ 3300.00 |
| Pay Frequency: | **MONTHLY** on the **1** day of the month |
| Paydate #1: | 10-01-2010 Fri |
| Paydate #2: | 11-01-2010 Mon |
| Paydate #3: | 12-01-2010 Wed |
| Paydate #4: | 12-31-2010 Fri |
| ABA #: | 043318092 |
| Account #: | xxxx3196 [view] |
| Account Type: | Checking    **Direct Deposit:**  Yes |
| Bank Name: | First National Bank |
| Actual Bank Name: | First National Bank of Pennsylvania |
| Bank Phone: | (724) 983-3853  PA |
| | Edit General Info |

## Loan Info:

The lower right corner of the screen is the customer's income, pay date and banking information that they provided on their application.

For security purposes, the majority of the Bank Account number has been masked.  There is a "view" button located next to the "Account #"; if eCash permissions allow, this button should only be clicked to verify or edit the account number.



## App Attributes:

This flag legend will tell you what certain symbols mean. If a phone number in the account is invalid, an agent should apply the "Bad Info" symbol, which looks like a stop sign, next to that phone number. The App Attributes will always be visible regardless of which tab you are in.



## App Actions:

Depending on where the account is in the loan process this area shows certain actions that an agent may take.  This allows the agent to click on a button and trigger certain eCash functions to occur.  For instance if an agent is working the account and finds that it needs to be Withdrawn, eCash will automatically change the status and send out an email.  The App Actions will always be visible regardless of which tab you are in.

## Editing Information:

Editing ability is based on the permissions you have been granted by your manager.  If the tab or sub-tab you are in has the blue "Edit" button, some or all of the data within that particular section may be edited. If a field is "open" (not grayed out) you may edit that field.
*For more information on how to edit fields, see the "Editing Account Information" section.

{ PAGE  \* MERGEFORMAT }

INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.

## Personal

By clicking on the drop down arrow on the **Personal** tab, you will see Personal Details, Personal References, and Contact Information.  These are called "Sub-Tabs".
The next several pages will navigate through each tab and explain the information found within that tab and sub-tabs.



## Personal > Personal Details



**Personal Details** sub-tab contains the customer's Name, last 4 digits of the Social Security Number, last 4 digits of the Legal ID (or Driver's License Number), Date of Birth, Address and Email address.
For security purposes, the majority of the legal ID has been blocked from view.  There is a "view" button located next to the Legal ID; if eCash permissions allow this button should only be clicked to verify or edit the legal ID.

If the customer is a Jr. or Sr., click Edit Details in the Personal Details sub-tab and make a note in the Nickname field.

{ PAGE  \* MERGEFORMAT }
INFORMATION ON THIS DOCUMENT IS PROPRIETARY AND SHALL NOT BE USED, COPIED, REPRODUCED OR DISCLOSED IN WHOLE OR IN PART WITHOUT THE CONSENT OF AMG SERVICES, INC.