# EXHIBIT GGG

# FILED UNDER SEAL

# DOCUMENT INFO

Comments:   PRODUCED NATIVELY

# DOCUMENT INFO

CONFIDENTIAL                                                                                                   AMG_00664961

# Compliance Department May 2011

Monthly Reporting

Prepared by: Mary Porting

# Company Totals-May 2011
# Total Issues-696



## Agency vs. Internal-May 2011

**AGENCY ISSUES-112**

Included in total:

34-BBB Complaints

39-State/AG Complaints

19-Attorney Communication

15-DNO –Attorney signed

5-3rd Party –Bank, spouse, etc.

**INTERNAL ISSUES-584**

Include all customer originated or floor originated issues.



**General Category Percentages**



% by Type of Issue-May 2011

- Terms--44.4%
- Form Letters--15.5%
- C&D--16.8%
- Laws--8.3%
- BK Issues--4.2%
- CS Issue--3.0%
- Coll Issue--2.4%
- QC Issue--1.0%
- India Scam--1.3%
- Phone # Removal--0.7%
- Military--0.9%
- Misc--1.4%

# Expanded category info: May 2011

**Pie charts combine C&D categories in red, and Form letter categories in purple as one category each, Terms Categories in green

- 304-Terms
- 21- CS Issue
- 17-Collection Issue
- 88-Cease & Desist-all communication
- 12- Cease & Desist-CA State (write off)
- 3-Cease & Desist-POE only
- 14-Cease & Desist-DNO request
- 103-Form Letters-Re: Laws, including ACH revoke, and C&D
- 5-Relief, LLC specific-Form letters re: calls –specific to DNO
- 58-Laws-Customer citing specific laws in their state (not in form letter format)
- 29-Bankruptcy Issues
- 7-QC Issues
- 5- Phone # Removal request(from 3rd parties)
- 6-Fraud –forwarded onto fraud dept for resolution
- 5-3rd party debit issues
- 9-India Scam
- 6-Military
- 4-Misc.

- **DEFINITION OF CATEGORIES:**
- **Terms**: Fees, contract terms and conditions, any issue Pertaining to loan origination and process not directly related to a specific process or action by a rep, including 3rd party affiliate issues.
- **CS Issues**-Issues that are specific to customer service processes we have in place, a specific action that causes issue.
- **Coll Issues**-Issues that are specific to collection dept processes, a specific action that causes issue originating in Coll Dept.
- **C&D**-request from any party to cease communications.
- **Form letters**: Includes form letters written by customers or 3rd party re: laws, with known actions attributed to them, ie- ach revocation, c&d, debt validation requests.
- **Laws**-specific complaints that pertain to individual laws in that customer's state (not in form letter format)
- **BK**-Bankruptcy issues, c&d, notification info, filing info.
- **QC Issue**-issue originating from QC process
- **India Scam**-Issue originating from scammers calling customer
- **Phone # Removal**-3rd parties requesting that phone numbers pertaining to them cease.
- **Military**-issue arising from information received customer is active military or dependent.
- **Misc:** Issues not fitting into another category

## May 2011-YTD Company Totals-Percentage

**excludes January- March 2011



% of Issues VS. Active Accounts Receivable=

**May 2011-YTD Category Percentages**
**excludes January-March 2011



- Terms--54.7%
- Form Letters--14.5%
- C&D--12.5%
- Laws--5.8%
- BK Issues--3.4%
- CS Issue--2.2%
- Coll Issue--1.9%
- QC Issue--1.4%
- India Scam--1.4%
- Phone # Removal--0.5%
- Military--0.6%
- Misc--1.0%