ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: andrew.kassof@kirkland.com
bradley.weidenhammer@kirkland.com
rhowell@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMG SERVICES, INC., *ET AL.*,

Defendants, and

PARK 269 LLC, *ET AL.*,

Relief Defendants.

Case No.: 2:12-CV-536-GMN-(VCF)

**DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 10-5(b) and the Amended Confidentiality and Protective Order in this case (ECF No. 308), AMG Services, Inc. and MNE Services, Inc. move this court for leave to file under seal the following documents: *Supplemental Declaration in Support of Defendants' Opposition to the FTC's Motion for Summary Judgment* ("Supplemental Declaration") and accompanying exhibits. In support of this motion, Defendants state as follows:

1. On January 11, 2013, this Court entered an amended protective order permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal. (ECF No. 308, at 5 ("[F]or Confidential Information attached to or included in dispositive motions, the moving party(ies) must articulate compelling reasons supported by specific facts demonstrating that sealing the document outweighs the public's interest in disclosure . . . .").)

2. Many of the exhibits accompanying the Supplemental Declaration contain consumer data or business information designated "confidential" by the FTC or defendants.

3. The *Defendants' Opposition to the FTC's Motion for Summary Judgment*, *Defendants' Statement of Disputed Facts in Opposition to the FTC's Motion for Summary Judgment*, and *Defendants' Rule 56(c)(2) Objection to FTC Evidence, or in the Alternative, Rule 56(d) Motion for Additional Discovery* contain repeated references to the exhibits designated "confidential."

4. In an abundance of caution, defendants seek leave of Court to file both the Supplemental Declaration and accompanying exhibits under seal.

Accordingly, defendants respectfully ask the Court to grant their motion to file under seal *Supplemental Declaration in Support of Defendants' Opposition to the FTC's Motion for Summary Judgment* and accompanying exhibits.

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 12-23-2013

**Dated**: December 10, 2013

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
Facsimile: (702) 924-0787
Email: david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

/s/ Bradley Weidenhammer
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 10th day of December 2013, I submitted the foregoing *Defendants' Motion for Leave To File Documents Under Seal* electronically for filing and service with the United States District Court of Nevada. Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ *Bradley H. Weidenhammer*