DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

DAVID SHONKA
Principal Deputy General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jschall@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT REPLY MEMORANDUM AND EXHIBITS UNDER SEAL** |

1  Plaintiff Federal Trade Commission ("FTC") hereby moves this Court for an Order granting the FTC leave to file its summary judgment reply memorandum, appendix, declaration, and exhibits (Docket No. 514 *et seq.*), under seal. The Court approved the FTC's similar request to provisionally file materials under seal with respect to the FTC's initial motion for summary judgment papers. (*See* Docket No. 476.) In support of this motion, the FTC states as follows:

2  1. On January 11, 2013, this Court entered an amended protective order, (Docket No. 308), permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal.

3  2. On September 30, 2013, the FTC filed a motion for summary judgment (Docket No. 454). With the Court's permission, (Docket No. 476), the FTC filed under seal its memorandum, (Docket No. 456), and exhibits, (Docket No. 455), in support thereof.

4  3. On December 20, 2013, the FTC filed a reply in support of its motion for summary judgment (the "Reply"), as well as an appendix and declaration with accompanying exhibits (Docket No. 514 *et seq.*). Some of those papers contain confidential consumer data designated by the FTC or Defendants as confidential. In addition, the Defendants have designated nearly all of their documents, and testimony regarding those documents, as confidential.

5  4. Due to the breadth of the Defendants' confidential designations and the FTC's repeated references in its Reply to documents and testimony designated by Defendants as confidential, the FTC, out of an abundance of caution, seeks leave of the Court to file its entire Reply and all exhibits under seal.

6  5. After summary judgment briefing is concluded, the FTC intends to confer with the Defendants regarding redacting portions of its Reply and unsealing and redacting certain exhibits. The parties successfully reached an analogous, post-briefing agreement in unsealing large portions of the parties' previous briefing on the FTC's motion for preliminary injunction. (*See* Docket No. 283.)

1  WHEREFORE, the FTC respectfully requests leave of the Court to file its reply in support of motion
2  for summary judgment, appendix, declaration, and all corresponding exhibits (Docket No. 514 *et seq.*)
3  under seal, with a reservation of the right to move the Court at a later date to lift the seal order in part.
4  December 20, 2013

Respectfully submitted,

*/s/ Nikhil Singhvi*
Nikhil Singhvi
Jason D. Schall
Helen P. Wong
Ioana Rusu
LaShawn M. Johnson
Courtney A. Estep

*Attorneys for Plaintiff*
*Federal Trade Commission*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-23-2013 _____

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by electronic case filing with **PLAINTIFF'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT REPLY MEMORANDUM AND EXHIBITS UNDER SEAL** filed with the Court and all parties were served with Plaintiff's reply memorandum of law, appendix, declaration, and exhibits.

Dated:  December 20, 2013
*/s/Nikhil Singhvi*
Nikhil Singhvi

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrraw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@maclaw.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. Littleaxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
*Attorneys for Defendant Don E. Brady*