ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: andrew.kassof@kirkland.com
           bradley.weidenhammer@kirkland.com
           rhowell@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-CV-536-GMN-(VCF) |
| v. | **DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| AMG SERVICES, INC., *ET AL.*, | |
| Defendants, and | |
| PARK 269 LLC, *ET AL.*, | |
| Relief Defendants. | |

Pursuant to Local Rule 10-5(b) and the Amended Confidentiality and Protective Order in this case (ECF No. 308), AMG Services, Inc. and MNE Services, Inc. move this court for leave to file under seal the following document *Defendants' Combined Reply In Support Of Defendants' Motion To Exclude Evidence Not Disclosed As Required Under Rule 26(A)(1) And Defendants' Rule 56(C)(2) Objection To FTC Evidence, Or In The Alternative, Rule 56(D) Motion For Additional Discovery* ("Reply," ECF No. 527). In support of this motion, Defendants state as follows:

1. On January 11, 2013, this Court entered an amended protective order permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal. (ECF No. 308, at 5 ("[F]or Confidential Information attached to or included in dispositive motions, the moving party(ies) must articulate compelling reasons supported by specific facts demonstrating that sealing the document outweighs the public's interest in disclosure . . . .").)

2. The Reply contains numerous references to the exhibits accompanying *Defendants' Opposition to the FTC's Motion for Summary Judgment* (ECF No. 493) and *Defendants' Rule 56(C)(2) Objection To FTC Evidence, Or In The Alternative, Rule 56(D) Motion For Additional Discovery* (ECF No. 498).

3. Many of the exhibits accompanying *Defendants' Opposition to the FTC's Motion for Summary Judgment* and *Defendants' Rule 56(C)(2) Objection To FTC Evidence, Or In The Alternative, Rule 56(D) Motion For Additional Discovery* contain consumer data or business information designated "confidential" by the FTC or defendants.

4. Defendants sought, and the Court granted, leave to file these documents under seal. (ECF No. 505.)

5. In an abundance of caution, Defendants seek leave of Court to file the Reply under seal.

Accordingly, Defendants respectfully ask the Court to grant their motion to file under seal *Defendants' Combined Reply In Support Of Defendants' Motion To Exclude Evidence Not Disclosed As Required Under Rule 26(A)(1) And Defendants' Rule 56(C)(2) Objection To FTC Evidence, Or In The Alternative, Rule 56(D) Motion For Additional Discovery*.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-13-2014

**Dated**: December 30, 2013

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV  89145
Telephone:	(702) 566-1935
Facsimile:	(702) 924-0787
Email:  david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

/s/ Bradley Weidenhammer
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL  60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:  bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 30th day of December 2013, I submitted the foregoing *Defendants' Motion for Leave To File Documents Under Seal* electronically for filing and service with the United States District Court of Nevada. Service of the foregoing document shall be made to all counsel of record via electronic case filing.

/s/ *Bradley H. Weidenhammer*

3