Jay Young, Esq.
Nevada Bar No.5562
HOWARD & HOWARD ATTORNEYS PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV  89169-5980
Telephone:     (702) 257-1483
Facsimile:      (702) 567-1568
Email:            jay@h2law.com
Attorney for Robert Campbell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>Defendants, and<br><br>PARK 269 LLC, et al.<br><br>Relief Defendants. | Case No.:  2:12-cv-00536-GMN-VCF<br><br><br><br>**SUBSTITUTION OF COUNSEL** |

    Robert Campbell, Defendant in the above-entitled action hereby substitutes Jay Young, Esq., HOWARD & HOWARD ATTORNEYS PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169; (702) 257-1483, as attorney of record in place and stead of MARQUIS AURBACH COFFING.

Dated: _____    PLEASE SEE ATTACHED FOR SIGNATURE
                                          ROBERT CAMPBELL

. . .

. . .

1811548

1  I consent to the above substitution.

2  Dated: January 10, 2014    MARQUIS AURBACH COFFING

3

4

5  By: Frank M. Flansburg, III, Esq.
   Nevada Bar No. 6974
6  10001 Park Run Drive
   Las Vegas, NV 89145
7

8  I am duly admitted to practice in this District.

9  Above substitution accepted.

10 Dated: January 10th, 2014.    HOWARD & HOWARD ATTORNEYS PLLC

11

12

   Jay Young, Esq.
13 Nevada Bar No. 5562
   Wells Fargo Tower, Suite 1000
14 3800 Howard Hughes Parkway
   Las Vegas, NV 89169-5980
15

16

17
   Please check one:   X  RETAINED, or _____ APPOINTED BY THE COURT
18
                              APPROVED
19

20 DATED: 1/13/14

21                                          UNITED STATES ~~DISTRICT~~ JUDGE

22

23

24

25

26

27

28

Page 2 of 2

1811548

HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, NV 89169
(702) 257-1483



# MARQUIS AURBACH COFFING

January 3, 2014

Robert Campbell

I, __Robert Campbell__, have received notice that Jay Young is no longer associated with Marquis Aurbach Coffing. Therefore, I make the following choice regarding my legal representation: *(CHECK ONE)*

_____ I wish to remain with Marquis Aurbach Coffing

__X__ I wish to be represented by Jay Young and his new firm Howard and Howard

_____ I wish my file to be turned over to _____
                                              *List Attorney/Law Firm*

_____ None of the above. I hereby terminate Marquis Aurbach Coffing and Jay Young. I have not retained new counsel at this time. I wish to have the file returned directly to me at the following address: _____

I will be promptly notified if any fees and costs are owed at this time.

SIGNED: __Rbt Campbell__   DATED: __01-07-14__
PHONE NO.: __(605)-660-0939__

10001 Park Run Drive · Las Vegas, NV 89145 · Phone 702.382.0711 · Fax 702.382.5816 · maclaw.com