1  Jay Young, Esq.
   Nevada Bar No.5562
2  HOWARD & HOWARD ATTORNEYS PLLC
3  Wells Fargo Tower, Suite 1000
   3800 Howard Hughes Parkway
4  Las Vegas, NV  89169-5980
   Telephone:    (702) 257-1483
5  Facsimile:    (702) 567-1568
6  Email:        jay@h2law.com
   Attorney for Robert Campbell
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| v. | |
| AMG SERVICES, INC., et al., | **SUBSTITUTION OF COUNSEL** |
| Defendants, and | |
| PARK 269 LLC, et al. | |
| Relief Defendants. | |

Robert Campbell, Defendant in the above-entitled action hereby substitutes Jay Young, Esq., HOWARD & HOWARD ATTORNEYS PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169; (702) 257-1483, as attorney of record in place and stead of MARQUIS AURBACH COFFING.

Dated: _____

PLEASE SEE ATTACHED FOR SIGNATURE
ROBERT CAMPBELL

. . .

. . .

Page 1 of 2

1811548

1. I consent to the above substitution.

2. Dated: January 10, 2014.  MARQUIS AURBACH COFFING

By: Frank M. Flansburg, III, Esq.
Nevada Bar No. 6974
10001 Park Run Drive
Las Vegas, NV 89145

I am duly admitted to practice in this District.

Above substitution accepted.

Dated: January 10th, 2014.  HOWARD & HOWARD ATTORNEYS PLLC

Jay Young, Esq.
Nevada Bar No. 5562
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980

Please check one: X RETAINED, or _____ APPOINTED BY THE COURT

APPROVED

DATED: 1/13/14

UNITED STATES ~~DISTRICT~~ JUDGE

Page 2 of 2

1811548



## MARQUIS AURBACH COFFING

January 3, 2014

Robert Campbell

I, _Robert Campbell_, have received notice that Jay Young is no longer associated with Marquis Aurbach Coffing. Therefore, I make the following choice regarding my legal representation: *(CHECK ONE)*

\_\_\_\_\_ I wish to remain with Marquis Aurbach Coffing

__X__ I wish to be represented by Jay Young and his new firm Howard and Howard

\_\_\_\_\_ I wish my file to be turned over to _____
                                                                                *List Attorney/Law Firm*

\_\_\_\_\_ None of the above. I hereby terminate Marquis Aurbach Coffing and Jay Young. I have not retained new counsel at this time. I wish to have the file returned directly to me at the following address: _____

I will be promptly notified if any fees and costs are owed at this time.

SIGNED: _RW Campbell_    DATED: _01-07-14_
PHONE NO.: _(605)-660-0939_

10001 Park Run Drive · Las Vegas, NV 89145 · Phone 702.382.0711 · Fax 702.382.5816 · maclaw.com