DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID SHONKA
Principal Deputy General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop NJ-3158
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3629
Email: nsinghvi@ftc.gov; jschall@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OBJECTION RESPONSES UNDER SEAL** |

Plaintiff Federal Trade Commission ("FTC") hereby moves this Court for an Order granting the FTC leave to file its response (Docket No. 556) to Defendants' objection to the Court's summary judgment recommendation under seal and its response (Docket No. 557) to Defendants' objection to the Court's order admitting evidence. In support of this motion, the FTC states as follows:

1. On January 11, 2013, this Court entered an amended protective order (Docket No. 308) permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal.

2. On September 30, 2013, the FTC moved for summary judgment (Docket No. 454) and Defendants moved for summary judgment. (Docket No. 461.)

3. On January 28, 2014, Magistrate Judge V. Cam Ferenbach issued a report and recommendation granting in part the FTC's motion for summary judgment. (Docket No. 539.) On the same date, Judge Ferenbach issued an order admitting certain of the FTC's contested summary judgment exhibits. (Docket No. 538.)

4. On February 14, 2014, Defendants objected to the report and recommendation. (Docket No. 542.) On the same date, Defendants objected to the evidentiary order. (Docket No. 544.)

5. On March 2, 2014, the FTC responded to Defendants' objection regarding the summary judgment motion. (Docket No. 556.) The FTC's response includes references to, and quotes and paraphrasing from, materials designated by Defendants as confidential.

6. On March 3, 2014, the FTC responded to Defendants' objection regarding the evidentiary order. (Docket No. 557.) The FTC's response includes references to, and quotes and paraphrasing from, materials designated by Defendants as confidential. The FTC's response also includes the names of Defendants' consumers who have not agreed to publicly identify themselves, and the FTC has designated the names of Defendants' non-testifying consumers as confidential.

7. Due to the breadth of the Defendants' confidential designations and the FTC's repeated references in its response to documents and testimony designated by Defendants as confidential, the FTC, out of an abundance of caution, seeks leave of the Court to file both responses (Docket Nos. 556, 557) entirely under seal.

8. Similar considerations affected the FTC's summary judgment briefing, and the Court in those instances permitted the FTC to provisionally file its memoranda and exhibits under seal. (Docket Nos. 476, 506, 525.)

9. The FTC and Defendants have already begun conversations regarding the unsealing of, and redactions to, the FTC's previously-sealed summary judgment memoranda and exhibits. The parties agreed to postpone those discussions pending completion of briefing with respect to Defendants' objections to the Magistrate Judge's January 28, 2014 rulings.

10. The FTC intends to promptly (a) resume and conclude conferences with the Defendants regarding the FTC's previously-sealed summary judgment memoranda and exhibits, (b) commence and conclude similar conference with Defendants regarding the instant responses (Docket Nos. 556, 557), and (c) file an appropriate motion to unseal with the Court.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

WHEREFORE, the FTC respectfully requests leave of the Court to file its responses (Docket Nos. 556, 557) to Defendants' objections under seal, with a reservation of the right to move the Court at a later date to lift the seal order.

March 3, 2014

Respectfully submitted,

*/s/ Nikhil Singhvi*
Nikhil Singhvi
Jason D. Schall
Helen P. Wong
Ioana Rusu
LaShawn M. Johnson
Courtney A. Estep

***Attorneys for Plaintiff***
***Federal Trade Commission***

IT IS SO ORDERED:

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 3-11-2014

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by electronic case filing with **PLAINTIFF'S MOTION FOR LEAVE TO FILE OBJECTION RESPONSES UNDER SEAL** filed with the Court and all parties were served by email with Plaintiff's objection responses.

Dated: March 3, 2014

/s/Nikhil Singhvi
Nikhil Singhvi

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@h2law.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. Littleaxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
*Attorneys for Defendant Don E. Brady*