ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email: andrew.kassof@kirkland.com
          bradley.weidenhammer@kirkland.com
          rhowell@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. (dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No.: 2:12-CV-536-GMN-(VCF) |
| v. | **DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| AMG SERVICES, INC., *ET AL.*, | |
| Defendants, and | |
| PARK 269 LLC, *ET AL.*, | |
| Relief Defendants. | |

Pursuant to Local Rule 10-5(b) and the Amended Confidentiality and Protective Order in this case (ECF No. 308), AMG Services, Inc. and MNE Services, Inc. move this court for leave to file under seal Exhibits A and C–I to *Defendants' Opposition to Plaintiff Federal Trade Commission's Motion to Unseal and File Redacted Memoranda and Exhibits in Connection with Summary Judgment Motions*.  In support of this motion, Defendants state as follows:

1. On January 11, 2013, this Court entered an amended protective order permitting parties to designate documents and testimony as confidential, and to submit such information to the Court under seal.  (ECF No. 308, at 5.)

2. Exhibit A is a copy of an email the FTC filed under seal with the Court's permission.  (ECF No. 567.)

3. Exhibits C through I are documents showing Defendants' suggested redactions to documents the FTC filed under seal with the Court's permission.  (ECF No. 506.)

4. In an abundance of caution, Defendants seek leave of Court to file these exhibits under seal.

Accordingly, Defendants respectfully ask the Court to grant their motion to file under seal Exhibits A and C–I to *Defendants' Opposition to Plaintiff Federal Trade Commission's Motion to Unseal and File Redacted Memoranda and Exhibits in Connection with Summary Judgment Motions*.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-1-2014

1