

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Nikhil Singhvi
Attorney
Division of Financial Practices

Phone: 202-326-3480
E-mail: nsinghvi@ftc.gov

**Via Federal Express**
Chambers of the Honorable Gloria M. Navarro, Chief Judge
Lloyd D. George U.S. Courthouse
U.S. District Court for the District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

May 13, 2014

Re:   Sixty Day Notice Pursuant To LR 7-6(b)
        *FTC v. AMG Services, et al.*, Case No. 2:12-cv-536-GMN-VCF

Dear Judge Navarro:

We write pursuant to LR 7-6(b) to advise the Court of a fully-briefed matter pending on the docket of the above-referenced case for more than 60 days. In this matter, plaintiff Federal Trade Commission alleges that defendants deceived consumers nationwide by misstating the cost of their short-term, high-interest, online "payday" loans. In December 2012, the Court bifurcated the case to consider in phase one whether any statutory violations occurred and to address in phase two the defendants' common enterprise and individual liability, along with the appropriate relief. (ECF No. 296.)

On December 20, 2013, the parties completed phase one dispositive motions briefing. On January 28, 2014, Magistrate Judge Cam Ferenbach issued a report and recommendation granting in part the FTC's phase one motion for summary judgment, and denying defendants' motion for summary judgment. (ECF No. 539.) Defendants objected to Judge Ferenbach's recommendation on February 14, 2014, and defendants' objection was fully briefed upon the FTC's filing of a response to defendants' objection on March 2, 2014.

Judge Ferenbach's recommendation, if adopted by the Court, would conclude phase one. The case is currently between phases and the litigation, including discovery for phase two, is paused pending a decision by the Court on the recommendation.

The bifurcation of the matter and current suspension of the litigation affects the thousands of financially disadvantaged consumers on whose behalf the FTC seeks recovery. Mindful that the Court has many pressing matters on its docket, we respectfully bring this particular item to the Court's attention given the unusual circumstances present here.

Respectfully submitted,

*/s/ Nikhil Singhvi*

Nikhil Singhvi

cc:  All counsel of record (via email)