# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

Case No. 2:12–cv–536–GMN–VCF

**ORDER**

    Five motions are before the court: (1) Defendants' motion for a protective order (#617); (2) the Commission's motion to strike (#618); (3) Defendants' motion to quash (#624); (4) Defendants' motion to quash (#626); and (5) Defendants' motion to amend their motion for a protective order (#627). For the reasons stated below, all five motions are denied as moot.

    On July 16, 2014, the Honorable Gloria M. Navarro, Chief U.S. District Judge, ruled that phase two of this litigation "shall commence on the date of this Order." (*See* Order (#629) at 18:9–10). The motions pending for the court were filed before Judge Navarro entered her order. The motions also dispute whether phase two has commenced and, as a result, seek to prevent or compel discovery on that basis. The parties' motions are now moot. Phase two has commenced. Discovery must proceed.

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that Defendants' motion for a protective order (#617) is DENIED as moot.

    IT IS FURTHER ORDERED that the Commission's motion to strike (#618) is DENIED as moot.

    IT IS FURTHER ORDERED that Defendants' motion to quash (#624) is DENIED as moot.

    IT IS FURTHER ORDERED that Defendants' motion to quash (#626) is DENIED as moot.

IT IS FURTHER ORDERED that Defendants' motion to amend their motion for a protective order (#627) is DENIED as moot.

IT IS SO ORDERED.

DATED this 18th day of July, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE