ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: andrew.kassof@kirkland.com
       bradley.weidenhammer@kirkland.com
       rhowell@kirkland.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc.*

CONLY SCHULTE
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027
Omaha, NE 68116
Telephone: (303) 673 9600
Facsimile: (303) 673 9155
Email: cschulte@ndnlaw.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc.; SFS, Inc.; and MNE Services, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br> v. <br><br> AMG SERVICES, INC., *ET AL.*, <br> Defendants, and <br><br> PARK 269 LLC, *ET AL.*, <br><br> Relief Defendants. | Case No. 2:12-CV-536-GMN-(VCF) <br><br> **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants AMG Services, Inc., Red Cedar Services, Inc., SFS, Inc. and MNE Services, Inc. ("Defendants"), pursuant to, *inter alia*, 28 U.S.C. § 1292(a)(1), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the portion of the District Court's Order of July 16, 2014 (ECF No. 629) that denied ECF No. 543, Defendants' Objection to the Magistrate's January 28, 2014 Order (ECF No. 540) Denying Defendants' Motion to Enforce Stipulated Order For Permanent Injunction and Judgment (ECF No. 501).

**Dated**: July 30, 2014

/s/ David J. Merrill
DAVID J. MERRILL
DAVID J. MERRILL, P.C.
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV  89145
Telephone:     (702) 566-1935
Facsimile:      (702) 924-0787
Email:  david@djmerrillpc.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc.*

/s/ Bradley Weidenhammer
BRADLEY WEIDENHAMMER
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago IL  60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:  bradley.weidenhammer@kirkland.com

*Attorney for Defendants AMG Services, Inc. and MNE Services, Inc.*

/s/ Conly Schulte
CONLY SCHULTE
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, CO 80027
Omaha, NE  68116
Telephone:     (303) 673-9600
Facsimile:      (303) 673-9155
Email:  cschulte@ndnlaw.com

*Attorney for Defendants AMG Services, Inc., Red Cedar Services, Inc., SFS, Inc., and MNE Services, Inc.,*

**REPRESENTATION STATEMENT**

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone:     (702) 388-6336
Facsimile:       (702) 388-6787
Email:  blaine.welsh@usdoj.gov

DAVID SHONKA
Principal Deputy General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Telephone:     (202) 326-3480
Facsimile:       (202) 326-3768
Email:  nsinghvi@ftc.gov
            jschall@ftc.gov

*Attorneys for Plaintiff Federal Trade Commission*

GREG BROWER
BRIAN R. REEVE
SNELL & WILMER, LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone:     (702) 784-5200
Facsimile:       (702) 784-5252
Email:  gbrower@swlaw.com
            breeve@swlaw.com

NATHAN F. GARRETT
W. PAIGE STRACK
GRAVES GARRETT LLC

ANDREW A. KASSOF, P.C.
BRADLEY H. WEIDENHAMMER
RICHARD U.S. HOWELL
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:       (312) 862-2200
Email: andrew.kassof@kirkland.com
            bradley.weidenhammer@kirkland.com
            rhowell@kirkland.com

DAVID J. MERRILL
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 566-1935
Facsimile:       (702) 924-0787
Email:  david@djmerrillpc.com

*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc.*

CONLY J. SCHULTE
FREDERICKS PEEBLES & MORGAN LLP
1900 Plaza Drive
Louisville, Colorado 80027
Omaha, Nebraska  68116
Telephone:     (303) 673-9600
Facsimile:       (303) 673-9155
Email:  cschulte@ndnlaw.com

JOSHUA M. DICKEY (for SFS and Red Cedar)
BAILEY KENNEDY
8984 Spanish Ridge Ave
Las Vegas, Nevada 89148-1302
Telephone:     (702) 562-8820
Facsimile:       (702) 562-8821
Email:  jdickey@baileykennedy.com

*Attorney for Defendants AMG Services, Inc.; Red Cedar Services, Inc.; SFS, Inc.; and MNE Services, Inc.*

VON S. HEINZ
DARREN J. LEMIEUX
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:     (702) 949-8200

| | |
|---|---|
| 1100 Main Street | Facsimile: (702) 949-8351 |
| Suite 2700 | Email: vheinz@lrrlaw.com |
| Kansas City, Missouri 64105 | |
| Telephone: (816) 256-3181 | JEFFREY D. MORRIS |
| Facsimile: (816) 817-0021 | NICK J. KURT |
| Email: ngarrett@gravesgarrett.com | RYAN C. HUDSON |
| pstrack@gravesgarrett.com | BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP |

*Attorneys for Defendant Don E. Brady*

2600 Grand Boulevard
Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: jmorris@berkowitzoliver.com

L. CHRISTOPHER ROSE
MICHAEL R. ERNST
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
Email: lcr@juww.com
mre@juww.com

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports; LeadFlash Consulting LLC; Blackcreek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

ALYSSA D. CAMPBELL
LEGAL ADVOCATES FOR INDIAN COUNTRY, LLP
P.O. Box 1434
Owasso, Oklahoma 74055
Telephone: (405) 742-0200
Email: acampbell@laic-law.com

JAY YOUNG
HOWARD AND HOWARD
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone: (702) 667-4804
Facsimile: (702) 567-1568
Email: jay@h2law.com

PAUL C. RAY
PAUL C. RAY, CHTD.
3560 West Cheyenne Avenue, Suite 120
North Las Vegas, Nevada 89032
Telephone: (702) 723-2292
Facsimile: (702) 823-2384
Email: paulcraylaw@aol.com

*Attorney for Defendant Robert D. Campbell*

LINDA C. McFEE
ROBERT PETER SMITH
McDOWELL, RICE, SMITH & BUCHANAN, P.C.
605 West 47th Street, Suite 350
Kansas City, Missouri 64112
Telephone: (816) 753-5400
Facsimile: (816) 753-9996
Email: lmcfee@mcdowellrice.com
petesmith@mcdowellrice.com

*Attorneys for Defendant Troy L. LittleAxe*

PATRICK J. REILLY
HOLLAND & HART LLP
9555 Hillwood Drive

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Second Floor
Las Vegas, Nevada 89134
Telephone:    (702) 669-4600
Facsimile:     (702) 669-4650
Email: preilly@hollandhart.com

*Attorneys for Defendants Park 269 LLC and Kim C. Tucker*

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on the 30th day of July 2014, the foregoing *Notice of Appeal* was submitted electronically for filing and/or service with the United States District Court of Nevada. Electronic service of the foregoing document shall be made to all counsel of record.

/s/ *Bradley Weidenhammer*
Bradley Weidenhammer