DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMG Services, Inc. et al.,<br><br>  Defendants, and<br><br>Park 269 LLC, et al.,<br><br>  Relief Defendants. | Case No. 2:12-cv-536-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO TIMOTHY J. MUIR AND THE MUIR LAW FIRM, LLC** |

Pursuant to L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendants Timothy J. Muir and The Muir Law Firm, LLC ("Muir Defendants") hereby stipulate to stay all proceedings and deadlines in this case as to the Muir Defendants. In support of this stipulation, the FTC and the Muir Defendants state as follows.

1. FTC counsel and the Muir Defendants have reached possible resolution of this matter against the Muir Defendants which would dismiss, with prejudice, the current proceedings against those defendants.

2. The FTC is an independent federal agency. All dismissals recommended by FTC counsel must be voted on by the full Commission. The process may take several weeks or more. If the Commission approves the motion to dismiss, the FTC will submit a motion and proposed order to dismiss the Muir Defendants to the Court for approval.

3. Any continued proceedings as to the Muir Defendants while the Commission is conducting its approval process would, therefore, constitute a waste of judicial time and resources, as well as those of the undersigned parties.

4. This stipulation and the relief requested apply only to defendants Timothy J. Muir and The Muir Law Firm, LLC.

\
\
\
\
\
\
\
\
\
\
\
\

WHEREFORE, the FTC, Timothy J. Muir, and The Muir Law Firm, LLC jointly request an indefinite stay of all proceedings in this matter as to Timothy J. Muir and the Muir Law Firm, LLC, as well as all deadlines imposed by the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Nevada.

Dated: August 14, 2014

*/s Nikhil Singhvi*
_____
Nikhil Singhvi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop: CC-10232
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

*/s L. Christopher Rose*
_____
L. Christopher Rose
Jolley Urga Woodbury & Little
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
Email: lcr@juww.com

*Attorneys for Timothy J. Muir and The Muir Law Firm, LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

## CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with the **STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO TIMOTHY J. MUIR AND THE MUIR LAW FIRM, LLC** filed with the Court, as indicated below.

Dated: August 14, 2014

                                                  */s/ Nikhil Singhvi*
                                                 Nikhil Singhvi

**Via Electronic Case Filing**:

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@h2law.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. Littleaxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
*Attorneys for Defendant Don E. Brady*