DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536-GMN-VCF<br><br>**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2)** |

Plaintiff Federal Trade Commission ("FTC") respectfully moves the Court, pursuant to Rule 12(f)(2), to strike Defendants' affirmative defenses as follows:

- Troy LittleAxe's Answer (ECF No. 405), Affirmative Defenses Nos. 1-59;

- Kim C. Tucker's and Park 269, LLC's Answer (ECF No. 631), Affirmative Defenses Nos. 1-7[1];

- Scott A. Tucker; AMG Capital Management, LLC; Level 5 Motorsports, LLC; Blackcreek Capital Corporation; Broadmoor Capital Partners, LLC; LeadFlash Consulting, LLC; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker Answer (ECF No. 645), Affirmative Defenses Nos. 1-12;

- Timothy Muir's and The Muir Law Firm, LLC's Answer (ECF No. 646), Affirmative Defenses Nos. 1-14;

- SFS, Inc.'s Answer (ECF No. 647), Affirmative Defenses Nos. 1-8;

- Red Cedar Services, Inc.'s Answer (ECF No. 648), Affirmative Defenses Nos. 1-8;

- Robert Campbell's Answer (ECF No. 649), Affirmative Defenses Nos. 1-13;

- Don Brady's Answer (ECF No. 650), Affirmative Defenses Nos. 1-5;

- AMG Services, Inc.'s Answer (ECF No. 651), Affirmative Defenses Nos. 1-8; and

- MNE Services, Inc.'s Answer (ECF No. 652), Affirmative Defenses 1-8.

/
/
/
/
/
/
/
/
/
/
/
/
/
/

---

[1] The answer filed by Kim C. Tucker and Park 269, LLC (ECF No. 631) lists two separate "FIFTH" affirmative defenses and lists seven affirmative defenses altogether. The FTC moves to strike all seven of the affirmative defenses.

1  The accompanying memorandum of points and authorities demonstrates that all of
2  Defendants' above-listed affirmative defenses are 1) redundant or immaterial to the issues of this
3  case; 2) insufficient as a matter of law; and/or 3) not properly pleaded, and should thus be
4  stricken.

5  Dated: August 21, 2014

Respectfully submitted,

*/s/ Ioana Rusu*
Nikhil Singhvi
Jason D. Schall
Helen P. Wong
Ioana Rusu
LaShawn M. Johnson
Courtney A. Estep

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I, Ioana Rusu, certify that, as indicated below, all parties were served with **PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES PURSUANT TO RULE 12(f)(2)** filed with the Court, as indicated below.

Dated:  August 21, 2014

/s/ Ioana Rusu
Ioana Rusu

**Via Electronic Case Filing**:

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker;*
*Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

L. Christopher Rose (lcr@juww.com)
Michael R. Ernst (mre@juww.com)
*Attorneys for Defendants The Muir Law Firm, LLC and Timothy J. Muir*

Jay Young (jay@h2law.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. Littleaxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
*Attorneys for Defendant Don E. Brady*