Sarah E. Belton
Public Justice, P.C.
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155
sbelton@publicjustice.net
(Pro hac vice pending)

Craig Friedberg
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Phone: (702) 435-7968
Fax: (702) 946-0887
attcbf@cox.net

*Attorneys for Intervenor Americans for Financial Reform*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | **MOTION TO UNSEAL DOCUMENTS** |
| vs. | (Oral Argument Requested) |
| AMG SERVICES, INC., et al., | |
| Defendant. | |

Americans for Financial Reform ("AFR"), by and through counsel, hereby moves this Court to gain access to the remaining sealed court filings in *FTC v. AMG Services, Inc.* AFR's grounds for this Motion are set forth in the accompanying Brief in Support thereof.

DATED this 5th day of September 2014.

Public Justice, P.C.

*/s/ Sarah E. Belton*
Sarah E. Belton, Esq. (Pro hac vice pending)
and
Craig Friedberg
Law Offices of Craig Friedberg, Esq.

*Attorneys for Intervenor Americans for
    Financial Reform*