DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS TIMOTHY J. MUIR AND THE MUIR LAW FIRM, LLC WITH PREJUDICE** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Pursuant to Fed. R. Civ. P. 41 and L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendants Timothy J. Muir and The Muir Law Firm, LLC hereby submit this stipulation and proposed order.

1. The FTC moves to dismiss Timothy J. Muir and The Muir Law Firm, LLC from this case, with prejudice.

2. Timothy J. Muir and The Muir Law Firm, LLC waive any claim that they may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agree to bear their own costs and attorneys' fees. Timothy J. Muir and The Muir Law Firm, LLC waive and release any claims that they may have against the FTC, or its employees, representatives, or agents, that relate to this action.

3. This stipulation applies only to defendants Timothy J. Muir and The Muir Law Firm, LLC.

\
\
\
\
\
\
\
\
\
\
\
\
\
\
\

WHEREFORE, the FTC, Timothy J. Muir, and The Muir Law Firm, LLC jointly request an order dismissing Timothy J. Muir and The Muir Law Firm, LLC from this case, with prejudice.

Dated: September 4, 2014

_____
Nikhil Singhvi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop: CC-10232
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff
Federal Trade Commission*

_____
L. Christopher Rose
Jolley Urga Woodbury & Little
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, NV 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555
Email: lcr@juww.com

*Attorneys for Timothy J. Muir and The Muir Law Firm, LLC*

_____
Timothy J. Muir

_____
The Muir Law Firm, LLC

By: Timothy J. Muir

Title: Authorized Representative

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 09/08/2014**