DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536-GMN-VCF<br><br>**STIPULATION AND** ~~**PROPOSE**~~**D ORDER TO STAY CASE AS TO TROY LITTLEAXE, JR.** |

Pursuant to L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendant Troy LittleAxe, Jr. ("Defendant LittleAxe") hereby stipulate to stay all proceedings and deadlines in this case as to the Defendant LittleAxe.  In support of this stipulation, the FTC and Defendant LittleAxe state as follows:

1.      FTC counsel and Defendant LittleAxe have reached possible resolution of this matter against Defendant LittleAxe which would resolve the current proceedings against him via a proposed stipulated order for permanent injunctive relief.

2.      The FTC is an independent federal agency.  All settlements recommended by FTC counsel must be voted on by the full Commission.  The process may take several weeks or more.  If the Commission approves the proposed stipulated order for permanent injunction, the FTC will submit a motion and the proposed order to the Court for approval.

3.      Any continued proceedings as to Defendant LittleAxe while the Commission is conducting its approval process would, therefore, constitute a waste of judicial time and resources, as well as those of the undersigned parties.

4.      This stipulation and the relief requested apply only to Defendant LittleAxe.

\
\
\
\
\
\
\
\
\
\
\
\

WHEREFORE, the FTC and Troy LittleAxe, Jr. jointly request an indefinite stay of all

proceedings in this matter as to Troy LittleAxe, Jr., as well as all deadlines imposed by the

Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the

District of Nevada.

Dated:  September 24, 2014


*/s Nikhil Singhvi*

_____
Nikhil Singhvi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop:  CC-10232
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile:  (202) 326-3768
Email:  nsinghvi@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*


*/s Paul C. Ray*

_____
PAUL C. RAY
PAUL C. RAY, CHTD.
8670 West Cheyenne Avenue
Suite 120
Las Vegas, NV 89129
Telephone:  (702) 823-2292
Facsimile:  (702) 823-2384
Email:  paulcraylaw@gmail.com

*Attorney for Defendant Troy L.*
*LittleAxe Jr.*


**ORDER**

IT IS SO ORDERED:

_____

UNITED ~~STATES DISTRICT~~ JUDGE
            Magistrate
Dated: ___10-27-2014_____

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with the **STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO TROY LITTLEAXE, JR.** filed with the Court, as indicated below.

Dated:  September 24, 2014

/s/ Nikhil Singhvi
Nikhil Singhvi

**Via Electronic Case Filing**:

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Jay Young (jay@h2law.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Brian R. Reeve (breeve@swlaw.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
*Attorneys for Defendant Don E. Brady*