DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3629
Email:  nsinghvi@ftc.gov; jschall@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>       v.<br><br>AMG Services, Inc. et al.,<br><br>                    Defendants, and<br><br>Park 269 LLC, et al.,<br><br>                    Relief Defendants. | Case No. 2:12-cv-536<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL EXHIBITS UNDER SEAL** |

Plaintiff Federal Trade Commission ("FTC") hereby moves this Court for an Order granting the FTC leave to file under seal three exhibits to its motion to compel (ECF Nos. 692-1, 692-2, 692-3). In support of this motion, the FTC states as follows:

1. On August 15, 2012, this Court entered an order (ECF No. 145), sealing financial documents (including images of checks) previously filed by the FTC as exhibits to its motion for preliminary injunction.

2. On January 11, 2013, this Court entered an amended protective order (ECF No. 308) permitting parties to designate documents as confidential, and to submit such information to the Court under seal.

3. On October 24, 2014, the FTC filed a motion to compel against, *inter alia*, Relief Defendant Kim Tucker. (ECF No. 691.) The FTC's motion cites to various checks (arranged in three exhibits) tending to show that the defendants have used corporate funds for personal purposes. (ECF Nos. 692-1, 692-2, 692-3.) The checks are redacted to obscure bank account information.

4. The FTC does not take the position that the checks, as redacted, constitute "confidential" documents within the meaning of the amended protective order, and the FTC does not contend that the checks should be filed under seal. However, out of an abundance of caution, and as a result of the Court's August 15, 2012 order, the FTC moves to file these exhibits under seal to preserve any other party's ability to make the required showing for under seal treatment.

\
\
\
\
\
\
\
\
\

1     WHEREFORE, the FTC respectfully requests leave of the Court to file three motion to compel

2 exhibits (ECF Nos. 692-1, 692-2, 692-3) under seal, with a reservation of the right to move the Court

3 at a later date to lift the seal order.

4 October 24, 2014

                                        Respectfully submitted,

                                        */s/ Jason Schall*
                                        Nikhil Singhvi
                                        Jason D. Schall
                                        Helen P. Wong
                                        Ioana Rusu
                                        LaShawn M. Johnson
                                        Courtney A. Estep

                                        *Attorneys for Plaintiff*
                                        *Federal Trade Commission*

                                        IT IS SO ORDERED:

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: January 12, 2015

**CERTIFICATE OF SERVICE**

I, Jason Schall, certify that, as indicated below, all parties were served by electronic case filing with **PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL EXHIBITS UNDER SEAL** filed with the Court and all parties were served by email with Plaintiff's under seal exhibits.

Dated: October 24, 2014

*/s/ Jason Schall*
Jason Schall

**Via Electronic Case Filing**:

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants AMG Services, Inc.; Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash; MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

David J. Merrill (david@djmerrillpc.com)
Debra K. Lefler (debra.lefler@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Charles Kalil (ckalil@kirkland.com)
Richard Howell (rhowell@kirkland.com)
Peter J. Wozniak (peter.wozniak@kirkland.com)
Andrew A. Kassof (andrew.kassof@kirkland.com)
*Attorneys for Defendants AMG Services, Inc. and MNE Services, Inc. dba Tribal Financial Services, Ameriloan, UnitedCashLoans, USFastCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

1  Jay Young (jay@h2law.com)
   *Attorney for Defendant for Robert D. Campbell*

2  Paul C. Ray (paulcraylaw@aol.com)
3  Alyssa D. Campbell (acampbell@laic-law.com)
   *Attorneys for Defendant Troy L. Littleaxe*
4
5  Patrick J. Reilly (preilly@hollandhart.com)
   Linda C. McFee  (lmcfee@mcdowellrice.com)
6  Robert Peter Smith (petesmith@mcdowellrice.com)
   *Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*
7
8  Brian R. Reeve (breeve@swlaw.com)
   Kelly H. Dove (kdove@swlaw.com)
9  Nathan F. Garrett (ngarrett@gravesgarrett.com)
   Whitney P. Strack (pstrack@gravesgarrett.com)
10 *Attorneys for Defendant Don E. Brady*