DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO DON BRADY** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

1

1     Pursuant to L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendant Don
2  Brady ("Defendant Brady") hereby stipulate to stay all proceedings and deadlines in this case as
3  to the Defendant Brady.  In support of this stipulation, the FTC and Defendant Brady state as
4  follows:

5     1.   FTC counsel and Defendant Brady have reached possible resolution of this matter
6  against Defendant Brady which would resolve the current proceedings against him via a
7  proposed stipulated order for permanent injunctive relief.

8     2.   The FTC is an independent federal agency.  All settlements recommended by
9  FTC counsel must be voted on by the full Commission.  The process may take several weeks or
10 more.  If the Commission approves the proposed stipulated order for permanent injunction, the
11 FTC will submit a motion and the proposed order to the Court for approval.

12    3.   Any continued proceedings as to Defendant Brady while the Commission is
13 conducting its approval process would, therefore, constitute a waste of judicial time and
14 resources, as well as those of the undersigned parties.

15    4.   This stipulation and the relief requested apply only to Defendant Brady.

\
\
\
\
\
\
\
\
\
\
\
\

WHEREFORE, the FTC and Don Brady jointly request an indefinite stay of all proceedings in this matter as to Don Brady, as well as all deadlines imposed by the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Nevada.

Dated:  February 3, 2015

/s Nikhil Singhvi
_____
Nikhil Singhvi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Stop: CC-10232
Washington, DC 20580
Telephone: (202) 326-3480
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

/s Paige Strack
_____
Nathan F. Garrett
W. Paige Strack
Graves Garrett LLC
1100 Main St Suite 2700
Kansas City, MO 64105
Telephone:  (816) 256-4581
Facsimile: (816) 222-0612
Email: ngarrett@gravesgarrett.com

*Attorneys for Defendant Don Brady*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

## CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with the **STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO DON BRADY** filed with the Court, as indicated below.

Dated: February 3, 2015

                                                        */s/ Nikhil Singhvi*
                                                        Nikhil Singhvi

**Via Electronic Case Filing**:

Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash;*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Jay Young (jay@h2law.com)
*Attorney for Defendant for Robert D. Campbell*

Paul C. Ray (paulcraylaw@aol.com)
Alyssa D. Campbell (acampbell@laic-law.com)
*Attorneys for Defendant Troy L. LittleAxe*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Nathan F. Garrett (ngarrett@gravesgarrett.com)
Whitney P. Strack (pstrack@gravesgarrett.com)
Kelly H. Dove (kdove@swlaw.com)
*Attorneys for Defendant Don E. Brady*

Sarah E. Belton (sbelton@publicjustice.net)
Craig B. Friedberg (cbfreidberg@justice.com)
*Attorneys for Intervenor Americans for Financial Reform*