**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>AMG SERVICES, *et al.*,<br><br>  Defendants. | 2:12-cv-00536-GMN-VCF<br><br>**ORDER** |

Before the court are SFS, Inc.'s and Red Cedar Services, Inc.'s Motion to Amend the Pleadings (#724) and Defendants AMG Capital Management, LLC, Level 5 Motorsports, Blackcreek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Leadflash Consulting, LLC; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker's Motion to Amend Phase II Answer (Doc. 645) (#725).

Pursuant to Local Rules 7-2(d), "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." To date, no opposition has been filed; thus, Plaintiff and other parties have consented to the granting of the instant motion under Local Rule 7-2(d).

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that SFS, Inc.'s and Red Cedar Services, Inc.'s Motion to Amend the Pleadings (#724) and Defendants AMG Capital Management, LLC, Level 5 Motorsports, Blackcreek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Leadflash Consulting, LLC; Nereyda

M. Tucker, as Executor of the Estate of Blaine A. Tucker's Motion to Amend Phase II Answer (Doc. 645) (#725) are GRANTED.

Dated this 17th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE