DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) Case No: 2:12-cv-00536-GMN-VCF |
| v. | ) |
| AMG SERVICES, INC., *et al.*, | ) |
| Defendants, and | ) |
| PARK 269 LLC, *et al.*, | ) |
| Relief Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT, AND ORDER THEREON**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Thomas E. Kane to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has

occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Mr. Kane is an attorney with the Federal Trade Commission, an agency of the federal government, and is a member in good standing of the District of Columbia Bar (No. 432499) and Maryland, which does not issue bar numbers.

The following contact information is provided to the Court:

>Thomas E. Kane
>Federal Trade Commission
>600 Pennsylvania Ave., NW
>Mailstop CC-10232
>Washington, DC 20580
>Phone: (202) 326-2304
>Facsimile: (202) 326-3768
>Email: tkane@ftc.gov

Accordingly, the United States respectfully requests that the Court admit Thomas E. Kane to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 12th day of March 2015.

>DANIEL G. BOGDEN
>United States Attorney
>
> /s/  Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  03/17/2015**