DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

JONATHAN E. NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
THOMAS E. KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3768
Email:  nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Federal Trade Commission,

          Plaintiff,

v.

AMG Services, Inc., et al.,

          Defendants, and

Park 269 LLC, et al.,

          Relief Defendants.

Case No. 2:12-cv-536

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER ECF NO. 757**

1  Plaintiff Federal Trade Commission withdraws its motion for protective order (ECF No. 757.)

2  Per Court order (ECF No. 768), the motion has been refiled.  (ECF No. 769.)

3  Dated:  March 25, 2015                    Respectfully submitted,

4
                                            /s/ Nikhil Singhvi
5                                           Nikhil Singhvi
                                            Jason D. Schall
6                                           Helen P. Wong
                                            Ioana Rusu
7                                           LaShawn M. Johnson
                                            Courtney A. Estep
8                                           Thomas E. Kane

9                                           **Attorneys for Plaintiff**
                                            **Federal Trade Commission**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I, Nikhil Singhvi, certify that, as indicated below, all parties were served with **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER ECF NO. 757** filed with the Court, as indicated below.

Dated:  March 25, 2015                                             */s/ Nikhil Singhvi*
                                                                             Nikhil Singhvi

**<u>Via Electronic Case Filing</u>**
Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorney for Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
*Attorneys for Defendants Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee  (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Sarah E. Belton (sbelton@publicjustice.net)
Craig B. Friedberg (cbfreidberg@justice.com)
*Attorneys for Intervenor Americans for Financial Reform*