# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

***

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

Case No. 2:12–cv–536–GMN–VCF

**ORDER**

Before the court are Red Cedar Services' Motion for a Protective Order (#741) and Motion to Stay (#746). On March 16, 2015, the court approved a stipulation to stay the court's adjudication of both motions. As described in the stipulation, Defendants are in the midst of a criminal investigation and proceeding in this matter may infringe their ability to marshal a defense in a criminal matter.

In light of the stipulated stay, the court denies both motions without prejudice and grants Red Cedar leave to refile the motions as the appropriate time. This will aid the court in controlling its docket and promote the expeditious disposition of other pending motions in this matter. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendants' Motion for a Protective Order (#741) is DENIED without prejudice.

IT IS ORDERED that Defendants' Motion to Stay (#746) is DENIED without prejudice.

DATED this 27th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE