Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
kjgallagher@hollandhart.com

Linda C. McFee, Esq.
(admitted *pro hac vice*)
R. Pete Smith, Esq.
(admitted *pro hac vice*)
MCDOWELL, RICE, SMITH & BUCHANAN
605 West 47th Street, Suite 350
Kansas City, MO 64112
Tel:  (816) 753-5400
Email:  petesmith@mcdowellrice.com
             lmcfee@mcdowellrice.com

*Attorneys for Relief Defendants*
*Kim C. Tucker and Park 269 LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., an Oklahoma Tribal Entity; RED CEDAR SERVICES, INC., an Oklahoma Tribal Entity, also dba 500 FastCash; SFS, INC., a Nebraska Tribal Entity, also dba OneClickCash; TRIBAL FINANCIAL SERVICES, an Oklahoma Tribal Entity, also dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises; AMG CAPITAL MANAGEMENT, LLC, a Nevada Limited Liability Company; LEVEL 5 MOTORSPORTS, LLC, a Nevada Limited Liability Company; LEADFLASH CONSULTING, LLC, a Nevada Limited Liability company; PARTNER WEEKLY, LLC, a Nevada Limited Liability Company; BLACK CREEK CAPITAL CORPORATION, a Nevada Corporation; BROADMOOR CAPITAL PARTNERS, LLC, a Nevada Limited Liability Company; | Case No. :  2:12-cv-00536-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE RELIEF DEFENDANTS TO SERVE THEIR RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>**(First Request)** |

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | THE MUIR LAW FIRM, LLC, a Kansas Limited Liability Company; SCOTT A. TUCKER, in his individual and corporate capacity; BLAINE A. TUCKER, in his individual and corporate capacity; TIMOTHY J. MUIR, in his individual and corporate capacity; DON E. BRADY, in his individual and corporate capacity; and TROY L. LITTLEAXE, in his individual and corporate capacity,<br><br>          Defendants, and<br><br>PARK 269 LLC, a Kansas Limited Liability Company; and KIM C. TUCKER, in her individual and corporate capacity,<br><br>          Relief Defendants. |

## **STIPULATION**

Pursuant to Local Rule 6-2, the Relief Defendants Kim C. Tucker ("Mrs. Tucker") and Park 269, LLC ("Park 269") (collectively the "Relief Defendants") and Plaintiff Federal Trade Commission ("FTC" or "Plaintiff"), by and through their respective attorneys of record, hereby stipulate and agree to extend the deadline for the Relief Defendants to serve their objections and responses to the Plaintiff's Second Set of Interrogatories to Kim Tucker and Supplemental Interrogatory No. 6 to First Set of Interrogatories, Plaintiff's Second Set of Interrogatories to Park 269, LLC and Supplemental Interrogatory No. 4 to First Set of Interrogatories, and Plaintiff's Third Request for Production of Documents to Kim Tucker.  The Relief Defendants' current deadline to serve responses and objections is April 8, 2015.  Written discovery fact discovery closes on April 16, 2005.  (ECF No. 644 at ¶ A.)  The Parties agree and respectfully request the deadline for the Relief Defendants be extended to **April 24, 2015**.

This is the first request for an extension, which is necessitated by the inability of the accountants hired by the Relief Defendants to assist in responding to these requests during the height of tax season.  This request is made in good faith due and is not interposed for any improper purpose or to delay.

/ / /

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

The Parties further stipulate and agree that the Relief Defendants will not object to any subsequent efforts by the Plaintiff to meet and confer on the discovery responses, or any motion practice involving this discovery, on the basis that discovery has closed.

DATED this 7th day of April, 2015.   DATED this 7th day of April, 2015.

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

Linda C. McFee, Esq.
R. Pete Smith, Esq.
McDowell, Rice, Smith & Buchanan
605 West 47th Street, Suite 350
Kansas City, MO 64112

*Attorneys for Relief Defendants*
*Kim C. Tucker and Park 269 LLC*

/s/ Nikhil Singhvi
Daniel G. Bodgen, Esq.
United States Attorney
District of Nevada
Blaine T. Welsh, Esq.
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Nikhil Singhvi, Esq.
Jason D. Schall, Esq.
Helen P. Wong, Esq.
Joana Rusu, Esq.
LaShawn M. Johnson, Esq.
Courtney A. Estep, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington D.C. 20580

*Attorneys for Plaintiff*
*Federal Trade Commission*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 7, 2015_____.