VON S. HEINZ
Nevada Bar No. 859
E. LEIF REID
Nevada Bar No. 5750
DARREN J. LEMIEUX
Nevada Bar No. 9615
Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8351
Email:     VHeinz@LRLaw.com

JEFFREY D. MORRIS*
NICK J. KURT*
RYAN C. HUDSON*
Berkowitz Oliver Williams Shaw & Eisenbrandt LLP
2600 Grand Blvd.
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email:     jmorris@berkowitzoliver.com
(*Admitted pro hac vice)

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker, and third-party BA Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.<br><br>Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>[PROPOSED] **ORDER GRANTING THE TUCKER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL (DOC. 777) (FIRST REQUESTED EXTENSION)** |

|   |   |
|---|---|
| 1 | Before the Court is Defendants' Scott A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, LeadFlash Consulting LLC, Black Creek Capital Corporation, Broadmoor Capital Partners, and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker ("the Tucker Defendants") Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Compel. The Court is of the opinion that this motion has merit and should be and hereby is GRANTED. |

The deadline for the Tucker Defendants to file their reply in support of their motion to compel (Doc. 777) is hereby extended to Thursday, May 21, 2015.

IT IS SO ORDERED.

Dated this 13th day of May, 2015.

_____
United States Magistrate Judge

Page 1

5850122_1