# Attachment 9

FILED UNDER SEAL
PURSUANT TO COURT
ORDER DATED JANUARY 11, 2013



Peggy
20140123_004191108605 1000000.00
3285          2200

Peggy Moore
BC-MN-H21P



DocuGard 04501 - 11 Security Features
• DocuGard check is one Class 25 compliant
• Prints "VOID" on front when duplicated
• Patterned background highlights erasure or extracts
• Security warning is printed on front of check
• Watermark on back side that is seen when check is held on an angle
• Coin reactive ink or watermark changes color when scratched with a coin
• Check verification number is part of the numbering
• Microband print contains the DocuGard icon and is difficult to copy
• Anti-splice backer orders blocking of information
• Endorsement area prints "VOID" when duplicated
• Security features like this help your nation with fraudulent information

Absence of any of these features may indicate alteration
If bullet check is registered mark of the Check Payment System Association

DO NOT WRITE, SIGN OR STAMP BELOW THIS LINE

Kim Tucker

Peggy
20140123  004191108606  1000000.00
3285          4475

Peggy Moore
BC-MN-H21P



Peggy
20140127 008890345419 1000000.00
████████    3285 ████████ 2200

Peggy Moore
BC-MN-H21P