# Attachment 11

FILED UNDER SEAL
PURSUANT TO COURT
ORDER DATED JANUARY 11, 2013





