**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12–cv–536–GMN–VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| AMG SERVICES, INC. *et al*., | MOTION FOR PROTECTIVE ORDER (#801) |
| Defendants. | |

On May 26, 2015, the Tucker Defendants filed an opposition that included 183 pages of exhibits. One page of one exhibit inadvertently contained an individual's social-security number. The Tucker Defendants now seek emergency relief in the form of a sealing order and/or redacting order to prevent the individual's social-security number from being publically disclosed.

The motion is granted. Federal Rule of Civil Procedure 5.2(a)(1) permits a party to redact a social-security number, except "the last four digits" to protect an individual's privacy. Under Rule 5.2(e), the court may "require redaction of additional information" for "good cause." The court finds that good cause exists to seal the individual's social-security number in this matter and direct the Clerk of Court to seal page 9 of Exhibit 9 (Doc. #797-10).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Tucker Defendants' Motion for a Protective Order (#801) is GRANTED.

IT IS FURTHER ORDERED that the Tucker Defendants redact the first five digits of the social-security number appearing on page 9 of Exhibit 9 (Doc. #797-10) and refile the redacted exhibit by June 8, 2015.

IT IS FURTHER ORDERED that the Clerk of Court SEAL page 9 of Exhibit 9 (Doc. #797-10).

1

IT IS SO ORDERED.

DATED this 2nd day of June, 2015.

                                                 _____
                                               CAM FERENBACH
                                               UNITED STATES MAGISTRATE JUDGE