Victoria W. Ni
Public Justice, P.C.
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155
vni@publicjustice.net
 (*Pro hac vice* pending)

Craig Friedberg
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Phone: (702) 435-7968
Fax: (702) 946-0887
attcbf@cox.net

*Attorneys for Intervenor Americans for Financial Reform*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| AMG SERVICES, INC., et al., | |
| Defendants. | |

1   Intervenor, Americans for Financial Reform ("AFR"), by and through counsel, hereby
2   substitute:

3
4   Victoria W. Ni
    Public Justice, P.C.
5   555 12th Street, Suite 1230
    Oakland, CA 94607
6   Phone: (510) 622-8150
    Fax: (510) 622-8155
7   vni@publicjustice.net

8   as attorney of record in place of Sarah E. Belton of Public Justice, P.C.

9   DATED: 6/10/2015                        AMERICANS FOR FINANCIAL REFORM
10
11
12                                          By: _____
                                            Lisa Donner, Executive Director
13

14  I consent to the above substitution.

15  DATED: 6/11/2015                        _____
16                                          Sarah E. Belton

17
18  Above substitution accepted.
19  DATED: 6/11/2015                        _____
                                            Victoria W. Ni
20

21  Please check one: XX  RETAINED, or ___ APPOINTED BY THE COURT
22

23                                          APPROVED:
24
25
    DATED: June 11, 2015                    _____
26                                          UNITED STATES ~~DISTRICT~~ JUDGE
27                                                        Magistrate
28

Substitution of Attorney
2