**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

Case No. 2:12–cv–536–GMN–VCF

**<u>ORDER</u>**

MOTION TO UNSEAL (#785)
MOTION TO UNSEAL (#790)
MOTION FOR LEAVE TO SEAL (#800)

Three motions are before the court: (1) the Federal Trade Commission's Motion to Unseal documents related to the Commission's Motion for a Preliminary Injunction (#785); (2) the Commission's Motion to Unseal documents related to the Commission's Motion to Compel (#790); and (3) the Tucker Defendants' Motion for Leave to Seal documents related to their opposition to the Commission's Motion for a Preliminary Injunction (#800).

First, the Commission moves to unseal documents related to the Commission's Motion for a Preliminary Injunction. These filings are docketed as documents #780, #781, and #782. Each has attached exhibits. Here, the Commission moves to "unseal the FTC's motion for preliminary injunction filings, with further redactions to Exhibits 2, 10, 22, 59, 60, 61, 63, and 101." The parties agree that one filing, Exhibit 102, which is docketed as #781-108, should remained sealed. The court agrees. The Commission's motion is granted.

Second, the Commission moves to unseal documents related to its Motion to Compel. This motion is unopposed and the time to oppose has expired. Therefore, the motion is granted. *See* LR 7-2(d).

1

Third, the Tucker Defendants move to seal documents related their opposition to the Commission's Motion for a Preliminary Injunction. The Tucker Defendants ask the court to seal page 9 of Exhibit 9. The court has already granted this relief. *See* (Doc. #805).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that the Federal Trade Commission's Motion to Unseal (#785) is GRANTED.

IT IS FURTHER ORDERED that redacted copies of Exhibits 2, 10, 22, 59, 60, 61, 63, and 101 be filed by June 29, 2015.

IT IS FURTHER ORDERED that Exhibit 102 (#781-108) remain sealed until the court orders otherwise.

IT IS FURTHER ORDERED that he Commission's Motion to Unseal (#790) is GRANTED.

IT IS FURTHER ORDERED that documents #789-1, 789-2, and 789-3 are UNSEALED.

IT IS FURTHER ORDERED that the Tucker Defendants' Motion for Leave to Seal (#800) is DENIED as moot.

IT IS FURTHER ORDERED that the Tucker Defendants' memorandum in support of their Motion for Leave to Seal (#801) is UNSEALED.

IT IS SO ORDERED.

DATED this 15th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE