UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC.,

        Defendants.

2:12-cv-00536-GMN-VCF

**ORDER**

        This case has been referred to the undersigned to set a date for the settlement conference (#818).

        IT IS HEREBY ORDERED that the status hearing is scheduled for 10:00 a.m., Monday, July 20, 2015, in courtroom 3D. Counsel for Plaintiff and counsel for all Defendants, who have not yet reached a settlement with Plaintiff, must attend the status hearing.

        DATED this 17th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE