# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | 2:12-cv-00536-GMN-VCF |
| vs. | **ORDER** |
| AMG SERVICES, INC., | |
| Defendants. | |

The court has reviewed the Joint Motion for Clarification (#825). The status conference scheduled for July 20, 2015 will be a status conference and nothing else. Prior to the status conference, if the parties wish, they may propose available settlement conference dates to the court. At the status conference, the court and parties will discuss how the settlement conference will proceed.

Accordingly,

IT IS HEREBY ORDERED that the Joint Motion for Clarification (#825) is GRANTED.

DATED this 7th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE