Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

Linda C. McFee, Esq.
(admitted *pro hac vice*)
R. Pete Smith, Esq.
(admitted *pro hac vice*)
MCDOWELL, RICE, SMITH & BUCHANAN
605 West 47th Street, Suite 350
Kansas City, MO 64112
Tel: (816) 753-5400
Email: petesmith@mcdowellrice.com
  lmcfee@mcdowellrice.com

*Attorneys for Relief Defendants*
*Kim C. Tucker and Park 269 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. : 2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY AT THE AUGUST 14, 2015 STATUS CONFERENCE** |
| AMG SERVICES, INC., an Oklahoma Tribal Entity; RED CEDAR SERVICES, INC., an Oklahoma Tribal Entity, also dba 500 FastCash; SFS, INC., a Nebraska Tribal Entity, also dba OneClickCash; TRIBAL FINANCIAL SERVICES, an Oklahoma Tribal Entity, also dba Ameriloan, UnitedCashLoans, USFastCash, and Miami Nation Enterprises; AMG CAPITAL MANAGEMENT, LLC, a Nevada Limited Liability Company; LEVEL 5 MOTORSPORTS, LLC, a Nevada Limited Liability Company; LEADFLASH CONSULTING, LLC, a Nevada Limited Liability company; PARTNER WEEKLY, LLC, a Nevada Limited Liability Company; BLACK CREEK CAPITAL CORPORATION, a Nevada Corporation; BROADMOOR CAPITAL PARTNERS, LLC, a Nevada Limited Liability Company; THE MUIR LAW FIRM, LLC, a Kansas | |

1  Limited Liability Company; SCOTT A. TUCKER, in his individual and corporate
2  capacity; BLAINE A. TUCKER, in his individual and corporate capacity; TIMOTHY
3  J. MUIR, in his individual and corporate capacity; DON E. BRADY, in his individual
4  and corporate capacity; and TROY L. LITTLEAXE, in his individual and corporate
5  capacity,

6              Defendants, and

7  PARK 269 LLC, a Kansas Limited Liability Company; and KIM C. TUCKER, in her
8  individual and corporate capacity,

9              Relief Defendants.

10

11       THIS MATTER comes before the Court on the Motion to Appear Telephonically at the

12  August 14, 2015 Status Conference filed by Relief Defendants Kim C. Tucker and Park 269,

13  LLC's ("Relief Defendants"). After due deliberation and good cause shown, it is hereby:

14       ORDERED AND ADJUDGED that Relief Defendants' counsel, Patrick J. Reilly, Esq.,

15  may appear telephonically for the Status Conference scheduled for August 14, 2015 at

16  10:00 a.m.

17       IT IS SO ORDERED.

18       DATED this 4th day of August, 2015.



_____
UNITED STATES MAGISTRATE JUDGE

Mr. Patrick Reilly is instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

7970547_1