# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 2:12-cv-00536-GMN-VCF |
| Plaintiff, | **ORDER ACCEPTING REPORT &** |
| vs. | **RECOMMENDATION OF MAGISTRATE** |
| AMG SERVICES, INC., *et al.*, | **JUDGE FERENBACH** |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 834) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered July 21, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by August 7, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that this matter be assigned to another magistrate judge for the limited purpose of mediating the requested settlement conference agreed to by all remaining parties.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 834) is **ACCEPTED and ADOPTED in full**. The Clerk shall randomly reassign this case to another magistrate judge for the limited purpose of presiding over the requested settlement conference. Judge Ferenbach shall remain assigned to this case for referral of all other pretrial matters to be addressed if the conclusion of the settlement conference does not result in the resolution of all claims against all parties.

**DATED** this _12_ day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court