UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>                    Plaintiff,<br>           v.<br><br>AMG Services, Inc. et al.,<br><br>                    Defendants, and<br><br>Park 269 LLC, et al.,<br><br>                    Relief Defendants. | Case No. 2:12-cv-536<br><br>~~[PROPOSED]~~<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXCEPTION TO SEPTEMBER 22, 2015 SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT** |

THIS MATTER comes before the Court on the Plaintiff Federal Trade Commission's ("FTC") Motion For Exception To September 22, 2015 Settlement Conference Attendance Requirement. After due deliberation and good cause shown, it is hereby:

ORDERED that the FTC's lead counsel of record will attend the settlement conference with management available for consultation during the conference via telephone. FTC counsel and management will commit to advocating for approval by the Commission of any agreement(s) reached during the settlement conference.

IT IS FURTHER ORDERED that FTC counsel Jason D. Schall is excused from attending the settlement conference.

IT IS SO ORDERED.

DATED this 17th day of August, 2015.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE