UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

          Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

          Defendant.

Case No. 2:12–cv–536–GMN–VCF

**ORDER**

MOTION TO SEAL (#851)

      On November 13, 2014, the court granted a motion to intervene by Americans for Financial Reform ("AFR") and denied its motion to unseal. The court granted AFR leave to file a renewed motion to unseal after AFR had intervened and had an opportunity to review relevant documents. Now, AFR moves to seal its Motion to Unseal, which references sealed information. AFR's Motion to Seal is granted.

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that AFR's Motion to Seal (#851) is GRANTED.

      IT IS SO ORDERED.

      DATED this 22nd day of September, 2015.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE