DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
THOMAS KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE AS TO SFS, INC. AND RED CEDAR SERVICES, INC.** |

1  Pursuant to L.R. 7-1, Plaintiff Federal Trade Commission ("FTC") and Defendants SFS,
2 Inc. and Red Cedar Services, Inc. (collectively, "Tribal Defendants") hereby stipulate to stay all
3 proceedings and deadlines in this case as to the Tribal Defendants.  In support of this stipulation,
4 the FTC and the Tribal Defendants state as follows:

5  1. FTC counsel and the Tribal Defendants have reached possible resolution of this
6 matter against the Tribal Defendants, which would resolve the current proceedings against them
7 via proposed stipulated orders for permanent injunctive relief.

8  2. The FTC is an independent federal agency.  All settlements recommended by
9 FTC counsel must be voted on by the full Commission.  The process may take several weeks or
10 more.  If the Commission approves the proposed stipulated orders for permanent injunction, the
11 FTC will submit a motion and the proposed orders to the Court for approval.

12  3. Any continued proceedings as to the Tribal Defendants while the Commission is
13 conducting its approval process would, therefore, constitute a waste of judicial time and
14 resources, as well as those of the undersigned parties.

15  4. This stipulation and the relief requested apply only to the Tribal Defendants.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

WHEREFORE, the FTC, SFS, Inc., and Red Cedar Services, Inc. jointly request an indefinite stay of all proceedings in this matter as to SFS, Inc. and Red Cedar Services, Inc. as well as all deadlines imposed by the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the District of Nevada.

Dated: October 7, 2014

| | |
|---|---|
| */s Nikhil Singhvi* | */s Conly Schulte* |
| Nikhil Singhvi | Conly J. Schulte |
| Federal Trade Commission | Fredericks Peebles & Morgan LLP |
| 600 Pennsylvania Ave., NW | 1900 Plaza Drive |
| Mailstop CC-10232 | Louisville, CO  80027 |
| Washington, DC 20580 | cschulte@ndnlaw.com |
| nsinghvi@ftc.gov | Tel. (303) 673-9600 |
| Tel. (202) 326-3480 | Fax (303) 673-9839 |
| Fax (202) 326-3629 | |
| *Attorney for Plaintiff Federal Trade Commission* | *Attorney for Defendant SFS, Inc. and Red Cedar Services, Inc.* |

## **ORDER**

IT IS SO ORDERED:

A stay will be granted until November 6, 2015, and a proposed stipulated order for permanent injunctive relief or, alternatively, a joint status report is due on November 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 8, 2015

3