**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

FEDERAL TRADE COMMISSION,

     Plaintiff,

vs.

AMG SERVICES, Inc., *et al.*,

     Defendants.

Case No. 2:12–cv–536–GMN–VCF

**ORDER**

MOTION TO UNSEAL (#852)

On September 21, 2015, Intervenor Americans for Financial Reform moved to unseal documents related to five dispositive motions. An opposition was due by October 8, 2015. *See* LR 7-2(b). No opposition has been filed. This constitutes a consent to the granting of the motion. *See* LR 7-2(d).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Americans for Financial Reform's Motion to Unseal (#852) is GRANTED.

IT IS FURTHER ORDERED that clerk of court is directed to UNSEAL the following documents as originally filed:

- Doc. #5-23;
- Doc. #70;
- Doc. #70-1;
- Doc. #300;
- Doc. #300-17;
- Doc. #326-9;
- Doc. #326-68;
- Doc. #327;
- Doc. #455-1 through Doc. #455-10;
- Doc. #455-13 through Doc. #455-18;
- Doc. #455-21 through Doc. #455-22;
- Doc. #455-26 through Doc. #455-38;
- Doc. #455-40 through Doc. #455-41;
- Doc. #455-49 through Doc. #455-74;

- Doc. #455-76 through Doc. #455-80;
- Doc. #455-82;
- Doc. #455-84;
- Doc. #455-86;
- Doc. #455-88;
- Doc. #455-90;
- Doc. #455-92 through Doc. 455-108;
- Doc. #455-110;
- Doc. #455-121;
- Doc. #455-126;
- Doc. #455-128;
- Doc. #455-130;
- Doc. #455-132;
- Doc. #455-134;
- Doc. #455-136;
- Doc. #455-138;
- Doc. #455-140;
- Doc. #455-142;
- Doc. #455-144;
- Doc. #455-146;
- Doc. #455-148;
- Doc. #455-150;
- Doc. #455-152;
- Doc. #455-154;
- Doc. #455-156;
- Doc. #455-158;
- Doc. #455-160;
- Doc. #455-162 through Doc. #455-183;
- Doc. #455-185;
- Doc. #455-187;
- Doc. #455-189 through Doc. #455-197;
- Doc. #491;
- Doc. #491-1 through Doc. #491–5;
- Doc. #491-7;
- Doc. #491-8;
- Doc. #498-1;
- Doc. #508-3;
- Doc. #508-5 through Doc. #508-11;
- Doc. #508-13;
- Doc. #508-14;
- Doc. #508-21 through Doc. #508-25;
- Doc. #508-34;
- Doc. #512 and all attached exhibits;
- Doc. #514-2 through Doc. #514-23;

- Doc. #514-25;
- Doc. #514-27 through Doc. #514-31;
- Doc. #514-34 through Doc. #514-36;
- Doc. #556;
- Doc. #780;
- Doc. #781;
- Doc. #781-1 through Doc. #781-21;
- Doc. #781-23 through Doc. #781-101;
- Doc. #782;
- Doc. #782-12.

IT IS FURTHER ORDERED that, by November 9, 2015, Americans for Financial Reform file REDACTED versions of all other documents listed in Attachment A to the Motion to Unseal (Doc. #852-2), in compliance with Federal Rule of Civil Procedure 5.2 and Special Order 108. Additionally, the following information must also be redacted: (1) all personal information (including names and other identifying information) associated with any non-testifying consumer of Defendants; (2) all identifying information and other personal information (excluding names) for any testifying consumer or other non-party individual; and (3) all consumers' bank account information, including all copies of consumers' checks and consumers' bank account statements.

IT IS SO ORDERED.

DATED this 9th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE