# EXHIBIT J

# FILED UNDER SEAL

# DOCUMENT INFO

Comments:     PRODUCED NATIVELY

# DOCUMENT INFO

CONFIDENTIAL     AMG_00300650

**Sent From:** customerservice@usfastcash.com
**Date/Time Sent:** 11/12/2010 02:05:53 pm
**Subject:** Your USFastCash Loan Approval



Phone Number: 1-800-640-1295
Email: customerservice@USFastCash.com
Website: USFastCash.com

Attention: KELLYE SLIGER

Application ID#: ███████

It is currently anticipated that the proceeds of your loan will be sent to your bank on 11-15-2010*. It will be up to your bank to post the funds to your account, though the posting usually happens the next business day. If you have questions regarding your deposit, please call your bank and ask for the ACH Department to verify posting.

To view your loan status at any time you may visit our website at USFastCash.com. You will receive a link with payment options Please follow the instructions below:

- Open the link
- Login using your username and password

    Username: ███████
    Password: ███

- Select "click here to view payment options"
- Select your payment option

If you have further questions about your account, please contact us at customerservice@USFastCash.com or call us at 1-800-640-1295. We are open Monday through Thursday 8:00 AM to 4:30 PM and Friday 8:00 AM to 3:30 PM.

Thank you,

USFastCash


*Your loan is still subject to final approval. Dates are estimates only.