DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

JONATHAN E. NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
THOMAS KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3768
Email:  nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br><br>**JOINT MOTION FOR MODIFIED PHASE 2 DISPOSITIVE MOTIONS BRIEFING SCHEDULE AND LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMITATIONS** |

Plaintiff Federal Trade Commission ("FTC"), Scott Tucker, Nereyda Tucker, executor of the estate of Blaine Tucker, Black Creek Capital Corporation, Level 5 Motorsports LLC, LeadFlash Consulting LLC, Broadmoor Capital Partners, LLC, and AMG Capital Management, LLC (the "Tucker Defendants"), and Kim Tucker and Park 269, LLC (the "Relief Defendants") jointly move the Court for an order setting forth a briefing schedule for the parties' Phase 2 dispositive motions briefing, and for leave to file memoranda in excess of the page limitations in the local rules, as follows:

1. The parties are currently required to file dispositive motions on or before January 22, 2016. (ECF No. 886 at 3.)  The FTC, the Tucker Defendants and the Relief Defendants plan to file dispositive motions.  Pursuant to LR 7-2(e), the opposing party would have 21 days after service to respond to the moving party's motion, and the moving party would have 14 days to reply in support of its motion.  Pursuant to LR 7-4, memoranda of points and authorities supporting and opposing those motions would be limited to 30 pages each, and reply memoranda would be limited to 20 pages.

2. The parties jointly request a briefing schedule as follows:

   a. Dispositive motions and memoranda of points and authorities to be filed on January 20, 2016.

   b. Responding points and authorities to be filed on February 26, 2016.

   c. Reply memoranda to be filed on March 18, 2016.

3. The parties jointly request page allowances for their briefing as follows:

   a. For the FTC's summary judgment motion, the FTC's opening memorandum may be up to 90 pages in length, the Tucker Defendants' and the Relief Defendants' oppositions may be up to 90 pages, and the FTC's reply memorandum may be up to 40 pages.

   b. For the Tucker Defendants' summary judgment motion, the Tucker Defendants' opening memoranda may be up to 60 pages in length, the FTC's opposition may be up to 60 pages, and the Tucker Defendants' reply memorandum may be up to 25 pages.

The parties respectfully submit that a number of reasons support their request for the foregoing briefing schedule and page limit allowances:

1.   For its summary judgment motion, the FTC contends that its presentation of facts and law will approach 90 pages to adequately address the duration of the unlawful activity, the harm to consumers, the legal and factual issues pertaining to Defendants' individual liability and common enterprise liability, the legal and factual issues pertaining to the Relief Defendants' liability, the consequences of certain witnesses' Fifth Amendment invocations, the Defendants' affirmative defenses, and the nature of the injunctive relief requested.

2.   For their summary judgment motion, the Tucker Defendants contend that their presentation of facts and law will approach 60 pages to adequately address the legal and factual issues pertaining to their defenses to the FTC's allegations and their affirmative defenses.

The parties further submit that their proposed briefing schedule and page allowances will enable omnibus motions and memoranda and reduce the likelihood of piecemeal briefing.  In addition, the parties' requested page limits are consistent with those permitted by this Court in recent FTC matters.  *See, e.g.*, *FTC v. Ivy Capital,* No. 2:11-CV-283 JCM (GWF), 2012 WL 4482796, at *2 (D. Nev. Sept. 27, 2012) (Court first struck but then allowed an FTC motion for summary judgment of 130 pages in length); *FTC v. Johnson*, No. 2:10-cv-02203-MMG-GWF (D. Nev. 2013) (ECF No. 1234) (order permitting FTC to file 140 pages in total briefing for two summary judgment memoranda); *FTC v. Grant Connect*, No. 2:09-cv-01349-PMP-NJK (D. Nev. 2010) (ECF No. 275-2) (145-page FTC summary judgment memorandum); *see also FTC v. Publishers Business Services, Inc.*, No. 2:08-cv-00620-APG-GWF (D. Nev. 2009) (ECF Nos. 88, 90) (87 total pages for FTC summary judgment memorandum and separate statement of facts); *FTC v. Ideal Financial Solutions, Inc.*, No. 2:13-cv-00143-JAD-GWF (D. Nev. 2014) (ECF No. 194) (minute order) ("The Court agrees that it is more efficient to consider all of the FTC's [summary judgment] arguments in a single filing, providing good cause for relief from the 30-page limit.").

If this Stipulation is accepted by the Court, the parties' previous briefing on the procedures to govern the forthcoming motions for summary judgment (ECF Nos. 890, 892 and 893) is rendered moot.

Dated: December 7, 2015

/s Nikhil Singhvi                                    /s Nick Kurt

_____          _____

Nikhil Singhvi                                        Nick Kurt
Federal Trade Commission                     Berkowitz Oliver Williams Shaw & Eisenbrandt LLP
600 Pennsylvania Ave., NW                   2600 Grand Boulevard,
Mailstop CC-10232                               Suite 1200
Washington, DC 20580                          Kansas City, MO 64108
nsinghvi@ftc.gov                                    NKurt@BerkowitzOliver.com
Tel. (202) 326-3480                               Phone: 816-561-7007
Fax (202) 326-3629                               Fax: 816-561-1888

*Attorney for Plaintiff Federal Trade Commission*    *Attorney for Defendants Scott Tucker, Nereyda Tucker, the executor of the estate of Blaine Tucker, Black Creek Capital Corporation, Level 5 Motorsports LLC, LeadFlash Consulting LLC, Broadmoor Capital Partners, LLC, and AMG Capital Management, LLC*

/s Linda McFee

_____

Linda McFee
McDowell, Rice, Smith & Buchanan, P.C.
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
lmcfee@mcdowellrice.com
Tel. (816) 753-5400
Fax (816) 753-9996

*Attorney for Kim Tucker and Park 269, LLC*

        The Parties' Joint Motion to Extend Time (ECF No. 894) and Joint Motion for Leave (ECF 896) are **GRANTED**.  Plaintiff's Motion for Leave (ECF No. 890) is **DENIED as moot**.

                                                **IT IS SO ORDERED:**

                                                _____

                                                UNITED STATES DISTRICT JUDGE

                                                December 8, 2015
                                                Dated: _____

3