# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, Inc., *et al.*,

        Defendants.

Case No. 2:12–cv–536–KJD–VCF

**ORDER**

RENEWED MOTION TO UNSEAL (Doc. #891)

      On December 1, 2015, Intervenor Americans for Financial Reform moved to unseal its Renewed Motion to Unseal. (Doc. #852). An opposition was due by December 14, 2015. *See* LR 7-2(b). No opposition has been filed. This constitutes a consent to the granting of the motion. *See* LR 7-2(d).

      ACCORDINGLY, and for good cause shown,

      IT IS ORDERED that Americans for Financial Reform's Renewed Motion to Unseal (Doc. #891) is GRANTED.

      IT IS FURTHER ORDERED that the clerk of court is directed to UNSEAL the following document as originally filed: Doc. #852.

      IT IS SO ORDERED.

      DATED this 15th day of December, 2015.

 

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE