UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMG Services, Inc., et al.,

Defendants, and

Park 269, LLC, et al.,

Relief Defendants.

Case No. 2:12-cv-536

**DECLARATION OF NIKHIL SINGHVI IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR SUMMARY JUDGMENT**

I, Nikhil Singhvi, declare as follows:

I am an attorney employed by the Federal Trade Commission ("FTC") and counsel of record for the FTC in this matter. Based on my personal knowledge of the parties' and third-parties' document productions and statements in this proceeding, and on other facts as described below, I submit this declaration in support of the FTC's motion for summary judgment.

1.      Attached to this declaration as **Exhibit 1** is a true and correct copy of the articles of incorporation of National Money Service, and accompanying secretary of state filings, certified by the Office of the Secretary of State of the State of Nevada, numbered FTC-CLK-00007635-55.

2.      Attached to this declaration as **Exhibit 2** is a true and correct copy of a letter and business proposal from Scott Tucker to the Miami Tribe of Oklahoma, numbered AMGPT_00000081-90, produced by defendant AMG in discovery.

3.      Attached to this declaration as **Exhibit 3** are true and correct copies of Scott Tucker's and Blaine Tucker's employment agreements with National Money Service, which were appended as Exhibit A to Charles Hallinan's Verified First Amended Complaint (Exhibit 11, *infra*), numbered FTC-CLK-00006398-412.

4.      Attached to this declaration as **Exhibit 4** is a true and correct copy of the articles of organization for BAT Services, LLC, its name change certificate to CLK Management, LLC ("CLK"),

1  CLK's reinstatement filing, and CLK's certificate of merger into AMG Services, Inc. ("AMG"),

2  obtained from the Kansas Secretary of State, numbered FTC-CLK-00015127-31.

3    5.    Attached to this declaration as **Exhibit 5** is a true and correct copy of an excerpt of a

4  CLK training manual, produced in discovery by AMG, numbered AMG_00011337-45.

5    6.    Attached to this declaration as **Exhibit 6** is a true and correct copy of trademark

6  registration and assignment documents for "500FastCash," "Ameriloan," "OneClickCash,"

7  "UnitedCashLoans," and "USFastCash," obtained from the United States Patent and Trademark Office.

8    7.    Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts of the

9  transcript for the Rule 30(b)(6) deposition of AMG, MNE Services, Inc. ("MNES"), Red Cedar

10  Services, Inc. ("Red Cedar"), and SFS, Inc. ("SFS") by Natalie Dempsey, dated August 7-8, 2013.

11    8.    Attached to this declaration as **Exhibit 8** is a true and correct copy of the Advanced

12  Monies Project report by Squar, Milner, Peterson, Miranda & Williamson, LLP ("Squar Milner"),

13  produced in discovery by AMG, numbered MT0050935.  Craig Weaver certified this document as a

14  business record.  (Exhibit 260, *infra*.)

15    9.    Attached to this declaration as **Exhibit 9** is a true and correct copy of the first page of a

16  document named "Scott Tucker Enterprises," produced in discovery by the Tucker Defendants,[1]

17  numbered TUCKER-DEF_007429.

18    10.    Attached to this declaration as **Exhibit 10** is a written consent and resolution of the

19  directors of Executive Global Management, Inc., numbered FTC-CLK-00013197-98.  James Fontano

20  previously provided sworn testimony regarding these documents.  (Exhibit 172, *infra*.)

21    11.    Attached to this declaration as **Exhibit 11** is a true and correct copy of Charles Hallinan's

22  Verified First Amended Complaint (without exhibits) filed in the District Court, Clark County Nevada,

23  on January 9, 2009, numbered FTC-CLK-00006358-97.

24

25

26

27  [1]    The Tucker Defendants are Scott A. Tucker, AMG Capital Management, LLC, Level 5
Motorsports, LLC, LeadFlash Consulting LLC, Black Creek Capital Corporation, Broadmoor
28  Capital Partners, and Nereyda M. Tucker, as Executor of the State of Blaine A. Tucker.

12.     Attached to this declaration as **Exhibit 12** is a true and correct copy of a letter sent by Scott Tucker to the Santee Sioux Tribe, produced by SFS in discovery, numbered FTC-SFS-Phase II-004631-33.

13.     Attached to this declaration as **Exhibit 13** is a true and correct copy of excerpts of the transcript for the Rule 30(b)(6) deposition of SFS by Lee Ickes, dated October 4, 2012.

14.     Attached to this declaration as **Exhibit 14** is a true and correct copy of a Service Agreement between Miami Tribe of Oklahoma Business Enterprises and Universal Management Services ("UMS"), produced by AMG in discovery, numbered AMGPT_00000152-55.

15.     Attached to this declaration as **Exhibit 15** is a true and correct copy of Service Agreement between SFS and UMS, produced by SFS in discovery, numbered FTC-SFS-Phase II-04515-18.

16.     Attached to this declaration as **Exhibit 16** is a true and correct copy of emails among the board of the Miami Tribe, produced by the Miami Tribe, numbered AMGPT_00011802-09.

17.     Attached to this declaration as **Exhibit 17** is a true and correct copy of a tribal resolution and articles of incorporation for SFS, filed by SFS at ECF No. 300-10, pp. 13-19.  Santee Sioux Nation Chairman Roger Trudell provided testimony regarding this document at ECF No. 300-9, ¶ 7.

18.     Attached to this declaration as **Exhibit 18** is a true and correct copy of a tribal resolution for the Modoc Tribe of Oklahoma, filed by Red Cedar at ECF No. 300-15, pp. 64-74.  Modoc Tribe Second Chief Judy Cobb provided testimony regarding this document at ECF No. 300-15, ¶ 11.

19.     Attached to this declaration as **Exhibit 19** is a true and correct copy of a tribal resolution and articles of incorporation for MNES, filed by MNES at ECF No. 300-3, pp. 22-27.  Miami Tribe Chief Thomas Gamble provided testimony regarding this document at ECF No. 300-1, ¶ 10.

20.     Attached to this declaration as **Exhibit 20** is a true and correct copy of a tribal resolution and articles of incorporation for Red Cedar, filed by Red Cedar at ECF No. 300-15, pp. 18-42.  Modoc Tribe Second Chief Judy Cobb provided testimony regarding this document at ECF No. 300-15, ¶¶ 7-8.

21.     Attached to this declaration as **Exhibit 21** is a true and correct copy of the declaration of Chief Thomas Gamble and Exhibit H to the declaration, filed by MNES at ECF No. 300-1 and ECF No. 300-4.

22.     Attached to this declaration as **Exhibit 22** is a true and correct copy of an AMG bank account opening form produced by Bay Cities Bank, numbered FTC-BAY-0000418-19.  Bay Cities Bank certified this document as a business record.  (Exhibit 251, *infra*.)

23.     Attached to this declaration as **Exhibit 23** is a true and correct copy of Second Chief Judy Cobb's declaration, filed by Red Cedar at ECF No. 300-15.

24.     Attached to this declaration as **Exhibit 24** are true and correct copies of account bank account opening forms for AMG, MNES, Red Cedar, and SFS, numbered FTC-BAY-0000127-34. Bay Cities Bank certified these documents as business records.  (Exhibit 251, *infra*.)

25.     Attached to this declaration as **Exhibit 25** is a true and correct copy of an MNE financial statement, produced by MNES in discovery, numbered FTC-MNE-000184-213.  Joe Frazier certified this document as a business record.  (Exhibit 265, *infra*.)

26.     Attached to this declaration as **Exhibit 26** is a true and correct copy of business account application for Red Cedar, produced by Red Cedar in discovery, numbered FTC-RC-Phase II-014984-93.

27.     Attached to this declaration as **Exhibit 27** is a true and correct copy of an email and attachment from Scott Tucker to Troy LittleAxe, produced by Red Cedar during discovery, numbered FTC-RCS-00074-84.

28.     Attached to this declaration as **Exhibit 28** is a true and correct copy of a tribal resolution of the Miami Tribe, filed by the Miami Tribe at ECF No. 300-6, pp. 55-56.  Chief Gamble provided testimony regarding this document at ECF No. 300-1, ¶ 17.

29.     Attached to this declaration as **Exhibit 29** is a true and correct copy of a tribal resolution of the Santee Sioux Nation, filed by SFS at ECF No. 300-13, pp. 1-20.  Chairman Trudell provided testimony regarding this document at ECF No. 300-9, ¶ 7.

30.     Attached to this declaration as **Exhibit 30** is a true and correct copy of Tribal Financial Services' answers to the FTC's expedited interrogatories.

31.     Attached to this declaration as **Exhibit 31** is a true and correct copy of AMG's answer to the FTC's first amended complaint.

32.    Attached to this declaration as **Exhibit 32** is a true and correct copy of Red Cedar's answer to the FTC's first amended complaint.

33.    Attached to this declaration as **Exhibit 33** is a true and correct copy of SFS's answer to the FTC's first amended complaint.

34.    Attached to this declaration as **Exhibit 34** is a true and correct copy of MNES's answer to the FTC's first amended complaint.

35.    Attached to this declaration as **Exhibit 35** is a true and correct copy of the declaration of Natalie C. Dempsey.

36.    Attached to this declaration as **Exhibit 36** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00049064-87.

37.    Attached to this declaration as **Exhibit 37** are true and correct copies Ameriloan loan disclosures over time, numbered FTC-CLK-00002440-41, FTC-CLK-0018287-92, FTC-CLK-00004095-99, FTC-CLK-00002255-59, FTC-CLK-00002504-15.  These documents were obtained by the FTC from consumers or produced by the Colorado Office of the Attorney General and Intercept (Defendants' third party payment processor) pursuant to third party subpoenas.  Their appearance, contents, substance, internal patterns, and other distinctive characteristics resemble those of loan contracts produced by Defendants.

38.    Attached to this declaration as **Exhibit 38** are true and correct copies 500FastCash loan disclosures over time, numbered FTC-CLK-0018446-49, FTC-CLK-00004078-83, and AMG_00660187-99.  These documents were obtained by the FTC from consumers or produced by Intercept pursuant to a third-party subpoena, and AMG_00660187 was produced in discovery by AMG.  Their appearance, contents, substance, internal patterns, and other distinctive characteristics resemble those of loan contracts produced by Defendants.  Derek Douglas certified the document produced by AMG as a business record.  (Exhibit 264, *infra*.)

39.    Attached to this declaration as **Exhibit 39** are true and correct copies of OneClickCash loan documents over time, numbered  FTC-CLK-00002811-16, FTC-CLK-00002840-44, FTC-CLK-00018458-61, FTC-CLK-00018565-69, and FTC-CLK-00004412-24.  These documents were obtained by the FTC from consumers or produced by the Colorado Office of the Attorney General and Intercept.

Their appearance, contents, substance, internal patterns, and other distinctive characteristics resemble those of loan contracts produced by Defendants.

40. Attached to this declaration as **Exhibit 40** are true and correct copies of UnitedCashLoans loan documents over time, numbered FTC-CLK-00018262-67, FTC-CLK-00002937-39, FTC-CLK-00005203-7, FTC-CLK-00003866-70, and FTC-CLK-00004788-801. These documents contain copies of UnitedCashLoans loan disclosures over time, obtained by the FTC from consumers or produced by the Colorado Office of the Attorney General and Intercept. Their appearance, contents, substance, internal patterns, and other distinctive characteristics resemble those of loan contracts produced by Defendants.

41. Attached to this declaration as **Exhibit 41** are true and correct copies USFastCash loan documents over time, numbered FTC-CLK-00003396-97, FTC-CLK-00003364-65, FTC-CLK-00018470-73, FTC-CLK-00003326-30, and AMG 00003500-05. These documents were obtained by the FTC from the Colorado Office of the Attorney General and Intercep, and AMG 00003500-05 was produced in discovery by AMG. Their appearance, contents, substance, internal patterns, and other distinctive characteristics resemble those of loan contracts produced by Defendants. Derek Douglas certified the document produced by AMG as a business record. (Exhibit 264, *infra*.)

42. Attached to this declaration as **Exhibit 42** are true and correct copies of Advantage Cash Services loan documents over time, produced by AMG and SFS during discovery, numbered AMG_00457989-94, AMG_00207862, AMG_00207932, and Phase 1 Long Term 005081-84. Derek Douglas certified the documents produced by AMG as business records. (Exhibit 264, *infra*.)

43. Attached to this declaration as **Exhibit 43** are true and correct copies of StarCashProcessing loan documents produced by AMG during discovery, numbered AMG_00056307-10, AMG_00272343, and AMG_00272408. Derek Douglas certified these documents as business records. (Exhibit 264, *infra*.)

44. Attached to this declaration as **Exhibit 44** Scott Tucker's answer to the FTC's amended complaint.

45. Attached to this declaration as **Exhibit 45** is Blaine Tucker's answer to the FTC's amended complaint.

46.     Attached to this declaration as **Exhibit 46** is a true and correct copy of a AMG's agreement to purchase CLK, filed by AMG at ECF No. 300-5, pp. 49-54.  Chief Gamble provided testimony regarding this document at ECF No. 300-1, ¶ 16.

47.     Attached to this declaration as **Exhibit 47** is a true and correct copy of CLK's profit and loss statement for 2008, produced by the Tucker Defendants in discovery, numbered, TUCKER-DEF_016454-56.

48.     Attached to this declaration as **Exhibit 48** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00018096-98.

49.     Attached to this declaration as **Exhibit 49** is a true and correct copy of a document produced by AMG, numbered AMGPT_00000248.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

50.     Attached to this declaration as **Exhibit 50** is a true and correct copy of the declaration of Joshua Kendall.

51.     Attached to this declaration as **Exhibit 51** is a true and correct copy of Red Cedar's responses to the FTC's requests to admit.

52.     Attached to this declaration as **Exhibit 52** is a true and correct copy of SFS's responses to the FTC's requests to admit.

53.     Attached to this declaration as **Exhibit 53** is a true and correct copy of MNES's responses to the FTC's requests to admit.

54.     Attached to this declaration as **Exhibit 54** is a true and correct copy of a document produced by AMG during discovery, numbered AMG 00004262-91.

55.     Attached to this declaration as **Exhibit 55** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00097373-76.

56.     Attached to this declaration as **Exhibit 56** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00097294.

57.     Attached to this declaration as **Exhibit 57** is a true and correct copy of the declaration of Susan Oxenford.

58. Attached to this declaration as **Exhibit 58** is a true and correct copy of AMG's first amended answers to the FTC's expedited interrogatories.

59. Attached to this declaration as **Exhibit 59** is a true and correct copy of the transcript of the deposition of Natalie Dempsey.

60. Attached to this declaration as **Exhibit 60** is a true and correct copy of the transcript of the deposition of Tim Buckley.

61. Attached to this declaration as **Exhibit 61** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00665826. Joe Frazier certified this document as a business record. (Exhibit 265, *infra*.)

62. Attached to this declaration as **Exhibit 62** is a true and correct copy of AMG's answers to the FTC's first set of interrogatories.

63. Attached to this declaration as **Exhibit 63** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00663874-76. Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

64. Attached to this declaration as **Exhibit 64** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00663652-54. Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

65. Attached to this declaration as **Exhibit 65** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00664016. Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

66. Attached to this declaration as **Exhibit 66** is a true and correct copy of AMG's supplemental privilege log in this matter.

67. Attached to this declaration as **Exhibit 67** is a true and correct copy of excerpts of the transcript of the deposition of Crystal Grote.

68. Attached to this declaration as **Exhibit 68** is a true and correct copy of Scott Tucker's responses to the FTC's first set of interrogatories.

69. Attached to this declaration as **Exhibit 69** is a true and correct copy of Troy LittleAxe's responses to the FTC's first set of interrogatories.

70.    Attached to this declaration as **Exhibit 70** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00458052.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

71.    Attached to this declaration as **Exhibit 71** is a true and correct copy of a document produced by Red Cedar during discovery, numbered FTC-RCS-Phase II-014866.

72.    Attached to this declaration as **Exhibit 72** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00663682-87.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

73.    Attached to this declaration as **Exhibit 73** are true and correct copies of consumer complaints produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00018157-58, FTC-CLK-00018163-64, and FTC-CLK-00018198-204.  Intercept certified these documents as business records.  (Exhibit 252, *infra*.)

74.    Attached to this declaration as **Exhibit 74** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00664073-74.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

75.    Attached to this declaration as **Exhibit 75** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00664039.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

76.    Attached to this declaration as **Exhibit 76** is a true and correct copy of the transcript of the deposition of Scott Tucker.

77.    Attached to this declaration as **Exhibit 77** is a true and correct copy of a document produced by Red Cedar, numbered FTC-RCS-Phase II-014921.

78.    Attached to this declaration as **Exhibit 78** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00018162.  Intercept certified this document as a business record.  (Exhibit 252, *infra*.)

79.    Attached to this declaration as **Exhibit 79** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00017288-91.  Intercept certified this document as a business record.  (Exhibit 252, *infra*.)

80.    Attached to this declaration as **Exhibit 80** is a true and correct copy of a document produced by AMG during discovery, numbered AMGPT_00000091-92.

81.    Attached to this declaration as **Exhibit 81** is a true and correct copy of AMG's amended answers to the FTC's fourth set of interrogatories.

82.    Attached to this declaration as **Exhibit 82** are true and correct copies of corporate certificates of authority for AMG, MTE Financial Services, Red Cedar, SFS, and Tribal Financial Services, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

83.    Attached to this declaration as **Exhibit 83** is a true and correct copy of check images produced by AMG and MNES during discovery, numbered MT0003097, MT0059651, MT0006660, MT0005752, MT0009100, MT0006880, MT0039900, MT0040038, MT0040232, MT0002443, MT0002091, MT0063539, MT0049723, MT0002663, MT0039298, MT0006252, and MT0048949. AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

84.    Attached to this declaration as **Exhibit 84** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0000736-37. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

85.    Attached to this declaration as **Exhibit 85** are true and correct copies of check images produced by Plains Capital Bank pursuant to a subpoena, numbered FTC-PCC-0000045-46.  Plains Capital Bank certified these documents as business records.  (Exhibit 254, *infra*.)

86.    Attached to this declaration as **Exhibit 86** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

87.    Attached to this declaration as **Exhibit 87** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_017783-88.

88.    Attached to this declaration as **Exhibit 88** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_016839-83.

89.    Attached to this declaration as **Exhibit 89** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0001517-20.  AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

90.    Attached to this declaration as **Exhibit 90** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered AMGPT_00000379-413.  Craig Weaver certified this document as a business record.  (Exhibit 260, *infra.*)

91.    Attached to this declaration as **Exhibit 91** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0001128-31. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

92.    Attached to this declaration as **Exhibit 92** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_016697-724.

93.    Attached to this declaration as **Exhibit 93** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

94.    Attached to this declaration as **Exhibit 94** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

95.    Attached to this declaration as **Exhibit 95** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0032275-76. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

96.    Attached to this declaration as **Exhibit 96** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0031657-65. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

97.     Attached to this declaration as **Exhibit 97** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0001072-74. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

98.     Attached to this declaration as **Exhibit 98** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0030344-46. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

99.     Attached to this declaration as **Exhibit 99** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0032305. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

100.    Attached to this declaration as **Exhibit 100** is a true and correct copy of the transcript of the deposition of Anita Finney.

101.    Attached to this declaration as **Exhibit 101** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00016925-27. Intercept certified this document as a business record. (Exhibit 252, *infra*.)

102.    Attached to this declaration as **Exhibit 102** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00017011. Intercept certified this document as a business record. (Exhibit 252, *infra*.)

103.    Attached to this declaration as **Exhibit 103** is a true and correct copy of a document produced by Central States Capital Markets pursuant to a subpoena, numbered FTC-CSCM_0004901-02.

104.    Attached to this declaration as **Exhibit 104** is a true and correct copy of a document produced by Central States Capital Markets pursuant to a subpoena, numbered FTC-CSCM_0003687.

105.    Attached to this declaration as **Exhibit 105** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00016994-96. Intercept certified this document as a business record. (Exhibit 252, *infra*.)

106.    Attached to this declaration as **Exhibit 106** is a true and correct copy of a document produced by SFS during discovery, numbered FTC-SFS-Phase II-004594.

107.    Attached to this declaration as **Exhibit 107** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00438293-95.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

108.    Attached to this declaration as **Exhibit 108** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00450506.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

109.    Attached to this declaration as **Exhibit 109** is a true and correct copy of the declaration of Alton Irby.

110.    Attached to this declaration as **Exhibit 110** is a true and correct copy of a document produced by Central States Capital Markets pursuant to a subpoena, numbered FTC-CSCM_0003470-73.

111.    Attached to this declaration as **Exhibit 111** are true and correct copies of documents produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00016994-96, FTC-CLK-00017011, FTC-CLK-00017173-74, FTC-CLK-00017332, and FTC-CLK-00018125-27.  Intercept certified these documents as business records.  (Exhibit 252, *infra*.)

112.    Attached to this declaration as **Exhibit 112** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00018092-93.  Intercept certified this document as a business record.  (Exhibit 252, *infra*.)

113.    Attached to this declaration as **Exhibit 113** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00018415.  Intercept certified this document as a business record.  (Exhibit 252, *infra*.)

114.    Attached to this declaration as **Exhibit 114** is a true and correct copy of a document produced by Intercept pursuant to a subpoena, numbered FTC-CLK-00016937-39.  Intercept certified this document as a business record.  (Exhibit 252, *infra*.)

115.    Attached to this declaration as **Exhibit 115** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_016972-95.

116.    Attached to this declaration as **Exhibit 116** is a true and correct copy of Level 5's first amended responses to the FTC's first set of interrogatories.

117.    Attached to this declaration as **Exhibit 117** is a true and correct copy bank records obtained from Plains Capital Bank, Bay Cities Bank, Midwest Trust Bank, and First International Bank & Trust via a subpoena, and US Bank via a civil investigative demand.  The banks certified these documents as business records.  (Exhibits 251, 253, 254, 255, and 256, *infra*.)

118.    Attached to this declaration as **Exhibit 118** is a true and correct copy Scott Tucker's amended responses to the FTC's first set of interrogatories.

119.    Attached to this declaration as **Exhibit 119** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00155533.

120.    Attached to this declaration as **Exhibit 120** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00471338.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

121.    Attached to this declaration as **Exhibit 121** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00459137.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

122.    Attached to this declaration as **Exhibit 122** is a true and correct copy of Blaine Tucker's first supplemental responses to the FTC's first set of interrogatories.

123.    Attached to this declaration as **Exhibit 123** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00662434.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

124.    Attached to this declaration as **Exhibit 124** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00665576.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

125.    Attached to this declaration as **Exhibit 125** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00662424.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

126.     Attached to this declaration as **Exhibit 126** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00518271-72.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

127.     Attached to this declaration as **Exhibit 127** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0031675-76. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

128.     Attached to this declaration as **Exhibit 128** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0030249. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

129.     Attached to this declaration as **Exhibit 129** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0030884-86. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

130.     Attached to this declaration as **Exhibit 130** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0031814. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

131.     Attached to this declaration as **Exhibit 131** are true and correct copies of check images produced by AMG and MNES during discovery, numbered MT0049003, MT0047770, MT0040482, MT0044506, MT0040746, MT0005764, MT0002141, MT0048508, MT0048478, MT0002855, MT00477268, MT0039914, MT0006312, and MT0002697.  AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified the AMG-produced documents as business records.  (Exhibit 264, *infra*.)  Also contained in Exhibit 131 are true and correct copies of check images produced by the Tucker Defendants, numbered TUCKER-DEF_000323-29.

132. Attached to this declaration as **Exhibit 132** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand. US Bank certified these documents as business records. (Exhibit 253, *infra*.)

133. Attached to this declaration as **Exhibit 133** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0031028-41. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

134. Attached to this declaration as **Exhibit 134** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0031115-34. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

135. Attached to this declaration as **Exhibit 135** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0030892. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

136. Attached to this declaration as **Exhibit 136** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0030982-31027. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

137. Attached to this declaration as **Exhibit 137** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0000559-60. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

138. Attached to this declaration as **Exhibit 138** is a true and correct copy of a document produced by AMG and MNES during discovery, numbered MT0001117. AMG and MNES provided interrogatory responses regarding vendor payments. (Exhibits 246 and 247, *infra*.) In addition, Derek Douglas certified this document as a business record. (Exhibit 264, *infra*.)

139.    Attached to this declaration as **Exhibit 139** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00398424.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

140.    Attached to this declaration as **Exhibit 140** is a true and correct copy of a document produced by Central States Capital Markets pursuant to a subpoena, numbered FTC-CSCM_0004784.

141.    Attached to this declaration as **Exhibit 141** is a true and correct copy of Blaine Tucker's amended response to the FTC's first set of interrogatories.

142.    Attached to this declaration as **Exhibit 142** is a true and correct copy of LeadFlash's amended response to the FTC's first set of interrogatories.

143.    Attached to this declaration as **Exhibit 143** are true and correct copies of check images, produced by AMG and MNES during discovery, numbered MT0040038, MT0040482, MT0040882, MT0040992, MT0041012, MT0041018, MT0041082, MT0044288, MT0044628, MT0044712, MT0044732, MT0044738, and MT0061672.  AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified the AMG-produced documents as business records.  (Exhibit 264, *infra*.)  Also included in Exhibit 143 are check images produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

144.    Attached to this declaration as **Exhibit 144** is a true and correct copy of MNES's answers to the FTC's first set of interrogatories.

145.    Attached to this declaration as **Exhibit 145** is a true and correct copy of SFS's amended answers to the FTC's first set of interrogatories.

146.    Attached to this declaration as **Exhibit 146** is a true and correct copy of Red Cedar's amended answers to the FTC's first set of interrogatories.

147.    Attached to this declaration as **Exhibit 147** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00421024-28.

148.    Attached to this declaration as **Exhibit 148** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00421021-23.  Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

149.    Attached to this declaration as **Exhibit 149** is a true and correct copy of Red Cedar's answers to the FTC's expedited interrogatories.

150.    Attached to this declaration as **Exhibit 150** is a true and correct copy of SFS's answers to the FTC's expedited interrogatories.

151.    Attached to this declaration as **Exhibit 151** is a true and correct copy of AMG's responses to the FTC's requests for admissions.

152.    Attached to this declaration as **Exhibit 152** is a true and correct copy of Scott Tucker's answers to the FTC's second set of interrogatories.

153.    Attached to this declaration as **Exhibit 153** is a true and correct copy of the transcript of the deposition of Kim Tucker.

154.    Attached to this declaration as **Exhibit 154** is a true and correct copy of Kim Tucker's supplemental answers to the FTC's second set of interrogatories.

155.    Attached to this declaration as **Exhibit 155** is a true and correct copy of the declaration of Carolyn Williams.

156.    Attached to this declaration as **Exhibit 156** is a true and correct copy of the declaration of Ivan Valdivia.

157.    Attached to this declaration as **Exhibit 157** is a true and correct copy of the declaration of William James.

158.    Attached to this declaration as **Exhibit 158** is a true and correct copy of AMG's answers to the FTC's expedited interrogatories.

159.    Attached to this declaration as **Exhibit 159** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00019215-19.

160.    Attached to this declaration as **Exhibit 160** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00021910-15.

161.    Attached to this declaration as **Exhibit 161** is a true and correct copy of the declaration of Gerri Carpenter.

162.    Attached to this declaration as **Exhibit 162** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00005918-19.

163.    Attached to this declaration as **Exhibit 163** is a true and correct copy of a document produced by AMG during discovery, numbered AMG_00025539-42.

164.    Attached to this declaration as **Exhibit 164** is a true and correct copy of a document produced by RCS during discovery, numbered FTC-RCS-PhaseII-014860.

165.    Attached to this declaration as **Exhibit 165** is a true and correct copy of a document produced by RCS during discovery, numbered FTC-RCS-PhaseII-012813.

166.    Attached to this declaration as **Exhibit 166** is a true and correct copy of the declaration of Carolyn Williams.

167.    **Exhibit 167** to the FTC's summary judgment motion is a true and correct copy of an audio recording produced by AMG, numbered AMGPT_00000250.  Ms. Williams provided testimony regarding this recording.  (Exhibit 166, *supra*, ¶ 7.)  A disc containing the audio recording exhibits will be delivered to the Court's chambers at the conclusion of the summary judgment motion briefing.

168.    Attached to this declaration as **Exhibit 168** are true and correct copies of bank records produced by Bank Midwest, Brotherhood Bank & Trust, and TD Ameritrade.  Also included in Exhibit 168 are true and correct copies of documents produced by AMG and MNE during discovery, numbered MT0030981, MT0000795, MT0000814, and MT0000815.  AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified the AMG-produced documents as business records.  (Exhibit 264, *infra*.)  Bank Midwest, Brotherhood Bank & Trust, and TD Ameritrade certified the documents in their productions as business records.  (Exhibits 257, 258, and 259, *infra*.)

169.    Attached to this declaration as **Exhibit 169** is a true and correct copy of Level 5's responses to the FTC's first set of interrogatories.

170.    Attached to this declaration as **Exhibit 170** is a true and correct copy of a draft of Squar Milner's Advanced Monies report, numbered AMGPT_00016399.  Craig Weaver certified this document as a business record.  (Exhibit 260, *infra*.)

171.    Attached to this declaration as **Exhibit 171** is a true and correct copy of excerpts of a document produced by AMG in discovery, numbered FTC-AMG-000067-68, FTC-AMG-000073-74,

1   FTC-AMG-000112-13, FTC-AMG-000118, and FTC-AMG-000120.  Derek Douglas certified this

2   document as a business record.  (Exhibit 264, *infra*.)

3       172.    Attached to this declaration as **Exhibit 172** is a true and correct copy of a document

4   obtained by Billing Tree via subpoena, numbered FTC_BT 0000055-56.  Billing Tree certified the

5   documents in its production as business records.  (Exhibit 261, *infra*.)  Derek Douglas certified this

6   document as a business record.  (Exhibit 264, *infra*.)

7       173.    Attached to this declaration as **Exhibit 173** is a true and correct copy of excerpts of a

8   document produced by MNES in discovery, numbered FTC-MNE-0000272-301.  Derek Douglas

9   certified this document as a business record.  (Exhibit 264, *infra*.)

10      174.    Attached to this declaration as **Exhibit 174** is a true and correct copy of excerpts of a

11  document produced by SFS in discovery, numbered FTC-SFS-000003-09.  SFS provided an

12  interrogatory response regarding this document.  (Exhibit 249, *infra*.)  In addition, Derek Douglas

13  certified this document as a business record.  (Exhibit 264, *infra*.)

14      175.    Attached to this declaration as **Exhibit 175** is a true and correct copy of excerpts of a

15  document produced by RCS in discovery, numbered FTC-RCS-000006, FTC-RCS-000009, and  FTC-

16  RCS-000011-12. Red Cedar provided an interrogatory response regarding this document.  (Exhibit 248,

17  *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

18      176.    Attached to this declaration as **Exhibit 176** are true and correct copies of documents

19  produced by AMG and MNES during discovery, numbered MT0004707, MT0004709, MT0004711,

20  MT0004713, MT0004715, MT0004717, MT0004719, MT0004721, MT0004723, MT0004725,

21  MT0004727, MT0007981, MT0007983, MT0007985, MT0007987, MT0007989, MT0007991,

22  MT0007993, MT0007995, and MT0007997. AMG and MNES provided interrogatory responses

23  regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these

24  documents as business records.  (Exhibit 264, *infra*.)

25      177.    Attached to this declaration as **Exhibit 177** are true and correct copies of documents

26  produced by AMG and MNES during discovery, numbered MT0022863, MT0022866, MT0022868,

27  MT0022871, MT0024466, MT0024470, MT0024472, MT0024474, MT0025832, MT0025834,

28

MT0025836, MT0025839, MT0027110, MT0027592, and MT0027598.  AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)

178.    Attached to this declaration as **Exhibit 178** are true and correct copies of documents produced by AMG and MNES during discovery, numbered MT0000823-30, MT0000832-33, MT0029657-61, MT0029663, MT0029665-67, and MT0029669-72.  AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

179.    Attached to this declaration as **Exhibit 179** are true and correct copies of documents produced by AMG and MNES during discovery, numbered MT0000792-94, MT0000790, MT0001026, MT0030140-41, MT0030143-47, MT0030151, MT0030156-57, MT0001075, MT0030351-53, MT0030359, MT0030364, MT0022861, MT0001238, MT0001244, MT0001245, MT0001248, MT0005159, and MT0032574-75. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

180.    Attached to this declaration as **Exhibit 180** are true and correct copies of documents produced by AMG and MNES during discovery, numbered MT0003097, MT0009924, and MT0006660.  AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified the AMG-produced documents as business records.  (Exhibit 264, *infra*.)  Also included in Exhibit 180 are true and correct copies of documents produced by the Tucker Defendants during discovery, numbered TUCKER-DEF_016281-85, TUCKER-DEF_018786-87, TUCKER-DEF_018874-75, TUCKER-DEF_018881, TUCKER-DEF_018888-89, and TUCKER-DEF_018899-00.  Also included in Exhibit 180 are true and correct copies obtained from US Bank via CID.  US Bank certified the documents in its production as business records.  (Exhibit 253, *infra*.)

181.    Attached to this declaration as **Exhibit 181** are true and correct copies of documents produced by AMG and MNES during discovery, numbered MT0001887, MT0001957, MT0002779, MT0005512, MT0008858, MT0009100, MT0008930, MT0039736, MT0048500, MT0048506, MT0048510, MT0048512, MT0048516, MT0048534, and MT0048544.  AMG and MNES provided

interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek

Douglas certified the AMG-produced documents as business records.  (Exhibit 264, *infra*.)  Also

included in Exhibit 180 are true and correct copies of documents produced by the Tucker Defendants

during discovery, numbered TUCKER-DEF_015649-51, TUCKER-DEF_000509, TUCKER-

DEF_000491, and TUCKER-DEF_000001-53.

182.    Attached to this declaration as **Exhibit 182** are true and correct copies of documents

produced by AMG and MNES during discovery, numbered MT0002483, MT0006104, MT0009452,

MT0039914, MT0039970, MT0040562, MT0042874, MT0042912, MT0043308, MT0043846,

MT0044346, MT0047826, MT0048514, MT0048889, MT0049969, MT0055079, MT0058799,

MT0063735, MT0067312, and MT0073659. AMG and MNES provided interrogatory responses

regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these

documents as business records.  (Exhibit 264, *infra*.)

183.    Attached to this declaration as **Exhibit 183** are true and correct copies of documents

produced by AMG and MNES during discovery, numbered MT0059651, MT0068090, MT0069842,

MT0002141, MT0002717, MT0066972, MT0067460, MT0073805, MT0049573, MT0063335,

MT0002441, MT0002777, MT0002855, MT0002095, MT0048498, MT0054685, MT0003203,

MT0006768, MT0066928, MT0073273, MT0039158, and MT0060592. AMG and MNES provided

interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek

Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

184.    Attached to this declaration as **Exhibit 184** is a true and correct copy of Level 5's first

amended responses to the FTC's first set of interrogatories.

185.    Attached to this declaration as **Exhibit 185** is a true and correct copy of a document

produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_001693.

186.    Attached to this declaration as **Exhibit 186** is a true and correct copy of an excerpt of a

document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_009484.

187.    Attached to this declaration as **Exhibit 187** is a true and correct copy of a document

produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_019432.

1    188.    Attached to this declaration as **Exhibit 188** is a true and correct copy of an excerpt of a

2    document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_004078.

3    189.    Attached to this declaration as **Exhibit 189** is a true and correct copy of a capture of

4    Level 5's website, as of April 2012.  Victoria Budich provided testimony regarding the capture of the

5    website content at ECF No. 5-24 ¶¶ 52-55.

6    190.    Attached to this declaration as **Exhibit 190** is a true and correct copy of an excerpt of a

7    document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_009485-9511.

8    191.    Attached to this declaration as **Exhibit 191** is a true and correct copy of a document

9    produced by AMG in discovery, numbered AMG_00543795-98.  Derek Douglas certified this document

10    as a business record.  (Exhibit 264, *infra*.)  Also included in Exhibit 191 is a true and correct copy of an

11    article titled, "Level 5 Earns Podium Finish at Le Mans," captured from the PlanetLeMans website.

12    192.    Attached to this declaration as **Exhibit 192** is a true and correct copy of a document

13    produced by AMG and MNES in discovery, numbered MT0033918-20. AMG and MNES provided

14    interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek

15    Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

16    193.    Attached to this declaration as **Exhibit 193** is a true and correct copy of a document

17    produced by AMG and MNES in discovery, numbered MT0033927-28. AMG and MNES provided

18    interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek

19    Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

20    194.    Attached to this declaration as **Exhibit 194** are true and correct copies of documents

21    produced by AMG during discovery, numbered AMG_00421082-83, AMG_00421309,

22    AMG_00421448-49.  Derek Douglas certified these document as business records.  (Exhibit 264, *infra*.)

23    195.    Attached to this declaration as **Exhibit 195** is a true and correct copy of the transcript of

24    the Rule 30(b)(6) deposition of Level 5, by Carol Brophy, dated October 28, 2015.

25    196.    Attached to this declaration as **Exhibit 196** is a true and correct copy of a document

26    produced by Level 5 in discovery, numbered LEVELFIVE000011-17.

27    197.    Attached to this declaration as **Exhibit 197** is a true and correct copy of a document

28    produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_001656-59.

1    198.    Attached to this declaration as **Exhibit 198** is a true and correct copy of a document

2    produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_019489-95.

3    199.    Attached to this declaration as **Exhibit 199** is a true and correct copy of a document

4    produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_019026-30.

5    200.    Attached to this declaration as **Exhibit 200** is a true and correct copy of a document

6    produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_017256-65.

7    201.    Attached to this declaration as **Exhibit 201** is a true and correct copy of Black Creek's

8    second amended responses to the FTC's first set of interrogatories.

9    202.    Attached to this declaration as **Exhibit 202** is a true and correct copy of a document

10    produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_001653.

11    203.    Attached to this declaration as **Exhibit 203** are true and correct copies of check images,

12    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

13    business records.  (Exhibit 253, *infra*.)

14    204.    Attached to this declaration as **Exhibit 204** are true and correct copies of check images,

15    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

16    business records.  (Exhibit 253, *infra*.)

17    205.    Attached to this declaration as **Exhibit 205** are true and correct copies of check images,

18    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

19    business records.  (Exhibit 253, *infra*.)

20    206.    Attached to this declaration as **Exhibit 206** are true and correct copies of check images,

21    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

22    business records.  (Exhibit 253, *infra*.)

23    207.    Attached to this declaration as **Exhibit 207** are true and correct copies of check images,

24    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

25    business records.  (Exhibit 253, *infra*.)

26    208.    Attached to this declaration as **Exhibit 208** are true and correct copies of check images,

27    produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

28    business records.  (Exhibit 253, *infra*.)

209.  Attached to this declaration as **Exhibit 209** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Black Creek, by Kenneth Kost, dated October 27, 2015.

210.  Attached to this declaration as **Exhibit 210** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_001654-55.

211.  Attached to this declaration as **Exhibit 211** are true and correct copies of documents produced by AMG and MNES during discovery, numbered MT0040038, MT0040482, MT0040882, MT0040992, MT0041012, MT0041018, MT0041082, MT0044288, MT0044628, MT0044712, MT0044732, MT0044738, MT0061672, MT0061923, MT0062554, MT0062664, MT0062690, MT0070810, MT0070914, and MT0070920.  AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

212.  Attached to this declaration as **Exhibit 212** are true and correct copies of the articles of incorporation and certificate of reinstatement for B.A.T. Services, certified by the Office of the Secretary of State of the State of Nevada, numbered FTC-CLK-0031256-61.

213.  Attached to this declaration as **Exhibit 213** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of LeadFlash, by Nereyda Tucker, dated October 26, 2015.

214.  Attached to this declaration as **Exhibit 214** is a true and correct copy of LeadFlash's amended responses to the FTC's first set of interrogatories.

215.  Attached to this declaration as **Exhibit 215** is a true and correct copy of Broadmoor's responses to the FTC's first set of interrogatories.

216.  Attached to this declaration as **Exhibit 216** is a true and correct copy of a document produced by the Tucker Defendants in discovery, numbered TUCKER-DEF_016912-29.

217.  Attached to this declaration as **Exhibit 217** is a true and correct copy of AMG Capital's responses to the FTC's first set of interrogatories.

218.  Attached to this declaration as **Exhibit 218** is a true and correct copy of a document produced by BA Services pursuant to a subpoena, numbered BA Services 00032-38.

219.  Attached to this declaration as **Exhibit 219** is a true and correct copy of a document produced by BA Services pursuant to a subpoena, numbered BA Services 00001-27.

1    220.    Attached to this declaration as **Exhibit 220** is a true and correct copy of a document

2    produced by BA Services pursuant to a subpoena, numbered BA Services 00120-31.

3    221.    Attached to this declaration as **Exhibit 221** is a true and correct copy of a document

4    produced by BA Services pursuant to a subpoena, numbered BA Services 00041-95.

5    222.    **Exhibit 222** to the FTC's summary judgment motion is a true and correct copy of an

6    audio recording produced by AMG, numbered AMGPT_00000252.  Ms. Williams provided testimony

7    regarding this recording.  (Exhibit 166, *supra*, ¶ 9.)  A disc containing the audio recording exhibits will

8    be delivered to the Court's chambers at the conclusion of the summary judgment motion briefing.

9    223.    Attached to this declaration as **Exhibit 223** are true and correct copies of wire transfer

10   confirmations produced by Plains Capital Bank pursuant to a subpoena, numbered FTC-PCC-0000030,

11   FTC-PCC-0000034, FTC-PCC-0000033, and FTC-PCC-0000032.  Plains Capital Bank certified these

12   documents as business records.  (Exhibit 254, *infra*.)

13   224.    Attached to this declaration as **Exhibit 224** are true and correct copies of check images

14   by Welch State Bank pursuant to a subpoena, numbered FTC-Welch_0005313, FTC-Welch_0005295,

15   FTC-Welch_0005424, FTC-Welch_0005404.

16   225.    Attached to this declaration as **Exhibit 225** is a true and correct copy of the transcript of

17   the Rule 30(b)(6) deposition of BA Services, by Kenneth Kost, dated October 27, 2015.

18   226.    Attached to this declaration as **Exhibit 226** is a true and correct copy of Kim Tucker's

19   supplemental answers to the FTC's first set of interrogatories.

20   227.    Attached to this declaration as **Exhibit 227** are true and correct copies of bank

21   statements, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these

22   documents as business records.  (Exhibit 253, *infra*.)

23   228.    Attached to this declaration as **Exhibit 228** is a true and correct copy of a check image,

24   produced by US Bank pursuant to a civil investigative demand.  US Bank certified the documents in its

25   production as business records.  (Exhibit 253, *infra*.)

26   229.    Attached to this declaration as **Exhibit 229** are true and correct copies of check images,

27   produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

28   business records.  (Exhibit 253, *infra*.)

230.    Attached to this declaration as **Exhibit 230** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

231.    Attached to this declaration as **Exhibit 231** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

232.    Attached to this declaration as **Exhibit 232** are true and correct copies of check images, produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as business records.  (Exhibit 253, *infra*.)

233.    Attached to this declaration as **Exhibit 233** is a true and correct copy of a document produced by AMG and MNES in discovery, numbered MT0029218-29.  AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

234.    Attached to this declaration as **Exhibit 234** is a true and correct copy of a document produced by AMG and MNES in discovery, numbered MT0029173-217. AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247, *infra*.)  In addition, Derek Douglas certified this document as a business record.  (Exhibit 264, *infra*.)

235.    Attached to this declaration as **Exhibit 235** is a true and correct copy of Park 269's supplemental answers to the FTC's first set of interrogatories.

236.    Attached to this declaration as **Exhibit 236** is a true and correct copy of the sales detail information, owner detail information, and photograph for Park 269's property in Aspen, Colorado, maintained by the Pitkin County (Colorado) Assessor's office, available from the assessor's website at www.ptkinassessor.org/Assessor/.

237.    Attached to this declaration as **Exhibit 237** is a true and correct copy of the transcript of the Rule 30(b)(6) deposition of Park 269, by Stanley H. House, dated December 9, 2015.

238.    Attached to this declaration as **Exhibit 238** are true and correct copies of tax payment receipts dated Feb. 11, 2010, May 12, 2010, Mar. 2, 2011, and Feb. 7, 2012, for Park 269's property in

1    Aspen, Colorado, maintained by the Pitkin County (Colorado) Treasurer's office, available from the

2    treasurer's website at www.ptkinassessor.org/treasurer/.

3    239.    Attached to this declaration as **Exhibit 239** are true and correct copies of documents

4    produced by AMG and MNES during discovery, numbered MT0000962-68, MT0001063-65,

5    MT0001076-78, MT0001236, MT0001273-78, MT0001304, MT0001553-54, MT0030167-73,

6    MT0030324, MT0030347-49, MT0030837-47, MT0030880-83, MT0031654-56, and MT0032584-91.

7    AMG and MNES provided interrogatory responses regarding vendor payments.  (Exhibits 246 and 247,

8    *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

9    240.    Attached to this declaration as **Exhibit 240** are true and correct copies of check images,

10   produced by US Bank pursuant to a civil investigative demand.  US Bank certified these documents as

11   business records.  (Exhibit 253, *infra*.)

12   241.    Attached to this declaration as **Exhibit 241** are true and correct copies of documents

13   produced by AMG and MNES during discovery, numbered MT0002301, MT0002443, MT0005922,

14   MT0006064, MT0009268, MT0009408, MT0039590, MT0040712, MT0040746, MT0041056,

15   MT0043464, MT0044506, MT0044556, MT0044770, MT0046950, MT0047986, MT0048030,

16   MT0048240, MT0049779, MT0058617, MT0054883, MT0058759, MT0061026, MT0062155,

17   MT0062189, MT0062728, MT0063543, MT0067130, MT0067272, MT0069403, MT0070462,

18   MT0070502, MT0070952, MT0073475, MT0073615, MT0076631, MT0076675, and MT0077098.

19   AMG and MNES provided interrogatory responses regarding check images.  (Exhibits 246 and 247,

20   *infra*.)  In addition, Derek Douglas certified these documents as business records.  (Exhibit 264, *infra*.)

21   242.    Attached to this declaration as **Exhibit 242** is a true and correct copy of Kim Tucker's

22   answers to the FTC's second set of interrogatories and supplemental interrogatory No. 6 in the FTC's

23   first set of interrogatories.

24   243.    Attached to this declaration as **Exhibit 243** is a true and correct copy of Park 269's

25   answers to the FTC's second set of interrogatories and supplemental interrogatory No. 4 in the FTC's

26   first set of interrogatories.

27   244.    Attached to this declaration as **Exhibit 244** is a true and correct copy of the declaration

28   of Elizabeth Anne Miles.  The documents referenced in her declaration, AMGPT_00000258,

1  AMGPT_00000259, AMGPT_00000263, AMGPT_0000064, AMGPT_00000268, AMGPT_00000269,

2  AMGPT_00000271, AMGPT_00000274, AMGPT_00000275, AMGPT_00000279,

3  AMGPT_00000280, AMGPT_00000284, AMGPT_00000285, AMGPT_00000289, and

4  AMGPT_00000290 are loan transaction data files produced to the FTC by AMG and then produced by

5  the FTC to the remaining parties, including the Tucker Defendants and Relief Defendants.  The loan

6  transaction data files used in Ms. Miles' calculations contain 13,453,579 records and consist of 4.4

7  gigabytes of data.  The Lending Defendants' Rule 30(b)(6) witness, Natalie Dempsey, provided

8  testimony regarding the "e-cash" software used by AMG to record and maintain consumer loan

9  transaction data at Exhibit 7, pp. 33:13-35:23, 38:5-38:17, 322:17-324:20.  BA Services' Rule 30(b)(6)

10  witness, Kenneth Kost, provided testimony that "e-cash" data can be exported into .csv files to be read

11  by other programs at Exhibit 225, pp. 15:4-17:6.  Ian Young, a consultant to AMG, provided testimony

12  regarding the exporting of "e-cash" files into .csv files for production in this case and the delivery of

13  those files to AMG's attorneys, Kirkland & Ellis LLP, in his declaration at Exhibit 262.  A copy of the

14  transmittal of those files from Kirkland & Ellis to the FTC is attached as Exhibit 263.  Derek Douglas,

15  AMG's controller, also provided testimony regarding the "e-cash" system and the exporting of the loan

16  data for production in this case at Exhibit 264.

17       245.  Attached to this declaration as **Exhibit 245** is a true and correct copy of the amended

18  supplemental declaration of Elizabeth Anne Miles.  The documents referenced in her declaration, AMG-

19  SCH00000292-328 are AMG loan transaction files produced to the FTC and all parties in discovery by

20  Defendants' expert David Scheffman.  MNE provided testimony regarding those files at Exhibit 247.

21       246.  Attached to this declaration as **Exhibit 246** is a true and correct copy of AMG's second

22  supplemental answers to the FTC's first set of interrogatories.

23       247.  Attached to this declaration as **Exhibit 247** is a true and correct copy of MNES's second

24  supplemental answers to the FTC's first set of interrogatories.

25       248.  Attached to this declaration as **Exhibit 248** is a true and correct copy of Red Cedar's

26  amended objections and answers to the FTC's third set of interrogatories.

27       249.  Attached to this declaration as **Exhibit 249** is a true and correct copy of SFS's amended

28  objections and answers to the FTC's third set of interrogatories.

250.     Attached to this declaration as **Exhibit 250** is a true and correct copy of the sworn statement of James Fontano, dated July 25, 2007, taken by the office of the attorney general of the state of Colorado.  Mr. Fontano discusses the documents attached hereto as Exhibit 10 at pages 57-61 of Exhibit 197.

251.     Attached to this declaration as **Exhibit 251** are true and correct copies of business records certifications from Bay Cities Bank.

252.     Attached to this declaration as **Exhibit 252** is a true and correct copy of a business records certification from Intercept.

253.     Attached to this declaration as **Exhibit 253** is a true and correct copy of a business records certification from US Bank.

254.     Attached to this declaration as **Exhibit 254** is a true and correct copy of a business records certification from Plains Capital Bank.

255.     Attached to this declaration as **Exhibit 255** is a true and correct copy of a business records certification from Midwest Trust Bank.

256.     Attached to this declaration as **Exhibit 256** is a true and correct copy of a business records certification from First International Bank & Trust.

257.     Attached to this declaration as **Exhibit 257** is a true and correct copy of a business records certification from Bank Midwest.

258.     Attached to this declaration as **Exhibit 258** is a true and correct copy of a business records certification from Brotherhood Bank & Trust.

259.     Attached to this declaration as **Exhibit 259** is a true and correct copy of a business records certification from TD Ameritrade.

260.     Attached to this declaration as **Exhibit 260** is a true and correct copy of a declaration from Craig Weaver of Squar Milner.

261.     Attached to this declaration as **Exhibit 261** is a true and correct copy of a business records certification from Billing Tree.

262.     Attached to this declaration as **Exhibit 262** is a true and correct copy of a declaration from Ian Young.

263.    Attached to this declaration as **Exhibit 263** is a true and correct copy of a letter from Kirkland & Ellis to the FTC, transmitting to the FTC on AMG's behalf documents numbered AMGPT_000000254-291.

264.    Attached to this declaration as **Exhibit 264** is a true and correct copy of a declaration from Derek Douglas.

265.    Attached to this declaration as **Exhibit 265** is a true and correct copy of a declaration from Joe Frazier.

266.    The FTC identified 19,242 check images produced by the Miami Tribe (AMG Services, Inc. and MNE Services, Inc.) in discovery, and examined the signatures in a random sample of 200 checks found in the range MT0001823 to MT0077139.  41.71% of the checks in the random sample are signed by Scott Tucker, 30.65% were signed by Blaine Tucker, 27.14% contain the phrase "This draft is pre-authorized by the account holder" in the signature line, and 0.50% contain neither a signature nor the pre-authorization phrase.  Using standard statistics principles, the FTC computed 95% confidence intervals for each of those percentages, as follows:

    a.  The 95% confidence interval for the percentage of checks signed by Scott Tucker is 34.78% to 48.89%

    b.  The 95% confidence interval for the percentage of checks signed by Blaine Tucker is 24.33% to 37.57%

    c.  The 95% confidence interval for the percentage of checks that contain the phrase "This draft is pre-authorized by the account holder" is 21.09% to 33.88%

    d.  The 95% confidence interval for the percentage of checks that have a blank signature line is 00.01% and 2.78%.

Based on the foregoing, the FTC determines with 95% confidence that (i) Scott Tucker signed between 6,692 and 9,407 checks of the 19,242 checks in the full sample, and (ii) Blaine Tucker signed between 4,681 and 7,229 checks of the 19,242 checks in the full sample.

267.    Pursuant to 28 U.S.C. § 1961, the FTC calculated prejudgment interest on its $1,317,753,577 consumer redress sum.  The weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week ending January 15, 2016 (the week preceding the FTC's request for judgment), was .58%.  Using the same data as was used for the consumer redress calculation, the FTC applied this interest rate to the amount paid

on each loan in excess of the amount borrowed plus one finance charge. For more than 75% of those loans, a "date_loan_paid" was available in the data and used as the start date for the interest calculation. For the remaining loans, *i.e.*, those where the "date_loan_paid" was not available in the data, the start date for the FTC's interest calculation was the "date_created" for the loan plus 70 days, because, in the typical case, each loan experienced an overpayment beginning in the fifth pay period, *i.e.*, 70th day for biweekly earners, after the loan was initiated. In both cases, January 15, 2016 was the end date for the interest calculation. Using these parameters, the FTC calculated prejudgment interest on the $1,317,753,577 redress figure as $35,813,526.

268.    Documents attached to this declaration have been redacted to protect personally identifiable information, information deemed confidential by one or more parties or third parties, and information required to be redacted under this Court's Special Order 108.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2016.

*/s/Nikhil Singhvi*

Nikhil Singhvi