# Exhibit 4

*Note: Please type or print legibly with black ink.*

Secretary of State / Corporation Division

# Domestic Limited Liability Company Articles of Organization

Form DL

Pursuant to the provisions of the Kansas Revised Limited Liability Company Act, the undersigned hereby sets forth its Articles of Organization to create a Kansas Limited Liability Company and for that purpose submits the following statement:

**FIRST:** The name of the LLC is: __BAT Services, LLC__

**SECOND:** The address of the registered office in Kansas is:

__4601 College Blvd., Suite 200__     __Leawood__     __66211__
Street Address                          City            Zip Code

and the name of its resident agent at that address is:

__Clifford A. Cohen__

**PROFESSIONAL LIMITED LIABILITY COMPANIES ONLY:**

If the LLC is organized to exercise the powers of a professional association or corporation, state the professional purpose of the LLC. (See instruction #2). __N/A__

I declare under penalty of perjury that the foregoing is true and correct.

By __[signature]__
         Organizer

Date: __2/21/01__

FILED
SECRETARY OF STATE
STATE OF KANSAS
01 FEB 23 PM 3 51

---

## LLC Mailing Information

Please state the mailing address where you would like the secretary of state to send official mail. If no address is given, the mail will be sent to the LLC's registered office given in paragraph two (2) of this form.

Street Address     City

The mail should be addressed to the following named individu[al]

02-23-2001      10:07:00
051             $150.00
2680            01
298 6230

00052774

FTC-CLK-00015127

2986230

Kansas Secretary of State

# Kansas Limited Liability Company Certificate of Amendment

CL

All information must be completed or this document will not be accepted for filing.

1. Name of the limited liability company

BAT Services, LLC

*Name must match the name on record with the Secretary of State*

2. The limited liability company amends its articles of organization as follows:

Name change from BAT Services, LLC to CLK Management, LLC

| 02-26-2002 | 09:51:00 |
| 053 | $20.00 |
| 5250 | 01 |
| 2986230 | AA |

00279983

Do not write in this space

I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.

Executed on the  20  of  Feb , 2002
              Day      Month      Year

Authorized Person: Scott Tucker

Please submit this form in duplicate with the $20 filing fee.

**Contact Information**

Kansas Secretary of State
**Ron Thornburgh**
Memorial Hall, 1st Floor
120 SW 10th Avenue
Topeka, KS 66612-1240
785-296-4564
kssos@kssos.org
www.kssos.org

598-623-0

**Contact Information**
Kansas Secretary of State
Ron Thornburgh
Memorial Hall, 1st Floor
120 S.W. 10th Avenue
Topeka, KS 66612-1594
(785) 296-4564
kssos@kssos.org
www.kssos.org

**KANSAS SECRETARY OF STATE**
**Reinstatement of Limited Liability Company**

**RC**
53-08

All information must be completed or this document will not be accepted for filing.

```
02-03-2005        13:23:00
053               $35.00
0293              01
2986230           RP
```

61038895

1. Name of the limited liability company:

CLK Management, LLC

2. Address of the registered office in Kansas:
*Address must be a street address. A post office box is unacceptable.*

4601 College Blvd., Suite 200
Street address

Leawood         Kansas         66211
City            State          Zip

Name of resident agent at the registered office: Clifford A. Cohen

3. The limited liability company was organized in the state of _____Kansas_____ on the 23rd of February 2001.
Day      Month      Year

The articles or authority to engage in business in the state of Kansas has been declared forfeited by the Kansas secretary of state for failure to timely file an annual report and pay the franchise fee.

I declare under penalty of perjury under the laws of the state of Kansas that the foregoing is true and correct.
Executed on the 28 of JAN 2005
Day      Month      Year

Authorized signature

```
02-03-2005        13:23:00
054               $85.00
0293              02
2986230           RP
```

**Instructions**
1. Submit this form with the $35 filing fee.
2. A $85 penalty fee must be included for failure to file the annual report.
3. All past due annual reports must be filed prior to reinstatement.

Notice: There is a $25 service fee for all returned checks.

Rev. 12/08/04 jlu

FTC-CLK-00015129

# VALIDATION COVER PAGE

| 07-29-2010 | 15:25:00 |
|---|---|
| 3247  01 | $75.00 |
| 053  007  FR | 2 |
| FILE#: 2986230 | FILED BY KS SOS |

02718321

FTC-CLK-00015130

# STATE OF KANSAS - CERTIFICATE OF MERGER

## OF

## CLK MANAGEMENT, LLC

### INTO

## AMG SERVICES, INC.

### PURSUANT TO THE KANSAS REVISED LIMITED LIABILITY COMPANY ACT

**FIRST:** CLK Management, LLC is a Kansas limited liability company and AMG Services, Inc. is an entity charted under the laws of The Miami Tribe of Oklahoma, a federally recognized Indian Tribe (hereinafter respectively referred to as "CLK" or "AMG").

**SECOND:** An agreement of merger has been approved and executed by CLK and AMG.

**THIRD:** The name of the surviving entity shall be AMG Services, Inc.

**FOURTH:** The effective date of the merger shall be June 24, 2008.

**FIFTH:** The agreement of merger is on file at AMG's principal place of business, the Miami Tribal Administration Building, P.O. Box 1326, Miami, OK 74355.

**SIXTH:** A copy of the agreement of merger will be furnished by AMG, on request and without cost, to any member of CLK or AMG.

**SEVENTH:** To the extent authorized by law, AMG may be served with process in the State of Kansas in any action, suit, or proceeding for the enforcement of any obligation of CLK and hereby irrevocably appoints the Kansas Secretary of State as its agent to accept service of process in any such action, suit or proceeding with such process to be mailed to the address specified above.

**EXECUTED BY JUDICIAL ORDER**

DAVID W. BOAL
DISTRICT COURT JUDGE