# Exhibit 224



Date:02/12/2013 Account: 7864 TR:103104942 Sequence:714333150 TranCode:0 Amount:$1,000,000.00 DbCr:D
Serial:10138



Date:01/15/2013 Account: ▮▮▮7864 TR:103104942 Sequence:714074650 TranCode:0 Amount:$1,000,000.00 DbCr:D
Serial:10105





Date:04/02/2013 Account: ▇7864 TR:103104942 Sequence:714802580 TranCode:0 Amount:$1,000,000.00 DbCr:D
Serial:10183





Date:03/04/2013 Account ▋7864 TR:103104942 Sequence:714503020 TranCode:0 Amount:$1,000,000.00 DbCr:D
Serial:10156