# Exhibit 244

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536 |

## DECLARATION OF ELIZABETH ANNE MILES

I, Elizabeth Anne Miles, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed as a data analyst with the Federal Trade Commission ("FTC") in the Division of Consumer Response and Operations, assigned to the matter of *FTC v. AMG Services, Inc. et al.* If called upon to testify, I could and would testify as follows.

2. I was assigned to this matter in April 2015. FTC counsel informed me that consumer data and loan data for the defendants' seven loan portfolios were located on FTC secure servers, and that each loan portfolio had separate consumer data and loan data files. I reviewed a document named "Portfolio Key.pdf" that lists Bates ranges and associated file names. It identified AMGPT_00000271 as a "data dictionary." As discussed below, the data dictionary provided explanations for the fields of information contained in the consumer data and loan data files.

3. I identified the consumer and loan files in the Portfolio Key. Table 1 lists the files, as specified in the Portfolio Key, from which I conducted the calculations presented below.

Table 1: Consumer and Loan Files

| Production BegDoc | Production EndDoc | Filename |
|---|---|---|
| AMGPT_00000258 | AMGPT_00000258 | 500fc_customer_data.csv |
| AMGPT_00000259 | AMGPT_00000259 | 500fc_loan_summary.csv |
| AMGPT_00000263 | AMGPT_00000263 | acs_customer_data.csv |
| AMGPT_00000264 | AMGPT_00000264 | acs_loan_summary.csv |
| AMGPT_00000268 | AMGPT_00000268 | aml_customer_data.csv |
| AMGPT_00000269 | AMGPT_00000269 | aml_loan_summary.csv |
| AMGPT_00000274 | AMGPT_00000274 | occ_customer_data.csv |
| AMGPT_00000275 | AMGPT_00000275 | occ_loan_summary.csv |
| AMGPT_00000279 | AMGPT_00000279 | scp_customer_data.csv |
| AMGPT_00000280 | AMGPT_00000280 | scp_loan_summary.csv |
| AMGPT_00000284 | AMGPT_00000284 | ucl_customer_data.csv |
| AMGPT_00000285 | AMGPT_00000285 | ucl_loan_summary.csv |
| AMGPT_00000289 | AMGPT_00000289 | ufc_customer_data.csv |
| AMGPT_00000290 | AMGPT_00000290 | ufc_loan_summary.csv |

4. Given the number and size of the files listed in Table 1, I determined Stata, a statistics and data analysis package, would be the best software to use to complete the requested calculations. Stata is scriptable, which means a user can write "scripts," *i.e.*, commands to a file that Stata will execute sequentially.

5. I created a Stata script to import the seven loan files into a single Stata data set and add an identifier for each record's source. I dropped 67 duplicate records.

6. I created another script in Stata to import the seven consumer files into a single Stata data set and add an identifier for each record's source.

7. During the import process, consumer records that were split onto two rows were removed from the data set and exported to CSV (comma-separated value) files. There were 13 such records. I removed the embedded line breaks that Stata interpreted incorrectly and saved the corrected records into a CSV file that I then appended to the large consumer data set.

8. As noted above, each loan portfolio had separate files for consumer data and loan data. Therefore, I merged the Stata consumer data set and Stata loan data set, matching the consumer data and loan data using the "application_id" identifier present in both sets of data. 3,374,460 consumer records did

not have matching loan information. 3,036 loan records did not have matching consumer information. I excluded these records from the merged data set and subsequent loan and borrower counts.

9. I was assigned to identify, and for some calculations, eliminate, individual consumers who borrowed from any specific portfolio more than once. I observed that the consumer data field "customer_id" was described in the data dictionary as "The id assigned by the system to identify a consumer." I understood this to mean that "customer_id" was unique to individual consumers.

10. Table 2 shows for each portfolio the number of loans that had matching consumer information and the number of distinct borrowers, identified by "customer_id," of these loans. In Table 2, some borrowers took more than one loan from the same portfolio, which is why there are more loans per portfolio than borrowers. Some borrowers also took one or more loans from different portfolios. A borrower who, for example, borrowed from two different portfolios is counted twice in the overall total number of borrowers.

Table 2: Number of Loans and Distinct Borrowers per Portfolio

| Portfolio | Loans | Borrowers |
|---|---|---|
| 500FC | 788,181 | 498,474 |
| ACS | 73,770 | 56,192 |
| AML | 1,162,947 | 758,216 |
| OCC | 980,025 | 636,871 |
| SCP | 73,265 | 54,623 |
| UCL | 1,218,645 | 799,153 |
| UFC | 741,168 | 488,263 |
| Total | 5,038,001 | 3,291,792 |

11. I identified loans where the field "amount_paid" was greater than the field "fund_amount" multiplied by 1.3. The data dictionary described "amount_paid" as "Total amount paid on the loan." It described "fund_amount" as "Amount of funds to be delivered to applicants [sic] account in dollars," which I understood to mean the amount the consumer borrowed.

12. Table 3 shows for each portfolio the number of loans where the amount paid was larger than the amount borrowed times 1.3 and the number of distinct borrowers (identified by "customer_id") of these loans. It also shows for these loans the total amount borrowed, the calculation of total amount

borrowed times 1.3, the total amount paid, and the calculation of total amount paid in excess of the total amount borrowed times 1.3.

Table 3: Loans where Amount Paid is Larger than Amount Borrowed x 1.3

| Portfolio | Number of Loans | Number of Borrowers | Total Amount Borrowed | Total Amount Borrowed x 1.3 | Total Amount Paid | Total Amount Paid in Excess of Amount Borrowed x 1.3 |
|---|---|---|---|---|---|---|
| 500FC | 462,116 | 252,096 | $ 157,231,650 | $ 204,401,145 | $ 417,454,176 | $ 213,053,031 |
| ACS | 38,053 | 26,255 | $ 13,192,550 | $ 17,150,315 | $ 34,428,845 | $ 17,278,530 |
| AML | 665,372 | 382,995 | $ 225,470,550 | $ 293,111,715 | $ 594,955,141 | $ 301,843,426 |
| OCC | 565,146 | 319,397 | $ 190,703,700 | $ 247,914,810 | $ 503,165,657 | $ 255,250,847 |
| SCP | 39,124 | 26,836 | $ 13,263,900 | $ 17,243,070 | $ 34,707,066 | $ 17,463,996 |
| UCL | 700,536 | 400,632 | $ 236,556,650 | $ 307,523,645 | $ 625,794,779 | $ 318,271,134 |
| UFC | 427,944 | 246,481 | $ 145,439,500 | $ 189,071,350 | $ 383,663,964 | $ 194,592,614 |
| Total | 2,898,291 | 1,654,692 | $ 981,858,500 | $ 1,276,416,050 | $ 2,594,169,627 | $ 1,317,753,577 |

13. I next excluded repeat borrowers in any particular portfolio and identified for each portfolio *one-time* borrowers who paid more than the amount borrowed times 1.3 for their single loan. Table 4 repeats the counts, sums, and calculations described in paragraph 12 for these one-time borrowers. I excluded from the Table 4 calculations within each portfolio all loans to any consumer who took more than one loan from that loan portfolio. I included in Table 4 borrowers who took only one loan from more than one portfolio. A borrower who, for example, borrowed once from two different portfolios is counted twice in the overall total number of borrowers.

Table 4: One-Time Borrowers per Portfolio Who Paid More than Amount Borrowed x 1.3

| Portfolio | Number of Loans/Distinct Borrowers | Total Amount Borrowed | Total Amount Borrowed x 1.3 | Total Amount Paid | Total Amount Paid in Excess of Amount Borrowed x 1.3 |
|---|---|---|---|---|---|
| 500FC | 135,767 | $ 41,397,300 | $ 53,816,490 | $ 103,938,299 | $ 50,121,809 |
| ACS | 16,127 | $ 4,608,200 | $ 5,990,660 | $ 11,568,929 | $ 5,578,269 |
| AML | 214,987 | $ 65,786,850 | $ 85,522,905 | $ 165,398,068 | $ 79,875,163 |
| OCC | 177,949 | $ 54,247,550 | $ 70,521,815 | $ 136,094,996 | $ 65,573,181 |
| SCP | 16,067 | $ 4,474,250 | $ 5,816,525 | $ 11,244,844 | $ 5,428,319 |
| UCL | 226,640 | $ 68,897,400 | $ 89,566,620 | $ 172,921,187 | $ 83,354,567 |
| UFC | 141,264 | $ 43,293,400 | $ 56,281,420 | $ 108,886,986 | $ 52,605,566 |
| Total | 928,801 | $ 282,704,950 | $ 367,516,435 | $ 710,053,309 | $ 342,536,874 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May 2015.

Elizabeth Anne Miles