DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

JONATHAN E. NUECHTERLEIN
General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
LaSHAWN M. JOHNSON
COURTNEY A. ESTEP
THOMAS KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **STIPULATION FOR BRIEFING SCHEDULE FOR RELIEF DEFENDANTS' MOTIONS FOR DISCOVERY SANCTIONS AND SUMMARY JUDGMENT** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Plaintiff Federal Trade Commission ("FTC") and Kim Tucker and Park 269, LLC (the "Relief Defendants") jointly move the Court for an order setting forth a briefing schedule for the Relief Defendants' motions for discovery sanctions (ECF No. 899) and for summary judgment (ECF No 900) (collectively, the "Motions"):

1. On December 9, 2015, the Court entered the parties' stipulated order for a briefing schedule to govern dispositive motions briefing.  (ECF No. 897 at 3.)  The order provided that dispositive motions would be filed by January 20, 2016, with responding memoranda filed on February 26, 2016, and reply memoranda filed on March 18, 2016.  (*Id.* at 1.)

2. On January 19, 2016, the Relief Defendants filed a motion for discovery sanctions (ECF No. 899) and a motion for summary judgment (ECF No. 900.)

3. The Motions are identical.

4. Absent relief from this Court, the FTC would be required to respond to the Relief Defendants' *discovery* motion by February 5, 2016 (per LR 7-2(b) and Fed. R. Civ. P. 6(d)), and would be required to respond to the Relief Defendants' *summary judgment motion* on February 26, 2016 (per the briefing order, ECF No. 897).  Absent relief from this Court, the Relief Defendants' reply memoranda in support of their Motions would also be separated and filed at different times.

5. The FTC and the Relief Defendants have conferred and agree that, because the Motions are identical, and to avoid piecemeal briefing, the parties should file combined responding and reply memoranda and that the existing summary judgment briefing schedule entered by the Court (ECF No. 897) should govern both Motions.

Wherefore, the parties jointly request a briefing schedule for the Relief Defendants' motion for discovery sanctions (ECF No. 899) and motion for summary judgment (ECF No. 900) as follows:

    a. The FTC shall file a combined memorandum responding to both Motions on February 26, 2016.

    b. The Relief Defendants shall file a combined reply memorandum in support of both Motions on March 18, 2016.

Dated: January 21, 2016

/s Nikhil Singhvi

_____

Nikhil Singhvi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-10232
Washington, DC 20580
nsinghvi@ftc.gov
Tel. (202) 326-3480
Fax (202) 326-3629

*Attorney for Plaintiff Federal Trade Commission*

/s Linda McFee

_____

Linda McFee
McDowell, Rice, Smith & Buchanan, P.C.
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
lmcfee@mcdowellrice.com
Tel. (816) 753-5400
Fax: (816) 753-9996

*Attorney for Kim Tucker and Park 269, LLC*

**IT IS SO ORDERED:**

_____

UNITED STATES DISTRICT JUDGE

Dated: February 3, 2016