# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>           Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>           Defendants. | 2:12-cv-00536-GMN-VCF<br>**ORDER** |

Before the court is Intervenor Americans for Financial Reform's Motion to Seal (#918). Intervenor Americans for Financial Reform seeks to seal Dkt. 508-11, Exhibit CC to the Supplemental Declaration of Natalie Dempsey. Dkt. 508-11 contains confidential information.

Accordingly,

IT IS HEREBY ORDERED that Intervenor Americans for Financial Reform's Motion to Seal (#918) is GRANTED.

The Clerk of Court is directed to seal Dkt. 508-11, Exhibit CC to the Supplemental Declaration of Natalie Dempsey.

DATED this 4th day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE