**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

2:12-cv-00536-GMN-VCF

**ORDER**

Before the court is Plaintiff Federal Trade Commission's Motion for Leave to File Exhibit Under Seal (#910). No opposition has been filed. Exhibit 190 contains confidential information.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Federal Trade Commission's Motion for Leave to File Exhibit Under Seal (#910) is GRANTED.

The Clerk of Court is directed to seal Exhibit 190 (#909).

DATED this 10th day of February, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE