1

2

3

4

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

5    FEDERAL TRADE COMMISSION,

6                    Plaintiff,                                   2:12-cv-00536-GMN-VCF

7        vs.                                                      **ORDER**

8    AMG SERVICES, INC., *et al.*,

                    Defendants.

9

10         Before the court is the Emergency Motion (LR 7-5) for an Expedited Briefing Schedule Regarding

11   the Tucker Defendant's Motion to Stay (#926).  Plaintiff filed an opposition (#928) addressing the request

12   for expedited briefing schedule and the motion to stay on February 12, 2016.

13         Accordingly,

14         IT IS HEREBY ORDERED that any Reply in Support of the Emergency Motion (LR 7-5) for an

15   Expedited Briefing Schedule Regarding the Tucker Defendant's Motion to Stay (#926) must be filed on

16   or before February 17, 2016.  The reply must address Plaintiff's arguments in opposition to the requested

17   stay.

18         DATED this 12th day of February, 2016.

19

20                                                                    _____

21                                                                    CAM FERENBACH
                                                                      UNITED STATES MAGISTRATE JUDGE

22

23

24

25