**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>            Defendants. | 2:12-cv-00536-GMN-VCF<br><br>**<u>ORDER DIRECTING PLAINTIFF TO FILE A SUR-REPLY</u>** |

Before the court is Tucker Defendants' Motion to Stay (#932). Plaintiff filed an opposition (#946) and the Tucker Defendants filed a reply (#947). In their reply, the Tucker Defendants raise for the first time an argument based on a March 8, 2016 Letter from the United States Attorney, Southern District of New York to the Hon. James A Hall (ret.), Exhibit A to the reply (#947-1, pp. 8 – 9.).

In section II. A. of their reply, the Tucker Defendants argue that this letter supports granting a stay in this action. Since the letter was not written until after the Motion to Stay (#932) was filed, the Tucker Defendants could not have raised an argument based on the letter in their original motion. The court will consider this new argument raised for the first time in the Tucker Defendants' reply.

Accordingly, IT IS HEREBY ORDERED that plaintiff may file on or before March 30, 2016, a sur-reply in opposition to the Motion to Stay which addresses only those arguments in the Tucker Defendants' reply based on the letter to Judge Hall.

DATED this 22nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE