DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile:  (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov

DAVID C. SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
COURTNEY A. ESTEP
THOMAS E. KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile:  (202) 326-3768
Email:  nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536-GMN-VCF |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO WITHDRAW LASHAWN JOHNSON AS COUNSEL** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269, LLC, et al., | |
| Relief Defendants. | |

1  Pursuant to LR IA 10-6(b), Plaintiff Federal Trade Commission ("FTC") and attorney LaShawn
2  Johnson respectfully move the Court for leave to withdraw LaShawn Johnson as attorney in this case,
3  stating as follows:
4  1.  As of April 16, 2016, LaShawn Johnson will no longer be employed by the FTC.
5  2.  FTC attorneys Nikhil Singhvi, Jason Schall, Helen Wong, Ioana Rusu, Courtney Estep, and
6  Thomas Kane will continue representing the FTC in this case.
7  3.  Notice of the withdrawal of attorney LaShawn Johnson has been provided to the FTC and,
8  as stated in the certificate of service, to opposing counsel.
9  4.  The withdrawal of attorney LaShawn Johnson shall not cause any delay of pretrial
10 proceedings, discovery, the trial, or any hearing in this case.
11 WHEREFORE, the FTC and LaShawn Johnson respectfully move the Court for leave to withdraw
12 LaShawn Johnson as attorney in this case.

Dated:  April 13, 2016                    Respectfully submitted,

*/s/ LaShawn Johnson*
LaShawn Johnson

*/s/ Nikhil Singhvi*
Nikhil Singhvi
Jason D. Schall
Helen P. Wong
Ioana Rusu
Courtney A. Estep
Thomas E. Kane

***Attorneys for Plaintiff Federal Trade Commission***

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  4-14-2016

1

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by ECF with **PLAINTIFF'S MOTION TO WITHDRAW LASHAWN JOHNSON AS COUNSEL** filed with the Court.

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

April 13, 2016
*/s Nikhil Singhvi*
Nikhil Singhvi