DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID C. SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
COURTNEY A. ESTEP
THOMAS KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>**STIPULATION AND JOINT MOTION TO EXPEDITE BRIEFING REGARDING ASSET FREEZE AND ACCOUNTING ORDER** |

Plaintiff Federal Trade Commission ("FTC"), and Scott Tucker, Nereyda Tucker, as Executor of the Estate of Blaine Tucker, Black Creek Capital Corporation, Level 5 Motorsports LLC, LeadFlash Consulting LLC, Broadmoor Capital Partners, LLC, and AMG Capital Management, LLC (the "Tucker Defendants") jointly move the Court for an order expediting the parties' briefing regarding the Court's asset freeze and accounting order (ECF No. 960, the "Order") and state as follows:

1. The FTC on April 26, 2016 filed a motion for order to show cause why Scott Tucker should not be held in contempt (ECF No. 974), and the Tucker Defendants on the same date filed a motion to reconsider and/or modify the order (ECF No. 975.) The FTC requests expedited consideration of its motion to access additional information and documents necessary to identify relevant assets and notify the holders of assets of their duties under the Order. The Tucker Defendants request expedited consideration of their motion to preserve Mr. Tucker's Sixth Amendment rights and to secure the release of advance deposit funds or permission to release a reasonable flat fee so that criminal defense counsel can defend the complex criminal case pending in the Southern District of New York.

2. The parties jointly request that the Court expedite consideration of those motions, and agree to the following briefing schedule. Responding memoranda shall be filed by May 3, 2016, and reply memoranda shall be filed by May 9, 2016.

\
\
\
\
\
\
\
\
\
\
\
\

Dated: May 3, 2016

| | |
|---|---|
| */s Nikhil Singhvi* | */s Nick Kurt* |
| _____ | _____ |
| Nikhil Singhvi | Nick Kurt |
| Federal Trade Commission | Berkowitz Oliver Williams Shaw & Eisenbrandt LLP |
| 600 Pennsylvania Ave., NW | 2600 Grand Boulevard, |
| Mailstop CC-10232 | Suite 1200 |
| Washington, DC 20580 | Kansas City, MO 64108 |
| nsinghvi@ftc.gov | NKurt@BerkowitzOliver.com |
| Tel. (202) 326-3480 | Phone: 816-561-7007 |
| Fax (202) 326-3629 | Fax: 816-561-1888 |
| | |
| *Attorney for Plaintiff Federal Trade Commission* | *Attorney for Defendants Scott Tucker, Nereyda Tucker, as Executor of the Estate of Blaine Tucker, Black Creek Capital Corporation, Level 5 Motorsports LLC, LeadFlash Consulting LLC, Broadmoor Capital Partners, LLC, and AMG Capital Management, LLC* |

**IT IS SO ORDERED.** Dated this __3__ day of May, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Judge

2

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by ECF with **STIPULATION AND JOINT MOTION TO EXPEDITE BRIEFING REGARDING ASSET FREEZE AND ACCOUNTING ORDER** filed with the Court.

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

May 3, 2016
*/s Nikhil Singhvi*
Nikhil Singhvi

3