VON S. HEINZ
Nevada Bar No. 859
E. LEIF REID
Nevada Bar No. 5750
DARREN J. LEMIEUX
Nevada Bar No. 9615
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8351
Email:   VHeinz@lrrc.com

JEFFREY D. MORRIS*
NICK J. KURT*
RYAN C. HUDSON*
Berkowitz Oliver Williams Shaw & Eisenbrandt LLP
2600 Grand Blvd.
Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email:   jmorris@berkowitzoliver.com
(*Admitted pro hac vice)

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION | |
| Plaintiff, | Case No. 2:12-cv-00536-GMN-VCF |
| v. | |
| AMG SERVICES, INC., et al. | **NOTICE OF CHANGE OF ATTORNEYS** |
| Defendants, and | |
| PARK 269 LLC, et al., | |
| Relief Defendants. | |

7658381_1

Counsel for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker submit this Notice of Change of Attorneys, stating as follows:

1. Jennifer K. Hostetler is no longer associated with the law firm of Lewis Roca Rothgerber Christie LLP and should be removed from this case.

2. Von S. Heinz, E. Leif Reid and Darren J. Lemieux are still appearing as counsel in this case.

Dated this 5th day of May, 2016.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Von S. Heinz
VON S. HEINZ
Nevada Bar No. 859
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports; Blackcreek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Leadflash Consulting, LLC, and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 6, 2016

7658381_1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016 , a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

*/s/ Judy Estrada*
*An Employee of Lewis Roca Rothgerber Christie LLP*

7658381_1

3