# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| FEDERALTRADE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>         Defendants. | 2:12-cv-00536-GMN-VCF<br>**ORDER** |

The Court has reviewed Plaintiff Federal Trade Commission's Motion to Strike Tucker Defendants' Reply in Support of Rule 56(c)(2) Objection (ECF NO. 959), Tucker Defendants' Response to the FTC's Motion to Strike (ECF NO. 968), and FTC's Reply in Support of Motion to Strike Tucker Defendants' Rule 56(c)(2) Objection Reply (ECF NO. 972).

Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff Federal Trade Commission's Motion to Strike Tucker Defendants' Reply in Support of Rule 56(c)(2) Objection (ECF NO. 959) is GRANTED in part and DENIED in part. The Tucker Defendants may file their objections (ECF NO. 943) and FTC may file a sur-reply not to exceed 10 pages to ECF NO. 943.

DATED this 9th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE