# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERALTRADE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | 2:12-cv-00536-GMN-VCF<br><br>**ORDER** |

Before the Court is Tucker Defendants' Motion for Clarification (ECF NO. 994).

Accordingly,

IT IS HEREBY ORDERED THAT Tucker Defendants' Motion for Clarification (ECF NO. 994) is GRANTED. The Tucker Defendants' reply in support of their evidentiary objections (ECF NO. 957) is accepted for filing without further action by the Tucker Defendants. FTC is permitted to file a sur-reply not to exceed 10 pages to ECF No. 957.

DATED this 11th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE