# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>    Defendants. | 2:12-cv-00536-GMN-VCF<br>**ORDER** |

Before the Court is FTC's Motion for Order to Show Cause ECF No. 974, Defendant Scott Tucker's Response ECF No. 983, and FTC's Reply ECF No. 991. This motion has been referred to the undersigned U. S. Magistrate Judge, pursuant to 28 USC 636(6)(B)(iii).

Accordingly,

IT IS HEREBY ORDERED that a hearing on FTC's Motion for Order to Show Cause ECF No. 974 is scheduled for 11:00 a.m., June 9, 2016, in courtroom 3D.

DATED this 20th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE