# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

2:12-cv-00536-GMN-VCF

**ORDER**

      Before the court is Plaintiff Federal Trade Commission's Motion to Seal Opposition to Motion to Reconsider Assert Freeze Order and Exhibit 22 (ECF NO. 985).  To date, no opposition has been filed.

      Accordingly,

      IT IS HEREBY ORDERED that relief defendants must file a response showing cause, by June 3, 2016, why Exhibit 22 (ECF No. 984-25) and the portions of the FTC's memorandum discussing that Exhibit should remain sealed.

      DATED this 25th day of May, 2016.

                                                                      _____

                                                                 CAM FERENBACH
                                                                 UNITED STATES MAGISTRATE JUDGE