DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID C. SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
COURTNEY A. ESTEP
THOMAS KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email: nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING ORDER SETTING JUNE 9, 2016 HEARING** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Plaintiff Federal Trade Commission ("FTC") requests clarification of the Court's Order (ECF No. 998) setting a June 9, 2016 date for a hearing on the FTC's Motion for Order to Show Cause (ECF No. 974) and states as follows:

1. The Order states that the FTC's Motion for Order to Show Cause "has been referred to the undersigned U.S. Magistrate Judge, pursuant to 28 USC 636(6)(B)(iii)."[1]  (ECF No. 998 at 1.)  The referenced statute states that if "the act [before a magistrate judge] constitutes a civil contempt, the magistrate judge shall forthwith certify the facts to a district judge. . . . The *district judge* shall thereupon *hear the evidence* as to the act or conduct complained …" 28 USC 636(e)(6)(B)(iii) (emphasis added).

2. The FTC requests clarification regarding whether the Order requires the FTC to introduce live testimony supporting the facts upon which its Motion for Order to Show cause is based (ECF No. 974).

3. If the Court's Order contemplates live testimony, the FTC intends to call two witnesses – Victoria Budich and Scott Tucker – and requests that the Court order Scott Tucker to attend the June 9, 2016 hearing in person.[2]  Alternatively, in light of the limited nature of the facts potentially in dispute, the FTC is prepared to argue the motion on the papers, and will promptly submit a supplemental declaration from Ms. Budich providing further detail regarding the basis for including each of the listed entities in Exhibit 12 (ECF No. 991-12 ¶ 3; 991-13).

Dated: May 26, 2016

    Respectfully submitted,

*/s/ Ioana Rusu*
Nikhil Singhvi
Jason D. Schall
Helen P. Wong
Ioana Rusu
Courtney A. Estep
Thomas E. Kane

*Attorneys for Plaintiff*
*Federal Trade Commission*

---

[1] From the context of the Order, the FTC believes that the Court intended to cite 28 USC 636(e)(6)(B)(iii).

[2] The FTC will consent to reasonable transportation expenses so that Scott Tucker may attend the June 9, 2016 hearing.

1

**CERTIFICATE OF SERVICE**

I, Ioana Rusu, certify that, as indicated below, all parties were served by ECF with **PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING ORDER SETTING JUNE 9, 2016 HEARING** filed with the Court.

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

May 26, 2016

*/s Ioana Rusu*
Ioana Rusu

2