# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

2:12-cv-000536-GMN-VCF

**ORDER**

Before the court is Plaintiff's Motion for Clarification Regarding Order Setting June 9, 2016 Hearing (ECF No. 1000).

IT IS HEREBY ORDERED that a telephonic status hearing on Plaintiff's Motion for Clarification Regarding Order Setting June 9, 2016 Hearing (ECF No. 1000) is scheduled for 11:00 a.m., May 31, 2016.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 26th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE