**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc. et al.,<br><br>Defendants, and<br><br>Park 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-536<br><br>~~[PROPOSED]~~<br>ORDER PURSUANT TO<br>**15 U.S.C. § 1681b(a)(1)**<br>AUTHORIZING CREDIT REPORT<br>AS TO DEFENDANT SCOTT<br>TUCKER |

Upon consideration of the parties' Stipulation and Joint Motion for Order, the Court GRANTS the motion and orders as follows:

**IT IS ORDERED** that pursuant to 15 U.S.C. § 1681b(a)(1), a credit report shall be issued for the Defendant Scott Alan Tucker;

**IT IS FURTHER ORDERED** that the credit report for Defendant Tucker shall be provided to the Federal Trade Commission, with a copy to counsel for Defendant Tucker.

Dated this 6th day of June, 2016

_____
United States Magistrate Judge