1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

4

5

6

7

8

FEDERALTRADE COMMISSION,

          Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

          Defendants.

2:12-cv-00536-GMN-VCF

**<u>ORDER</u>**

9

10

11

12

13

14

15

16

17

      Before the Court is Plaintiff Federal Trade Commission's Motion to Seal Opposition to Motion to Reconsider Asset Freeze Order and Exhibit 22 (ECF No. 985).  In its motion, FTC does not see the need to seal Exhibit 22 and portions of FTC's memorandum, in pages 14 and 15, which discuss Exhibit 22 in the Opposition to Defendants' Motion to Reconsider Asset Freeze Order (ECF No. 984-22 and 984-23). FTC filed Exhibit 22 and the redacted memorandum under sealed, because Kim Tucker's counsel took the position that the Exhibit must be filed under seal.  FTC moved to seal solely to preserve Tucker's ability to demonstrate why the Exhibit, and any portion of the FTC's opposition, should be sealed.  (ECF No. 985).  When FTC filed its Opposition to Defendants' Motion to Reconsider Asset Freeze Order (ECF No. 984), it filed the opposition and all of the exhibits under sealed.

18

19

20

21

22

23

24

25

      Based on FTC's request for the Court to determine the need to seal filings related to ECF No. 984-22, the Court ordered relief defendants to file a response showing cause, by June 3, 2016, why Exhibit 22 (ECF No. 984-25) and the portions of the FTC's memorandum discussing that Exhibit should remain sealed.  (ECF No. 999).  Relief Defendants filed their response, stating no opposition to the unsealing of ECF No. 984-22 and the portions of FTC's memorandum discussing Exhibit 22. (ECF No. 1005).  Since parties do not see the need to seal Exhibit 22 and related filings, the Court finds that it is appropriate to unseal the entire FTC's Opposition to Defendants' Motion to Reconsider Asset Freeze Order and all of its Exhibits (ECF No. 984).

1        Accordingly,

2        IT IS HEREBY ORDERED that the relief requested in Plaintiff Federal Trade Commission's

3   Motion to Seal Opposition to Motion to Reconsider Asset Freeze Order and Exhibit 22 (ECF No. 985) is

4   GRANTED.  The Clerk of Court is directed to unseal ECF No. 984 and all of its Exhibits.

5        DATED this 7th day of June, 2016.

6

7

8        _____
         CAM FERENBACH
9        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25