VON S. HEINZ (Nevada Bar No. 859)
E. LEIF REID (Nevada Bar No. 5750)
DARREN J. LEMIEUX (Nevada Bar No. 9615)
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email:    vheinz@lrrc.com

JEFFREY D. MORRIS (Admitted pro hac vice)
NICK J. KURT (Admitted pro hac vice)
RYAN C. HUDSON (Admitted pro hac vice)
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Email:    jmorris@berkowitzoliver.com

JUSTIN C. GRIFFIN (Admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: justingriffin@quinnemanuel.com

KATHLEEN M. SULLIVAN (Admitted pro hac vice)
SANFORD I. WEISBURST (Admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com
Email: sandyweisburst@quininemanuel.com

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION | Case No.  2:12-cv-00536-GMN-VCF |
| Plaintiff, | **TUCKER DEFENDANTS' MOTION TO WITHDRAW RYAN C. HUDSON AS COUNSEL** |
| v. | |
| AMG SERVICES, INC., et al. | |
| Defendants. | |

Pursuant to LR IA 11-6(b), the Tucker Defendants[1] and attorney Ryan C. Hudson respectfully move the Court for leave to withdraw Ryan C. Hudson as attorney in this case, stating as follows:

1. As of July 29, 2016, Ryan C. Hudson will no longer be employed by Berkowitz Oliver LLP, which is counsel of record for the Tucker Defendants.

2. Notice of the withdrawal of attorney Ryan C. Hudson has been provided to the Tucker Defendants and, as stated in the certificate of service, to opposing counsel.

3. The withdrawal of attorney Ryan C. Hudson will not cause any delay of pretrial proceedings, discovery, the trial, or any hearing in this case.

WHEREFORE, the Tucker Defendants and Ryan C. Hudson respectfully move the Court for leave to withdraw Ryan C. Hudson as attorney in this case.

Dated: July 20, 2016                          Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

JUSTIN C. GRIFFIN*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: justingriffin@quinnemanuel.com
(*Admitted pro hac vice)

KATHLEEN M. SULLIVAN*
SANFORD I. WEISBURST*
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: kathleensullivan@quinnemanuel.com
Email: sandyweisburst@quininemanuel.com
(*Admitted pro hac vice)

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-29-2016

---

[1] The Tucker Defendants include defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker.

1

--and--

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

VON S. HEINZ (Nevada Bar No. 859)
E. LEIF REID (Nevada Bar No. 5750)
DARREN J. LEMIEUX (Nevada Bar No. 9615)
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email:     vheinz@lrrc.com

--and--

**BERKOWITZ OLIVER LLP**

By: */s/ Ryan C. Hudson*
    JEFFREY D. MORRIS*
    NICK J. KURT*
    RYAN C. HUDSON*
    KENNETH J. DUVALL*
    (*Admitted pro hac vice)
    Berkowitz Oliver LLP
    2600 Grand Blvd. Suite 1200
    Kansas City, MO 64108
    Telephone: (816) 561-7007
    Facsimile: (816) 561-1888
    Email:     jmorris@berkowitzoliver.com

*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; Leadflash Consulting, LLC; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

   */s/ Ryan C. Hudson*
   Berkowitz Oliver LLP

2