**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>   )<br>   Plaintiff, )<br>vs. )<br>   )<br>AMG SERVICES, INC., *et al.*, )<br>   )<br>   Defendants. )<br>_____ ) | Case No.: 2:12-cv-00536-GMN-VCF<br><br>**ORDER ACCEPTING REPORT &**<br>**RECOMMENDATION OF MAGISTRATE**<br>**JUDGE FERENBACH** |

Before the Court for consideration is the Report and Recommendation (ECF No. 1018) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 21, 2016.

Pursuant to Local Rule IB 3-2(a), objections were due by July 8, 2016. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that FTC's Motion for an Order to Show Cause (ECF No. 974) be denied and that the twenty-two entities listed in the Report and Recommendation be considered within the scope of the Court's Asset Freeze Order (ECF No. 960). Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 1018) is **ACCEPTED and ADOPTED in full**. FTC's Motion for an Order to Show Cause (ECF No. 974) is **DENIED**.

**IT IS FURTHER ORDERED** that the following twenty-two entities are within the scope of the Court's Asset Freeze Order (ECF No. 960):

1. BA Services LLC

2. C5 Capital LLC

3. DF Services Corp.

4. DFTW Consolidated [UC] LLC

5. Impact BP LLC

6. Level 5 Apparel LLC

7. Level 5 Capital Partners LLC

8. Level 5 Eyewear LLC

9. Level 5 Scientific LLC

10. NM Service Corp. (f/k/a/ National Money Service)

11. PSB Services LLC

12. Real Estate Capital Services LLC (f/k/a/ Rehab Capital I, LLC)

13. Sentient Technologies

14. ST Capital LLC

15. Westfund LLC

16. Eclipse Renewables Holdings LLC

17. Scott Tucker Declaration of Trust, dated February 20, 2015

18. West Race Cars, LLC

19. Caribbean Medical Brokers, Inc.

20. Eyeverify LLC

21. Think Big Partners LLC

22. Level 5 Management LLC

**DATED** this 23 day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court