VON S. HEINZ (Nevada Bar No. 859)
E. LEIF REID (Nevada Bar No. 5750)
DARREN J. LEMIEUX (Nevada Bar No. 9615)
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Email:   vheinz@lrrc.com

JEFFREY D. MORRIS (Admitted pro hac vice)
NICK J. KURT (Admitted pro hac vice)
RYAN C. HUDSON (Admitted pro hac vice)
KENNETH J. DUVALL (Admitted pro hac vice)
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone: (816) 561-7007
Email:   jmorris@berkowitzoliver.com

KATHLEEN M. SULLIVAN (Admitted pro hac vice)
SANFORD I. WEISBURST (Admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Email: kathleensullivan@quinnemanuel.com
Email: sandyweisburst@quininemanuel.com

JUSTIN C. GRIFFIN (Admitted pro hac vice)
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: justingriffin@quinnemanuel.com

*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting LLC; Black Creek Capital Corporation; Broadmoor Capital Partners; Scott A. Tucker; and Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.<br><br>Defendants. | Case No.  2:12-cv-00536-GMN-VCF<br><br>**STIPULATION AND JOINT MOTION TO EXPEDITE BRIEFING SCHEDULE REGARDING MONTHLY ALLOWANCE AMOUNT** |

Defendants Scott A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners, ("Tucker Defendants") and Relief Defendants Kim Tucker and Park 269 ("Relief Defendants") and Plaintiff Federal Trade Commission ("FTC") jointly move the Court for an order expediting the parties' briefing regarding a proposed modification to the Court's asset freeze and accounting order (ECF No. 960, the "Order"), as modified by ECF No. 1007, continuing a monthly allowance of $8000/month for living expenses.  The Tucker Defendants and Relief Defendants request a continuation of the monthly living expense allowance for a time period of September 1, 2016 to December 31, 2016.  The FTC opposes any continued monthly allowance for living expenses. The parties will file pleadings for the Court's consideration in deciding the issue. The parties state the following in support of their joint motion:

1. An existing modification (ECF No. 1007) to the Order allows for a monthly allowance of $8000 for Tucker family living expenses.  The time period of that modification expires August 31, 2016.  Accordingly, the issue requires attention.  The parties have conferred in an attempt to reach agreement on the issue.  Those exchanges have not produced an agreement.

2. The parties jointly request that the Court expedite consideration of the pleadings on this distinct issue, and agree to the following briefing schedule.  Defendants shall file a motion to modify the asset freeze on August 22, 2016.  The FTC shall file a responsive pleading on or before August 26, 2016.  No reply pleading shall be filed.

3. The parties request the Court's consideration of the August 31, 2016 expiration of the present living allowance when considering the issue submitted for the Court's decision.

**IT IS SO ORDERED.**

Dated this __24__ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Dated: August 22, 2016

| | |
|---|---|
| */s Nikhil Singhvi* | */s/ Jeff D. Morris* |
| _____ | _____ |
| Nikhil Singhvi | Jeff D. Morris |
| Federal Trade Commission | Berkowitz Oliver LLP |
| 600 Pennsylvania Ave., NW | 2600 Grand Boulevard, |
| Mailstop CC-10232 | Suite 1200 |
| Washington, DC 20580 | Kansas City, MO 64108 |
| nsinghvi@ftc.gov | jmorris@berkowitzoliver.com |
| Tel. (202) 326-3480 | Phone: 816-561-7007 |
| Fax (202) 326-3629 | Fax: 816-561-1888 |

*Attorney for Plaintiff Federal Trade Commission*           *Attorney for Defendants Scott Tucker, Nereyda Tucker, as Executor of the Estate of Blaine Tucker, Black Creek Capital Corporation, Level 5 Motorsports LLC, LeadFlash Consulting LLC, Broadmoor Capital Partners, LLC, and AMG Capital Management, LLC*

*/s Linda McFee*

_____
Linda McFee
McDowell, Rice, Smith & Buchanan, P.C.
605 W. 47th Street, Suite 350
Kansas City, Missouri 64112
lmcfee@mcdowellrice.com
Tel. (816) 753-5400
Fax: (816) 753-9996

*Attorney for Kim Tucker and Park 269, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

                                                 */s/ Jeffrey D. Morris*
                                                 Berkowitz Oliver LLP