**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **ORDER ENFORCING ASSET FREEZE ORDER** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269 LLC, et al., | |
| Relief Defendants. | |

Upon consideration of Plaintiff Federal Trade Commission's Emergency Motion To Enforce Asset Freeze Order, (ECF No. 1031), the Court GRANTS the motion; and

IT IS ORDERED, that the black Bruce High Performance Transporters, LLC trailer bearing VIN number 4B9S5314GP004030 (the "Trailer") is subject to this Court's asset freeze order (ECF No. 960) (the "Asset Freeze Order"), and shall be treated for all purposes as an asset owned by Level 5 Motorsports, LLC for purposes of the Asset Freeze Order, until further order of this Court.

IT IS FURTHER ORDERED that El Dorado Trailer Sales, LLC and ETS Ventures, LLC are Asset Holders subject to Section II of the Asset Freeze Order and shall comply with all responsibilities of Asset Holders with respect to the Trailer until further order of this Court.

IT IS FURTHER ORDERED, that El Dorado Trailer Sales, LLC, ETS Ventures, LLC, and any person acting in concert with El Dorado Trailer Sales, LLC or ETS Ventures, LLC, shall prohibit the withdrawal, removal, assignment, transfer, pledge, encumbrance, disbursement, dissipation, relinquishing, conversion, sale, or other disposal of the Trailer until further order of this Court, except for surrender or delivery to the FTC or an agent specified by the FTC as set forth below.

IT IS FURTHER ORDERED, that El Dorado Trailer Sales, LLC, ETS Ventures, LLC, and any person acting in concert with El Dorado Trailer Sales, LLC or ETS Ventures, LLC, shall cooperate fully and take such steps as may be required, including executing any documents and providing any necessary information, to surrender or deliver the Trailer to the FTC or any agent specified by the FTC at a time and

1  location specified by the FTC or its specified agent.

2      IT IS FURTHER ORDERED, that El Dorado Trailer Sales, LLC and ETS Ventures, LLC, shall

3  bear all costs associated with surrendering or delivering the Trailer at the time and location specified by the

4  FTC or its specified agent.

5      IT IS FURTHER ORDERED, that El Dorado Trailer Sales, LLC, ETS Ventures, LLC, and any

6  person working in concert with El Dorado Trailer Sales, LLC or ETS Ventures, LLC, shall permit the FTC

7  and any agent specified by the FTC reasonable access to the Trailer and any premises at which the Trailer

8  is located until the Trailer is in the sole possession and control of the FTC or its specified agent.

9      IT IS FURTHER ORDERED, that El Dorado Trailer Sales, LLC, ETS Ventures, LLC, and any

10 person working in concert with El Dorado Trailer Sales, LLC or ETS Ventures, LLC, until surrender or

11 delivery of the Trailer to the FTC or its specified agent shall, at its own cost, maintain and take no action to

12 diminish the value of the Trailer, and shall remain current on any amounts due and payable on the Trailer,

13 including but not limited to tax, insurance, reasonable and necessary maintenance, and similar fees.

14

15 Dated this 25 day of August, 2016

16 _____

17 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28