# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, *et al.*,

        Defendants.

2:12-cv-00536-GMN-VCF

**MINUTE ORDER**

Before the Court is Federal Trade Commission's Motion for Discovery Plan Regarding Trailer Dispute (ECF No. 1045).

IT IS HEREBY ORDERED that a telephonic hearing on Federal Trade Commission's Motion for Discovery Plan Regarding Trailer Dispute (ECF No. 1045) is scheduled for 1:00 p.m., September 15, 2016, in Courtroom 3D.  Mandatory appearances for FTC and El Dorado Trailer Sales only.  Other parties need not to appear.

The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 12th day of September, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE