# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

        Defendants.

2:12-cv-00536-GMN-VCF

**ORDER**

Before the Court is Federal Trade Commission's Motion for Discovery Plan Regarding Trailer Dispute (ECF No. 1045).

The Court held a hearing on September 15, 2016 and heard representations from the parties.

Accordingly,

IT IS HEREBY ORDERED that the following discovery dates apply:

1. The parties must serve written discovery requests on or before September 29, 2016.

2. Responses to written discovery, including production of documents, will be due 21 days after the service date of each request.

3. The parties may commence taking deposition discovery on November 8, 2016. Depositions must be completed by December 13, 2016.

4. Any dispositive motions regarding ownership of the Trailer must be filed on or before January 6, 2017. Response to dispositive motion(s) must be filed within 14 days of service. No reply memoranda in connection with dispositive motions needed, unless requested by the Court.

5. All discovery requests and responses may be served via email between counsel.

6. Rule 6 applies for computing time under this discovery plan, except that Rule 6(d) will not apply.

///

The parties may request amendment of the discovery schedule if good cause is shown.

DATED this 16th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE