Victoria W. Ni
Public Justice, P.C.
555 12th Street, Suite 1230
Oakland, CA 94607
Phone: (510) 622-8150
Fax: (510) 622-8155
vni@publicjustice.net

Gabriel S.H. Hopkins
Public Justice, P.C.
1825 K Street NW, Suite 200
Washington, DC 20006
Phone: (202) 797-8600
Fax: (202) 232-7203
ghopkins@publicjustice.net

Craig Friedberg
Law Offices of Craig Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Phone: (702) 435-7968
Fax: (702) 946-0887
attcbf@cox.net

*Attorneys for Intervenor Americans for Financial Reform*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 2:12-cv-00536-GMN-VCF<br><br>**INTERVENOR AMERICANS FOR FINANCIAL REFORM'S MOTION TO WITHDRAW COUNSEL** |

Intervenor, Americans for Financial Reform, by its undersigned counsel, hereby moves this Court pursuant to Local Rule IA 10-6 to withdraw the appearance of Gabriel S.H. Hopkins as counsel for Intervenor. In support of this motion, Intervenor states as follows:

1. Mr. Hopkins has been one of the attorneys representing Intervenor in this case.
2. Mr. Hopkins will cease his employment with Public Justice, PC on September 30, 2016.
3. Attorney Victoria Ni of Public Justice, PC, admitted to this Court's bar pro hac vice for purposes of this action, will remain counsel for Intervenor.
4. Notice of the withdrawal of Mr. Hopkins has been provided to Intervenor and, as stated in the certificate of service, to all counsel.
5. The withdrawal of Mr. Hopkins will not cause any delay of proceedings, discovery, the trial, or any hearing in this case

WHEREFORE, Intervenor respectfully requests that the Court grant this Motion to Withdraw Counsel and grant such other and further relief as the Court deems just and proper.

DATE:  September 27, 2016

Respectfully submitted,

\s\ *Gabriel S.H. Hopkins*

Gabriel S.H. Hopkins
Public Justice, P.C.
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
(202) 232-7203 (fax)

Victoria Ni
Public Justice, P.C.
555 12th Street, Suite 1230
Oakland, CA 94607
(510) 622-8150

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  9-29-2016

Motion to Withdraw Attorney - 2

(510) 622-8155 (fax)

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), and Local Rule LR5-4, I hereby certify that on December 1, 2015, I submitted the foregoing Motion to Unseal electronically for filing with the United States District Court of Nevada.  Service of the foregoing document shall be made on the following counsel of record via electronic mail:

Nikhil Singhvi (nsingvi@ftc.gov)
Ioana Rusu (irusu@ftc.gov)
Jason D. Schall (jschall@ftc.gov)
Courtney Ann Estep (cestep@ftc.gov)
Thomas E. Kane (tkane@ftc.gov)
Blaine T. Welsh (blaine.welsh@usdoj.gov)
Helen Wong (hwong@ftc.gov)
*Attorneys for Federal Trade Commission*

Adam Hoffinger (ahoffinger@mofo.com)
Conly J. Schulte (cschulte@ndnlaw.com)
Francis J. Nyhan (jnyhan@ndnlaw.com)
Nicole Ducheneaux (nducheneaux@ndnlaw.com)
Joshua M. Dickey (jdickey@baileykennedy.com)
*Attorneys for Defendants Red Cedar Services, Inc. dba 500FastCash; SFS, Inc. dba OneClickCash*

Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sandy I. Weisburst@quinnemanuel.com)
Von S. Heinz (vheinz@lrrlaw.com)
Darren J. Lemieux (dlemieux@lrrlaw.com)
E. Leif Reid (lreid@lrrlaw.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Ryan C. Hudson (rhudson@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Richard Howell (rhowell@kirkland.com)
Bradley Weidenhammer (bweidenhammer@kirkland.com)
Lally Gartel (lally.gartel@kirkland.com)
Charles Kalil (ckalil@kirkland.com)

Andrew A. Kassof (andrew.kassof@kirkland.com)
Bradley S. Lui (Blui@mofo.com)
David J. Merrill (david@djmerrillpc.com)
*Attorneys for AMG Services, Inc.; MNE Services, Inc.*

Whitney P. Strack (pstrack@gravesgarrett.com)
Nathan F. Garrett (ngarrett@gravesgarrett.com)
Gregory A Brower (gbrower@swlaw.com)
Kelly H. Dove (kdove@swlaw.com)
Brian R. Reeve (breeve@swlaw.com)
*Attorneys for Don E. Brady*

Alyssa D. Campbell (acampbell@laic-law.com)
Paul C. Ray (paulcraylaw@aol.com)
*Attorney for Troy L. LittleAxe*

Michael R. Ernst (mre@juww.com)
L. Christopher Rose (lcr@juww.com)
*Attorney for Muir Law Firm, LLC; Timothy J. Muir*

Andrew P. Gordon (agordon@mcdonaldcarano.com)
*Attorney for Partner Weekly, LLC*

Robert L. Rosenthal (rrosenthal@howardandhoward.com)
Jay Young (jay@h2law.com)
*Attorney for Robert D. Campbell*

Hector J. Carbajal, II (hjc@cmlawnv.com)
*Attorney for First International Bank & Trust*

Jeremy R. Vanderloop (jvanderloop@madvanlaw.com)
Martin L. Welsh (mwelsh@lvlaw.com)
*Attorney for ETS Ventures, LLC*

Dated this 27th Day of September, 2016,
at Washington, DC.

/s/ Gabriel S.H. Hopkins
Gabriel S.H. Hopkins
Thornton-Robb Attorney
Public Justice, P.C.

Motion to Withdraw Attorney - 5