UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>            Defendants. | 2:12-cv-00536-GMN-VCF<br><br>**ORDER** |

      Before the Court is Federal Trade Commission's Motion to Expedite Briefing regarding Motion for Appointment of Receiver (ECF No. 1065).

      IT IS HEREBY ORDERED that Federal Trade Commission's Motion to Expedite Briefing regarding Motion for Appointment of Receiver (ECF No. 1065) is GRANTED. Any opposition to the Motion for Appointment of Receiver (ECF No. 1064) must be filed on or before October 20, 2016. Any reply in support of the Motion for Appointment of Receiver (ECF No. 1064) must be filed on or before October 27, 2016.

      DATED this 13th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE