# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

FEDERAL TRADE COMMISSION,

           Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

           Defendants.

2:12-cv-00536-GMN-VCF

**<u>ORDER</u>**

Before the Court is Holland & Hart LLP's Motion to Withdraw as Counsel of Record for Relief Defendants Kim C. Tucker and Park 269 LLC (ECF No. 1060).

To date, no opposition has been filed.  Under Local Rule 7-2(b), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Accordingly,

IT IS HEREBY ORDERED that Holland & Hart LLP's Motion to Withdraw as Counsel of Record for Relief Defendants Kim C. Tucker and Park 269 LLC (ECF No. 1060) is GRANTED.

IT IS FURTHER ORDERED that Relief Defendants Kim C. Tucker and Park 269 LLC must designate local counsel on or before November 28, 2016.

DATED this 26th day of October, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE