DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone:  (702) 388-6336
Facsimile: (702) 388-6787
Email:  Blaine.Welsh@usdoj.gov


DAVID C. SHONKA
Acting General Counsel
NIKHIL SINGHVI
JASON D. SCHALL
HELEN P. WONG
IOANA RUSU
COURTNEY A. ESTEP
THOMAS E. KANE
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone:  (202) 326-3480 (Singhvi)
Facsimile: (202) 326-3768
Email:  nsinghvi@ftc.gov (Singhvi); jschall@ftc.gov (Schall)
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>AMG Services, Inc., et al.,<br><br>        Defendants, and<br><br>Park 269, LLC, et al.,<br><br>        Relief Defendants. | Case No. 2:12-cv-536<br><br>**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** |

Pursuant to LR IA 11-3, the Federal Trade Commission respectfully requests that this honorable Court admit Government attorney Kimberly L. Nelson to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Nelson is an attorney with the Federal Trade Commission, an agency of the federal government, and is a member in good standing of the bar of the Commonwealth of Virginia (Bar Number 47224).  The following contact information is provided to the Court:

> Kimberly L. Nelson
> Federal Trade Commission
> 600 Pennsylvania Ave., NW
> Mailstop CC-9528
> Washington, DC  20580
> Phone:  (202) 326-3304
> Facsimile:  (202) 326-3197
> Email:  knelson@ftc.gov

Accordingly, the Federal Trade Commission respectfully requests that the Court admit Kimberly L. Nelson to practice in the District of Nevada for the duration of her employment by the United States.

Respectfully submitted this 25th day of October 2016.

> */s Nikhil Singhvi*
> Nikhil Singhvi
> *Attorney for Plaintiff*
> *Federal Trade Commission*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED this __7__ day of November, 2016.

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on this date by the below identified method of service:

**Electronic Case Filing:**

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

Jeffrey Vanderloop (jvanderloop@madvanlaw.com)
Martin Welsh (mwelsh@lvlaw.com)
*Attorneys for Interested Third Parties El Dorado Trailer Sales, LLC and ETS Ventures, LLC*

Dates this 25th day of October, 2016.

                                               */s Nikhil Singhvi*
                                               Nikhil Singhvi
                                               *Attorney for the Federal Trade Commission*