# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>    Defendants. | 2:12-cv-00536-GMN-VCF<br>**ORDER**<br><br>[Tucker Defendants' Motion for Leave to File Surreply in Opposition to FTC's Reply in Support of Motion for Order Directing Turnover of Assets (ECF No. 1069)] |

Before the Court is Tucker Defendants' Motion for Leave to File Surreply in Opposition to FTC's Reply in Support of Motion for Order Directing Turnover of Assets. (ECF No. 1069).

Pursuant to Local Rule 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed. It would seem that the other parties have consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Tucker Defendants' Motion for Leave to File Surreply in Opposition to FTC's Reply in Support of Motion for Order Directing Turnover of Assets (ECF No. 1069) is GRANTED.

The Tucker Defendants must file their Surreply (ECF No. 1069-1) on or before November 16, 2016.

DATED this 9th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE