DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

DAVID C. SHONKA
Acting General Counsel
NIKHIL SINGHVI
600 Pennsylvania Avenue, NW
Mailstop CC-10232
Washington, D.C. 20580
Phone: (202) 326-3480
Facsimile: (202) 326-3197
Email: nsinghvi@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-536 |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO WITHDRAW ATTORNEYS** |
| AMG Services, Inc. et al., | |
| Defendants, and | |
| Park 269, LLC, et al., | |
| Relief Defendants. | |

Pursuant to LR IA 11-6(b), Plaintiff Federal Trade Commission ("FTC") and attorneys Nikhil Singhvi, Jason D. Schall, Helen P. Wong, Ioana Rusu, Courtney A. Estep, and Thomas E. Kane respectfully move the Court for leave to withdraw as attorneys in this case, stating as follows:

1. On September 30, 2016, the Court entered a final judgment in this case. (ECF No. 1057.)

2. On November 7, 2016, the Court approved the FTC's motion to admit Kimberly L. Nelson as its attorney in this case. (ECF No. 1084.) Ms. Nelson is an attorney in the FTC's enforcement division, which is responsible for post-judgment order compliance in FTC matters.

3. With the entry of judgment and with Ms. Nelson's appearance, FTC attorneys Nikhil Singhvi, Jason D. Schall, Helen P. Wong, Ioana Rusu, Courtney A. Estep, and Thomas E. Kane will cease representing the FTC in this case.

4. Notice of the withdrawal of attorneys Singhvi, Schall, Wong, Rusu, Estep, and Kane has been provided to the FTC and, as stated in the certificate of service, to opposing counsel.

5. Because the Court has entered final judgment (ECF No. 1057), and because attorney Nelson is assuming responsibility for any further proceedings in this Court, the withdrawal of attorneys Singhvi, Schall, Wong, Rusu, Estep, and Kane shall not cause any delay of pretrial proceedings, discovery, the trial, or any hearing in this case.

WHEREFORE, the FTC and respectfully move the Court for leave to withdraw Nikhil Singhvi, Jason D. Schall, Helen P. Wong, Ioana Rusu, Courtney A. Estep, and Thomas E. Kane as attorneys in this case.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1  Dated:  November 16, 2016

Respectfully submitted,

*/s Nikhil Singhvi*
Nikhil Singhvi

*/s Jason D. Schall*
Jason D. Schall

*/s Helen P. Wong*
Helen P. Wong

*/s Ioana Rusu*
Ioana Rusu

*/s Courtney A. Estep*
Courtney A. Estep

*/s Thomas E. Kane*
Thomas E. Kane

***Attorneys for Plaintiff Federal Trade Commission***


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

November 16, 2016
DATED: _____

**CERTIFICATE OF SERVICE**

I, Nikhil Singhvi, certify that, as indicated below, all parties were served by ECF with **PLAINTIFF'S MOTION TO WITHDRAW ATTORNEYS** filed with the Court.

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

Jeffrey Vanderloop (jvanderloop@madvanlaw.com)
Martin Welsh (mwelsh@lvlaw.com)
*Attorneys for Interested Third Parties El Dorado Trailer Sales, LLC and ETS Ventures, LLC*

November 16, 2016
*/s Nikhil Singhvi*
Nikhil Singhvi