DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

KIMBERLY L. NELSON
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mailstop CC-9528
Washington, D.C. 20580
Phone: (202) 326-3304
Facsimile: (202) 326-3197
Email: knelson@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

AMG Services, Inc., et al.,

Defendants, and

Park 269, LLC, et al.,

Relief Defendants.

Case No. 2:12-cv-536

**JOINT MOTION AND STIPULATION FOR ELEVEN-DAY STAY OF FILING DEADLINES AND ADJUDICATION OF POST-JUDGMENT MOTIONS**
**(Third Request)**

The Federal Trade Commission ("FTC") and Defendants Scott Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners (collectively, "Tucker Defendants") request that the Court stay all deadlines and the adjudication of pending post-judgment motions for an additional eleven days (until November 28, 2016). The FTC and Tucker Defendants are currently engaged in negotiations to attempt to resolve the pending Motion for Order Directing Turnover of Assets (ECF No. 1059, "Turnover Motion"), the Motion for Appointment of a Receiver (ECF No. 1064 (filed under seal), "Receiver Motion"), and the oppositions filed thereto. In order to facilitate and possibly conclude those discussions, the parties request that the Court not rule on the Turnover Motion or the Receiver Motion before November 29, 2016. Similarly, the parties request that the Court extend the deadline for the FTC to file its reply brief to the Receiver Motion to November 28, 2016. This is the third stipulation for an extension regarding the Turnover Motion and Receiver Motion.

The FTC and Tucker Defendants respectfully request that the Court temporarily stay existing deadlines and the adjudication of the Turnover Motion and Receiver Motion as follows:

1. On September 30, 2016, this Court entered an Order granting the FTC's summary judgment motion on Phase 2, and entered judgment against the Tucker Defendants and the Relief Defendants. Order (ECF No. 1057).
2. To facilitate post-judgment collection and enforcement of the Court's Order, the FTC filed the Turnover Motion on October 3 and the Receiver Motion on October 13. The Tucker Defendants have opposed each motion. *See generally*, Tucker Defendants' Response in Opposition to FTC's Motion for Order Directing Turnover of Assets (ECF No. 1061); Tucker Defendants' Opposition to Motion for Appointment of a Receiver (ECF No. 1071). Presently, only one filing deadline (November 17) remains – for the FTC's reply in support of its Receiver Motion.
3. Good cause exists to stay deadlines and adjudication. The FTC and Tucker Defendants are presently discussing possible compromises to resolve the pending Turnover Motion and Receiver Motion. If these negotiations are successful, the parties intend to submit a joint proposed order that would resolve both motions. However, a Court ruling in the midst of the parties' discussions could adversely affect the parties' negotiations. Similarly, the

pending filing deadline diverts the FTC's resources away from the ongoing negotiations. Finally, a temporary stay permits the Court to conserve its scarce resources and promotes judicial economy. Thus, cause exists for a temporary stay that permits the Court to preserve its resources while the parties attempt to reach a consensual resolution.

4. The FTC and Tucker Defendants jointly request that the following deadlines govern the Turnover Motion and the Receiver Motion:

   a. The deadline for the FTC to file its reply in support of its Motion for Appointment of a Receiver (ECF No. 1064 (filed under seal)) is extended to November 28, 2016;

   b. Adjudication of the Motion for Appointment of a Receiver (ECF No. 1064) and the Motion for Order Directing Turnover of Assets (ECF No. 1059) is stayed until November 29, 2016; and

   c. The temporary stay of deadlines and adjudication is without prejudice to further requests to extend pending deadlines and adjudication of the post-judgment motions.

If this Stipulation is accepted by the Court, the previous deadlines for the FTC's reply brief (ECF Nos. 1068, 1079, and 1083) are rendered moot.

Dated: November 17, 2016

/s/ Kimberly L. Nelson
Kimberly L. Nelson
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-9528
Washington, DC 20580
knelson@ftc.gov
Tel. (202) 326-3304
Fax (202) 326-3197

*Attorney for Plaintiff Federal Trade Commission*

/s/ Jeffrey D. Morris
Jeffrey D. Morris
Nick J. Kurt
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Phone: (816) 561-7007
Fax: (816) 561-1888
jmorris@berkowitzoliver.com
nkurt@berkowitzoliver.com

*Attorney for Defendants Scott A. Tucker, AMG Capital Management, LLC, Level 5 Motorsports, LLC, Black Creek Capital Corporation, and Broadmoor Capital Partners*

**IT IS SO ORDERED:**

____________________________________
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2016

**CERTIFICATE OF SERVICE**

I, Kimberly L. Nelson, certify that, as indicated below, all parties were served with the FTC's **AGREED MOTION AND STIPULATION FOR ELEVEN-DAY STAY OF FILING DEADLINES AND ADJUDICATION OF POST-JUDGMENT MOTIONS** on this date by the below identified method of service:

**Electronic Case Filing:**

Von S. Heinz (vheinz@lrrc.com)
Darren J. Lemieux (dlemieux@lrrc.com)
E. Leif Reid (lreid@lrrc.com)
Jeffrey D. Morris (jmorris@berkowitzoliver.com)
Nick J. Kurt (nkurt@berkowitzoliver.com)
Justin C. Griffin (justingriffin@quinnemanuel.com)
Sanford I. Weisburst (sandyweisburst@quinnemanuel.com)
Kathleen Sullivan (kathleensullivan@quinnemanuel.com)
*Attorneys for Defendants AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Nereyda M. Tucker, as Executor of the Estate of Blaine A. Tucker*

Patrick J. Reilly (preilly@hollandhart.com)
Linda C. McFee (lmcfee@mcdowellrice.com)
Robert Peter Smith (petesmith@mcdowellrice.com)
*Attorneys for Relief Defendants Kim C. Tucker and Park 269 LLC*

Victoria W. Ni (vni@publicjustice.net)
Craig B. Friedberg (attcbf@cox.net)
*Attorneys for Intervenor Americans for Financial Reform*

Jeffrey Vanderloop (jvanderloop@madvanlaw.com)
Martin Welsh (mwelsh@lvlaw.com)
*Attorneys for Interested Third Parties El Dorado Trailer Sales, LLC and ETS Ventures, LLC*

Dated: November 17, 2016

/s/ Kimberly L. Nelson
Kimberly L. Nelson
*Attorney for the Federal Trade Commission*