**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMG SERVICES, INC., *et al.*,<br><br>　　　　　Defendants. | 2:12-cv-00536-GMN-VCF<br>**ORDER GRANTING MONITOR'S FIRST INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES** |

　　　　Before the Court is the Notice of First Interim Application and Interim Application of Monitor for Order Approving Fees and Expenses (ECF No. 1112).

　　　　Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to oppose has passed. Here, it would seem that the parties have consented to the granting of the instant motion.

　　　　Thomas W. McNamara, as court-appointed Monitor, has moved the Court for approval to pay invoices for fees and expenses of the Monitor and his professionals for the period December 1, 2016 through January 25, 2017.

　　　　Mr. McNamara was appointed Monitor in this matter by an Order Appointing Monitor and Freezing Assets ("Monitor Order") filed November 30, 2016 (ECF No. 1099). The Monitor Order (Sections VIII(L)-(M) and XV) provides that the Monitor may engage attorneys and other professionals and that the fees of the Monitor and his professionals be paid from the Monitorship Estate based on

periodic requests to the court with the first such request filed no more than sixty (60) days after the date of the Monitor Order. *Id.*

The Court has reviewed the Monitor's Declaration and supporting documents, accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that and the Monitor's application (ECF No. 1112) is GRANTED and the Monitor's requested payment is approved of the following amounts for fees and expenses: $46,657.50 for the fees and $6,781.55 expenses of the Monitor and staff to be paid to Thomas W. McNamara dba Regulatory Resolutions; $47,666.50 fees and $2,012.49 expenses of the Monitor's counsel, to be paid to McNamara Benjamin LLP.

IT IS FURTHER ORDERED that the monitorship continues in order to further pursue the duties assigned in the Monitor Order.

IT IS SO ORDERED.

DATED this 1st day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE