Jay Young, Esq., Nevada Bar No. 5562
HOWARD & HOWARD ATTORNEYS, PLLC
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  (702) 257-1483
Facsimile:  (702) 567-1568
Electronic Mail: Jay@h2law.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMG SERVICES, INC., et al.<br><br>　　　　　　Defendants, and<br><br>PARK 269, LLC, et al.<br><br>　　　　　　Relief Defendants. | Case No.:  2:12-cv-536-GMN-(VCF) |

**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

　　　Jay Young, Esq. from the law offices of Howard & Howard Attorneys, PLLC, was prior counsel for Robert Campbell hereby files this Motion to Remove Counsel from CM/ECF Service List.  This motion is based on the fact that Jay Young, Esq. no longer represents the interests for any of the above-named parties, and wishes to be removed from the CM/ECF service list with regard to this case.

　　　DATED this 15th day of March, 2017.

　　　　　　　　　　　　　HOWARD AND HOWARD ATTORNEYS PLLC

　　　　　　　　　　　　　 /s/ Jay Young
　　　　　　　　　　　　　Young, Esq., Nevada Bar No. 5562
　　　　　　　　　　　　　0 Howard Hughes Parkway
　　　　　　　　　　　　　Vegas, NV  89169

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 3-24-2017

Page 1 of 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** was submitted electronically for filing and served to the following via the CM/ECF system on 15th day of March, 2017.

| | |
|---|---|
| Abran E. Vigil | vigila@ballardspahr.com, carltonm@ballardspahr.com, LVDocket@ballardspahr.com |
| Alyssa D. Campbell | acampbell@laic-law.com |
| Andrew A Kassof | andrew.kassof@kirkland.com, sheri.gorniak@kirkland.com |
| Andrew P Gordon | agordon@mcdonaldcarano.com, cgerard@mcdonaldcarano.com |
| Blaine T Welsh | Blaine.Welsh@usdoj.gov, CaseView.ECF@usdoj.gov, eunice.jones@usdoj.gov, jenni.vosburgh@usdoj.gov, sue.knight@usdoj.gov |
| Bradley Weidenhammer | bweidenhammer@kirkland.com, lally.gartel@kirkland.com, mel.cribbin@kirkland.com |
| Bradley S Lui | BLui@mofo.com, cwoods@mofo.com |
| Brian R. Reeve | brian.reeve@cityofhenderson.com, cheryl.boyd@cityofhenderson.com |
| Charles Kalil | ckalil@kirkland.com |
| Conly J Schulte | cschulte@ndnlaw.com, ccyriacks@ndnlaw.com, hphelps@ndnlaw.com |
| Craig B. Friedberg | attcbf@cox.net, attcbf@hotmail.com, attcbf@pacernotice.com, attcbf@yahoo.com, cbfriedberg@justice.com |
| Darren J. Lemieux | dlemieux@lrrc.com, twallace@lrrc.com |
| David J. Merrill | david@djmerrillpc.com |
| E. Leif Reid | lreid@lrrc.com, amcdannald@lrrc.com, dlemieux@lrrc.com, mhudgens@lrrc.com |
| Edward Chang | echang@mcnamarallp.com, jjacobs@mcnamarallp.com |
| Francis J. Nyhan | jnyhan@ndnlaw.com, fbrooks@ndnlaw.com, sballuff@ndnlaw.com |
| Gregory A Brower | gbrower@swlaw.com |

*Howard & Howard Attorneys PLLC*
*3800 Howard Hughes Pkwy., Ste. 1000*
*Las Vegas, NV 89169*
*(702) 257-1483*

| | | |
|---|---|---|
| 1 | | |
| 2 | Jeffrey D Morris | jmorris@berkowitzoliver.com, jbostrander@berkowitzoliver.com, jchrisman@berkowitzoliver.com |
| 3 | | |
| 4 | Jeremy R. Vanderloop | jvanderloop@madvanlaw.com |
| 5 | Joshua M Dickey | jdickey@baileykennedy.com, bkfederaldownloads@baileykennedy.com, krodman@baileykennedy.com, smurnane@baileykennedy.com |
| 6 | | |
| 7 | | |
| 8 | Kelly H Dove | kdove@swlaw.com, DOCKET_LAS@swlaw.com, lluxford@swlaw.com, rlengsavath@swlaw.com |
| 9 | | |
| 10 | Kimberly L. Nelson | knelson@ftc.gov |
| 11 | L. Christopher Rose | lcr@juww.com, FedCt@juww.com, kom@juww.com |
| 12 | Martin L. Welsh | mwelsh@lvlaw.com, l.finchio@nevlaw.com |
| 13 | Michael R Ernst | mre@juww.com, em@juww.com, kom@juww.com |
| 14 | Nathan F. Garrett | ngarrett@gravesgarrett.com, ecf@gravesgarrett.com, nkruger@gravesgarrett.com |
| 15 | | |
| 16 | Nick J Kurt | nkurt@berkowitzoliver.com, vphommachanh@berkowitzoliver.com |
| 17 | Nicole Ducheneaux | nducheneaux@ndnlaw.com, bmaxell@ndnlaw.com, lschuler@ndnlaw.com, swhitford@ndnlaw.com, tsmith@ndnlaw.com |
| 18 | | |
| 19 | Paul C Ray | paulcraylaw@aol.com, paulcraylaw@gmail.com |
| 20 | Richard Howell | rhowell@kirkland.com |
| 21 | | |
| 22 | Robert L Rosenthal | rrosenthal@howardandhoward.com, bdunn@howardandhoward.com, jw@h2law.com |
| 23 | | |
| 24 | Sara J. O'Connell | soconnell@mcnamarallp.com, jjacobs@mcnamarallp.com |
| 25 | Victoria W. Ni | vni@publicjustice.net |
| 26 | Von S. Heinz | vheinz@lrrc.com, dprovost@lrrc.com, jestrada@lrrc.com |
| 27 | Whitney P Strack | pstrack@gravesgarrett.com, ecf@gravesgarrett.com, nkruger@gravesgarrett.com |
| 28 | | */s/ Angela Westlake* |

**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
(702) 257-1483