||
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

FEDERAL TRADE COMMISSION,

           Plaintiff(s),

  vs.

AMG SERVICES, INC., et al.,

           Defendant(s).

Case #2:12-cv-00536-GMN-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Sanjay Bhandari_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

McNamara Benjamin LLP
(firm name)

with offices at _____501 West Broadway, Suite 2020_____,
(street address)

____San Diego____, ____California____, ____92101____,
(city) (state) (zip code)

____619-269-0400____, ____sbhandari@mcnamarallp.com____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Thomas W. McNamara, Monitor____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___April 26, 1996___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C., Southern District of California | 10/4/1999 | 181920 |
| U.S.D.C., Northern District of California | 3/10/1997 | 181920 |
| U.S.D.C., Central District of California | 11/17/1998 | 181920 |
| U.S. Court of Appeals for the Ninth Circuit | 1/28/1999 | 181920 |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)  None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
COUNTY OF _____San Diego_____ )

_____Sanjay Bhandari_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__18TH__ day of __APRIL__, __2017__.

_____
Notary Public or Clerk of Court

JOSEPH CONWAY
Commission # 2090207
Notary Public - California
San Diego County
My Comm. Expires Nov 16, 2018

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Abran Vigil_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____100 North City Parkway, Suite 1750_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89106-4617_____,
(city)               (state)              (zip code)

_____702-868-7523_____, _____vigila@ballardspahr.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Abran Vigil_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Thomas W. McNamara, Monitor
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7548                    vigila@ballardspahr.com
Bar number              Email address

APPROVED:
Dated: this __19__ day of __April__, 20 _17_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of April, 2017, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing a true and correct copy of the foregoing **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Blaine T. Welsh
U.S. Attorney's Office
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Tel.:   702-388-6336
Email: Blaine.Welsh@usdoj.gov
*Attorneys for FTC*

**VIA CM/ECF**
Jeremy R. Vanderloop
Madden Vanderloop, S.C.
116 S. Main Street
Mayville, WI 53050
Tel.:   920-387-2300
Fax:   920-387-4428
Email: jvanderloop@madvanlaw.com
*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales*

**VIA CM/ECF**
Kimberly L. Nelson
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Stop CC-9528
Washington, DC 20580
Tel.:   202-326-3304
Fax:   202-326-3197
Email: knelson@ftc.gov
*Attorneys for FTC*

**VIA CM/ECF**
Nicole Ducheneaux
Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE 68116
Tel.:   402-333-4053
Fax:   402-333-4761
Email: nducheneaux@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

**VIA CM/ECF**
Conly J. Schulte
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel.:   303-673-9600
Fax:   303-673-9839
Email: cschulte@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; LeadFlash Consulting, LLC*

**VIA CM/ECF**
Martin L. Welsh
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd.
Henderson, NV 89074
Tel.:   702-434-3444
Fax:   702-434-3739
Email: mwelsh@lvlaw.com
*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales*

**VIA CM/ECF**
Francis J. Nyhan
Fredericks Peebles & Morgan LLP
2020 L Street, Ste. 250
Sacramento, CA 95811
Tel.:   916-441-2700
Fax:   916-441-2067
Email: jnyhan@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

**VIA CM/ECF**
Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Tel.:   702-562-8820
Fax:   702-562-8821
Email: jdickey@baileykennedy.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

| | |
|---|---|
| **VIA CM/ECF**<br>Victoria W. Ni<br>Public Justice, PC<br>555 - 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel.:   510-622-8150<br>Fax:   510-622-8155<br>Email: vni@publicjustice.net<br>*Attorneys for Intervenor Americans for Financial Reform* | **VIA CM/ECF**<br>Paul C. Ray<br>Paul C. Ray, Chtd.<br>3560 West Cheyenne Avenue, Suite 130<br>North Las Vegas, NV 89032<br>Tel.:    702-723-2292<br>Fax:    702-823-2384<br>Email: paulcraylaw@aol.com<br>*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* |

**VIA CM/ECF**
Craig B. Friedberg
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Tel.:   702-435-7968
Fax:    702-946-0887
Email: attcbf@cox.net
*Attorneys for Intervenor Americans for Financial Reform*


  /S/ Edward Chang
Edward Chang
*Attorneys for the Court-appointed Monitor, Thomas W. McNamara*

**TABLE OF CONTENTS**

**Exhibit**                                                                                                          **Page**

A   Certificate of Standing ................................................................................................ 1

# EXHIBIT A

Certificate of Standing

EXHIBIT A

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617   TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

March 15, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SANJAY BHANDARI, #181920 was admitted to the practice of law in this state by the Supreme Court of California on April 26, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records