UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br>AMG SERVICES, INC., et al.,<br>    Defendants, and<br>PARK 269 LLC, et al.,<br>    Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**ORDER APPROVING SETTLEMENT WITH GLENN FISHER AND 5G CAPITAL, LLC**<br><br>JUDGE:    Hon. Gloria M. Navarro |

Having reviewed the joint motion of the Court-appointed Monitor Thomas W. McNamara and non-parties Glenn Fisher and 5G Capital, LLC (the "5G Capital Parties") and the Settlement Agreement attached thereto (the "Agreement") and for good cause shown,

**IT IS HEREBY ORDERED** that the Agreement is hereby APPROVED. The Court shall retain jurisdiction over the interpretation and enforcement of the Agreement.

**IT IS SO ORDERED.**

DATED this __18__ day of June, 2017.

_____
HON. GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE