Thomas W. McNamara
info@regulatoryresolutions.com
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Court-Appointed Monitor*

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
Daniel M. Benjamin (*Pro Hac Vice*)
dbenjamin@mcnamarallp.com
Sara J. O'Connell (*Pro Hac Vice*)
soconnell@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Attorneys for Court-Appointed Monitor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>AMG SERVICES, INC., et al.,<br><br>    Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>    Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>JUDGE: Hon. Gloria M. Navarro |

| | |
|---|---|
| 1 | TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD: |
| 2 | This notice serves to advise that Daniel M. Benjamin of McNamara Smith LLP, counsel |
| 3 | for Thomas W. McNamara, the Court-Appointed Monitor in the above-captioned case, hereby |
| 4 | withdraws from the above-captioned case as of the date of this filing due to his departure from |
| 5 | private practice and acceptance of a position as an Administrative Law Judge as of October 16, |
| 6 | 2017. Please remove Mr. Benjamin from all future mailings and notices with respect to this |
| 7 | case. |
| 8 | Edward Chang and Sara J. O'Connell of McNamara Smith LLP and Abran Vigil of |
| 9 | Ballard Spahr LLP will continue to act as counsel for Mr. McNamara. |
| 10 | Dated: October 12, 2017     MCNAMARA SMITH LLP |
| 12 | By:   /s/ Daniel M. Benjamin
Attorneys for Court-Appointed Monitor, Thomas W. McNamara |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-23-2017

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2017, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**, postage prepaid and addressed to the following:

| | |
|---|---|
| **VIA CM/ECF**<br>Blaine T. Welsh<br>U.S. Attorney's Office<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, NV 89101<br>Tel.: 702-388-6336<br>Email: Blaine.Welsh@usdoj.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Jeremy R. Vanderloop<br>Madden Vanderloop, S.C.<br>116 S. Main Street<br>Mayville, WI 53050<br>Tel.: 920-387-2300<br>Fax: 920-387-4428<br>Email: jvanderloop@madvanlaw.com<br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales; and Dale E. Becker* |
| **VIA CM/ECF**<br>Kimberly L. Nelson<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-9528<br>Washington, DC 20580<br>Tel.: 202-326-3304<br>Fax: 202-326-3197<br>Email: knelson@ftc.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Nicole Ducheneaux<br>Fredericks Peebles & Morgan LLP<br>3610 North 163rd Plaza<br>Omaha, NE 68116<br>Tel.: 402-333-4053<br>Fax: 402-333-4761<br>Email: nducheneaux@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* |
| **VIA CM/ECF**<br>Conly J. Schulte<br>Fredericks Peebles & Morgan LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Tel.: 303-673-9600<br>Fax: 303-673-9839<br>Email: cschulte@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; LeadFlash Consulting, LLC* | **VIA CM/ECF**<br>Martin L. Welsh<br>Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd.<br>Henderson, NV 89074<br>Tel.: 702-434-3444<br>Fax: 702-434-3739<br>Email: mwelsh@lvlaw.com<br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales; and Dale E. Becker* |
| **VIA CM/ECF**<br>Francis J. Nyhan<br>Fredericks Peebles & Morgan LLP<br>2020 L Street, Ste. 250<br>Sacramento, CA 95811<br>Tel.: 916-441-2700<br>Fax: 916-441-2067<br>Email: jnyhan@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Joshua M. Dickey<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>Tel.: 702-562-8820<br>Fax: 702-562-8821<br>Email: jdickey@baileykennedy.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* |

| | |
|---|---|
| **VIA CM/ECF**<br>Victoria W. Ni<br>Public Justice, PC<br>555 - 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel.:   510-622-8150<br>Fax:   510-622-8155<br>Email: vni@publicjustice.net<br>*Attorneys for Intervenor Americans for Financial Reform* | **VIA CM/ECF**<br>Paul C. Ray<br>Paul C. Ray, Chtd.<br>8670 West Cheyenne Avenue, Suite 130<br>Las Vegas, NV 89129<br>Tel.:   702-823-2292<br>Fax:   702- 823-2384<br>Email: paulcraylaw@aol.com<br>*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* |

**VIA CM/ECF**
Craig B. Friedberg
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Tel.:   702-435-7968
Fax:   702-946-0887
Email: attcbf@cox.net
*Attorneys for Intervenor Americans for Financial Reform*


  /s/ Daniel M. Benjamin
Daniel M. Benjamin
*Attorneys for the Court-appointed Monitor, Thomas W. McNamara*