Thomas W. McNamara
info@regulatoryresolutions.com
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Court-Appointed Monitor*

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401
*Attorneys for Court-Appointed Monitor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMG SERVICES, INC., et al.,<br><br>　　　　　Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>　　　　　Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**MOTION FOR LEAVE TO WITHDRAW SARA J. O'CONNELL AS COUNSEL OF RECORD**<br><br>JUDGE:   Hon. Gloria M. Navarro |

Pursuant to LR IA 11-6, Thomas W. McNamara, the Court-Appointed Monitor, by and through his attorney of record, hereby moves this Court for an Order permitting Sara J. O'Connell to withdraw as counsel in the above-captioned case due to her departure from the firm McNamara Smith LLP. This motion is supported by the accompanying memorandum of points and authorities, the Declaration of Edward Chang, and all pleadings and papers on file in this action.

Dated: December 21, 2017          MCNAMARA SMITH LLP

By:   /s/ Edward Chang
      Attorneys for Court-Appointed Monitor,
      Thomas W. McNamara

## MEMORANDUM OF POINTS AND AUTHORITIES

As of December 11, 2017, Sara J. O'Connell is no longer associated with McNamara Smith LLP. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affect client and opposing counsel." As set forth in the Declaration of Edward Chang, Thomas W. McNamara has consented to Ms. O'Connell's withdrawal. By electronically filing this motion, it will be served via the Court's CM/ECF system.

Additionally, "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e). The withdrawal of Ms. O'Connell will not result in delay of discovery, the trial, or any hearing in the case. Abran Vigil of Ballard Spahr LLP and Edward Chang will continue to act as counsel for Mr. McNamara.

///
///
///
///
///

For the reasons set forth above, the Monitor respectfully requests the Court enter an order granting leave for Sara J. O'Connell to withdraw as counsel of record for Thomas W. McNamara. Additionally, Ms. O'Connell should be removed from all future mailings and notices with respect to this case.

Dated: December 21, 2017						MCNAMARA SMITH LLP


								By:   /s/ Edward Chang
								     Attorneys for Court-Appointed Monitor,
								     Thomas W. McNamara


								IT IS SO ORDERED:

								_____
								MAGISTRATE JUDGE CAM FERENBACH
								UNITED STATES MAGISTRATE JUDGE

								           12-21-2017
								DATED: _____

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2017, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW SARA J. O'CONNELL AS COUNSEL OF RECORD**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Blaine T. Welsh
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Tel.:  702-388-6336
Email: Blaine.Welsh@usdoj.gov
*Attorneys for FTC*

**VIA CM/ECF**
Jeremy R. Vanderloop
Madden Vanderloop, S.C.
116 S. Main Street
Mayville, WI 53050
Tel.:  920-387-2300
Fax:  920-387-4428
Email: jvanderloop@madvanlaw.com
*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales; and Dale E. Becker*

**VIA CM/ECF**
Kimberly L. Nelson
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Stop CC-9528
Washington, DC 20580
Tel.:  202-326-3304
Fax:  202-326-3197
Email: knelson@ftc.gov
*Attorneys for FTC*

**VIA CM/ECF**
Nicole Ducheneaux
Fredericks Peebles & Morgan LLP
3610 North 163rd Plaza
Omaha, NE 68116
Tel.:  402-333-4053
Fax:  402-333-4761
Email: nducheneaux@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

**VIA CM/ECF**
Conly J. Schulte
Fredericks Peebles & Morgan LLP
1900 Plaza Drive
Louisville, CO 80027
Tel.:  303-673-9600
Fax:  303-673-9839
Email: cschulte@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; LeadFlash Consulting, LLC*

**VIA CM/ECF**
Martin L. Welsh
Law Office of Hayes & Welsh
199 N. Arroyo Grande Blvd.
Henderson, NV 89074
Tel.:  702-434-3444
Fax:  702-434-3739
Email: mwelsh@lvlaw.com
*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales; and Dale E. Becker*

**VIA CM/ECF**
Francis J. Nyhan
Fredericks Peebles & Morgan LLP
2020 L Street, Ste. 250
Sacramento, CA 95811
Tel.:  916-441-2700
Fax:  916-441-2067
Email: jnyhan@ndnlaw.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

**VIA CM/ECF**
Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Tel.:  702-562-8820
Fax:  702-562-8821
Email: jdickey@baileykennedy.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

| | |
|---|---|
| **VIA CM/ECF**<br>Victoria W. Ni<br>Public Justice, PC<br>555 - 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel.:   510-622-8150<br>Fax:   510-622-8155<br>Email: vni@publicjustice.net<br>*Attorneys for Intervenor Americans for Financial Reform* | **VIA CM/ECF**<br>Paul C. Ray<br>Paul C. Ray, Chtd.<br>8670 West Cheyenne Avenue, Suite 130<br>Las Vegas, NV 89129<br>Tel.:   702-823-2292<br>Fax:   702- 823-2384<br>Email: paulcraylaw@aol.com<br>*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* |

**VIA CM/ECF**
Craig B. Friedberg
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Tel.:   702-435-7968
Fax:   702-946-0887
Email: attcbf@cox.net
*Attorneys for Intervenor Americans for Financial Reform*

  /s/ Edward Chang
Edward Chang
Attorneys for the Court-appointed Monitor, Thomas W. McNamara