# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Federal Trade Commission,

                Plaintiff,

v.

AMG Services, Inc. et al

                Defendants.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:12-cv-00536-GMN-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Monitor Thomas McNamara's Motion for Attorney's Fees and Costs, (ECF No. 1127), incurred as a result of contempt by El Dorado Trailer Sales, LLC; E.T.S. Ventures, LLC; and Dale E. Becker is granted in part and denied in part.

Judgment is hereby entered awarding Monitor McNamara $55,835.58 based on the adjustment of fees outlined in Judge Ferenbach's Report and Recommendation (ECF No. 1176).

February 28, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk