United States District Court for the

District of Nevada

Case No.: 2:12-cv-00536-GMN-VCF

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER |
| vs. | ) | |
| AMG SERVICES, INC., *et al*, | ) | |
| Defendants, | ) | |
| and | ) | |
| E.T.S. Ventures, LLC, *et al*, | ) | |
| Interested Parties. | ) | |

Before the Court is the Motion for Stay Pending Appeal and Motion for Approval of Supersedeas Bond of Interested Parties El Dorado Trailer Sales, LLC, E.T.S. Ventures, LLC, and Dale E. Becker, filed March 14th, 2018. (ECF No. 1186). The motion was filed as being unopposed.

Accordingly,

**IT IS HEREBY ORDERED** that the judgment entered February 28th, 2018 by the undersigned in the amount of the $55,835.58 against Interested Parties El Dorado Trailer Sales, LLC, E.T.S. Ventures, LLC, and Dale E. Becker (ECF No. 1182) shall be stayed pending the outcome of the appeal filed March 9, 2018 by the Interested Parties.

**IT IS FURTHER ORDERED** that aforementioned stay is conditioned upon the Interested Parties posting and filing with the Court no later than thirty (30) days from the date of this order a supersedeas bond signed by a qualified surety in the amount of the $55,835.58.

**IT IS SO ORDERED.**

DATED this __18__ day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14th, 2018 I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties who have appeared in this action.

*/s/Jeremy Vanderloop*
An attorney for *Interested Parties*, EL DORADO TRAILER SALES, LLC, E.T.S. VENTURES, LLC and DALE E. BECKER