UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-00536-GMN-VCF |
|---|---|
| Plaintiff, | **ORDER APPROVING SETTLEMENT WITH FEINGOLD PARTIES** |
| v. | |
| AMG SERVICES, INC., et al., | |
| Defendants, and | JUDGE: Hon. Gloria M. Navarro |
| PARK 269 LLC, et al., | |
| Relief Defendants. | |

Having reviewed the joint motion of the Court-appointed Monitor Thomas W. McNamara and the other interested parties including David Feingold, and the Settlement Agreement attached to the joint motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreement is hereby APPROVED.

**IT IS SO ORDERED.**

DATED this __23__ day of April, 2018.

GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1