MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
mwelsh@lvlaw.com; L.finchio@nevlaw.com

JEREMY VANDERLOOP, ESQ.
Wisconsin State Bar No. 1058340
*Admitted Pro Hac Vice*
MADDEN VANDERLOOP, S.C.
116 S. Main Street
Mayville, WI 53050
Phone: (920) 387-2300
jvanderloop@madvanlaw.com

*Attorneys for Defendants, ELDORADO TRAILER SALES, LLC and ETS VENTURES, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al,<br><br>Defendants,<br><br>and<br><br>E.T.S VENTURES, LLC et al,<br><br>Interested Parties. | Case No.: 2:12-cv-00536-GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME**<br><br>JUDGE: Hon. Gloria M. Navarro |

The parties hereby stipulate and agree that:

1. The deadline for the Interested Parties to file a supersedeas bond is currently May 18, 2018. *See* ECF No. 1190. Subject to court approval, the deadline shall be extended thirty (30) days, until June 18, 2018.

2. The extension is due to the parties engaging in the Mediation Program of the Ninth Circuit Court of Appeals. The first telephonic assessment conference occurred on May 14, 2018. The second telephonic assessment conference is currently scheduled for May 16, 2018. To avoid the cost of the bond at this juncture, Interested Parties E.T.S. Ventures, LLC, El Dorado Trailer Sales, LLC, and Dale E. Becker requested and the Court-appointed Monitor, Thomas W. McNamara, agreed to extend by thirty (30) days the deadline to post and file a supersedeas bond in accordance with the Court's Order (ECF No. 1190).

Dated: May 16, 2018.  McNamara, LLP

/s/Edward Chang
Edward Chang, Attorneys for Monitor
State Bar No. 11783
655 West Broadway. Ste. 1600
San Diego, CA 92101
Telephone: (619) 269-0400

Dated: May 16, 2018.  LAW OFFICE OF HAYES & WELSH

/s/Martin L. Welsh
Martin L. Welsh Attorneys for Interested Parties
State Bar No. 8720
199 N. Arroryo Grande Blvd., Ste. 200
Henderson, NV 89074
Telephone: (702) 434-3739

Dated: May 16, 2018.    MADDEN VANDERLOOP, S.C.

/s/Jeremy Vanderloop
Jeremy Vanderloop
Wisconsin State Bar No. 1058340
*Admitted Pro Hac Vice*
116 S. Main Street
Mayville, WI 53050
Telephone: (920) 387-2300

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16th, 2018 I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties who have appeared in this action.

/s/Jeremy Vanderloop
An attorney for *Interested Parties*,
ELDORADO TRAILER SALES, LLC, E.T.S. VENTURES, LLC and DALE E. BECKER

United States District Court for the

District of Nevada

Case No.: 2:12-cv-00536-GMN-VCF

| FEDERAL TRADE COMMISSION, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| AMG SERVICES, INC., *et al*, | ) | |
| Defendants, | ) | |
| and | ) | |
| E.T.S. Ventures, LLC, *et al*, | ) | |
| Interested Parties. | ) | |

Based on the forgoing Stipulation filed on May 16, 2018;

1. The deadline for the Interested Parties to file a supersedeas bond shall be extended thirty (30) days, until June 18, 2018.

**IT IS SO ORDERED.**

DATED this __24__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018 I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties who have appeared in this action.

/s/Jeremy Vanderloop
An attorney for *Interested Parties*,
ELDORADO TRAILER SALES, LLC, E.T.S.
VENTURES, LLC and DALE E. BECKER
