# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

    Defendants.

2:12-cv-00536-GMN-VCF

**ORDER**

Before the Court are the Monitor's Motion for Order to Approve and Confirm Sale of 2015 Ferrari 458 Speciale A (ECF NO. 1193) and Monitor's Motion for Leave to Retain Geiger Prell, LLC as Counsel (ECF NO. 1194).

Pursuant to LR 7-2(d), [t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, no opposition has been filed.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Monitor's Motion for Order to Approve and Confirm Sale of 2015 Ferrari 458 Speciale A (ECF NO. 1193) and Monitor's Motion for Leave to Retain Geiger Prell, LLC as Counsel (ECF NO. 1194) are GRANTED.

DATED this 4th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE