1  MARTIN L. WELSH, ESQ.
   Nevada State Bar No. 8720
2  LAW OFFICE OF HAYES & WELSH
   199 North Arroyo Grande Blvd., Suite 200
3  Henderson, Nevada 89074
   Phone: 702-434-3444
4  Fax: 702-434-3739
   mwelsh@lvlaw.com; L.finchio@nevlaw.com
5
   JEREMY VANDERLOOP, ESQ.
6  Wisconsin State Bar No. 1058340
   *Admitted Pro Hac Vice*
7  MADDEN VANDERLOOP, S.C.
   116 S. Main Street
8  Mayville, WI 53050
   Phone: (920) 387-2300
9  jvanderloop@madvanlaw.com

10 *Attorneys for Defendants, ELDORADO
   TRAILER SALES, LLC and ETS VENTURES, LLC*
11

12                **UNITED STATES DISTRICT COURT**

13                      DISTRICT OF NEVADA

14
   FEDERAL TRADE COMMISSION,
15                                              Case No.: 2:12-cv-00536-GMN-VCF
          Plaintiff,
16
   v.
17                                              **ORDER GRANTING STIPULATION
                                                FOR EXTENSION OF TIME**
18 AMG SERVICES, INC., et al,

19        Defendants,

20

21

22

23 and

24 E.T.S VENTURES, LLC et al,

25        Interested Parties.

26
          The parties hereby stipulate and agree that:
27

28

1. The deadline for the Interested Parties to file a supersedeas bond is currently June 18, 2018. *See* ECF No. 1196. Subject to court approval, the deadline shall be extended an additional thirty (30) days, until July 17, 2018.

2. The extension is due to the parties engaging in the Mediation Program of the Ninth Circuit Court of Appeals. The mediation is currently scheduled for July 2, 2018. To avoid the cost of the bond at this juncture, Interested Parties E.T.S. Ventures, LLC, El Dorado Trailer Sales, LLC, and Dale E. Becker requested and the Court-appointed Monitor, Thomas W. McNamara, agreed to extend by thirty (30) days the deadline to post and file a supersedeas bond in accordance with the Court's Order (ECF No. 1196).

Dated: June 18, 2018.　　　　　　　　　McNamara Smith LLP

　　　　　　　　　　　　　　　　　　　/s/Edward Chang
　　　　　　　　　　　　　　　　　　　Edward Chang, Attorneys for Monitor
　　　　　　　　　　　　　　　　　　　State Bar No. 11783
　　　　　　　　　　　　　　　　　　　655 West Broadway. Ste. 1600
　　　　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　　　Telephone: (619) 269-0400

Dated: June 18, 2018.　　　　　　　　　LAW OFFICE OF HAYES & WELSH

　　　　　　　　　　　　　　　　　　　/s/Martin L. Welsh
　　　　　　　　　　　　　　　　　　　Martin L. Welsh Attorneys for Interested Parties
　　　　　　　　　　　　　　　　　　　State Bar No. 8720
　　　　　　　　　　　　　　　　　　　199 N. Arroryo Grande Blvd., Ste. 200
　　　　　　　　　　　　　　　　　　　Henderson, NV 89074
　　　　　　　　　　　　　　　　　　　Telephone: (702) 434-3739

| | |
|---|---|
| Dated: June 18, 2018. | MADDEN VANDERLOOP, S.C. |
| | /s/Jeremy Vanderloop |
| | Jeremy Vanderloop |
| | Wisconsin State Bar No. 1058340 |
| | *Admitted Pro Hac Vice* |
| | 116 S. Main Street |
| | Mayville, WI 53050 |
| | Telephone: (920) 387-2300 |

## **ORDER**

In light of the parties' stipulation, **IT IS HEREBY ORDERED** that the deadline for the Interested Parties to file a supersedeas bond shall be extended thirty (30) days, until July 17, 2018.

I**T IS SO ORDERED.**

DATED this __20__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT