UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**ORDER GRANTING MONITOR'S MOTION FOR AUTHORIZATION TO ENGAGE CONTINGENCY COUNSEL** |

Pending before the Court is the Monitor's Motion for Authorization to Engage Contingency Counsel, (ECF No. 1197).

The Monitor was appointed on November 30, 2016 (ECF No. 1099) and Section VIII(M) of that Order authorized the Monitor to "[c]hoose, engage, and employ such additional attorneys, accountants, appraisers, investigators, employees, and other independent contractors and technical specialists, as the Monitor deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order pursuant to the procedures and limitations set forth in LR 66-6 and LR 66-7[.]"

///

The Monitor seeks approval to employ Glancy Prongay & Murray LLP and McNamara Smith LLP as contingency counsel in four fraudulent transfer lawsuits presently pending before other judges in this district, specifically:

(1) *McNamara v. Charles M. Hallinan, et al.*, Case No. 2:17-cv-02966-KJD-NJK (D. Nev.);

(2) *McNamara v. Linda Hallinan and Carolyn Hallinan*, Case No. 2:17-cv-02967-JAD-PAL (D. Nev.);

(3) *McNamara v. Gary Patten, et al.*, Case No. 2:17-cv-02968-JCM-NJK (D. Nev.); and

(4) *McNamara v. Selling Source, LLC, et al.*, Case No. 2:17-cv-02969-JAD-CWH (D. Nev.) (the "Fraudulent Transfer Litigation").

The Court has reviewed the Monitor's Motion for Authorization to Engage Contingency Counsel and supporting materials, accordingly, and with good cause appearing,

IT IS HEREBY ORDERED that the Monitor's Motion for Authorization to Engage Contingency Counsel is GRANTED. The Monitor is authorized to enter a contingency fee arrangement in the Fraudulent Transfer Litigation in which counsel will be entitled to a shared contingency fee of 25 percent of gross recovery until summary judgment and 30 percent contingency on gross recovery received afterwards.

## **ORDER**

**IT IS SO ORDERED.**

DATED this __3rd__ day of July, 2018.

Gloria M. Navarro, Chief Judge
United States District Judge