Craig Friedberg
Law Offices of Craig B. Friedberg, Esq.
4760 S Pecos Road, Suite 103
Las Vegas, NV 89121
Tel. (702) 435-7968
Email: attcbf@cox.net

Darren T. Kaplan (*pro hac vice* forthcoming)
Kaplan Gore LLP
1359 Broadway Suite 2001
New York, NY 10018
Tel: (212) 999-7370, ext. 101
Fax (404) 537-3320
Email: dkaplan@kaplangore.com

*Attorneys for Intervenor Deborah Moss
and Putative Class Members*

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| AMG SERVICES, INC., et al., | |
| Defendants. | |

Pending before this Court is proposed intervenor Deborah Moss's ("Proposed Intervenor's") Motion to Modify the Protective Order entered by this Court entered on January 11, 2013. (Doc. 1258) Responses to that Motion are due on September 10, 2019. Counsel for Proposed Intervenor and the Federal Trade Commission ("FTC") have met and conferred regarding that Motion and wish to continue to meet and confer. The parties hereto stipulate to extend the time to respond to the Motion for thirty (30) days in the hope of resolving all issues between them raised by the Motion. No other litigant in this action has contacted Proposed Intervenor's Counsel with regard to the Motion.

WHEREFORE, the parties hereto respectfully request that the Court approve this Stipulation and permit any response to the Motion to be filed and served on or before October 10, 2019.

DATED this 6th day of September 2019.

Respectfully Submitted,

By: _/s/Craig B. Friedberg_____
LAW OFFICES OF CRAIG B. FRIEDBERG
Craig Friedberg
4760 S Pecos Road, Suite 103
Las Vegas, NV 89121
Tel. (702) 435-7968
Email: attcbf@cox.net

KAPLAN GORE LLP
Darren T. Kaplan (*pro hac vice* forthcoming)
1359 Broadway Suite 2001
New York, NY 10018
Tel: (212) 999-7370
Fax: (404) 537-3320
dkaplan@kaplangore.com

*Attorneys for Proposed Intervenor Deborah Moss and Putative Class Members*

By: _/s/Kimberly L. Nelson_____
KIMBERLY L. NELSON
Federal Trade Commission
600 Pennsylvania Ave., NW
Mailstop CC-9528
Washington, DC 20580
knelson@ftc.gov
Tel. (202) 326-3304
Fax (202) 326-3197

*Attorney for Plaintiff
Federal Trade Commission*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-9-2019

2