# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

AMG SERVICES, INC., *et al.*,

    Defendants.

Case No. 2:12-cv-00536-GMN-VCF

**ORDER**

MOTIONS TO INTERVENE [ECF 1257, 1262]

    Before the Court are non-party intervener Deborah Moss's motion to intervene (ECF Nos. 1257) and non-party intervener First Premier Bank's motion to intervene. (ECF No. 1262). The Court denies the motions without prejudice.

    On August 27, 2019, non-party Deborah Moss filed motions to intervene and to modify this Court's January 11, 2013 protective order. (ECF Nos. 1257, 1258). Moss moved to intervene pursuant to Federal Rule of Civil Procedure 24(b) to modify the protective order so that she could access protected consumer and loan data that the defendants produced to help her identify potential class members and to calculate damages in her separate class action: *Moss v. BMO Harris Bank, N.A., et al.*, No. 2:13-CV-05438-ERK-GRB (E.D.N.Y.). (ECF No. 1257 at 2). On September 9, 2019, non-party First Premier Bank filed a motion to intervene for the purpose of responding to Moss's motions. (ECF No. 1262). On September 27, 2019, Moss filed a motion to withdraw her motion to modify this Court's protective order because, "[s]he will refile said motion following resolution of discovery issues and other courts." (ECF No. 1267). Now that Moss has withdrawn her motion to modify the protective order,

Moss does not currently have a purpose to intervene in this case. The Court thus denies her motion to intervene. The Court also denies First Premier Bank's motion to intervene to respond to Moss's motions as moot. The Court denies the motions without prejudice.

ACCORDINGLY,

IT IS ORDERED that non-party Deborah Moss's motion to intervene (ECF No. 1257) is DENIED without prejudice.

IT IS FURTHER ORDERED that non-party First Premier Bank's motion to intervene (ECF No. 1262) is DENIED without prejudice.

DATED this 8th day of October 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE