# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 21, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  AMG Capital Management, LLC, et al.
            v. Federal Trade Commission
            No. 19-508
            (Your No. 16-17197)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 18, 2019 and placed on the docket October 21, 2019 as No. 19-508.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Clara Houghteling
      Case Analyst