Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel.:    702-471-7000
Fax:    702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Sanjay Bhandari (*Pro Hac Vice*)
sbhandari@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401
*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AMG SERVICES, INC., et al.,<br><br>　　　　　　Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>　　　　　　Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

This notice serves to advise that Edward Chang of McNamara Smith LLP, counsel for Thomas W. McNamara, the Court-Appointed Monitor in the above-captioned case, hereby withdraws from the above-captioned case as of the date of this filing due to his departure from private practice and acceptance of a position as an Assistant United States Attorney as of October 26, 2020. Please remove Mr. Chang from all future mailings and notices with respect to this case.

Logan D. Smith and Sanjay Bhandari of McNamara Smith LLP and Abran Vigil of Ballard Spahr LLP will continue to act as counsel for Mr. McNamara.

Dated: October 15, 2020

McNAMARA SMITH LLP

By: /s/ Edward Chang
Edward Chang (NV 11783)
echang@mcnamarallp.com
Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Sanjay Bhandari (*Pro Hac Vice*)
sbhandari@mcnamarallp.com
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel.:    702-471-7000
Fax:    702-471-7070

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 10-15-2020

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2020, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Kimberly L. Nelson
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Stop CC-9528
Washington, DC 20580
Tel.:   202-326-3304
Fax:   202-326-3197
Email: knelson@ftc.gov
*Attorneys for FTC*

**VIA CM/ECF**
Paul C. Ray
Paul C. Ray, Chtd.
8670 West Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Tel.:   702-823-2292
Fax:   702- 823-2384
Email: paulcraylaw@gmail.com
*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC*

**VIA EMAIL**
Kim Tucker
7118 Village Drive
Prairie Village, KS 66208
kim@kimtucker.net
*Pro Se*

   /s/ Edward Chang
Edward Chang
*Attorneys for the Court-Appointed Monitor, Thomas W. McNamara*