Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel.:   (702) 471-7000
Fax:   (702) 471-7070
gallm@ballardspahr.com

Logan D. Smith, Esq. (*pro hac vice*)
Sanjay Bhandari, Esq. (*pro hac vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel:   (619) 269-0400
Fax:   (619) 269-0401
lsmith@mcnamarallp.com
sbhandari@mcnamarallp.com

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**NOTICE OF APPEARANCE AND MOTION TO DISASSOCIATE COUNSEL** |

I, Maria A. Gall, Esq., am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Thomas W. McNamara, Court-Appointed Monitor. In addition, I request that the Court remove Abran E. Vigil, Esq. and Joseph Sakai, Esq. as counsel for the Monitor. Mr. Vigil and Mr. Sakai are no longer associated with Ballard Spahr LLP and should be removed from the service list(s).

Dated: June 30, 2021,

BALLARD SPAHR LLP

By: /s/ Maria A. Gall
Maria A. Gall, Esq.
Nevada Bar No. 14200
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

-and-

Logan D. Smith, Esq. (*pro hac vice*)
Sanjay Bhandari, Esq. (*pro hac vice*)
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 7-1-2021

2

# CERTIFICATE OF SERVICE

I certify that on June 30, 2021, and pursuant to FRCP 5, a true copy of the foregoing **NOTICE OF APPEARANCE AND MOTION TO DISASSOCIATE COUNSEL** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

| | |
|---|---|
| <u>VIA CM/ECF</u><br>Blaine T. Welsh<br>U.S. Attorney's Office<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101<br>Tel.:  702-388-6336<br>Email: Blaine.Welsh@usdoj.gov<br><br>*Attorneys for FTC* | <u>VIA CM/ECF</u><br>Von S. Heinz<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>Tel.:  702-949-8215<br>Email: vheinz@lrrc.com<br><br>*Attorneys for LeadFlash Consulting, LLC* |
| <u>VIA CM/ECF</u><br>Kimberly L. Nelson<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-9528<br>Washington, DC 20580<br>Tel.:  202-326-3304<br>Email: knelson@ftc.gov<br><br>*Attorneys for FTC* | <u>VIA CM/ECF</u><br>Darren J. Lemieux<br>E. Leif Reid<br>Lewis Roca Rothgerber Christie LLP<br>50 W. Liberty Street, Suite 410<br>Reno, NV 89501<br>Tel.:  775-321-3422<br>Email: dlemieux@lrrc.com<br>           lreid@lrrc.com<br><br>*Attorneys for LeadFlash Consulting, LLC* |
| <u>VIA CM/ECF</u><br>Conly J. Schulte<br>Fredericks Peebles & Morgan LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Tel.:  303-673-9600<br>Email: cschulte@ndnlaw.com<br><br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* | <u>VIA CM/ECF</u><br>Jeffrey D. Morris<br>Nick J. Kurt<br>Berkowitz Oliver Williams Shaw & Eisenbrandt LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Tel.:  816-561-7007<br>Email: jmorris@berkowitzoliver.com<br>           nkurt@berkowitzoliver.com<br><br>*Attorneys for LeadFlash Consulting, LLC* |
| <u>VIA CM/ECF</u><br>Francis J. Nyhan<br>Fredericks Peebles & Morgan LLP<br>2020 L Street, Ste. 250<br>Sacramento, CA 95811<br>Tel.:  916-441-2700 | <u>VIA CM/ECF</u><br>Jeremy R. Vanderloop<br>Madden Vanderloop, S.C.<br>116 S. Main Street<br>Mayville, WI 53050<br>Tel.:  920-387-2300 |

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| | |
|---|---|
| Email: jnyhan@ndnlaw.com<br><br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | Email: jvanderloop@madvanlaw.com<br><br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |
| **VIA CM/ECF**<br>Nicole Ducheneaux<br>Fredericks Peebles & Morgan LLP<br>3610 North 163rd Plaza<br>Omaha, NE 68116<br>Tel.: 402-333-4053<br>Email: nducheneaux@ndnlaw.com<br><br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Martin L. Welsh<br>Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd.<br>Henderson, NV 89074<br>Tel.: 702-434-3444<br>Email: mwelsh@lvlaw.com<br><br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |
| **VIA CM/ECF**<br>Joshua M. Dickey<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>Tel.: 702-562-8820<br>Email: jdickey@baileykennedy.com<br><br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Victoria W. Ni<br>Public Justice, PC<br>555 - 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel.: 510-622-8150<br>Email: vni@publicjustice.net<br><br>*Attorneys for Intervenor Americans for Financial Reform* |
| **VIA CM/ECF**<br>Paul C. Ray<br>Paul C. Ray, Chtd.<br>3560 West Cheyenne Avenue, Suite 130<br>North Las Vegas, NV 89032<br>Tel.: 702-723-2292<br>Email: paulcraylaw@aol.com<br><br>*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* | **VIA CM/ECF**<br>Craig B. Friedberg<br>Law Offices of Craig B. Friedberg<br>4760 South Pecos Road, Suite 103<br>Las Vegas, NV 89121<br>Tel.: 702-435-7968<br>Email: attcbf@cox.net<br><br>*Attorneys for Intervenor Americans for Financial Reform* |
| **VIA CM/ECF**<br>Justin C. Griffin<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel.: 213-443-3000<br>Email: justingriffin@quinnemanuel.com<br><br>*Attorneys for LeadFlash Consulting, LLC* | **VIA CM/ECF**<br>Hector J. Carbajal, II<br>Carbajal & McNutt, LLP<br>625 South 8th Street<br>Las Vegas, NV 89101<br>Tel.: 702-384-1170<br>Email: hjc@cmlawnv.com<br><br>*Attorneys for Objector First International Bank & Trust [Non-Party]* |

| | |
|---|---|
| **VIA CM/ECF**<br>Blaine T. Welsh<br>U.S. Attorney's Office<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101<br>Tel.: 702-388-6336<br>Email: Blaine.Welsh@usdoj.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Von S. Heinz<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>Tel.: 702-949-8215<br>Email: vheinz@lrrc.com<br>*Attorneys for LeadFlash Consulting, LLC* |
| **VIA CM/ECF**<br>Kimberly L. Nelson<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-9528<br>Washington, DC 20580<br>Tel.: 202-326-3304<br>Email: knelson@ftc.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Darren J. Lemieux<br>E. Leif Reid<br>Lewis and Roca<br>50 W. Liberty Street, Suite 410<br>Reno, NV 89501<br>Tel.: 775-321-3422<br>Email: dlemieux@lrrc.com<br>lreid@lrrc.com<br>*Attorneys for LeadFlash Consulting, LLC* |
| **VIA CM/ECF**<br>Conly J. Schulte<br>Fredericks Peebles & Morgan LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Tel.: 303-673-9600<br>Email: cschulte@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* | **VIA CM/ECF**<br>Jeffrey D. Morris<br>Nick J. Kurt<br>Berkowitz Oliver Williams Shaw & Eisenbrandt LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Tel.: 816-561-7007<br>Email: jmorris@berkowitzoliver.com<br>nkurt@berkowitzoliver.com<br>*Attorneys for LeadFlash Consulting, LLC* |
| **VIA CM/ECF**<br>Francis J. Nyhan<br>Fredericks Peebles & Morgan LLP<br>2020 L Street, Ste. 250<br>Sacramento, CA 95811<br>Tel.: 916-441-2700<br>Email: jnyhan@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Jeremy R. Vanderloop<br>Madden Vanderloop, S.C.<br>116 S. Main Street<br>Mayville, WI 53050<br>Tel.: 920-387-2300<br>Email: jvanderloop@madvanlaw.com<br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |
| **VIA CM/ECF**<br>Nicole Ducheneaux<br>Fredericks Peebles & Morgan LLP<br>3610 North 163rd Plaza<br>Omaha, NE 68116<br>Tel.: 402-333-4053<br>Email: nducheneaux@ndnlaw.com | **VIA CM/ECF**<br>Martin L. Welsh<br>Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd.<br>Henderson, NV 89074<br>Tel.: 702-434-3444<br>Email: mwelsh@lvlaw.com |

5

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

| *Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | *Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |
|---|---|
| **VIA CM/ECF**<br>Joshua M. Dickey<br>Bailey Kennedy<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148-1302<br>Tel.:  702-562-8820<br>Email: jdickey@baileykennedy.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Victoria W. Ni<br>Public Justice, PC<br>555 - 12th Street, Suite 1230<br>Oakland, CA 94607<br>Tel.:  510-622-8150<br>Email: vni@publicjustice.net<br>*Attorneys for Intervenor Americans for Financial Reform* |
| **VIA CM/ECF**<br>Paul C. Ray<br>Paul C. Ray, Chtd.<br>3560 West Cheyenne Avenue, Suite 130<br>North Las Vegas, NV 89032<br>Tel.:  702-723-2292<br>Fax:  702-823-2384<br>Email: paulcraylaw@aol.com<br>*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* | **VIA CM/ECF**<br>Craig B. Friedberg<br>Law Offices of Craig B. Friedberg<br>4760 South Pecos Road, Suite 103<br>Las Vegas, NV 89121<br>Tel.:  702-435-7968<br>Fax:  702-946-0887<br>Email: attcbf@cox.net<br>*Attorneys for Intervenor Americans for Financial Reform* |
| **VIA CM/ECF**<br>Justin C. Griffin<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel.:  213-443-3000<br>Fax:  213-443-3100<br>Email: justingriffin@quinnemanuel.com<br>*Attorneys for LeadFlash Consulting, LLC* | **VIA CM/ECF**<br>Hector J. Carbajal , II<br>Carbajal & McNutt, LLP<br>625 South 8th Street<br>Las Vegas, NV 89101<br>Tel.:  702-384-1170<br>Email: hjc@cmlawnv.com<br>*Attorneys for Objector First International Bank & Trust [Non-Party]* |
| **VIA CM/ECF**<br>Blaine T. Welsh<br>U.S. Attorney's Office<br>333 Las Vegas Blvd. South, Suite 5000<br>Las Vegas, NV 89101<br>Tel.:  702-388-6336<br>Email:   Blaine.Welsh@usdoj.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Von S. Heinz<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>Tel.:  702-949-8215<br>Email: vheinz@lrrc.com<br>*Attorneys for LeadFlash Consulting, LLC* |

| | |
|---|---|
| **VIA CM/ECF**<br>Kimberly L. Nelson<br>Federal Trade Commission<br>600 Pennsylvania Ave. NW<br>Mail Stop CC-9528<br>Washington, DC 20580<br>Tel.: 202-326-3304<br>Fax: 202-326-3197<br>Email: knelson@ftc.gov<br>*Attorneys for FTC* | **VIA CM/ECF**<br>Darren J. Lemieux<br>E. Leif Reid<br>Lewis and Roca<br>50 W. Liberty Street, Suite 410<br>Reno, NV 89501<br>Tel.: 775-321-3422<br>Email: dlemieux@lrrc.com<br>lreid@lrrc.com<br>*Attorneys for LeadFlash Consulting, LLC* |
| **VIA CM/ECF**<br>Conly J. Schulte<br>Fredericks Peebles & Morgan LLP<br>1900 Plaza Drive<br>Louisville, CO 80027<br>Tel.: 303-673-9600<br>Email: cschulte@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash; AMG Capital Management, LLC; Level 5 Motorsports, LLC; LeadFlash Consulting, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker* | **VIA CM/ECF**<br>Jeffrey D. Morris<br>Nick J. Kurt<br>Berkowitz Oliver Williams Shaw & Eisenbrandt LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>Tel.: 816-561-7007<br>Email: jmorris@berkowitzoliver.com<br>nkurt@berkowitzoliver.com<br>*Attorneys for LeadFlash Consulting, LLC* |
| **VIA CM/ECF**<br>Francis J. Nyhan<br>Fredericks Peebles & Morgan LLP<br>2020 L Street, Ste. 250<br>Sacramento, CA 95811<br>Tel.: 916-441-2700<br>Email: jnyhan@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Jeremy R. Vanderloop<br>Madden Vanderloop, S.C.<br>116 S. Main Street<br>Mayville, WI 53050<br>Tel.: 920-387-2300<br>Email: jvanderloop@madvanlaw.com<br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |
| **VIA CM/ECF**<br>Nicole Ducheneaux<br>Fredericks Peebles & Morgan LLP<br>3610 North 163rd Plaza<br>Omaha, NE 68116<br>Tel.: 402-333-4053<br>Email: nducheneaux@ndnlaw.com<br>*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash* | **VIA CM/ECF**<br>Martin L. Welsh<br>Law Office of Hayes & Welsh<br>199 N. Arroyo Grande Blvd.<br>Henderson, NV 89074<br>Tel.: 702-434-3444<br>Email: mwelsh@lvlaw.com<br>*Attorneys for Interested Parties ETS Ventures, LLC; El Dorado Trailer Sales* |

**VIA CM/ECF**
Joshua M. Dickey
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Tel.:   702-562-8820
Email: jdickey@baileykennedy.com
*Attorneys for Red Cedar Services, Inc., dba 500FastCash; SFS, Inc., dba OneClickCash*

**VIA CM/ECF**
Victoria W. Ni
Public Justice, PC
555 - 12th Street, Suite 1230
Oakland, CA 94607
Tel.:   510-622-8150
Email: vni@publicjustice.net
*Attorneys for Intervenor Americans for Financial Reform*

**VIA CM/ECF**
Paul C. Ray
Paul C. Ray, Chtd.
3560 West Cheyenne Avenue, Suite 130
North Las Vegas, NV 89032
Tel.:   702-723-2292
Email: paulcraylaw@aol.com
*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC; Kim C. Tucker*

**VIA CM/ECF**
Craig B. Friedberg
Law Offices of Craig B. Friedberg
4760 South Pecos Road, Suite 103
Las Vegas, NV 89121
Tel.:   702-435-7968
Email: attcbf@cox.net
*Attorneys for Intervenor Americans for Financial Reform*

**VIA CM/ECF**
Justin C. Griffin
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.:   213-443-3000
Email: justingriffin@quinnemanuel.com
*Attorneys for LeadFlash Consulting, LLC*

**VIA CM/ECF**
Hector J. Carbajal , II
Carbajal & McNutt, LLP
625 South 8th Street
Las Vegas, NV 89101
Tel.:   702-384-1170
Email: hjc@cmlawnv.com
*Attorneys for Objector First International Bank & Trust [Non-Party]*

**VIA U.S. MAIL only:**
David Feingold
9216 Bond
Overland Park, KS 66214

/s/ C. Wells
An Employee of BALLARD SPAHR LLP