Maria A. Gall (NV 14200)
gallm@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel.:    702-471-7000
Fax:    702-471-7070

Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>　　　　　　Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>　　　　　　Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>**MOTION FOR LEAVE TO WITHDRAW SANJAY BHANDARI AS COUNSEL OF RECORD** |

Pursuant to LR IA 11-6, Thomas W. McNamara, the Court-Appointed Monitor, by and through his attorney of record, hereby moves this Court for an Order permitting Sanjay Bhandari to withdraw as counsel in the above-captioned case due to his departure from the firm McNamara Smith LLP. This motion is supported by the accompanying memorandum of points and authorities and all pleadings and papers on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

As of October 5, 2021, Sanjay Bhandari is no longer associated with McNamara Smith LLP. LR IA 11-6(b) provides that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing

counsel." Thomas W. McNamara has consented to Mr. Bhandari's withdrawal. By electronically filing this motion, it will be served via the Court's CM/ECF system.

      Additionally, "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." LR IA 11-6(e). The withdrawal of Mr. Bhandari will not result in delay of discovery, the trial, or any hearing in the case. Maria A. Gall of Ballard Spahr LLP and Logan D. Smith of McNamara Smith LLP will continue to act as counsel for Mr. McNamara.

      For the reasons set forth above, the Monitor respectfully requests the Court enter an order granting leave for Sanjay Bhandari to withdraw as counsel of record for Thomas W. McNamara. Additionally, Mr. Bhandari should be removed from all future mailings and notices with respect to this case.

Dated: October 11, 2021

McNAMARA SMITH LLP

By: /s/ Logan D. Smith
Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
655 West Broadway, Suite 900
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401

Maria A. Gall (NV 14200)
gallm@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Tel.: 702-471-7000
Fax: 702-471-7070

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED   10-18-2021

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2021, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW SANJAY BHANDARI AS COUNSEL OF RECORD**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Kimberly L. Nelson
Federal Trade Commission
600 Pennsylvania Ave. NW
Mail Stop CC-9528
Washington, DC 20580
Tel.:   202-326-3304
Fax:    202-326-3197
Email: knelson@ftc.gov
*Attorneys for FTC*

**VIA CM/ECF**
Paul C. Ray
Paul C. Ray, Chtd.
8670 West Cheyenne Avenue, Suite 130
Las Vegas, NV 89129
Tel.:   702-823-2292
Fax:    702- 823-2384
Email: paulcraylaw@gmail.com
*Attorneys for AMG Capital Management, LLC; Level 5 Motorsports, LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Scott A. Tucker; Park 269 LLC*

**VIA EMAIL**
Kim Tucker
7118 Village Drive
Prairie Village, KS 66208
kim@kimtucker.net
*Pro Se*

  /s/ Logan D. Smith
Logan D. Smith
*Attorneys for the Court-Appointed Monitor, Thomas W. McNamara*