1  BRYAN CAVE LEIGHTON PAISNER LLP
   Sean K. McElenney, 9122
2  Two North Central Avenue, Suite 2100
   Phoenix, Arizona 85004-4406
3  Telephone:   (602) 364-7000
   Facsimile:   (602) 364-7070
4  Email:       skmcelenney@bclplaw.com

5
   BRYAN CAVE LEIGHTON PAISNER LLP
6  Richard E. Finneran (*pending admission pro hac vice*)
   One Metropolitan Square
7  211 North Broadway, Suite 3600
   St. Louis, Missouri 63102
8  Telephone:   (314) 259-2080
   Facsimile:   (314) 259-2020
9  Email:       richard.finneran@bclplaw.com

10 Attorneys for Movants

11             UNITED STATES DISTRICT COURT

12               DISTRICT OF NEVADA

13 Federal Trade Commission,          Case No. 2:12-cv-00536-GMN-VCF

14          Plaintiff,                **STIPULATION FOR EXTENSION
                                      OF TIME FOR MOVANTS TO**
15    v.                              **REPLY TO FEINGOLD MOVANTS'
                                      OPPOSITION TO MOTION BY KIM**
16 AMG Services, Inc., et al.,        **TUCKER AND RELATED
                                      ENTITIES TO ASSERT INTEREST**
17          Defendants.               **IN JUDGMENTS AND ONGOING
                                      LITIGATION MATTERS**

18

19         IT IS HEREBY STIPULATED between Movants Kim Tucker and the Related Entities

20 as those terms are defined in their Motion to Assert Interest in Judgments and Ongoing

21 Litigation Matters (Doc. #1345) ("Tucker Movants"), and the Feingold Movants, as that term

22 is defined in their Opposition thereto (Doc. #1349) (the "Opposition"), that the Tucker

23 Movants shall have until Monday, November 1, 2021 to file any reply they may have to the

24 Opposition. This stipulation is made without the purpose of delay, but, instead, to permit the

25 parties additional time to discuss the grounds for the Opposition and determine whether any

26 reply will be necessary.

27 ///

28 ///

*[vertical left margin text]* Bryan Cave Leighton Paisner LLP / Two North Central Avenue, Suite 2100 / Phoenix, AZ 85004-4406 / (602) 364-7000

604368390.1

1 | Dated this 25th day of October, 2021          Dated this 25th day of October, 2021

2 | BRYAN CAVE LEIGHTON PAISNER LLP      GM LAW PC

3 |

4 | By /s/ Sean K. McElenney                    By /s/ Carrie Phillips (w/permission)

5 | Sean K. McElenney                          CARRIE PHILLIPS (*Pro Hac Vice*)
   | Two North Central Avenue, Suite 2100      1201 Walnut, Suite 2000

6 | Phoenix, Arizona 85004-4406                Kansas City, MO 64106

7 | Attorneys for Movants                      Attorneys for *Feingold Movants*

8 |

9 | **IT IS SO ORDERED.**

10 |

11 |                                    **IT IS SO ORDERED.**

12 |                      Dated this __25__ day of October, 2021.

13 |

14 |                      _____

15 |                      Gloria M. Navarro, District Judge
   |                      UNITED STATES DISTRICT COURT

16 |

*Bryan Cave Leighton Paisner LLP*
*Two North Central Avenue, Suite 2100*
*Phoenix, Arizona 85004-4406*
*(602) 364-7000*

604368390.1