DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2655; F: 702.993.0722
Email:  dcanderson@duanemorris.com
          tehafen@duanemorris.com

CARRIE D. SAVAGE (*Pro Hac Vice*)
PHILLIP G. GREENFIELD (*Pro Hac Vice*)
**GM LAW PC**
1201 Walnut, Suite 2000
Kansas City, MO  64106
T: 816.471.7700; F: 816.471.2221
Email:  carries@gmlawpc.com
          philg@gmlawpc.com

Attorneys for *Feingold Movants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>                    Defendants. | Case No.:  2:12-cv-00536 GMN-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FEINGOLD MOVANTS' TO REPLY TO KIM TUCKER AND RELATED ENTITIES' OPPOSITION TO MOTION TO VACATE JUDGMENT** |

IT IS HEREBY STIPULATED between the Feingold Movants, as that term is defined in their Motion to Vacate Judgment (Doc. # 1341), and Kim Tucker and the Related Entities as those terms are defined in their Opposition to the Motion to Vacate Judgment (Doc. #1359) that the Feingold Movants shall have until **Monday, December 6, 2021** to file any reply they may have to the Opposition. This stipulation is made without the purpose of delay, but, instead, to permit the

DM1\12613780.1

parties additional time to discuss the grounds for the Opposition and determine whether any reply will be necessary.

Dated: November 10, 2021

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Sean K. McElenney (w/ permission)*
    Sean K. McElenney (SBN 9122)
    Two North Central Avenue, Suite 2100
    Phoenix, Arizona 85004-4406

Attorneys for *Kim Tucker and Related Entities*

**DUANE MORRIS LLP**

By: /s/  *Tyson E. Hafen*
    Tyson E. Hafen (SBN 13139)

    Attorneys for *Feingold Movants*

**IT IS SO ORDERED.**

Dated this 12 day of November, 2021.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DM1\12613780.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2021, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME FOR FEINGOLD MOVANTS' TO REPLY TO KIM TUCKER AND RELATED ENTITIES' OPPOSITION TO   MOTION TO VACATE JUDGMENT** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP

DM1\12613780.1