DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2655; F: 702.993.0722
Email:  dcanderson@duanemorris.com
          tehafen@duanemorris.com

CARRIE D. SAVAGE (*Pro Hac Vice*)
PHILLIP G. GREENFIELD (*Pro Hac Vice*)
**GM LAW PC**
1201 Walnut, Suite 2000
Kansas City, MO  64106
T: 816.471.7700; F: 816.471.2221
Email:  carries@gmlawpc.com
          philg@gmlawpc.com

Attorneys for *Feingold Movants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>AMG SERVICES, INC., et al.,<br><br>                    Defendants. | Case No.:  2:12-cv-00536 GMN-VCF<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR FEINGOLD MOVANTS TO REPLY TO KIM TUCKER AND RELATED ENTITIES' OPPOSITION TO MOTION TO VACATE** |

IT IS HEREBY STIPULATED between the Feingold Movants, as that term is defined in

their Motion to Vacate Judgment (Doc. # 1341), and Kim Tucker and the Related Entities as those

terms are defined in their Opposition to the Motion to Vacate Judgment (Doc. #1359) that the

Feingold Movants shall have until ~~Tuesday~~, December ~~21~~, 2021 to file any reply they may have to

Friday        17

DM1\12653859.1

the Opposition. This stipulation is made without the purpose of delay, but, instead, to permit the parties additional time to discuss potential resolution of the matter.

Dated: November 30, 2021                           Dated: November 30, 2021

**BRYAN CAVE LEIGHTON PAISNER LLP**                **DUANE MORRIS LLP**

By: _/s/ Sean L. McElenney_                        By: _/s/ Tyson E. Hafen_
    Sean K. McElenney (SBN 9122)              Tyson E. Hafen (SBN 13139)

  Attorney for _Kim Tucker and Related Entities_     Attorneys for _Feingold Movants_

<span style="color:red">Reply is due Friday, December 17, 2021</span>

**IT IS SO ORDERED.**

<span style="color:red">12/1/21</span>

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DM1\12653859.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **SECOND STIPULATION FOR EXTENSION OF TIME FOR FEINGOLD MOVANTS TO REPLY TO KIM TUCKER AND RELATED ENTITIES' OPPOSITION TO MOTION TO VACATE** (postage prepaid if by U.S. Mail) and addressed to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.


*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP

DM1\12653859.1