# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| FEDERAL TRADE COMMISSION, | |
|---|---|
| Plaintiff, | 2:12-cv-00536-GMN-VCF |
| vs. | **ORDER** |
| AMG SERVICES, INC. et al., | |
| Defendant. | |

Before the Court is the motion to withdraw with declaration of Paul C. Ray (ECF No. 1372).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, the other parties have not filed any opposition to the instant motion.

Accordingly, IT IS HEREBY ORDERED that the motion to withdraw with declaration of Paul C. Ray (ECF No. 1372) is GRANTED.

DATED this 29th day of December, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE