Joel E. Tasca, Esq.
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Tel.:   (702) 471-7000
Fax:   (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>AMG SERVICES, INC., et al.,<br><br>  Defendants, and<br><br>PARK 269 LLC, et al.,<br><br>  Relief Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br>NOTICE OF APPEARANCE AND MOTION TO DISASSOCIATE COUNSEL |

I, Joel E. Tasca, Esq., am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Thomas W. McNamara, Court-Appointed Monitor. In addition, I ask that the Court remove Maria A. Gall, Esq. as counsel for the Monitor. Effective on Friday, July 8, 2022, at 5:00 PM, Ms. Gall will no longer be associated with Ballard Spahr LLP and should be removed from the service list(s).

Dated:  June 30, 2022

BALLARD SPAHR LLP

By: /s/ Joel Tasca
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  7-5-2022
_____

# CERTIFICATE OF SERVICE

I certify that on June 30, 2022, and pursuant to FRCP 5, a true copy of the foregoing **NOTICE OF APPEARANCE AND MOTION TO DISASSOCIATE COUNSEL** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ Adam Crawford
An Employee of BALLARD SPAHR, LLP

2