CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Troy.Flake@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission, | Case No. 2:12-cv-00536-GMN-VCF |
| Plaintiff, | |
| v. | **Motion to Release Certain Funds Held by Monitor** |
| AMG Services, Inc., *et al.*, | |
| Defendants. | |

Consistent with prior orders in this case, the United States moves to have certain funds held by the court-appointed monitor Thomas W. McNamara (the "Monitor") in this action released to satisfy a stipulation and order entered by U.S. District Judge P. Kevin Castel in a related criminal forfeiture proceeding in *United States v. Tucker*, 16 Cr. 91 (PKC), in the United States District Court for the Southern District of New York (the "SDNY Action").

On November 30, 2016, the Court entered a Stipulated Order freezing certain assets of the defendant Scott Tucker, among others (the "Defendants"), in this action and appointing the Monitor. (ECF No. 1099.) The Monitor was authorized to, among other things, preserve the value of the assets of the Defendants, conduct investigation and discovery to locate additional assets of the Defendants, sell assets of the Defendants when authorized by the Court, and collect money due or owing to the Defendants. As set forth in

the Court's Second Amended Order dated September 3, 2021 (ECF No. 1338), the Monitor is in the process of winding down the Monitorship and disposing of the assets in the Monitorship Estate, and the Monitorship Account held $14,957,327.76 in net cash as of its most recent status report.

On June 9, 2021, a Preliminary Order of Forfeiture as to Substitute Assets was entered in the SDNY Action (ECF No. 447) (the "SDNY Order") forfeiting all right, title and interest of Scott Tucker in certain assets currently in the possession, custody, and control of the Monitor (the "Substitute Assets"). The value of the Substitute Assets that have been liquidated by the Monitor is approximately $17.3 million. The SDNY Order stated that, "to the extent the Substitute Assets are ordered released in [this] Action or the [Monitor] is terminated prior to entry of the Final Order of Forfeiture, the United States (or its designee) is hereby authorized to take possession of the Substitute Assets and to keep them in its secure custody and control." A copy of the SDNY Order is attached hereto as Exhibit A.

On November 9, 2021, a Stipulation and Order was entered in the SDNY Action (ECF No. 482) (the "SDNY Stipulation") among the United States, third-party petitioner MoloLamken LLP ("MoloLamken"), and third-party petitioner Kim Tucker, who is Scott Tucker's former wife, and several corporate entities Kim Tucker claims to currently own (collectively, the "Kim Tucker Parties."). Pursuant to the SDNY Stipulation, the United States acknowledged MoloLamken's superior interest in $3,338,217.10 of certain of the Substitute Assets (the "Settlement Amount") and agreed to seek release of the Settlement Amount in this action to be transferred to MoloLamken. In addition, the Kim Tucker Parties consented to release of the Settlement Amount to MoloLamken. A copy of the SDNY Stipulation is attached hereto as Exhibit B.

The United States has consulted with the Monitor regarding this motion, and the Monitor has no objection to the granting of this motion and has agreed, upon entry of the accompanying proposed order, to transfer the Settlement Amount to MoloLamken pursuant to wire instructions provided by the United States.

1

**Conclusion**

2      Based on the above, this Court should grant the United States' motion to release the

3  Settlement Amount and to have the Settlement Amount transferred to MoloLamken.

4      Respectfully submitted this 19th day of November 2021.

5                                      CHRISTOPHER CHIOU
                                       Acting United States Attorney
6
7                                        */s/ Troy K. Flake*
                                       Troy K. Flake
8                                      Assistant United States Attorney
                                       Stephen R. Hanson II
9                                      Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Troy.Flake@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>AMG Services, Inc., *et al.*,<br><br>Defendants. | Case No. 2:12-cv-00536-GMN-VCF<br><br><br>**Order Granting Motion to Release Certain Funds Held by Monitor** |

The Court has considered the United States' motion to have certain funds held by the court-appointed monitor Thomas W. McNamara (the "Monitor") in this action released to satisfy a stipulation and order entered by U.S. District Judge P. Kevin Castel in a related criminal forfeiture proceeding in *United States v. Tucker*, 16 Cr. 91 (PKC), in the United States District Court for the Southern District of New York.

Accordingly,

**IT IS HEREBY ORDERED** that the United States' [1363] Motion for Release of Funds Held by the Monitor is **GRANTED**.  Within five days of the receipt of wire instructions provided by the United States, the Monitor shall transfer $3,338,217.10 from the Monitorship Account in this action to MoloLamken LLP.

4

**IT IS FURTHER ORDERED** that the MoloLamken LLP's [1394] Motion, which requests the same relief, is **DENIED as moot**.

Dated this  27  day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT